# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>      Plaintiff,<br>  v.<br>ADTRAN, INC.<br>      Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>      Plaintiff,<br>  v.<br>TQ DELTA, LLC.<br>      Defendant. | Civil Action No. 15-cv-121-RGA |

## FAMILY 10 PATENT JOINT CLAIM CONSTRUCTION CHART

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendant in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 10 Patent (U.S. Patent No. 8,625,660 ("the '660 patent")). The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 10 Patent. The Chart includes citations to the parties' intrinsic evidence in support of such constructions. For the Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims. The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, a copy of the Family 10 Patent and additional portions of the intrinsic record are attached as Exhibits B-E:

| Exhibit | Description |
|---|---|
| B | '660 patent |
| C | Provisional Application No. 60/197,727 |
| D | Excerpts of the '660 patent file history |
| E | Excerpts of the patent file history for related U.S. Pat. No. 8,374,226 |

| | |
|---|---|
| Dated: October 6, 2017 | Respectfully submitted, |
| FARNAN LLP | MORRIS JAMES LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiff TQ Delta, LLC* | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendant Adtran Inc.* |