# EXHIBIT A

# PARTIES' JOINT CLAIM CONSTRUCTION CHART

# FOR THE FAMILY 10 PATENT

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "transceiver" | US 8,625,660, claims 5, 14 | "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"<br><br>Intrinsic Evidence:<br><br>'660 patent at Col. 2:11-12, 2:42-62, 6:15-60, 8:41-55, Fig. 1. | "communications device capable of transmitting and receiving data"<br><br>Intrinsic Evidence:<br><br>'660 patent at Col. 2:42-44, 2:53-55, 6:31-60 |
| "carriers" | US 8,625,660, claims 5, 14 | "carriers, bins, or subchannels that can be modulated to carry data"<br><br>Intrinsic Evidence:<br><br>'660 patent at Col. 1:27-37. | "signals that can be modulated to carry data"<br><br>Intrinsic Evidence:<br><br>'660 patent at 1:27-37, 2:63-3:6 |
| "Signal to Noise Ratio (SNR) margin" | US 8,625,660, claims 5, 14 | "a parameter used to determine the number of bits allocated to each of a plurality of carriers, where the value of the parameter specifies an extra SNR requirement per carrier in addition to that required to maintain a specified bit error rate (BER) for the communication link, to allow for an increase in noise associated with the plurality of carriers"<br><br>Intrinsic Evidence:<br><br>'660 patent at Col. 1:51-2:10.<br><br>U.S. 8,374,226 File History, 05-03- | "extra SNR assigned to a carrier in addition to the SNR required to maintain the specified bit error rate requirement of the communications link at a specified bit allocation"<br><br>Intrinsic Evidence:<br><br>'660 patent at Abstract, Col. 1:67-2:10, 3:25-27, 3:58-63, 4:7-8, 4:11-18, 4:46-52, 4:62-5:11. 6:1-14, 7:54-64, 8:4-10, 8:18-21, 9:19-28 |

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | 2012 Amendment Submitted/Entered with Filing of CPA/RCE. U.S. 8,374,226 File History, 01-04-2013 Comments On Reasons for Allowance. | |
| "wherein the [first / second] SNR margin specifies a [first / second] value for an increase in noise associated with the [first / second] plurality of carriers" | US 8,625,660, claims 5, 14 | "wherein the [first / second] SNR margin specifies a value that allows for an increase in noise associated with the [first / second] plurality of carriers" Intrinsic Evidence: '660 patent at Col. 1:51-2:38; 3:28-54, 4:11-13. U.S. 8,374,226 File History, 05-03-2012 Amendment Submitted/Entered with Filing of CPA/RCE. U.S. 8,374,226 File History, 01-04-2013 Comments On Reasons for Allowance. | "wherein the [first / second] SNR margin is assigned based on the [first / second] value of the expected increase in noise based on an impairment associated with the [first / second] plurality of carriers" Intrinsic Evidence: '660 patent at Col. 2:34-38, 3:21-27, 3:49-54, 3:58-63, 4:11-18, 4:47-5:11, 5:12-21, 5:22-33, 6:1-14, 7:1-39, 7:54-64 '727 provisional at 1-3 '660 file history, 2-11-2013 Preliminary Amendment at Cl. 1 '660 file history, 4-11-2013 OA at 4 |
| "value for an increase in noise" | US 8,625,660, claims 5, 14 | *No separate construction necessary, to the extent a construction is needed:* "value that allows for an increase in noise associated with the [first / second] plurality of carriers" Intrinsic Evidence: '660 patent at Col. 1:51-2:38; 3:28-54, | "value of the expected increase in noise based on an impairment in the [first / second] plurality of carriers" Intrinsic Evidence: '660 patent at Col. 2:34-38, 3:21-27, 3:49-54, 3:58-63, 4:11-18, 4:47-5:11, 5:12-21, 5:22-33, 6:1-14, 7:1-39, 7:54- |

3

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | 4:11-13.<br><br>U.S. 8,374,226 File History, 05-03-2012 Amendment Submitted/Entered with Filing of CPA/RCE.<br><br>U.S. 8,374,226 File History, 01-04-2013 Comments On Reasons for Allowance. | 64<br><br>'727 provisional at 1-3<br><br>'660 file history, 2-11-2013 Preliminary Amendment at Cl. 1<br><br>'660 file history, 4-11-2013 OA at 4 |

| Claim term | Claim | Agreed to construction |
|---|---|---|
| "a [first / second] plurality of carriers using a [first / second] Signal to Noise Ratio (SNR) margin" | US 8,625,660, claims 5, 14 | "a [first / second] plurality of carriers having a [first / second] Signal to Noise Ratio (SNR) margin assigned to that plurality of carriers" |
| "multicarrier" | US 8,625,660, claims 5, 14 | "having multiple carrier signals that are combined to produce a transmission signal" |