# EXHIBIT C

PATENT
AWR-041

Honorable Commissioner of Patents and Trademarks
Washington, DC 20231

# NEW PROVISIONAL APPLICATION TRANSMITTAL LETTER

Sir:

Transmitted herewith for filing is the Provisional Patent Application of Inventor(s):

|  |  |
|---|---|
|  | Marcos C. Tzannes |
| Residence: | 12 LaEspiral<br>Orinda, CA 94563 |
| Citizenship | United States |
| Post Office Address: | Same as above |

PATENTS<br>AWR-041

For:   Efficient Information Management for the Internet

Enclosed are the following papers required to obtain a filing date under 37 C.F.R. §1.53(c):

  __   Sheets of Informal Drawings
  _3_  Pages of Specification, Drawings & Tables
  __   Claims

The following papers, if indicated by an ☒, are also enclosed:

☐ A Declaration and Power of Attorney
☐ An Assignment of the invention
☐ An Information-Disclosure Statement, Form PTO-1449 and a copy of
   each cited reference
☐ A Small-Entity Declaration
☒ A Certificate of Express Mailing, Express Mail Label No.   EE437022844US

                              Basic Fee:     $150

☒ A check in the amount of $150 is enclosed to cover the Filing Fee.

Please address all communications and telephone calls to the undersigned.

                            Respectfully submitted,

                            */Gail Leonick/*
                            Gail Leonick
                            Aware, Inc.
                            40 Middlesex Turnpike
                            Bedford, Mass. 01730

PATENT
AWR-041

# UNITED STATES PROVISIONAL PATENT APPLICATION

*of*

**Marcos C. Tzannes**

*for a*

**MULTICARRIER MODULATION SYSTEM WITH VARIABLE MARGIN TO ACCOUNT FOR TIME VARYING IMPAIRMENTS**

# Multicarrier Modulation System With Variable Margin To Account For Time Varying Impairments

## By Marcos Tzannes

**Background of the invention**

Multicarrier modulation (or Discrete Multitone Modulation (DMT)) is a transmission method that is being widely used for communication over difficult media. Multicarrier modulation divides the transmission frequency band into multiple subchannels (carriers or bins), with each carrier individually modulating a bit or a collection of bits. A transmitter modulates an input data stream containing information bits with one or more carriers (also called bins or subchannels) and transmits the modulated information. A receiver demodulates all the carriers in order to recover the transmitted information bits as an output data stream.

Multicarrier modulation has many advantages over single carrier modulation. These advantages include, for example, a higher immunity to impulse noise, a lower complexity equalization requirement in the presence of multipath, a higher immunity to narrow band interference, a higher data rate and bandwidth flexibility. Multicarrier modulation is being used in many applications to obtain these advantages, as well as for other reasons. Applications include Asymmetric Digital Subscriber Line (ADSL) systems, Wireless LAN systems, Power Line communications systems, and other applications. ITU standards G.992.1 and G.992.2 and the ANSI T1.413 standard specify standard implementations for ADSL transceivers that use multicarrier modulation.

DMT transceivers modulate a number of bits on each subchannel, the number of bits depending on the Signal to Noise Ratio (SNR) of that subchannel and the Bit Error Rate (BER) requirement of the link. For example, if the required BER is $1 \times 10^{-7}$ (i.e., one bit in ten million is received in error on average) and the SNR of a particular subchannel is 21.5 dB, then that subchannel can modulate 4 bits, since 21.5 dB is the required SNR to transmit 4 QAM bits with a $1 \times 10^{-7}$ BER. Other subchannels can have a different SNR and therefore may have a different number of bits allocated to them at the same BER.

In many DMT systems an additional parameter is used to determine the number of bits allocated to each subchannel. This parameter is called the SNR "margin" (or simply "margin"). The margin specifies the extra SNR per subchannel, in addition to what is required to maintain the specified BER requirement. As an example a DMT system with a 6 dB margin would require a 21.5+6=27.5 dB SNR on a subchannel in order to transmit 4 bits on that subchannel with a 1x10-7 BER. This is 6 dB more than required by the example in the previous paragraph because now a 6 dB margin is added to the system. Another way of looking at this is that in the example of the previous paragraph (4 bits allocated to a subchannel with 21.5 dB SNR) the margin was 0 dB.

DMT transceivers use margin to increase the system's immunity to various types of time varying impairments. Examples of these impairments in ADSL systems are: changes in the levels of crosstalk from other transmission systems in the binder, impulse noise, temperature changes in the telephone line, etc. When a DMT system is operating with a positive SNR margin the noise can change instantaneously by lever of the margin and the system will still maintain the required BER. For example, if the system is operating at a 6 dB margin (e.g. 4 bits are allocated to carriers with 27.5 dB SNR for BER=1x10-7) the crosstalk levels can increase by 6 dB and the system will still be operating at the required 1x10-7 BER. Obviously the penalty for this increase in robustness is a decreased data rate since at a 0 dB margin a subchannel with 27.5 dB SNR can modulate 6 bits at 1E-7 BER.

Therefore there is a tradeoff between the robustness of the link and the achievable data rate. The margin can be used to quantify this tradeoff. A higher margin results in a higher level of immunity to changing channel conditions at the expense of achievable data rate. Likewise, a lower margin results in a higher data rate at the expense of lower immunity to changing channel conditions.

DMT systems allocate a fixed margin to all subchannels. For example ADSL systems typically use a 6 dB margin on all subchannels carrying data bits. This 6 dB margin is constant on all subchannels and does not depend on the type of impairment that the margin is trying to protect against.

**Summary of the invention**

According to the principles of this invention the margin in a DMT system is varied depending on the type of impairment that is expected to be changing over time.

1

In one embodiment of the invention, the margin is set to be different on at least 2 subchannels in a DMT system. In this embodiment, subchannels which are expected to incur larger variations in impairment levels are set to have higher margin whereas subchannels with which are expected to incur lower variations in impairment levels are set to have lower margin. As an example of this embodiment, consider the case of an ADSL transmission system transmitting data over telephone wires and consider the case where the impairment is changing channel conditions due to temperature changes. Telephone wire is typically made out of copper and therefore the attenuation (insertion loss) characteristics will depend on the temperature of the wire. As the temperature increases the attenuation (insertion loss) will increase as well. The insertion loss also varies with frequency as the temperature changes. Therefore, as the temperature increases, in addition to an overall increase in insertion loss, the insertion loss at the higher frequencies increases more than the insertion loss at the lower frequencies. Table 1 shows an example of insertion loss of a 13500 ft 26 AWG line at various frequencies for $70^{\circ}$ F and $120^{\circ}$ F.

TABLE 1: Insertion loss of 13500 ft 26 AWG line versus frequency at 70F and 120F

|  | Frequency (kHz) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 20 | 40 | 100 | 200 | 260 | 300 | 400 | 500 | 600 | 780 | 1 100 |
| Insertion loss (dB) at $70^{\circ}$ F | 29.8 | 36.7 | 45.2 | 52.8 | 57.3 | 60.2 | 67.7 | 74.8 | 81.7 | 93.0 | 110 |
| Insertion loss (dB) at $120^{\circ}$ F | 31.9 | 39.6 | 49.4 | 57.4 | 61.8 | 64.8 | 72.3 | 79.3 | 86.1 | 97.9 | 116 |

It is apparent that the difference in insertion loss from 120F to 70F is 2.1 dB at 20 kHz whereas the difference in insertion loss from 120F to 70F is 6 dB at 1100 kHz. In this embodiment of the invention a higher margin is allocated to carriers at higher frequencies and a lower margin is allocated to carriers at lower frequencies. For example, the carrier at 20 kHz will only need a 2.1 dB margin, because even if the temperature changes from 70F to 120F the insertion loss will only change by 2.1 dB and as a result the system BER requirements will still be met after the temperature change. Likewise, the carrier at 1100 kHz will need a 6 dB margin, because if the temperature changes from 70F to 120F the insertion loss will change by 6 dB and as a result the system BER requirements will still be met after the temperature change. It is apparent that in this invention the margin is not allocated to each subchannel in a fixed manner but rather varies based on the expected change in the impairment over time. As a result, the overall data rata of the system will increase without sacrificing the robustness of the system. This occurs because by lowering (for example) the margin on the lower carriers from 6 dB to 2.1 dB we have increased the channel data rate. This increase has occurred without a loss in immunity to the temperature variations of the line since the lower frequencies are less susceptible to these temperature variations than the higher frequencies. Obviously this embodiment is not limited to the example of temperature variations. In fact it can be easily applied to any impairment that varies over time and effects different frequencies in a different way. As another example, consider a crosstalk from another transmission system in the binder. If the crosstalking transmission system is known to use only a portion of the frequency spectrum utilized by the DMT system of this invention then the margin can be decreased on the carriers that are known to be outside of the frequency spectrum of the crosstalking system. ISDN systems are an example of a crosstalk source for ADSL systems. ISDN systems typically transmit only up to approximately 150 kHz. In this invention, carriers above 150 kHz will operate at lower margin than carriers below 150 kHz when ISDN is a crosstalk source.

Aware Proprietary and Confidential Information

In another embodiment of this invention, the margin in ADSL systems is varied depending on the length of the telephone wire. Table 2 shows an example of insertion loss of a 9000 ft 26 AWG line at various frequencies for 70° F and 120° F.

**TABLE 2: Insertion loss of 9000 ft 26 AWG line versus frequency at 70F and 120F**

|  | Frequency (kHz) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 20 | 40 | 100 | 200 | 260 | 300 | 400 | 500 | 600 | 780 | 1 100 |
| Insertion loss (dB) at 70° F | 20.0 | 24.4 | 30.1 | 35.2 | 38.2 | 40.2 | 45.1 | 49.9 | 54.4 | 62.0 | 73.6 |
| Insertion loss (dB) at 120° F | 21.4 | 26.3 | 32.8 | 38.2 | 41.2 | 43.2 | 48.2 | 52.9 | 57.4 | 65.3 | 77.5 |

When compared to Table 1 we see that the increase in insertion loss as temperature increases depends on the length of the telephone line as well. On the 9000 ft phone line a 50F temperature change resulted in an average of only 2.8 dB increase in insertion loss. On the 13500 ft phone line a 50F temperature change resulted in an average of 4.3 dB increase in insertion loss. In this embodiment of the invention the margin on the subchannels is varied depending on the length of the phone line. As an example, if the phone line is shorter (9000 ft) the average margin can be decreased on the subchannels by 4.3-2.8=1.5 dB as compared to a longer 13500 ft loop without sacrificing immunity to temperature changes on the phone line. This is possible because a shorter phone line will not experience as much of a change in insertion loss due to temperature changes as a longer phone line.

In this embodiment of the invention the margin allocated to different subchannels takes into account information about the length of the telephone line. As an example, the insertion loss difference from 70F to 120F at 20 kHz is 2.1 dB for the 13500 ft line. On the other hand the insertion loss difference from 70F to 120F between 20 kHz 1.4 dB for the 9000 ft line. According to this embodiment of the invention a margin of 2.1 dB would be allocated to the carrier at 20 kHz on a 13500 ft line whereas a margin of 1.4 dB would be allocated to the carrier at 20 kHz on the 9000 ft line. The immunity to temperature variations on the line would be the same for both the system operating at 9000 ft and 13500 ft. As a result the system overall data rate of the ADSL systems can be increased on shorter lines without any loss in robustness.