# EXHIBIT 1

**REDACTED**

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

**REDACTED**

# EXHIBIT 4

**REDACTED**

# EXHIBIT 5

**REDACTED**

# EXHIBIT 6

**REDACTED**

# EXHIBIT 7

# REDACTED

EXHIBIT 8

**REDACTED**

# EXHIBIT 9

**REDACTED**

# EXHIBIT 10

**REDACTED**

# EXHIBIT 11

**REDACTED**

# EXHIBIT 12

**REDACTED**

# EXHIBIT 13

**REDACTED**

# EXHIBIT 14

**REDACTED**

# EXHIBIT 15

**REDACTED**

# EXHIBIT 16

**REDACTED**

# EXHIBIT 17

**REDACTED**

# EXHIBIT 18

**REDACTED**