## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | |
| Plaintiff, | C.A. No. 14-cv-954-RGA |
| v. | |
| ADTRAN, INC., | |
| Defendant. | |
| ADTRAN, INC., | |
| Plaintiff, | C.A. No. 15-cv-121-RGA |
| v. | |
| TQ DELTA, LLC, | |
| Defendant. | |

### STIPULATION REGARDING CASE SCHEDULE

The parties hereby agree, subject to the approval of the Court, that the deadlines to serve damages expert reports are extended two weeks as follows:

(1) Opening Reports: May 3, 2019

(2) Answering Reports: May 30, 2019

(3) Reply Reports: June 21, 2019

Dated:  April 18, 2019                Respectfully submitted,

FARNAN LLP                    MORRIS JAMES LLP

/s/ Brian E. Farnan            /s/ Kenneth L. Dorsney
Michael J. Farnan (#5165)        Kenneth L. Dorsney (#3726)
Brian E. Farnan  (#4089)        500 Delaware Avenue, Suite 1500
919 North Market Street, 12th Floor    Wilmington, DE  19801
Wilmington, DE  19801          (302) 888-6800
(302) 777-0300              (302) 571-1750
(302) 777-0301 (Fax)          kdorsney@morrisjames.com
mfarnan@farnanlaw.com
bfarnan@farnanlaw.com          Attorney for Defendant ADTRAN, Inc.

*Attorneys for Plaintiff TQ Delta, LLC*

IT IS SO ORDERED, this _____ day of April, 2019.

_____
The Honorable Richard G. Andrews