# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADTRAN, INC,<br><br>    Defendant. | Civil Action No. 14-cv-00954-RGA |
| ADTRAN, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>TQ DELTA, LLC,<br><br>    Defendant. | Civil Action No. 15-cv-00121-RGA |

**SUPPLEMENTAL EXPERT REPORT OF VIJAY MADISETTI, PH.D.,
ON VALIDITY OF THE FAMILY 4 PATENTS**

1.      Dr. Zimmerman has provided an opinion that Jones anticipates claims 14 of the '008 and '041 Patents. Jones describes a point to multipoint network. Zimmerman Opening Report at ¶ 804 (citing Jones at 3:51-60).

> FIG. 1 depicts a point to multipoint wireless communication network 100 suitable for implementing one embodiment of the present invention. Network 100 includes a central access point or headend 102 and multiple subscriber units 104. All communication is typically either to or from central access point 102. Communication from central access point 102 to one or more subscriber units 104 is herein referred to as downstream communication. Communication from any one of subscriber units 104 to central access point 102 is herein referred to as upstream communication.

Jones at 3:51-60.

2.      Dr. Zimmerman previously provided an opinion that:

> With regard to "produce a transmission signal with a reduced peak-to-average power ratio (PAR)," one of ordinary skill in the art would understand that randomizing the symbols by Jones's phase scrambling sequence would result in a transmission signal with a reduced peak-to-average power ratio (PAR) a non-trivial percentage of the time.

Zimmerman Opening Report at ¶ 837 (citing Jones at 5:49-52). Dr. Zimmerman based this opinion on the following passage from Jones:

> The reason for the phase scrambling is that certain combinations of request access data symbols will result in an excessive peak to mean power ratio (PMPR) for the burst as received. If the phase scrambled symbol values generated for a particular request access burst result in excessive PMPR the receiver FFT will saturate resulting in a failed access request.

Jones at 5:49:56.

3.      The claims require "producing a transmission signal with a reduced peak-to-average power ratio (PAR)." Dr. Zimmerman admitted during his deposition that Jones is addressing PAR at the receiver, not the transmitter. Zimmerman Dep. Tr. at 259:15-18 ("Q. Okay. So this is addressing excessive PAR at the receiver, not at the transmitter, right? A. Yes, it

is."). Further, Dr. Zimmerman admitted that he had not analyzed if phase scrambling to reduce PAR at the receiver would result in a reduction of PAR of the transmission signal. Zimmerman Dep. Tr. at 262:11-14 (Q. Okay. So you didn't do any analysis at all of any reduction in PAR at the transmitter of Jones, correct? A. I did not."). Accordingly, based on Dr. Zimmerman's testimony and Jones disclosure, a person of ordinary skill in the art will not understand Jones to be concerned with reducing PAR of the transmission signal, rather each subscriber unit 104 in Jones uses phase scrambling to reduce the PMPR of the composite signal received at the central access point 102.

4.  I previously opined that Jones does not explicitly disclose using a pseudorandom number generator. Dr. Zimmerman opined that a person of ordinary skill in the art would have been aware that a source was required for the phase scrambling sequence, and the use of a pseudo-random number generator to generate the phase scrambling pattern would have been an obvious choice to one of ordinary skill in the art. However, in view of Dr. Zimmerman's admission that Jones does not use phase scrambling to reduce the PAR of the transmission signal, Dr. Zimmerman hasn't explained (i) why a POSITA would have modified Jones with a pseudorandom number generator and how that would improve Jones, much less how the modification would reduce the PAR of the transmission signal; and (ii) what effect would pseudo-randomly scrambling the phases have on the receive PMPR, because if receive PMPR would increase a POSITA would not be motivated to make the modification.

I declare under penalty of perjury that the above is true and correct, to the best of my knowledge.

December 18, 2020

_____
VIJAY MADISETTI, PH.D.
12/18/20

2