

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

March 26, 2021

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Wilmington, DE 19801-3555

   RE: *TQ Delta, LLC v. ADTRAN, Inc.*,
      **C.A. No. 14-954-RGA (CONSOLIDATED)**

Dear Judge Andrews:

  The parties write to provide a status update regarding access to Broadcom source code. *See* D.I. 1283 and 1308. The parties have agreed to seek relocation of a source code computer from its current location near Boston to the Los Angeles area to facilitate source code review by California-based experts without cross country travel during the ongoing pandemic. Relocation requires a signed agreement between the parties, Broadcom, and Iron Mountain as the provider of the escrow service. The parties have drafted an agreement to provide for relocation of a source code computer and provided that draft to Broadcom and Iron Mountain. Relocation cannot occur until Broadcom and Iron Mountain assent to the agreement, and it is the parties understanding that Broadcom and Iron Mountain are considering the agreement and attempting to coordinate a discussion among representatives. At this point, the parties cannot provide an exact date by which relocation of the source code computer is expected to occur. The parties will provide a further update by April 9.

  Counsel for both parties are available at the Court's convenience if Your Honor has any questions.

            Respectfully,

            */s/ Kenneth L. Dorsney*

            Kenneth L. Dorsney (#3726)
            kdorsney@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)