IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC,

    Plaintiff,

v.

ADTRAN, INC.,

    Defendant.

No. 14-cv-954-RGA

ORDER

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion to Strike (D.I. 1169) is **GRANTED**.

Entered this 30th day of March 2021.

/s/ Richard G. Andrews
United States District Judge