IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA LLC,

        Plaintiff,

v.

ADTRAN, INC.,

        Defendant.

No. 14-cv-954-RGA

ORDER

For the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment of infringement (D.I. 1089) is **GRANTED**. Defendant's motion for summary judgment of noninfringement (D.I. 1096) is **DENIED**.

Entered this 30th day of March 2021.

    /s/ Richard G. Andrews
United States District Judge