IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA LLC,                          :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :      Civil Action No. 14-954-RGA
                                       :             Consolidated
ADTRAN, INC.,                          :
                                       :
                    Defendant.         :

**MARKMAN ORDER FOR FAMILY 4 DISPUTE**

Upon consideration of the briefing and the evidentiary hearing held on March 1, 2022, and as stated at the conclusion of the hearing, for purposes of the asserted Family 4 patents, "phase characteristic" is construed as "one or more values that represent the angular aspect of a constellation point."

IT IS SO ORDERED this 1st day of March 2022.

_____
/s/ Richard G. Andrews
United States District Judge