IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 14-954-RGA |
| | : | Consolidated |
| ADTRAN, INC., | : | |
| | : | |
| Defendant. | : | |

**MARKMAN ORDER FOR FAMILY 7**

The Court resolves the Markman disputes in Family 7 (D.I. 1309) as follows:

"without needing to reinitialize" is construed as "without needing to repeat the full initialization process again." *Cf. TQ Delta, LLC v. DISH Network LLC*, 929 F.3d 1350, 1357-58 (Fed. Cir. 2019) (construed under "broadest reasonable construction" standard).

"without reinitialization" is construed as "without repeating the full initialization process again." *Cf. id*.

"A multicarrier transceiver having a sleep mode capability" is a limiting preamble, and "sleep mode" is construed as "a mode in which the circuitry is not transmitting or receiving content, and the amount of power consumed is less than when operating in full power mode." (D.I. 442 at 10-15).

"a transmitter or receiver portion capable of: placing at least one component of a first multicarrier transceiver in a sleep mode" is construed to have its plain and ordinary meaning.

"reducing power to selected portions of transceiver circuitry" is construed to have its plain and ordinary meaning.

The dispute over the last term (D.I. 1309 at 48) is moot.  (D.I. 1378).

IT IS SO ORDERED this 10th day of March 2022.

                                        /s/ Richard G. Andrews
                                        United States District Judge