# EXHIBIT A

US007453881B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 7,453,881 B2**
Tzannes et al.　　　　　　　　　　　　(45) **Date of Patent:**　　　Nov. 18, 2008

(54) **SYSTEMS AND METHODS FOR MULTI-PAIR ATM OVER DSL**

(75) Inventors: **Marcos C Tzannes**, Orinda, CA (US); **Edmund Reiter**, Lincoln, MA (US); **Christopher Cahill**, Northboro, MA (US)

(73) Assignee: **Aware, Inc.**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1024 days.

(21) Appl. No.: **10/264,258**

(22) Filed: **Oct. 4, 2002**

(65) **Prior Publication Data**

US 2003/0091053 A1　　May 15, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/327,440, filed on Oct. 5, 2001.

(51) **Int. Cl.**
**H04L 12/28**　　(2006.01)

(52) **U.S. Cl.** ..................... **370/395.1**; 370/535; 370/465

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,287,513 A　*　2/1994　Ferguson ................... 370/360

| | | | |
|---|---|---|---|
| 6,222,858 B1 | | 4/2001 | Counterman |
| 6,252,878 B1 | | 6/2001 | Locklear, Jr. et al. |
| 6,286,049 B1 | | 9/2001 | Rajakarunanayake et al. |
| 6,731,678 B1 | * | 5/2004 | White et al. ................ 375/219 |
| 6,771,671 B1 | * | 8/2004 | Fields et al. ................ 370/514 |
| 2002/0006128 A1 | * | 1/2002 | Yehuda et al. ............. 370/390 |
| 2002/0181458 A1 | * | 12/2002 | Amidan et al. ............. 370/389 |

OTHER PUBLICATIONS

International Preliminary Examination Report, Date of Mailing Mar. 24, 2003.
International Preliminary Examination Report for International (PCT) Patent Application No. PCT/US02/31649, Date of Mailing Mar. 5, 2004.
Written Opinion for International (PCT) Patent Application No. PCT/US02/31649, mailed Nov. 7, 2003.
Supplementary European Search Report for European Patent Application No. EP02778433, Nov. 3, 2005.
Official Action for Canadian Patent Application No. 2,461,320, mailed Jun. 10, 2008.

* cited by examiner

*Primary Examiner*—Duc C Ho
(74) *Attorney, Agent, or Firm*—Sheridan Ross P.C.; Jason H. Vick

(57)　　　　　**ABSTRACT**

At a transmitter, an ATM cell stream is received from the ATM layer and is distributed on a cell-by-cell bases across multiple DSL PHY's. At the receiver, the cells from each DSL PHY are re-combined in the appropriate order to recreate the original ATM cell stream, which is then passed to the ATM layer.

**42 Claims, 7 Drawing Sheets**



U.S. Patent

Nov. 18, 2008

Sheet 1 of 7

US 7,453,881 B2

**Access Node (AN)**

Core Network Interface Element ATM & PHY — 12

VPI/VCI Translation and Higher Layer Functions — 14

VP/VC Mux — 16

V-C

ATM TC ATU-C — 18 → 1

ATM TC ATU-C — 18 → 2

ATM TC ATU-C — 18

10

ATM Core Network — 2

V

Fig. 1
(Prior Art)

**Broadband Network Termination (B-NT)**

N

U

T-R

ATU-R ATM TC — 22

VP/VC Mux — 24

Access ATM — 26

PDN/TE Interface Element ATM & PHY — 28

20

T, S or Absent

SAR and PDN Function or None — 30

S, R or Absent

Premise Distribution Network (PDN)/Terminal Equipment (TE) — 4

TQD-ADT 000036



Fig. 2

U.S. Patent    Nov. 18, 2008    Sheet 2 of 7    US 7,453,881 B2

TQD-ADT 000037



Fig. 3

Fig. 4

Fig. 5

TQD-ADT 000038



Fig. 6

Fig. 7

Fig. 8

TQD-ADT 000039



Fig. 9

Fig. 10

Fig. 11

Fig. 12

TQD-ADT 000040



| Bit | 8 7 6 5 | 4 3 2 1 |
|---|---|---|
| Byte 1 | Flow Control (GFC) | VPI Value |
| Byte 2 | VPI Value | VCI Value |
| Byte 3 | VCI Value | |
| Byte 4 | VCI Value | Payload Type | |
| Byte 5 | HEC | |

Fig. 13

| Bit | 8 7 6 5 | 4 3 | 2 1 |
|---|---|---|---|
| Byte 1 | Flow Control (GFC) | TIV | MP Cntr |
| Byte 2 | MP Counter | | Reserved |
| Byte 3 | Reserved | | |
| Byte 4 | Reserved | Payload Type | CLP |
| Byte 5 | HEC | | |

Fig. 14

TQD-ADT 000041



Fig. 15

TQD-ADT 000042

US 7,453,881 B2

1

## SYSTEMS AND METHODS FOR MULTI-PAIR ATM OVER DSL

### RELATED APPLICATION DATA

This application claims the benefit of and priority under 35 U.S.C. §119(e) to U.S. Patent Application Serial No. 60/327,440, filed Oct. 5, 2001, entitled "Multi-Pair ATM Over DSL," which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The systems and methods of this invention generally relate to communication systems. In particular, the systems and methods of this invention relate to asynchronous transfer mode (ATM) over digital subscriber line (DSL).

2. Description of Related Art

FIG. 1 illustrates the conventional configuration of a system for transporting ATM over DSL using a single latency ADSL configuration. As of the time of filing, single latency is most common form of ADSL deployment. Further details of this specific architecture can be found in DSL Forum Recommendation TR-042, incorporated herein by reference in its entirety.

For the system illustrated in FIG. 1, the access node **10** serves as an ATM layer multiplexer/concentrator between the ATM core network **2** and the access network. As described in the above referenced DSL Forum Recommendation, for ATM systems, the channelization of different payloads are embedded within the ATM data stream using different virtual paths (VP) and/or virtual channels (VC). In the downstream direction, the VP/VC Mux module **16** and VPI/VCI translation module **14** receive cells from the core network interface element **12** and function to perform cell routing based on a virtual path identifier (VPI) and/or virtual channel identifier (VCI) to the appropriate ATU-C **18**. In the upstream direction, the VP/VC Mux module **16** and the VPI/VCI translation module **14** function to combine the cell streams from the ATU-C's **18** into a single ATM cell stream to the core ATM network **2**.

The broadband network termination (B-NT) **20** performs the functions of terminating the ADSL signal entering the user's premises via the twisted pair cable and the ATU-R **22** and provides either the T, S or R interface towards the premises distribution network/terminal equipment **4**. The access ATM module **26** and the VP/VC Mux module **24** perform the ATM layer functions to support the TC layers in the ATU-R. The broadband network termination **100** may also contain VPI/VCI translation functions to support multiplex/demultiplex of VC's between the ATU-R **22** and the premise distribution network/terminal equipment **4** on a VPI and/or VCI bases. The broadband network termination **20** may also comprise a PDN/TE interface element **28** and SAR module **30** the functions of which are well known and will be omitted for sake of clarity.

### SUMMARY OF THE INVENTION

The exemplary systems and methods of this invention combine multiple DSL PHY's, i.e., multiple twisted wire pairs, to, for example, generate a high data rate connection for the transport of an ATM cell stream between the service provider and, for example, a DSL subscriber. The ATM cell stream may contain one or more payloads where each payload is channelized within the ATM data stream using different virtual paths (VP) and/or virtual channels (VC). At a transmitter,

2

the ATM cell stream received from the ATM layer is distributed on a cell-by-cell bases across the multiple DSL PHY's. At the receiver, the cells from each DSL PHY are recombined in the appropriate order to recreate the original ATM cell stream, which is then passed to the ATM layer.

Accordingly, aspects of the invention relate to ATM communications.

Additional aspects of the invention relate to transporting ATM over DSL, and more particularly over ADSL.

Additional aspects of the invention also relate to distributing ATM cells from a single ATM cell stream across multiple twisted wire pairs.

Further aspects of the invention relate to distributing ATM cells from a single ATM cell stream across multiple DSL communication links.

Further aspects of the invention relate to varying data rates over the multiple twisted wire pairs over which distributed ATM cells are transported.

These and other features and advantages of this invention are described in, or apparent from, the following detailed description of the embodiments.

### BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of the invention will be described in detailed, with reference to the following figures, wherein:

FIG. **1** is a functional block diagram illustrating a conventional ATM over ADSL system;

FIG. **2** is a functional block diagram illustrating an exemplary system for transporting ATM over ADSL according to this invention;

FIG. **3** illustrates an exemplary functional block diagram of the multi-pair multiplexing transmitter according to this invention;

FIG. **4** illustrates a functional block diagram of a second exemplary multi-pair multiplexing transmitter according to this invention;

FIG. **5** illustrates a functional block diagram of a third exemplary embodiment of the multi-pair multiplexing transmitter according to this invention;

FIG. **6** illustrates a functional block diagram of an exemplary multi-pair multiplexing receiver according to this invention;

FIG. **7** illustrates a functional block diagram of a second exemplary multi-pair multiplexing receiver according to this invention;

FIG. **8** illustrates a functional block diagram of a third exemplary multi-pair multiplexing receiver according to this invention;

FIG. **9** is a functional block diagram illustrating a fourth exemplary multi-pair multiplexing receiver according to this invention;

FIG. **10** illustrates a functional block diagram of a fifth exemplary multi-pair multiplexing receiver according to this invention;

FIG. **11** illustrates a functional block diagram of a fourth exemplary multi-pair multiplexing transmitter according to this invention;

FIG. **12** is a functional block diagram illustrating a sixth exemplary multi-pair multiplexing receiver according to this invention;

FIG. **13** illustrates a standard five byte ATM UNI header;

FIG. **14** illustrates an exemplary modified ATM header according to this invention; and

TQD-ADT 000043

US 7,453,881 B2

3

FIG. 15 is a flowchart outlining an exemplary embodiment of a method for combining multiple DSL PHYs to transport an ATM cell stream between a service provider and a subscriber.

## DETAILED DESCRIPTION OF THE INVENTION

The exemplary systems and the methods of this invention will be described in relation to digital subscriber line communications and more particularly to asymmetric digital subscriber line communications. However, to avoid unnecessarily obscuring the present invention, the following description omits well-known structures and devices that may be shown in block diagram form or otherwise summarized. For the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It should be appreciated however that the present invention may be practiced in variety of ways beyond the specific details set forth herein. For example, the systems and methods of this invention can generally be applied to any type of communications system including wireless communication systems, such as wireless LANs, power line communications, or any other systems or combination systems that use ATM.

Furthermore, while the exemplary embodiments illustrated herein show the various components of the communication system collocated, it is to be appreciated that the various components of the system can be located at distant portions of distributed network, such as a telecommunications network and/or the Internet, or within a dedicated ATM over DSL system. Thus, it should be appreciated that the components of the communication system can be combined into one or more devices or collocated on a particular node of a distributed network, such as a telecommunications network. It will be appreciated from the following description, and for reasons of computational efficiency, that the components of the communication system can be arranged at any location within a distributed network without affecting the operation of the system.

Furthermore, it should be appreciated that the various links connecting the elements can be wired or wireless links, or a combination thereof or any other know or later developed element(s) that is capable of supplying and/or communicating data to and from the connected elements. Additionally, the term module as used herein can refer to any know or later developed hardware, software, or combination of hardware and software that is capable of performing the functionality associated with that element.

Additionally, although this invention will be described in relation to ATM systems, the systems and methods of this invention can be applied to any transport protocol that uses cells or packets for transmitting information. Therefore, for example, the same methods can be used for the bonding of PHYs that transport Ethernet or IP packets. Furthermore, although this invention will be described in relation to ATM transported over DSL PHYs, other PHYs, such as cable, voice band modems, ATM-25, and the like, can also be used.

FIG. 2 illustrates an exemplary multi-pair ATM over DSL system. In particular, the system comprises an access node 100, a broadband network termination 200, an ATM core network 2 and premise distribution network/terminal equipment 4. The access node 100 further comprises a core network interface element 110, a VPI/VCI translation module 120, a VP/VC Mux module 130, an ATU-C multi-pair multiplexer 140 and a plurality of ATM TC ATU-C modules 150. The broadband network termination 200 further comprises a plurality of ATU-R ATM TCs 210, an ATU-R multi-pair multi-

4

plexer 220, a VP/VC Mux module 230, an access ATM module 240, and a PDN/TE interface module 250. Furthermore, the system comprises a SAR and PDN function module 260, wherein the functions of like components have been discussed in relation to FIG. 1.

The exemplary system illustrated in FIG. 2 distributes ATM cells from a single ATM cell stream across multiple ADSL PHY links, i.e., multiple twisted wire pairs (1 to n). The ATM cell stream, also referred to as the ATM stream, may comprise one or more payloads where each payload is channelized within the ATM stream using different virtual paths (VP) and/or virtual channels (VC). This can effectively create, for example, a high data rate ATM connection between a service provider and an ADSL subscriber.

In accordance with an exemplary embodiment of this invention, the ATU-C multi-pair multiplexer 140 is inserted between the VP/VC multiplexer 130 and the ATU-C's 150 at the V-C interface in the access node 100. Additionally, the ATU-R multi-pair multiplexer 220 is added to the broadband network termination 200 at the T-R interface. Both of these multi-pair multiplexers have transmitter and receiver sections (not shown) whose operations are comparable. The multi-pair multiplexer transmitter section performs the task of distributing cells from the ATM stream among multiple ATM cell substreams. Each ATM cell substream, also referred to as an ATM substream, is forwarded a different ATU. The multi-pair multiplexer receiver section performs the task of recombining the ATM substreams to regain the original ATM stream.

In the exemplary system illustrated in FIG. 2, two ADSL PHYs 160 and 170 are "bonded" together to transport a single ATM cell stream. However, it should be appreciated, that the number of ADSL PHYs "bonded" together can be easily expanded to any number (N≧2) of ADSL PHYs thereby, for example, enabling higher ATM data rates. In addition to the two ADSL PHYs 160 and 170 that are bonded together, it should further be appreciated that in some instances in the same access node 100, other ADSL PHYs may be operating in the traditional way. Obviously, the ADSL PHYs operating the traditional way do not need to be connected to the multi-pair multiplexer 140. Thus, in general, it should be appreciated that any combination of "bonded" and unbonded, i.e. traditional, ADSL PHY's, may be configured between the access node 100 and the broadband network determination 200. Furthermore, it should be appreciated that all of the ADSL PHYs can be bonded together.

In may ADSL systems, the logical interface between the ATM layer the PHY is based on UTOPIA Level 2 with a cell level handshake. This same UTOPIA Level 2 logical interface can also be used between the multi-pair multiplexer and the ATM layer and also between the multi-pair multiplexer and the PHY in the access node 100 and the broadband network termination 200. Although, the above example and the remainder of this discussion will be directed toward the multi-pair multiplexer functions using a ADSL PHY, any version of DSL that has an ATM-TC, e.g., VDSL, SHDSL, or the like, may be used instead of, or conjunction with, the ADSL PHY.

FIG. 3 illustrates an exemplary multi-pair multiplexing transmitter according to this invention. The ATU-C and ATU-R multi-pair multiplexer box provide the same basic transmitter and receiver functions and thus can be summarized as one unit.

In particular, the exemplary multi-pair multiplexing transmitter 300 illustrated in FIG. 3 provides, but not limited to, accepting a single ATM stream 310 from the ATM layer and distributing the cells among N ATM substreams 320, where N≧2. Furthermore, the multi-pair multiplexing transmitter 300 maps each ATM cell substream to a different DSL con-

TQD-ADT 000044

US 7,453,881 B2

5

nection and provides as output these ATM cell substreams to the appropriate ADSL PHY (ATUx). For the exemplary multi-pair multiplexing transmitter **300** illustrated in FIG. **3**, the cells from the ATM stream **310** are distributed amongst the ATM substreams **320** based on the data rate of each DSL PHY.

The configuration of the multi-pair multiplexing transmitter **300** can be varied to, for example, provide an equal or unequal data rate on the DSL PHYs. FIG. **4** illustrates an exemplary embodiment where an equal data rate is applied to all of the DSL PHYs. In particular, if the data rate on all of the DSL PHYs is the same, then an equal number of ATM cells will be transported over every PHY connection. In this case, the multi-pair multiplexing transmitter **300** sends the first ATM cell to ATU1 **330**, the second ATM cell to ATU2 **340**, the third ATM cell to ATU3 **350**, and so on. For the multi-pair multiplexing transmitter **300** illustrated in FIG. **4**, N=3 and an equal data rate on all DSL PHYs is illustrated, therefore the input ATM cells from the ATM stream **310**, as discussed above, are distributed equally and sequentially among the DSL PHYs.

For the multi-pair multiplexing transmitter **300** illustrated in FIG. **5**, an unequal data rate is transported on the DSL PHYs. In particular, if a data rate on all the DSL PHYs is not equal, the ATM cells can be forward to the DSL PHYs, at, for example, a ratio that matches the ratios of the available PHY data rates. If, for example, N=2, as illustrated in FIG. **5**, and the data rate of the first DSL PHY **360** is two times the data rate of the second PHY **370**, then the multi-pair multiplexer **300** would send 2 ATM cells to the first DSL PHY, i.e., cells **1** and **2**, and then send 1 ATM cell to the second DSL PHY, i.e., cell **3**. However, in general, this basic concept can be expanded at least to include the situation where N>2 and to non-integer data rate ratios.

For example, in a two modem environment where there is a "high-speed" and a "low-speed" implementation, an exemplary ratio of N:1 where N=2 to 8 can be specified. This means that the "high-speed" modem will have eight times the cells as the "low-speed" modem. In this exemplary configuration, there are eight cells of receiver FIFO meaning that the entire "high-speed" receiver could be empted before needing to service the "low-speed" receiver.

FIG. **6** illustrates an exemplary multi-pair multiplexing receiver **400**. The exemplary multi-pair multiplexing receiver **400** provides, but is not limited to, accepting multiple ATM cell substreams from different DSL PHYs and recombining the ATM cells from the different ATM cell substreams to recreate the original ATM stream, which is passed to the ATM layer. In particular, and as illustrated in FIG. **6**, a plurality of ATM substreams are received by the multi-pair multiplexing receiver **400** and recombined into the original ATM stream. Specifically, as in the multi-pair multiplexing transmitter, the recombining of cells from the DSL PHYs depends on the data rates of the individual PHY connections. As in the embodiment discussed in relation to FIG. **4**, where all DSL PHYs had an equal data rate, the multi-pair multiplexing receiver **400** can perform the inverse of the transmitting multiplexer function and reconstruct the original ATM stream by taking one cell from each ATM substream and combining them in the appropriate order, as illustrated in FIG. **7**.

Similarly, as illustrated in relation to the multi-pair multiplexing transmitter **300** illustrated in FIG. **5**, where the DSL PHYs had an unequal data rate, if different ratios of data rates are used a variable number of cells will be taken from each ATM substream to reconstruct the original ATM stream in the multi-pair multiplexing receiver **400** as illustrated in FIG. **8**.

6

Furthermore, an in addition to the changes in data rate that are possible on the DSL PHYs, ATM cells transported over a DSL PHY can have different end-to-end delay (latency) based on several parameters. This potential latency difference between bonded PHYs places implementation requirements on the multi-pair multiplexer. In particular, the multi-pair multiplexer receiver must be able to reconstruct the ATM stream even if the ATM cells are not being received in the same order as they where transmitted.

For example, some of the exemplary reasons for having different delays over different DSL PHYs include, but are not limited, configuration latency which is based on the configuration of the DSL transmission parameters. Specifically, these parameters include the data rate, coding parameters, such as the coding method, codeword size, interleaving parameters, framing parameters, or the like.

ATM-TC latency is based on cell rate decoupling in the ATM-TC. Specifically, the ATM-TC block in ADSL transceivers performs cell rate decoupling by inserting idle cells according to the ITU Standard I.432, incorporated herein by reference in its entirety. This means that depending on the ATU timing and the state of the ATU buffers, an ATM cell that is sent over a DSL PHY will experience non-constant end-to-end delay (latency) through the PHY.

Wire latency is based on differences in the twisted wire pairs. Specifically, the DSL electrical signals can experience different delays based on the difference in length of the wire, the gauge of the wire, the number bridged taps, or the like.

Design latency is based on differences in the DSL PHY design. Specifically, the latency of the PHY can also depend on the design chosen by the manufacture.

Thus, as result of the different latencies in the PHYs, it is possible that an ATM cell that was sent over a DSL PHY may be received at the multi-pair multiplexing receiver after an ATM cell that was sent out later on a different DSL PHY.

FIG. **9** illustrates an example of variable delay based on the embodiment discussed in relation to FIG. **4**. Therefore, the exemplary multi-pair multiplexing receiver **500** should be able to accommodate at least these types of variations in delay. An exemplary method for dealing with the issue of delay is to have cell buffers (not shown) in the multi-pair multiplexing receiver **500** that can provide the ability to compensate for the variations in delay. As example, if there is a cell buffer that can hold several ATM cells on each input ATM substream path, the multi-pair multiplexing receiver **500** can simply wait until, for example, cell number **1** comes in path number one, while path number two will buffer cell number **2** and wait for cell number **1** to be received. This method requires a cell buffer on each ATM substream path at the input of the multi-pair multiplexing receiver **500**. The size of the cell buffer can be determined by, for example, the maximum difference in latency between the "bonded" PHYs. As an alternative, the buffer can be based on one large buffer with multiple pointers without effecting the operation of the system.

Another effective method of reducing the difference in latency between DSL PHYs is mandate that all DSL PHYs are configured with transmission parameters in order to provide the same configuration latency. An exemplary method of accomplishing the same configuration latency is by configuring the exact same data rate, coding parameters, interleaving parameters, etc. on all DSL PHYs. Alternatively, different PHYs can have, for example, different data rates but use the appropriate coding or interleaving parameters to have the same latency on all the bonded PHYs.

As an example, for Reed Solomon coding and interleaving functions as defined in ADSL standards G.992.1 and G.992.3,

TQD-ADT 000045

US 7,453,881 B2

7

incorporated herein by reference in their entirety, the latency due to these functions is defined as:

Latency=$N*D/R$,

where N is the number of bits in a codeword, D is the interleaver depth in codewords and R is the data in bits per second.

For example if N=1600 bits, i.e., 200 bytes, D=64 codewords and R=6400000 bps then:

Latency=$1600*64/6400000$=0.016 seconds.

Therefore if, for example, two PHYs have different data rates, R1 and R2 then, in order to bond these PHYs together and have the same configuration latency set:

$N1*D1/R1=N2*D2/R2$,

where N1 and N2 are the bits in a codeword for each PHY and D1 and D2 are the interleaver depths for each PHY.

This can also be rewritten as:

$N1*D1=(R1/R2)*N2*D2$.

Thus, in general, the N1, N1, N2 and D2 parameters must be chosen to satisfy the above equations and this can be accomplished in several ways.

For example, if the configuration latency is specified as 0.016 seconds, and R1=6400000 bps and R2=1600000 then, as described in the example above, N1 anss D1 can be configured as N1=1600 and D1=64. Therefore:

$N2*D2=(R2/R1)*D1*N1$=(1600000/6400000)
*1600*64=1600*64/4.

Therefore, for example, N2 and D2 can be configured as (N2=1600, D2=16) or (N2=400, D2=64) or (N2=800, D2=32), etc.

Obviously the same methods can be applied to more than 2 PHYs with different data rates.

The ATM-TC receiver in ADSL systems is specified to discard ATM cells that are received with an incorrect cyclic redundancy check, e.g., (HEC). This means that if there are bit errors as the result of transmission over the ADSL channel, ATM cells will be discarded by the ATM-TC and not sent to the multi-pair multiplexing receiver. As a result of this type of error condition, ATM cells may be received out of order in the multi-pair multiplexing receiver.

FIG. 10 illustrates an exemplary multi-pair multiplexing receiver 500 with a single ATM cell lost due to PHY channel errors using the exemplary embodiment discussed in relation to FIG. 4. In FIG. 10, ATM cell number 5 was discarded by the second DSL PHY 510 due to, for example, a HEC error. Therefore, if the multi-pair multiplexing receiver 500 is not aware of this error, the ATM cells stream can not be reconstructed appropriately.

The exemplary systems and methods of this invention utilize a multi-pair cell counter to operate in the condition where the ATM cells are discarded by DSL PHY when, for example, HEC errors occur. The multi-pair multiplexing transmitter can embed the multi-pair cell counter in the header of each ATM cell after receiving the ATM cell from the ATM layer. At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter and removes it from the header of the ATM cell prior to sending the ATM cell to the ATM layer. The multi-pair cell counter is a value that indicates the position of a particular ATM cell in the ATM cell stream.

In its simplest form, the multi-pair cell counter can be a modulo L counter that starts at, for example, zero and increments by one for each consecutive ATM cell up to a value L-1. For example, if L equals 256, the value of the multi-pair cell

8

counter could start at zero and increment by one up to a value of 255. After 255, the multi-pair counter could be started at zero again, and so on.

As previously discussed, the multi-pair cell counter can be embedded in the ATM cell header of all the ATM cells in the ATM stream. FIG. 11 illustrates the multi-pair multiplexing transmitter 400 as discussed in relation to the example illustrated in FIG. 4, with L equal to 4 and the multi-pair cell counter specified inside the ATM cell header. At the receiver, the multi-pair cell counter is read by the multi-pair multiplexing receiver and removed from the ATM cell header. The multi-pair multiplexing receiver uses the multi-pair cell counter to properly recombine the ATM cells to reconstruct the ATM stream. Therefore, as in the example above, where a cell was discarded by the DSL PHY, the multi-pair multiplexing receiver would be able to determine this error and the ATM cell(s) placed in the appropriate order.

FIG. 12 illustrates an example where the 5th ATM cell in the ATM stream was discarded by the PHY. The 5th ATM cell in the exemplary ATM stream has a multi-pair cell counter number equal to 0 and was sent on the second ATU. The exemplary multi-pair multiplexing receiver 500 can check the multi-pair cell count value of the ATU's ATM cell before inserting the cell back into the ATM stream. In this manner, when the multi-pair multiplexing receiver checks the ATM cell counter from the second ATU and reads a multi-pair cell count 3 instead of zero, the multi-pair multiplexing receiver can determine that the ATM cell with the multi-pair cell counter equal to 0 was discarded by the second ATU PHY. In this case, multi-pair multiplexing receiver will not take a cell from the ATU-2 ATM substream. Instead, the multi-pair multiplexing receiver will move to the next ATU in order to check the multi-pair cell count value, and insert the ATM cell back into the ATM stream if the multi-pair cell count is correct, and continue. Therefore, as a result of using the multi-pair cell counter, the multi-pair multiplexing receiver can properly reconstruct the original ATM cell stream even in the presence of ATM cell lost.

The exemplary main multi-pair cell parameter is the value of L. The appropriate value of L depends on the number of bonded PHYs (N) and the maximum number (M) of consecutive ATM cells that may be discarded by the PHY. The design constraint on L is that it must be large enough so that the multi-pair multiplexing receiver can still detect cell lost even when the maximum number of consecutive ATM cells are discarded by a PHY. This places the constraint that L>N*M. For example, if there are N=4 bonded PHYs, and maximum number of consecutive ATM cells that may discarded by the PHY is M=50, then L>200. If, for example L is chosen to be equal to 256, then even when 50 consecutive ATM cells are lost, the multi-pair multiplexing receiver can accurately detect the error event.

There are several exemplary methods to embedding the multi-pair cell counter into the ATM cell header including, but not limited to, using the GFC field in the UNI ATM header. The GFC field is currently not used and is typically set to zero. The GFC field is a four bit field therefore the maximum value of L is 16. This could pose an issue when the channel has, for example, impulse noise and the PHY data rate is high resulting in cases where multiple ATM cells are often discarded by the PHY.

Therefore, as an alternative, bits in the VPI/VCI field can be used. The VPI field occupies 8 bits in the UNI header and identifies the route taken by the ATM cell. The VCI field occupies 16 bits in the UNI header and it identifies the circuit or connection number on the path. In order use the VPI/VCI field for the multi-pair cell counter, the multi-pair multiplex-

TQD-ADT 000046

US 7,453,881 B2

9

ing transmitter overwrites bits in the VPI/VCI field with the multi-pair cell counter value on a cell by cell bases. At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter value and resets and overwrites the VPI/VCI back to the original value.

This method requires the multi-pair multiplexing receiver to have knowledge of the overwritten VPI/VCI bits. As an example, this can be accomplished by communicating the VPI/VCI fields of the ATM stream during initialization/con-figuration of the DSL connection or during configuration or re-configuration of the ATM connection. Since the VPI/VCI field has 24 bits, the L value for the multi-pair cell counter can be set to a very large number.

One exemplary method for embedding the multi-pair cell counter in the VPI/VCI field is to construct a table of all, or a portion of, possible VPI/VCI values that may be transported by the bonded DSL PHYs. This VPI/VCI table can, for example, be stored in the multi-pair multiplexing transmitters and receivers for all PHYs. The table maps a VPI/VCI value to a table index value that is also stored in the multi-pair multiplexing transmitters and receivers for all PHYs. If there are K VPI/VCI values being transported over the bonded DSL PHYs, the VPI/VCI value could be mapped to a number from zero to K-1. At the multi-pair multiplexing transmitter, the VPI/VCI value in the ATM header is replaced with the table index value. Since there are limited numbers of VPI/VCI going to a single subscriber, the table index value can utilize only a fraction of the 24 bits available in the VPI/VCI field. Therefore, the multi-pair multiplexing transmitter can use the remaining VPI/VCI bits to transport, for example, the multi-pair cell counter.

At the receiver, the multi-pair multiplexing receiver is multi-pair cell counter that reconstructs the ATM stream as discussed above. Additionally, the multi-pair multiplexing receiver can read the table index value in the ATM header and write the VPI/VCI corresponding to the table index value as stored in the VPI/VCI table back into the VPI/VCI header field.

As a simple example, where only one VPI/VCI is being sent over the bonded DSL connection, the VPI/VCI table will have only one value. Therefore, in this case, it is not necessary to insert the table index value at the transmitter. The transmitter may use the bits in the VPI/VCI field for the multi-pair cell counter. At the receiver, the multi-pair cell counter is read and used to reconstruct the ATM stream. Since only one VPI/VCI value is being used, the receiver can reset the VPI/VCI field to the appropriate value prior to sending the ATM stream into the ATM layer. This approach can work, for example, with many consumer based employments of a DSL, since in most cases a single VPI/VCI is used.

As an alternative, consider a four VPI/VCI situation.

TABLE 1

| VPI/VCI Table | |
|---|---|
| VPI/VCI Value | Table Index Value (TIV) |
| Va (24 bit value) | 0 |
| Vb (24 bit value) | 1 |
| Vc (24 bit value) | 2 |
| Vd (24 bit value) | 3 |

Table 1 contains an exemplary VPI/VCI table with four VPI/VCI addresses. Additionally, for the purpose of this example, the multi-pair cell counter is specified to be an eight bit counter, i.e., a modulo 255 counter.

10

FIG. 13 illustrates the format for the standard five bit ATM UNI header. The VPI/VCI values in Table 1 corresponds to the 24 bit VPI/VCI values in the UNI ATM header.

FIG. 14 illustrates an exemplary format of the ATM header after the multi-pair multiplexing transmitter has replace the VPI/VCI values with the table index value and then embedded the multi-pair cell counter in the VPI/VCI field. The first two bits the VPI/VCI field are used to transport the table index value (TIV) and the next eight bits are used to transport the multi-pair cell counter. The remaining bits can be reserved and can be used, for example, by the multi-pair multiplexing blocks for other purposes, such as the transportation of messages between the multi-pair multiplexing blocks, or the like.

At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter value from the header in order to properly reconstruct the ATM stream. The multi-pair multiplexing receiver also reads the TIV in the ATM header and writes the VPI/VCI corresponding to the table index value as stored in the VPI/VCI table back into the VPI/VCI header field. As a result, at the output of the multi-pair multiplexing receiver, the ATM header can be completely reconstructed into the standard UNI format comprising the original data contents.

In this illustrative example, there were four VPI/VCI addresses being used in cells being transported over the bonded ADSL system. However, in many deployments, the VP is determined in the DSLAM, which means that the VPI field is the same for all packets. Therefore, in the case of terminating the VP and the DSLAM, the VP field could, for example, be used in transporting the TIV.

FIG. 15 illustrates an exemplary method of transporting ATM over DSL. In particular control begins in step S100 and continues to step S110. In step S110 the cell distributions are determined, for example, based on differing data rates between the DSL PHYs, or the like. Next, in step S120 the cells from the ATM stream are assigned based on the determined cell distribution to the appropriate ATM TC cell stream. Then, in step S130, the cells are transmitted to a receiver. Control then continues to step S140.

In step S140, a receiver receives the cells. Next, in step S150, the ATM substreams are combined to reconstruct the ATM stream. In particular, in step S152, a determination is made whether there is a difference in latency between the DSL lines. If there are differential latency problems, control continues to step S154 where the differential latency is com-pensated for by, for example, buffering, or the like. Other-wise, control jumps to step S156.

In step S156, a determination is made whether other errors are present in one or more of the substreams. If other errors, such as dropped cells, channel bit errors, or the like are present, control continues to step S158 where the other errors are compensated for. Otherwise, control jumps to step S160 where the control sequence ends.

The above-described ATM over DSL system can be imple-mented on a telecommunications device, such a modem, a DSL modem, an ADSL modem, a multicarrier transceiver, a VDSL modem, or the like, or on a separate programmed general purpose computer having a communications device. Additionally, the systems and methods of this invention can be implemented on a special purpose computer, a pro-grammed microprocessor or microcontroller and peripheral integrated circuit element(s), an ASIC or other integrated circuit, a digital signal processor, a hard-wired electronic or logic circuit such as discrete element circuit, a programmable logic device such as PLD, PLA, FPGA, PAL, modem, trans-mitter/receiver, or the like. In general, any device capable of implementing a state machine that is in turn capable of imple-

TQD-ADT 000047

US 7,453,881 B2

11

menting the flowchart illustrated herein can be used to implement the various ATM over DSL methods according to this invention.

Furthermore, the disclosed methods may be readily implemented in software using object or object-oriented software development environments that provide portable source code that can be used on a variety of computer or workstation platforms. Alternatively, the disclosed ATM over DSL system may be implemented partially or fully in hardware using standard logic circuits or VLSI design. Whether software or hardware is used to implement the systems in accordance with this invention is dependent on the speed and/or efficiency requirements of the system, the particular function, and the particular software or hardware systems or microprocessor or microcomputer systems being utilized. The ATM over DSL systems and methods illustrated herein however can be readily implemented in hardware and/or software using any known or later developed systems or structures, devices and/or software by those of ordinary skill in the applicable art from the functional description provided herein and with a general basic knowledge of the computer and telecommunications arts.

Moreover, the disclosed methods may be readily implemented in software executed on programmed general purpose computer, a special purpose computer, a microprocessor, or the like. In these instances, the systems and methods of this invention can be implemented as program embedded on personal computer such as JAVA® or CGI script, as a resource residing on a server or graphics workstation, as a routine embedded in a dedicated ATM over DSL system, or the like. The ATM over DSL system can also be implemented by physically incorporating the system and method into a software and/or hardware system, such as the hardware and software systems of a communications transceiver.

It is, therefore, apparent that there has been provided, in accordance with the present invention, systems and methods for ATM over DSL. While this invention has been described in conjunction with a number of embodiments, it is evident that many alternatives, modifications and variations would be or are apparent to those of ordinary skill in the applicable arts. Accordingly, it is intended to embrace all such alternatives, modifications, equivalents and variations that are within the spirit and scope of this invention.

We claim:

1. A method comprising:

utilizing at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

2. The method of claim 1, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

3. The method of claim 1, wherein the bonded transceivers are transporting cells or ATM cells.

4. The method of claim 1, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

5. The method of claim 1, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

12

6. The method of claim 5, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

7. The method of claim 1, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

8. The method of claim 7, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

9. A method comprising:

selecting at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate of a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

10. The method of claim 9, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

11. The method of claim 9, wherein the bonded transceivers are transporting cells or ATM cells.

12. The method of claim 9, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

13. The method of claim 9, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

14. The method of claim 13, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

15. The method of claim 9, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

16. The method of claim 15, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

17. A plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.

18. The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

TQD-ADT 000048

US 7,453,881 B2

13

**19.** The transceivers of claim **17,** wherein the transceivers are capable of transporting cells or ATM cells.

**20.** The transceivers of claim **17,** wherein the transceivers are capable of transporting packets, Ethernet packets or IP packets.

**21.** The transceiver of claim **17,** wherein the at least one transmission parameter value for the first transceiver is a first Reed Solomon Coding parameter value that is different than a second Reed Solomon Coding parameter value for the second transceiver.

**22.** The transceivers of claim **21,** wherein the first Reed Solomon Coding parameter value is less than the second Reed Solomon Coding parameter value when the data rate for the first transceiver is less than the data rate for the second transceiver.

**23.** The transceivers of claim **17,** wherein the at least one transmission parameter value for the first transceiver is a first interleaving parameter value that is different than a second interleaving parameter value for the second transceiver.

**24.** The transceivers of claim **23,** wherein the first interleaving parameter value is less than the second interleaving parameter value when the data rate for the first transceiver is less than the data rate for the second transceiver.

**25.** A plurality of bonded transceivers, each bonded transceiver selecting at least one transmission parameter value to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.

**26.** The transceivers of claim **25,** wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

**27.** The transceivers of claim **25,** wherein the transceivers are is capable of transporting cells or ATM cells.

**28.** The transceivers of claim **25,** wherein the transceivers are capable of transporting packets, Ethernet packets or IP packets.

**29.** The transceivers of claim **25,** wherein the at least one transmission parameter value for the first transceiver is a first Reed Solomon Coding parameter value that is different than a second Reed Solomon Coding parameter value for the second transceiver.

**30.** The transceivers of claim **29,** wherein the first Reed Solomon Coding parameter value is less than the second Reed Solomon Coding parameter value when the data rate for the first transceiver is less than the data rate for the second transceiver.

**31.** The transceivers of claim **25,** wherein the at least one transmission parameter value for the first transceiver is a first interleaving parameter value that is different than a second interleaving parameter value for the second transceiver.

**32.** The transceivers of claim **31,** wherein the first interleaving parameter value is less than the second interleaving

14

parameter value when the data rate for the first transceiver is less than the data rate for the second transceiver.

**33.** A storage media having computer executable instructions stored thereon that:

utilize at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

**34.** The media of claim **33,** wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

**35.** The media of claim **33,** wherein the bonded transceivers are transporting cells or ATM cells.

**36.** The media of claim **33,** wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

**37.** A storage media having computer executable instructions stored thereon that:

select at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

**38.** The media of claim **37,** wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

**39.** The media of claim **37,** wherein the bonded transceivers are transporting cells or ATM cells.

**40.** The media of claim **37,** wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

**41.** A communications system comprising:

a plurality of bonded communication means,

each bonded communication means utilizing at least one transmission parameter value to reduce a difference in latency between the bonded communication means, wherein a data rate for a first of the plurality of bonded communication means is different than a data rate for a second of the plurality of bonded communication means.

**42.** A communications system comprising:

a plurality of bonded communication means,

each bonded communication means selecting at least one transmission parameter value to reduce a difference in latency between the bonded communication means, wherein a data rate of a first of the plurality of bonded communication means is different than a data rate of a second of the plurality of bonded transmission means.

*   *   *   *   *

TQD-ADT 000049

# EXHIBIT B

US008422511B2

(12) **United States Patent**
Tzannes et al.

(10) Patent No.: **US 8,422,511 B2**
(45) Date of Patent: **\*Apr. 16, 2013**

(54) **SYSTEMS AND METHODS FOR MULTI-PAIR ATM OVER DSL**

(75) Inventors: **Marcos C. Tzannes**, Orinda, CA (US); **Edmund Reiter**, Lincoln, MA (US); **Christopher Cahill**, Northboro, MA (US)

(73) Assignee: **TQ Delta, LLC**, Austin, TX (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/783,777**

(22) Filed: **May 20, 2010**

(65) **Prior Publication Data**

US 2010/0290471 A1     Nov. 18, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 12/769,277, filed on Apr. 28, 2010, now Pat. No. 7,978,706, which is a continuation of application No. 12/247,741, filed on Oct. 8, 2008, now Pat. No. 7,809,028, which is a continuation of application No. 10/264,258, filed on Oct. 4, 2002, now Pat. No. 7,453, 881.

(60) Provisional application No. 60/327,440, filed on Oct. 5, 2001.

(51) **Int. Cl.**
*H04J 3/16*     (2006.01)

(52) **U.S. Cl.**
USPC ........................ **370/465**; 370/535; 370/395.1

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,287,513 | A | 2/1994 | Ferguson |
| 5,684,958 | A | 11/1997 | Adachi et al. |
| 5,875,192 | A \* | 2/1999 | Cam et al. .................. 370/395.7 |
| 6,002,670 | A \* | 12/1999 | Rahman et al. .............. 370/238 |
| 6,134,246 | A | 10/2000 | Cai et al. |
| 6,222,858 | B1 | 4/2001 | Counterman |
| 6,252,878 | B1 | 6/2001 | Locklear, Jr. et al. |
| 6,258,878 | B1 | 7/2001 | Bahadur et al. |
| 6,286,049 | B1 | 9/2001 | Rajakarunanayake et al. |
| 6,731,678 | B1 | 5/2004 | White et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/29559 | 8/1997 |
| WO | WO 00/48408 | 8/2000 |
| WO | WO 01/63859 | 8/2001 |

OTHER PUBLICATIONS

International Search Report for International (PCT) Patent Application No. PCT/US02/31649, Date of Mailing Mar. 24, 2003.

(Continued)

*Primary Examiner* — Duc C Ho
(74) *Attorney, Agent, or Firm* — Jason H. Vick; Sheridan Ross, PC

(57)     **ABSTRACT**

At a transmitter, an ATM cell stream is received from the ATM layer and is distributed on a cell-by-cell bases across multiple DSL PHY's. At the receiver, the cells from each DSL PHY are re-combined in the appropriate order to recreate the original ATM cell stream, which is then passed to the ATM layer.

**15 Claims, 8 Drawing Sheets**



**US 8,422,511 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,771,671 | B1 | 8/2004 | Fields et al. |
| 6,775,305 | B1 | 8/2004 | Delvaux |
| 7,023,829 | B1 | 4/2006 | Holmquist et al. |
| 7,068,657 | B2 | 6/2006 | Keller-Tuberg |
| 7,154,895 | B1 | 12/2006 | Bornemisza et al. |
| 7,203,206 | B2 * | 4/2007 | Amidan et al. ............... 370/474 |
| 7,453,881 | B2 * | 11/2008 | Tzannes et al. ........... 370/395.1 |
| 7,809,028 | B2 * | 10/2010 | Tzannes et al. ............... 370/535 |
| 7,978,706 | B2 * | 7/2011 | Tzannes et al. ........... 370/395.1 |
| 2002/0006128 | A1 | 1/2002 | Yehuda et al. |
| 2002/0184158 | A1 | 12/2002 | Amidan et al. |
| 2009/0028115 | A1 | 1/2009 | Tzannes et al. |
| 2010/0208737 | A1 | 8/2010 | Tzannes et al. |

### OTHER PUBLICATIONS

Written Opinion for International (PCT) Patent Application No. PCT/US02/31649, mailed Nov. 7, 2003.

International Preliminary Examination Report for International (PCT) Patent Application No. PCT/US02/31649, Date of Mailing Mar. 5, 2004.

Supplementary European Search Report for European Patent Application No. EP02778433.

Official Action for European Patent Application No. EP02778433, mailed Apr. 13, 2010.

Official Action for Canadian Patent Application No. 2,461,320, mailed Jun. 10, 2008.

Official Action for Canadian Patent Application No. 2,461,320, mailed Sep. 28, 2009.

Official Action for U.S. Appl. No. 10/264,258, mailed Oct. 18, 2006.

Official Action for U.S. Appl. No. 10/264,258, mailed Apr. 27, 2007.

Official Action for U.S. Appl. No. 10/264,258, mailed Jan. 28, 2008.

Notice of Allowance for U.S. Appl. No. 10/264,258, mailed Sep. 23, 2008.

Official Action for U.S. Appl. No. 12/247,741, mailed Nov. 20, 2009.

Official Action for U.S. Appl. No. 12/247,741, mailed Apr. 14, 2010.

Notice of Allowability for U.S. Appl. No. 12/247,741, mailed Jul. 29, 2010.

Supplemental Notice of Allowability for U.S. Appl. No. 12/247,741, mailed Aug. 3, 2010.

Notice of Allowance for U.S. Appl. No. 12/247,741, mailed Aug. 27, 2010.

Official Action for U.S. Appl. No. 12/769,277, mailed Apr. 13, 2011.

Notice of Allowance for U.S. Appl. No. 12/769,277, mailed May 19, 2011.

Notice of Allowance for Canadian Patent Application No. 2,461,320, dated Feb. 18, 2011.

Official Action for U.S. Appl. No. 12/769,277, mailed Jan. 10, 2011.

Notice of Intent to Grant European patent for European Patent Application No. 02778433.9, dated Feb. 6, 2012.

Extended European Search Report for European Application No. 12002728.9 mailed Sep. 14, 2012.

Decision to Grant a European Patent Pursuant to Article 97(1) EPC for European Patent Application No. 02778433.9, mailed Jun. 28, 2012.

Communication Pursuant to Rule 69 EPC and Rule 70a(1) EPC for European Application No. 12002728.9 mailed Oct. 22, 2012.

\* cited by examiner

TQD-ADT 000257

U.S. Patent

Apr. 16, 2013

Sheet 1 of 8

US 8,422,511 B2



Fig. 1
(Prior Art)

TQD-ADT 000258



Fig. 2

U.S. Patent

Apr. 16, 2013

Sheet 2 of 8

US 8,422,511 B2

TQD-ADT 000259



Fig. 3

Fig. 4

Fig. 5

TQD-ADT 000260



Fig. 6

Fig. 7

Fig. 8

TQD-ADT 000261

U.S. Patent          Apr. 16, 2013          Sheet 5 of 8          US 8,422,511 B2





| Bit | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Flow Control (GFC) | | | | VPI Value | | | |
| Byte 2 | VPI Value | | | | VCI Value | | | |
| Byte 3 | VCI Value | | | | | | | |
| Byte 4 | VCI Value | | | | Payload Type | | | |
| Byte 5 | HEC | | | | | | | |

Fig. 13

| Bit | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| Byte 1 | Flow Control (GFC) | | | | TIV | | MP Cntr | |
| Byte 2 | MP Counter | | | | | | Reserved | |
| Byte 3 | Reserved | | | | | | | |
| Byte 4 | Reserved | | | | Payload Type | | | CLP |
| Byte 5 | HEC | | | | | | | |

Fig. 14

TQD-ADT 000263

**U.S. Patent**     Apr. 16, 2013     Sheet 7 of 8     US 8,422,511 B2



Fig. 15

TQD-ADT 000264





**Fig. 16**

TQD-ADT 000265

US 8,422,511 B2

1

## SYSTEMS AND METHODS FOR MULTI-PAIR ATM OVER DSL

### RELATED APPLICATION DATA

This application is a Continuation of U.S. application Ser. No. 12/769,277, filed Apr. 28, 2010, now U.S. Pat. No. 7,978, 706, which is a Continuation of U.S. application Ser. No. 12/247,741, filed Oct. 8, 2008, now U.S. Pat. No. 7,809,028, which is a Continuation of U.S. application Ser. No. 10/264, 258, filed Oct. 4, 2002, now U.S. Pat. No. 7,453,881, which claims the benefit of and priority under 35 U.S.C. §119(e) to U.S. Patent Application Ser. No. 60/327,440, filed Oct. 5, 2001, entitled "Multi-Pair ATM Over DSL," each of which are incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The systems and methods of this invention generally relate to communication systems. In particular, the systems and methods of this invention relate to asynchronous transfer mode (ATM) over digital subscriber line (DSL).

2. Description of Related Art

FIG. 1 illustrates the conventional configuration of a system for transporting ATM over DSL using a single latency ADSL configuration. As of the time of filing, single latency is most common form of ADSL deployment. Further details of this specific architecture can be found in DSL Forum Recommendation TR-042, incorporated herein by reference in its entirety.

For the system illustrated in FIG. 1, the access node 10 serves as an ATM layer multiplexer/concentrator between the ATM core network 2 and the access network. As described in the above referenced DSL Forum Recommendation, for ATM systems, the channelization of different payloads is embedded within the ATM data stream using different virtual paths (VP) and/or virtual channels (VC). In the downstream direction, the VP/VC Mux module 16 and VPI/VCI translation module 14 receive cells from the core network interface element 12 and function to perform cell routing based on a virtual path identifier (VPI) and/or virtual channel identifier (VCI) to the appropriate ATU-C 18. In the upstream direction, the VP/VC Mux module 16 and the VPI/VCI translation module 14 function to combine the cell streams from the ATU-C's 18 into a single ATM cell stream to the core ATM network 2.

The broadband network termination (B-NT) 100 performs the functions of terminating the ADSL signal entering the user's premises via the twisted pair cable and the ATU-R 22 and provides either the T, S or R interface towards the premises distribution network/terminal equipment 4. The access ATM module 26 and the VP/VC Mux module 24 perform the ATM layer functions to support the TC layers in the ATU-R. The broadband network termination 100 may also contain VPI/VCI translation functions to support multiplex/demultiplex of VC's between the ATU-R 22 and the premise distribution network/terminal equipment 4 on a VPI and/or VCI bases. The broadband network termination 100 may also comprise a PDN/TE interface element 28 and SAR module 30 the functions of which are well known and will be omitted for sake of clarity.

### SUMMARY OF THE INVENTION

The exemplary systems and methods of this invention combine multiple DSL PHY's, i.e., multiple twisted wire pairs, to,

2

for example, generate a high data rate connection for the transport of an ATM cell stream between the service provider and, for example, a DSL subscriber. The ATM cell stream may contain one or more payloads where each payload is channelized within the ATM data stream using different virtual paths (VP) and/or virtual channels (VC). At a transmitter, the ATM cell stream received from the ATM layer is distributed on a cell-by-cell bases across the multiple DSL PHY's. At the receiver, the cells from each DSL PHY are re-combined in the appropriate order to recreate the original ATM cell stream, which is then passed to the ATM layer.

Accordingly, aspects of the invention relate to ATM communications.

Additional aspects of the invention relate to transporting ATM over DSL, and more particularly over ADSL.

Additional aspects of the invention also relate to distributing ATM cells from a single ATM cell stream across multiple twisted wire pairs.

Further aspects of the invention relate to distributing ATM cells from a single ATM cell stream across multiple DSL communication links.

Further aspects of the invention relate to varying data rates over the multiple twisted wire pairs over which distributed ATM cells are transported.

These and other features and advantages of this invention are described in, or apparent from, the following detailed description of the embodiments.

### BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of the invention will be described in detailed, with reference to the following figures, wherein:

FIG. 1 is a functional block diagram illustrating a conventional ATM over ADSL system;

FIG. 2 is a functional block diagram illustrating an exemplary system for transporting ATM over ADSL according to this invention;

FIG. 3 illustrates an exemplary functional block diagram of the multi-pair multiplexing transmitter according to this invention;

FIG. 4 illustrates a functional block diagram of a second exemplary multi-pair multiplexing transmitter according to this invention;

FIG. 5 illustrates a functional block diagram of a third exemplary embodiment of the multi-pair multiplexing transmitter according to this invention;

FIG. 6 illustrates a functional block diagram of an exemplary multi-pair multiplexing receiver according to this invention;

FIG. 7 illustrates a functional block diagram of a second exemplary multi-pair multiplexing receiver according to this invention;

FIG. 8 illustrates a functional block diagram of a third exemplary multi-pair multiplexing receiver according to this invention;

FIG. 9 is a functional block diagram illustrating a fourth exemplary multi-pair multiplexing receiver according to this invention;

FIG. 10 illustrates a functional block diagram of a fifth exemplary multi-pair multiplexing receiver according to this invention;

FIG. 11 illustrates a functional block diagram of a fourth exemplary multi-pair multiplexing transmitter according to this invention;

FIG. 12 is a functional block diagram illustrating a sixth exemplary multi-pair multiplexing receiver according to this invention;

TQD-ADT 000266

US 8,422,511 B2

3

FIG. **13** illustrates a standard five byte ATM UNI header;

FIG. **14** illustrates an exemplary modified ATM header according to this invention; and

FIG. **15** is a flowchart outlining an exemplary embodiment of a method for combining multiple DSL PHYs to transport an ATM cell stream between a service provider and a subscriber.

FIG. **16** is a flowchart illustrating an exemplary method for reducing latency between DSL PHYs.

DETAILED DESCRIPTION OF THE INVENTION

The exemplary systems and the methods of this invention will be described in relation to digital subscriber line communications and more particularly to asymmetric digital subscriber line communications. However, to avoid unnecessarily obscuring the present invention, the following description omits well-known structures and devices that may be shown in block diagram form or otherwise summarized. For the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It should be appreciated however that the present invention may be practiced in variety of ways beyond the specific details set forth herein. For example, the systems and methods of this invention can generally be applied to any type of communications system including wireless communication systems, such as wireless LANs, power line communications, or any other systems or combination systems that use ATM.

Furthermore, while the exemplary embodiments illustrated herein show the various components of the communication system collocated, it is to be appreciated that the various components of the system can be located at distant portions of distributed network, such as a telecommunications network and/or the Internet, or within a dedicated ATM over DSL system. Thus, it should be appreciated that the components of the communication system can be combined into one or more devices or collocated on a particular node of a distributed network, such as a telecommunications network. It will be appreciated from the following description, and for reasons of computational efficiency, that the components of the communication system can be arranged at any location within a distributed network without affecting the operation of the system.

Furthermore, it should be appreciated that the various links connecting the elements can be wired or wireless links, or a combination thereof or any other know or later developed element(s) that is capable of supplying and/or communicating data to and from the connected elements. Additionally, the term module as used herein can refer to any know or later developed hardware, software, or combination of hardware and software that is capable of performing the functionality associated with that element.

Additionally, although this invention will be described in relation to ATM systems, the systems and methods of this invention can be applied to any transport protocol that uses cells or packets for transmitting information. Therefore, for example, the same methods can be used for the bonding of PHYs that transport Ethernet or IP packets. Furthermore, although this invention will be described in relation to ATM transported over DSL PHYs, other PHYs, such as cable, voice band modems, ATM-25, and the like, can also be used.

FIG. **2** illustrates an exemplary multi-pair ATM over DSL system. In particular, the system comprises an access node **100**, a broadband network termination **200**, an ATM core network **2** and premise distribution network/terminal equipment **4**. The access node **100** further comprises a core network

4

interface element **110**, a VPI/VCI translation module **120**, a VP/VC Mux module **130**, an ATU-C multi-pair multiplexer **140** and a plurality of ATM TC ATU-C modules **150**. The broadband network termination **200** further comprises a plurality of ATU-R ATM TCs **210**, an ATU-R multi-pair multiplexer **220**, a VP/VC Mux module **230**, an access ATM module **240**, and a PDN/TE interface module **250**. Furthermore, the system comprises a SAR and PDN function module **260**, wherein the functions of like components have been discussed in relation to FIG. **1**.

The exemplary system illustrated in FIG. **2** distributes ATM cells from a single ATM cell stream across multiple ADSL PHY links, i.e., multiple twisted wire pairs (1 to n). The ATM cell stream, also referred to as the ATM stream, may comprise one or more payloads where each payload is channelized within the ATM stream using different virtual paths (VP) and/or virtual channels (VC). This can effectively create, for example, a high data rate ATM connection between a service provider and an ADSL subscriber.

In accordance with an exemplary embodiment of this invention, the ATU-C multi-pair multiplexer **140** is inserted between the VP/VC multiplexer **130** and the ATU-C's **150** at the V-C interface in the access node **100**. Additionally, the ATU-R multi-pair multiplexer **220** is added to the broadband network termination **200** at the T-R interface. Both of these multi-pair multiplexers have transmitter and receiver sections (not shown) whose operations are comparable. The multi-pair multiplexer transmitter section performs the task of distributing cells from the ATM stream among multiple ATM cell substreams. Each ATM cell substream, also referred to as an ATM substream, is forwarded a different ATU. The multi-pair multiplexer receiver section performs the task of recombining the ATM substreams to regain the original ATM stream.

In the exemplary system illustrated in FIG. **2**, two ADSL PHYs **160** and **170** are "bonded" together to transport a single ATM cell stream. However, it should be appreciated, that the number of ADSL PHYs "bonded" together can be easily expanded to any number (N≧2) of ADSL PHYs thereby, for example, enabling higher ATM data rates. In addition to the two ADSL PHYs **160** and **170** that are bonded together, it should further be appreciated that in some instances in the same access node **100**, other ADSL PHYs may be operating in the traditional way. Obviously, the ADSL PHYs operating the traditional way do not need to be connected to the multi-pair multiplexer **140**. Thus, in general, it should be appreciated that any combination of "bonded" and unbonded, i.e. traditional, ADSL PHY's, may be configured between the access node **100** and the broadband network determination **200**. Furthermore, it should be appreciated that all of the ADSL PHYs can be bonded together.

In may ADSL systems, the logical interface between the ATM layer the PHY is based on UTOPIA Level 2 with a cell level handshake. This same UTOPIA Level 2 logical interface can also be used between the multi-pair multiplexer and the ATM layer and also between the multi-pair multiplexer and the PHY in the access node **100** and the broadband network termination **200**. Although, the above example and the remainder of this discussion will be directed toward the multi-pair multiplexer functions using a ADSL PHY, any version of DSL that has an ATM-TC, e.g., VDSL, SHDSL, or the like, may be used instead of, or conjunction with, the ADSL PHY.

FIG. **3** illustrates an exemplary multi-pair multiplexing transmitter according to this invention. The ATU-C and ATU-R multi-pair multiplexer box provide the same basic transmitter and receiver functions and thus can be summarized as one unit.

TQD-ADT 000267

US 8,422,511 B2

5

In particular, the exemplary multi-pair multiplexing transmitter 300 illustrated in FIG. 3 provides, but not limited to, accepting a single ATM stream 310 from the ATM layer and distributing the cells among N ATM substreams 320, where N≧2. Furthermore, the multi-pair multiplexing transmitter 300 maps each ATM cell substream to a different DSL connection and provides as output these ATM cell substreams to the appropriate ADSL PHY (ATUx). For the exemplary multi-pair multiplexing transmitter 300 illustrated in FIG. 3, the cells from the ATM stream 310 are distributed amongst the ATM substreams 320 based on the data rate of each DSL PHY.

The configuration of the multi-pair multiplexing transmitter 300 can be varied to, for example, provide an equal or unequal data rate on the DSL PHYs. FIG. 4 illustrates an exemplary embodiment where an equal data rate is applied to all of the DSL PHYs. In particular, if the data rate on all of the DSL PHYs is the same, then an equal number of ATM cells will be transported over every PHY connection. In this case, the multi-pair multiplexing transmitter 300 sends the first ATM cell to ATU1 330, the second ATM cell to ATU2 340, the third ATM cell to ATU3 350, and so on. For the multi-pair multiplexing transmitter 300 illustrated in FIG. 4, N=3 and an equal data rate on all DSL PHYs is illustrated, therefore the input ATM cells from the ATM stream 310, as discussed above, are distributed equally and sequentially among the DSL PHYs.

For the multi-pair multiplexing transmitter 300 illustrated in FIG. 5, an unequal data rate is transported on the DSL PHYs. In particular, if a data rate on all the DSL PHYs is not equal, the ATM cells can be forward to the DSL PHYs, at, for example, a ratio that matches the ratios of the available PHY data rates. If, for example, N=2, as illustrated in FIG. 5, and the data rate of the first DSL PHY 360 is two times the data rate of the second PHY 370, then the multi-pair multiplexer 300 would send 2 ATM cells to the first DSL PHY, i.e., cells 1 and 2, and then send 1 ATM cell to the second DSL PHY, i.e., cell 3. However, in general, this basic concept can be expanded at least to include the situation where N>2 and to non-integer data rate ratios.

For example, in a two modem environment where there is a "high-speed" and a "low-speed" implementation, an exemplary ratio of N:1 where N=2 to 8 can be specified. This means that the "high-speed" modem will have eight times the cells as the "low-speed" modem. In this exemplary configuration, there are eight cells of receiver FIFO meaning that the entire "high-speed" receiver could be emptied before needing to service the "low-speed" receiver.

FIG. 6 illustrates an exemplary multi-pair multiplexing receiver 400. The exemplary multi-pair multiplexing receiver 400 provides, but is not limited to, accepting multiple ATM cell substreams from different DSL PHYs and recombining the ATM cells from the different ATM cell substreams to recreate the original ATM stream, which is passed to the ATM layer. In particular, and as illustrated in FIG. 6, a plurality of ATM substreams are received by the multi-pair multiplexing receiver 400 and recombined into the original ATM stream. Specifically, as in the multi-pair multiplexing transmitter, the recombining of cells from the DSL PHYs depends on the data rates of the individual PHY connections. As in the embodiment discussed in relation to FIG. 4, where all DSL PHYs had an equal data rate, the multi-pair multiplexing receiver 400 can perform the inverse of the transmitting multiplexer function and reconstruct the original ATM stream by taking one cell from each ATM substream and combining them in the appropriate order, as illustrated in FIG. 7.

6

Similarly, as illustrated in relation to the multi-pair multiplexing transmitter 300 illustrated in FIG. 5, where the DSL PHYs had an unequal data rate, if different ratios of data rates are used a variable number of cells will be taken from each ATM substream to reconstruct the original ATM stream in the multi-pair multiplexing receiver 400 as illustrated in FIG. 8.

Furthermore, an in addition to the changes in data rate that are possible on the DSL PHYs, ATM cells transported over a DSL PHY can have different end-to-end delay (latency) based on several parameters. This potential latency difference between bonded PHYs places implementation requirements on the multi-pair multiplexer. In particular, the multi-pair multiplexer receiver must be able to reconstruct the ATM stream even if the ATM cells are not being received in the same order as they where transmitted.

For example, some of the exemplary reasons for having different delays over different DSL PHYs include, but are not limited, configuration latency which is based on the configuration of the DSL transmission parameters. Specifically, these parameters include the data rate, coding parameters, such as the coding method, codeword size, interleaving parameters, framing parameters, or the like.

ATM-TC latency is based on cell rate decoupling in the ATM-TC. Specifically, the ATM-TC block in ADSL transceivers performs cell rate decoupling by inserting idle cells according to the ITU Standard I.432, incorporated herein by reference in its entirety. This means that depending on the ATU timing and the state of the ATU buffers, an ATM cell that is sent over a DSL PHY will experience non-constant end-to-end delay (latency) through the PHY.

Wire latency is based on differences in the twisted wire pairs. Specifically, the DSL electrical signals can experience different delays based on the difference in length of the wire, the gauge of the wire, the number bridged taps, or the like.

Design latency is based on differences in the DSL PHY design. Specifically, the latency of the PHY can also depend on the design chosen by the manufacture.

Thus, as result of the different latencies in the PHYs, it is possible that an ATM cell that was sent over a DSL PHY may be received at the multi-pair multiplexing receiver after an ATM cell that was sent out later on a different DSL PHY.

FIG. 9 illustrates an example of variable delay based on the embodiment discussed in relation to FIG. 4. Therefore, the exemplary multi-pair multiplexing receiver 500 should be able to accommodate at least these types of variations in delay. An exemplary method for dealing with the issue of delay is to have cell buffers (not shown) in the multi-pair multiplexing receiver 500 that can provide the ability to compensate for the variations in delay. As example, if there is a cell buffer that can hold several ATM cells on each input ATM substream path, the multi-pair multiplexing receiver 500 can simply wait until, for example, cell number 1 comes in path number one, while path number two will buffer cell number 2 and wait for cell number 1 to be received. This method requires a cell buffer on each ATM substream path at the input of the multi-pair multiplexing receiver 500. The size of the cell buffer can be determined by, for example, the maximum difference in latency between the "bonded" PHYs. As an alternative, the buffer can be based on one large buffer with multiple pointers without effecting the operation of the system.

Another effective method of reducing the difference in latency between DSL PHYs is mandate that all DSL PHYs are configured with transmission parameters in order to provide the same configuration latency. An exemplary method of accomplishing the same configuration latency is by configuring the exact same data rate, coding parameters, interleav-

US 8,422,511 B2

7

ing parameters, etc. on all DSL PHYs. Alternatively, different PHYs can have, for example, different data rates but use the appropriate coding or interleaving parameters to have the same latency on all the bonded PHYs.

As an example, for Reed Solomon coding and interleaving functions as defined in ADSL standards G.992.1 and G.992.3, incorporated herein by reference in their entirety, the latency due to these functions is defined as:

$$Latency = N*D/R,$$

where N is the number of bits in a codeword, D is the interleaver depth in codewords and R is the data in bits per second.

For example if N=1600 bits, i.e., 200 bytes, D=64 codewords and R=6400000 bps then:

$$Latency = 1600*64/640000 = 0.016 \ seconds.$$

Therefore if, for example, two PHYs have different data rates, R1 and R2 then, in order to bond these PHYs together and have the same configuration latency set:

$$N1*D1/R1 = N2*D2/R2,$$

where N1 and N2 are the bits in a codeword for each PHY and D1 and D2 are the interleaver depths for each PHY.

This can also be rewritten as:

$$N1*D1 = (R1/R2)*N2*D2.$$

Thus, in general, the N1, D1, N2 and D2 parameters must be chosen to satisfy the above equations and this can be accomplished in several ways.

For example, if the configuration latency is specified as 0.016 seconds, and R1=6400000 bps and R2=1600000 then, as described in the example above, N1 and D1 can be configured as N1=1600 and D1=64. Therefore:

$$N2*D2 = (R2/R1)*D1*N1 = (1600000/6400000)$$
$$*1600*64 = 1600*64/4.$$

Therefore, for example, N2 and D2 can be configured as (N2=1600, D2=16) or (N2=400, D2=64) or (N2=800, D2=32), etc.

Obviously the same methods can be applied to more than 2 PHYs with different data rates.

The ATM-TC receiver in ADSL systems is specified to discard ATM cells that are received with an incorrect cyclic redundancy check, e.g., (HEC). This means that if there are bit errors as the result of transmission over the ADSL channel, ATM cells will be discarded by the ATM-TC and not sent to the multi-pair multiplexing receiver. As a result of this type of error condition, ATM cells may be received out of order in the multi-pair multiplexing receiver.

FIG. 10 illustrates an exemplary multi-pair multiplexing receiver 500 with a single ATM cell lost due to PHY channel errors using the exemplary embodiment discussed in relation to FIG. 4. In FIG. 10, ATM cell number 5 was discarded by the second DSL PHY 510 due to, for example, a HEC error. Therefore, if the multi-pair multiplexing receiver 500 is not aware of this error, the ATM cells stream can not be reconstructed appropriately.

The exemplary systems and methods of this invention utilize a multi-pair cell counter to operate in the condition where the ATM cells are discarded by DSL PHY when, for example, HEC errors occur. The multi-pair multiplexing transmitter can embed the multi-pair cell counter in the header of each ATM cell after receiving the ATM cell from the ATM layer. At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter and removes it from the header of the ATM cell prior to sending the ATM cell to the ATM layer. The multi-pair cell counter is a value that indicates the position of a particular ATM cell in the ATM cell stream.

8

In its simplest form, the multi-pair cell counter can be a modulo L counter that starts at, for example, zero and increments by one for each consecutive ATM cell up to a value L−1. For example, if L equals 256, the value of the multi-pair cell counter could start at zero and increment by one up to a value of 255. After 255, the multi-pair counter could be started at zero again, and so on.

As previously discussed, the multi-pair cell counter can be embedded in the ATM cell header of all the ATM cells in the ATM stream. FIG. 11 illustrates the multi-pair multiplexing transmitter 400 as discussed in relation to the example illustrated in FIG. 4, with L equal to 4 and the multi-pair cell counter specified inside the ATM cell header. At the receiver, the multi-pair cell counter is read by the multi-pair multiplexing receiver and removed from the ATM cell header. The multi-pair multiplexing receiver uses the multi-pair cell counter to properly recombine the ATM cells to reconstruct the ATM stream. Therefore, as in the example above, where a cell was discarded by the DSL PHY, the multi-pair multiplexing receiver would be able to determine this error and the ATM cell(s) placed in the appropriate order.

FIG. 12 illustrates an example where the 5th ATM cell in the ATM stream was discarded by the PHY. The 5th ATM cell in the exemplary ATM stream has a multi-pair cell counter number equal to 0 and was sent on the second ATU. The exemplary multi-pair multiplexing receiver 500 can check the multi-pair cell count value of the ATU's ATM cell before inserting the cell back into the ATM stream. In this manner, when the multi-pair multiplexing receiver checks the ATM cell counter from the second ATU and reads a multi-pair cell count 3 instead of zero, the multi-pair multiplexing receiver can determine that the ATM cell with the multi-pair cell counter equal to 0 was discarded by the second ATU PHY. In this case, multi-pair multiplexing receiver will not take a cell from the ATU-2 ATM substream. Instead, the multi-pair multiplexing receiver will move to the next ATU in order to check the multi-pair cell count value, and insert the ATM cell back into the ATM stream if the multi-pair cell count is correct, and continue. Therefore, as a result of using the multi-pair cell counter, the multi-pair multiplexing receiver can properly reconstruct the original ATM cell stream even in the presence of ATM cell lost.

The exemplary main multi-pair cell parameter is the value of L. The appropriate value of L depends on the number of bonded PHYs (N) and the maximum number (M) of consecutive ATM cells that may be discarded by the PHY. The design constraint on L is that it must be large enough so that the multi-pair multiplexing receiver can still detect cell lost even when the maximum number of consecutive ATM cells are discarded by a PHY. This places the constraint that L>N*M. For example, if there are N=4 bonded PHYs, and the maximum number of consecutive ATM cells that may discarded by the PHY is M=50, then L>200. If, for example L is chosen to be equal to 256, then even when 50 consecutive ATM cells are lost, the multi-pair multiplexing receiver can accurately detect the error event.

There are several exemplary methods to embedding the multi-pair cell counter into the ATM cell header including, but not limited to, using the GFC field in the UNI ATM header. The GFC field is currently not used and is typically set to zero. The GFC field is a four bit field therefore the maximum value of L is 16. This could pose an issue when the channel has, for example, impulse noise and the PHY data rate is high resulting in cases where multiple ATM cells are often discarded by the PHY.

Therefore, as an alternative, bits in the VPI/VCI field can be used. The VPI field occupies 8 bits in the UNI header and

TQD-ADT 000269

US 8,422,511 B2

9

identifies the route taken by the ATM cell. The VCI field occupies 16 bits in the UNI header and it identifies the circuit or connection number on the path. In order use the VPI/VCI field for the multi-pair cell counter, the multi-pair multiplexing transmitter overwrites bits in the VPI/VCI field with the multi-pair cell counter value on a cell by cell bases. At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter value and resets and overwrites the VPI/VCI back to the original value.

This method requires the multi-pair multiplexing receiver to have knowledge of the overwritten VPI/VCI bits. As an example, this can be accomplished by communicating the VPI/VCI fields of the ATM stream during initialization/configuration of the DSL connection or during configuration or re-configuration of the ATM connection. Since the VPI/VCI field has 24 bits, the L value for the multi-pair cell counter can be set to a very large number.

One exemplary method for embedding the multi-pair cell counter in the VPI/VCI field is to construct a table of all, or a portion of, possible VPI/VCI values that may be transported by the bonded DSL PHYs. This VPI/VCI table can, for example, be stored in the multi-pair multiplexing transmitters and receivers for all PHYs. The table maps a VPI/VCI value to a table index value that is also stored in the multi-pair multiplexing transmitters and receivers for all PHYs. If there are K VPI/VCI values being transported over the bonded DSL PHYs, the VPI/VCI value could be mapped to a number from zero to K−1. At the multi-pair multiplexing transmitter, the VPI/VCI value in the ATM header is replaced with the table index value. Since there are limited numbers of VP/VCI going to a single subscriber, the table index value can utilize only a fraction of the 24 bits available in the VPI/VCI field. Therefore, the multi-pair multiplexing transmitter can use the remaining VP/VCI bits to transport, for example, the multi-pair cell counter.

At the receiver, the multi-pair multiplexing receiver is multi-pair cell counter that reconstructs the ATM stream as discussed above. Additionally, the multi-pair multiplexing receiver can read the table index value in the ATM header and write the VPI/VCI value corresponding to the table index value as stored in the VP/VCI table back into the VPI/VCI header field.

As a simple example, where only one VP/VCI is being sent over the bonded DSL connection, the VP/VCI table will have only one value. Therefore, in this case, it is not necessary to insert the table index value at the transmitter. The transmitter may use the bits in the VPI/VCI field for the multi-pair cell counter. At the receiver, the multi-pair cell counter is read and used to reconstruct the ATM stream. Since only one VP/VCI value is being used, the receiver can reset the VP/VCI field to the appropriate value prior to sending the ATM stream into the ATM layer. This approach can work, for example, with many consumer based employments of a DSL, since in most cases a single VPI/VCI is used.

As an alternative, consider a four VP/VCI situation.

TABLE 1

| VPI/VCI Table | |
|---|---|
| VPI/VCI Value | Table Index Value (TIV) |
| Va (24 bit value) | 0 |
| Vb (24 bit value) | 1 |
| Vc (24 bit value) | 2 |
| Vd (24 bit value) | 3 |

10

Table 1 contains an exemplary VPI/VCI table with four VPI/VCI addresses. Additionally, for the purpose of this example, the multi-pair cell counter is specified to be an eight bit counter, i.e., a modulo 255 counter.

FIG. 13 illustrates the format for the standard five bit ATM UNI header. The VPI/VCI values in Table 1 corresponds to the 24 bit VPI/VCI values in the UNI ATM header.

FIG. 14 illustrates an exemplary format of the ATM header after the multi-pair multiplexing transmitter has replace the VPI/VCI value with the table index value and then embedded the multi-pair cell counter in the VPI/VCI field. The first two bits the VPI/VCI field are used to transport the table index value (TIV) and the next eight bits are used to transport the multi-pair cell counter. The remaining bits can be reserved and can be used, for example, by the multi-pair multiplexing blocks for other purposes, such as the transportation of messages between the multi-pair multiplexing blocks, or the like.

At the receiver, the multi-pair multiplexing receiver reads the multi-pair cell counter value from the header in order to properly reconstruct the ATM stream. The multi-pair multiplexing receiver also reads the TIV in the ATM header and writes the VPI/VCI corresponding to the table index value as stored in the VPI/VCI table back into the VPI/VCI header field. As a result, at the output of the multi-pair multiplexing receiver, the ATM stream can be completely reconstructed into the standard UNI format comprising the original data contents.

In this illustrative example, there were four VPI/VCI addresses being used in cells being transported over the bonded ADSL system. However, in many deployments, the VP is determined in the DSLAM, which means that the VPI field is the same for all packets. Therefore, in the case of terminating the VP and the DSLAM, the VP field could, for example, be used in transporting the TIV.

FIG. 15 illustrates an exemplary method of transporting ATM over DSL. In particular control begins in step S100 and continues to step S110. In step S110 the cell distributions are determined, for example, based on differing data rates between the DSL PHYs, or the like. Next, in step S120 the cells from the ATM stream are assigned based on the determined cell distribution to the appropriate ATM TC cell stream. Then, in step S130, the cells are transmitted to a receiver. Control then continues to step S140.

In step S140, a receiver receives the cells. Next, in step S150, the ATM substreams are combined to reconstruct the ATM stream. In particular, in step S152, a determination is made whether there is a difference in latency between the DSL lines. If there are differential latency problems, control continues to step S154 where the differential latency is compensated for by, for example, buffering, or the like. Otherwise, control jumps to step S156.

In step S156, a determination is made whether other errors are present in one or more of the substreams. If other errors, such as dropped cells, channel bit errors, or the like are present, control continues to step S158 where the other errors are compensated for. Otherwise, control jumps to step S160 where the control sequence ends.

FIG. 16 is a flowchart illustrating an exemplary method for reducing latency between DSL PHYs. Control begins in step S200 and continues to Step S210. In Step S220, and as discussed, another effective method of reducing the difference in latency between DSL PHYs is mandate that all DSL PHYs are configured with transmission parameters in order to provide the same configuration latency. An exemplary method of accomplishing the same configuration latency is by configuring the exact same data rate, coding parameters, interleaving parameters, etc. on all DSL PHYs. Alternatively, different

TQD-ADT 000270

US 8,422,511 B2

11

PHYs can have, for example, different data rates but use the appropriate coding or interleaving parameters to have the same latency on all the bonded PHYs.

One exemplary aspect combines multiple DSL PHY's, i.e., multiple twisted wire pairs, to, for example, generate a high data rate connection for the transport of an ATM cell stream between the service provider and, for example, a DSL subscriber. The ATM cell stream may contain one or more payloads where each payload is channelized within the ATM data stream using different virtual paths (VP) and/or virtual channels (VC). At a transmitter, the ATM cell stream received from the ATM layer is distributed on a cell-by-cell bases across the multiple DSL PHY's. At the receiver, the cells from each DSL PHY are re-combined in the appropriate order to recreate the original ATM cell stream, which is then passed to the ATM layer.

In particular, the exemplary multi-pair multiplexing transmitter illustrated in FIG. **3** provides, but not limited to, accepting a single ATM stream **310** from the ATM layer and distributing the cells among N ATM substreams **320**, where N≧2. Furthermore, the multi-pair multiplexing transmitter **300** maps each ATM cell substream to a different DSL connection and provides as output these ATM cell substreams to the appropriate ADSL PHY (ATUx). For the exemplary multi-pair multiplexing transmitter **300** illustrated in FIG. **3**, the cells from the ATM stream **310** are distributed amongst the ATM substreams **320** based on the data rate of each DSL PHY.

The configuration of the multi-pair multiplexing transmitter **300** can be varied to, for example, provide an equal or unequal data rate on the DSL PHYs. FIG. **4** illustrates an exemplary embodiment where an equal data rate is applied to all of the DSL PHYs. In particular, if the data rate on all of the DSL PHYs is the same, then an equal number of ATM cells will be transported over every PHY connection. In this case, the multi-pair multiplexing transmitter **300** sends the first ATM cell to ATU1 **330**, the second ATM cell to ATU2 **340**, the third ATM cell to ATU3 **350**, and so on. For the multi-pair multiplexing transmitter **300** illustrated in FIG. **4**, N=3 and an equal data rate on all DSL PHYs is illustrated, therefore the input ATM cells from the ATM stream **310**, as discussed above, are distributed equally and sequentially among the DSL PHYs.

In Step S230, an exemplary multi-pair multiplexing receiver **400** provides, but is not limited to, accepting multiple ATM cell substreams from different DSL PHYs and recombining the ATM cells from the different ATM cell substreams to recreate the original ATM stream, which is passed to the ATM layer. In particular, a plurality of ATM substreams are received by the multi-pair multiplexing receiver **400** and recombined into the original ATM stream. Specifically, as in the multi-pair multiplexing transmitter, the recombining of cells from the DSL PHYs depends on the data rates of the individual PHY connections. As in the embodiment discussed in relation to FIG. **4**, where all DSL PHYs had an equal data rate, the multi-pair multiplexing receiver **400** can perform the inverse of the transmitting multiplexer function and reconstruct the original ATM stream by taking one cell from each ATM substream and combining them in the appropriate order, as illustrated in FIG. **7**.

Similarly, as illustrated in relation to the multi-pair multiplexing transmitter **300** illustrated in FIG. **5**, where the DSL PHYs had an unequal data rate, if different ratios of data rates are used a variable number of cells will be taken from each ATM substream to reconstruct the original ATM stream in the

12

multi-pair multiplexing receiver **400** as illustrated in FIG. **8**. Control then continues to step S240 where the control sequence ends.

The above-described ATM over DSL system can be implemented on a telecommunications device, such a modem, a DSL modem, an ADSL modem, a multicarrier transceiver, a VDSL modem, or the like, or on a separate programmed general purpose computer having a communications device. Additionally, the systems and methods of this invention can be implemented on a special purpose computer, a programmed microprocessor or microcontroller and peripheral integrated circuit element(s), an ASIC or other integrated circuit, a digital signal processor, a hard-wired electronic or logic circuit such as discrete element circuit, a programmable logic device such as PLD, PLA, FPGA, PAL, modem, transmitter/receiver, or the like. In general, any device capable of implementing a state machine that is in turn capable of implementing the flowchart illustrated herein can be used to implement the various ATM over DSL methods according to this invention.

Furthermore, the disclosed methods may be readily implemented in software using object or object-oriented software development environments that provide portable source code that can be used on a variety of computer or workstation platforms. Alternatively, the disclosed ATM over DSL system may be implemented partially or fully in hardware using standard logic circuits or VLSI design. Whether software or hardware is used to implement the systems in accordance with this invention is dependent on the speed and/or efficiency requirements of the system, the particular function, and the particular software or hardware systems or microprocessor or microcomputer systems being utilized. The ATM over DSL systems and methods illustrated herein however can be readily implemented in hardware and/or software using any known or later developed systems or structures, devices and/or software by those of ordinary skill in the applicable art from the functional description provided herein and with a general basic knowledge of the computer and telecommunications arts.

Moreover, the disclosed methods may be readily implemented in software executed on programmed general purpose computer, a special purpose computer, a microprocessor, or the like. In these instances, the systems and methods of this invention can be implemented as program embedded on personal computer such as JAVA® or CGI script, as a resource residing on a server or graphics workstation, as a routine embedded in a dedicated ATM over DSL system, or the like. The ATM over DSL system can also be implemented by physically incorporating the system and method into a software and/or hardware system, such as the hardware and software systems of a communications transceiver.

It is, therefore, apparent that there has been provided, in accordance with the present invention, systems and methods for ATM over DSL. While this invention has been described in conjunction with a number of embodiments, it is evident that many alternatives, modifications and variations would be or are apparent to those of ordinary skill in the applicable arts. Accordingly, it is intended to embrace all such alternatives, modifications, equivalents and variations that are within the spirit and scope of this invention.

We claim:

**1**. A method to combine multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels comprising:

TQD-ADT 000271

US 8,422,511 B2

13

determining at least one transmission parameter value, for each of the multiple DSL transceivers, to reduce a difference in latency between the multiple DSL transceivers; and

transmitting a plurality of packets or cells from the service provider to the DSL subscriber utilizing the at least one transmission parameter value, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

2. The method of claim 1, further comprising receiving, at the DSL subscriber, the plurality of cells or packets using multiple DSL transceivers.

3. The method of claim 1, wherein the cells are ATM cells.

4. The method of claim 1, wherein the packets are IP packets or Ethernet packets.

5. The method of claim 1, wherein the DSL transceivers are ADSL transceivers or VDSL transceivers.

6. A system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels, comprising:

multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers; and

a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

14

7. The system of claim 6, further comprising a receiver portion capable of receiving, at the DSL subscriber, the plurality of cells or packets.

8. The system of claim 6, wherein the cells are ATM cells.

9. The system of claim 6, wherein the packets are IP packets or Ethernet packets.

10. The system of claim 6, wherein the DSL transceivers are ADSL transceivers or VDSL transceivers.

11. A non-transitory computer readable information storage media having stored thereon instructions that when executed cause to be performed a method to combine multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels comprising:

determining at least one transmission parameter value, for each of the multiple DSL transceivers, to reduce a difference in latency between the multiple DSL transceivers; and

transmitting a plurality of packets or cells from the service provider to the DSL subscriber utilizing the at least one transmission parameter value, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

12. The one or more media of claim 11, further comprising receiving, at the DSL subscriber, the plurality of cells or packets using multiple DSL transceivers.

13. The one or more media of claim 11, wherein the cells are ATM cells.

14. The one or more media of claim 11, wherein the packets are IP packets or Ethernet packets.

15. The one or more media of claim 11, wherein the DSL transceivers are ADSL transceivers or VDSL transceivers.

* * * * *

TQD-ADT 000272

# EXHIBIT C

# FILED UNDER SEAL

# EXHIBIT D

# FILED UNDER SEAL

# EXHIBIT E

# FILED UNDER SEAL

# EXHIBIT F

# FILED UNDER SEAL

# EXHIBIT G

# FILED UNDER SEAL

# EXHIBIT H

# FILED UNDER SEAL

# EXHIBIT I

# FILED UNDER SEAL

# EXHIBIT J

# FILED UNDER SEAL

# EXHIBIT K

# FILED UNDER SEAL

# EXHIBIT L

# FILED UNDER SEAL

# EXHIBIT M

# FILED UNDER SEAL

# EXHIBIT N

# FILED UNDER SEAL

# EXHIBIT O

# FILED UNDER SEAL

# EXHIBIT P

# FILED UNDER SEAL

# EXHIBIT Q

Trials@uspto.gov                                                    Paper 10
571-272-7822                                         Date: September 7, 2022

UNITED STATES PATENT AND TRADEMARK OFFICE

—————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

—————————————

NOKIA OF AMERICA CORPORATION,
Petitioner,

v.

TQ DELTA, LLC,
Patent Owner.

—————————————

IPR2022-00640
Patent 7,453,881 B2

—————————————

Before JONI Y. CHANG, JENNIFER MEYER CHAGNON, and
ROBERT J. WEINSCHENK, *Administrative Patent Judges.*

CHAGNON, *Administrative Patent Judge.*

DECISION
Denying Institution of *Inter Partes* Review
*35 U.S.C. § 314, 37 C.F.R. § 42.4*

IPR2022-00640
Patent 7,453,881 B2

# I.    INTRODUCTION

Nokia of America Corporation ("Petitioner")[1] filed a Petition requesting *inter partes* review of claims 17 and 18 ("the challenged claims") of U.S. Patent No. 7453,881 B2 (Ex. 1001, "the '881 patent").  Paper 2 ("Pet.").  TQ Delta, LLC ("Patent Owner")[2] filed a Preliminary Response. Paper 7 ("Prelim. Resp.").  Pursuant to our authorization, Petitioner filed a Reply Brief (Paper 8, "Reply") and Patent Owner filed a Sur-reply (Paper 9, "Sur-reply").

We have authority to determine whether to institute an *inter partes* review under 35 U.S.C. § 314, which provides that an *inter partes* review may be instituted only upon a showing that "there is a reasonable likelihood that the petitioner would prevail with respect to at least 1 of the claims challenged in the petition."  35 U.S.C. § 314(a).

Applying this standard, and upon consideration of the information presented in the parties' briefing, as well as the evidence of record, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing in showing the unpatentability of at least one of the challenged claims.  Accordingly, we do not institute an *inter partes* review.

## A.    Related Proceedings

The parties identify the following related district court litigations involving the '881 patent: *TQ Delta, LLC v. CommScope Holding Co.*, No. 2-21-cv-00310 (E.D. Tex.); *TQ Delta, LLC v. 2Wire, Inc.*, No. 1-13-cv-

---

[1] Petitioner identifies itself, Nokia of America Corporation, as well as Nokia Corporation, Nokia Solutions and Networks Oy, as real parties-in-interest. Pet. 82.
[2] Patent Owner identifies itself, TQ Delta, LLC, as the real party-in-interest. Paper 5, 1.

IPR2022-00640
Patent 7,453,881 B2

01835 (D. Del.); *TQ Delta LLC v. ADTRAN Inc.*, No. 1-14-cv-00954
(D. Del.).  Pet. 82; Paper 5, 1–2.  Petitioner further identifies the following
related district court litigations involving the '881 patent: *TQ Delta, LLC v.
ZyXEL Commc'ns Corp.*, No. 1-13-cv-02013 (D. Del.); *TQ Delta LLC v.
Zhone Techs. Inc.*, 1-13-cv-01836 (D. Del.).  Pet. 82.  Patent Owner also
identifies an additional matter that "would affect or be affected by a
decision" in this proceeding: *ADTRAN, Inc. v. TQ Delta, LLC*, Case No.
1:15-cv-00121 (D. Del.).  Paper 5, 1.

   B.    *The '881 Patent*

   The '881 patent, titled "Systems and Methods for Multi-Pair ATM
over DSL," was filed on October 4, 2002, and issued on November 18,
2008.  Ex. 1001, codes (22), (45), (54).[3]  The '881 patent describes data
communication systems for transmitting asynchronous transfer mode (ATM)
data streams over digital subscriber line (DSL) to "generate a high data rate
connection for the transport of an ATM cell stream between the service
provider and, for example, a DSL subscriber."  *Id.* at 1:14–17, 1:60–67.
In particular, the '881 patent uses "bonded" ADSL PHY links, i.e., multiple

---

[3] The '881 patent claims earliest priority to Provisional application
No. 60/327,440, filed on October 5, 2001.  Ex. 1001, code (60).  Petitioner
asserts the claims at issue here are "entitled to a priority date no earlier than
the filing date of the ['881 patent's corresponding utility application],
October 4, 2002."  Pet. 6–7.  However, Petitioner notes that "no matter the
priority date [(i.e., that of the provisional or utility application)] each
reference asserted in Grounds 1–4 qualifies as prior art."  *Id.*  As such, we
need not make any determination in this regard for purposes of this
Decision.  Because the application leading to the '881 patent claims priority
to U.S. applications filed before March 16, 2013, patentability is governed
by the version of 35 U.S.C. §§ 102 and 103 preceding the Leahy-Smith
America Invents Act ("AIA"), Pub L. No. 112-29, 125 Stat. 284 (2011).

IPR2022-00640
Patent 7,453,881 B2

twisted wire pairs, to transmit and receive the cells of a single ATM cell stream. *Id.* at 4:6–9, 4:29–34, 5:1–2. The single ATM cell stream is transmitted and received on PHY links via multi-pair multiplexer transmitters and receivers. *Id.* at 4:22–28; *see id.* at 5:1–2.

Figures 3 and 4 are reproduced below.



Figures 3 and 4, above, are block diagrams of exemplary multi-pair multiplexing transmitters. *Id.* at 2:30–39. As shown in Figure 3, the cells of "a single ATM cell stream 310" are distributed among N ATM substreams 320, i.e., ATM substream 1 to ATM substream N. *Id.* at 4:62–66. In particular, "each ATM cell substream [is mapped] to a different DSL connection and provides as output these ATM cell substreams to the appropriate ADSL PHY (ATUx [or ADSL transceiver unit])." *Id.* at 4:66–5:2; *see* Ex. 1003 ¶ 62 (citing Ex. 1011 § 4). Further, "the cells from the ATM stream 310 are distributed amongst the ATM substreams 320 based on the data rate of each DSL PHY." Ex. 1001, 5:4–6. For example, as shown in Figure 4, "the data rate on all of the DSL PHY's is the same" and so "an equal number of ATM cells will be transported over every PHY connection," i.e., "multi-pair multiplexing transmitter 300 sends the first

IPR2022-00640
Patent 7,453,881 B2

ATM cell to ATU1330, the second ATM cell to ATU2340, the third ATM cell to ATU3350, and so on." *Id.* at 5:9–21.  Or, in the case that the "data rate on all the DSL PHY's is not equal, the ATM cells can be forward to the DSL PHYs, at, for example, a ratio that matches the ratios of the available PHY data rates." *Id.* at 5:22–27.

The "ATM cell substreams [transmitted] from different DSL PHYs" are received by a multi-part multiplexing receiver which "recombin[es] the ATM cells from the different ATM cell substreams to recreate the original ATM stream." *Id.* at 5:44–50.  Figures 6 and 7 are reproduced below.



Figures 6 and 7, above, are functional block diagrams of exemplary multi-pair multiplexing receivers. *Id.* at 2:43–48.  As shown in Figure 6, "a plurality of ATM substreams are received by the multi-pair multiplexing receiver 400 and recombined into the original ATM stream." *Id.* at 5:50–52. The "recombining of cells from the DSL PHYs depends on the data rates of the individual PHY connections." *Id.* at 5:53–55.  "[W]here all DSL PHYs had an equal data rate," i.e., as in the embodiment of Figure 4, "the multi-pair multiplexing receiver 400 can perform the inverse of the transmitting multiplexer function and reconstruct the original ATM stream

IPR2022-00640
Patent 7,453,881 B2

by taking one cell from each ATM substream and combining them in the appropriate order, as illustrated in [Figure 7]." *Id.* at 5:55–61.

The '881 patent highlights a concern with "ATM cells transported over a DSL PHY," specifically, "different end-to-end delay (latency) based on several parameters" which causes "ATM cells . . . not being received in the same order as they [were] transmitted." *Id.* at 6:1–9, 6:32–35 (An "ATM cell that was sent over a DSL PHY may be received at the multi-pair multiplexing receiver after an ATM cell that was sent out later on a different DSL PHY."). The parameters causing different latencies include "configuration latency which is based on the configuration of the DSL transmission parameters" such as "the data rate, coding parameters, such as the coding method, codeword size, interleaving parameters, framing parameters, or the like." *Id.* at 6:10–16. Other latencies include "ATM-TC latency is based on cell rate decoupling in the ATM-TC," "[w]ire latency is based on differences in the twisted wire pairs" (such as wire length), and "[d]esign latency is based on differences in the DSL PHY design." *Id.* at 6:17–31. The '881 patent proposes two solutions for accommodating these types of variations in delay. *Id.* at 6:36–40; *see id.* at 6:40–65.

One solution proposed by the '881 patent "for dealing with the issue of delay is to have cell buffers . . . in the multi-pair multiplexing receiver 500 that can provide the ability to compensate for the variations in delay." *Id.* at 6:40–43. Using a buffer that can store received ATM cells, "the multi-pair multiplexing receiver 500 can simply wait until, for example, cell number 1 comes in path number one, while path number two will buffer cell number 2 and wait for cell number 1 to be received." *Id.* at 6:43–48.

Another solution for "reducing the difference in latency between DSL PHYs" proposed by the '881 patent "is mandate that all DSL PHYs are

6

IPR2022-00640
Patent 7,453,881 B2

configured with transmission parameters in order to provide the same configuration latency." *Id.* at 6:56–59. One method the '881 patent describes for "accomplishing the same configuration latency is by configuring the exact same data rate, coding parameters, interleaving parameters, etc. on all DSL PHYs." *Id.* at 6:59–62. For PHYs "hav[ing], for example, different data rates," "the appropriate coding or interleaving parameters [are used] to have the same latency." *Id.* at 6:59–65; *see id.* at 6:66–7:36 (describing an example using Reed Solomon coding and interleaving functions, where latency is defined as: Latency = N*D/R). That is, if "two PHYs have different data rates, R1 and R2 then, in order to bond these PHYs together," the respective parameters for number of bits in a codeword (N1, N2) and interleaver depth (D1, D2) are chosen to set matching configuration latencies for the two PHYs. *Id.* at 7:11–17.

C.    *Illustrative Claim*

Of the challenged claims, claim 17 is independent. Claim18 depends from claim 17. Independent claim 17 of the '881 patent is reproduced below and is illustrative of the challenged claims.

17. A plurality of bonded transceivers,

each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers,

wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.

Ex. 1001, 12:57–62.

IPR2022-00640
Patent 7,453,881 B2

### D.    The Applied References

Petitioner relies on the following references in the asserted grounds.
Pet. 1–2.

| Reference | Issue Date/ Publication Date | Exhibit |
|---|---|---|
| U.S. Patent No. 6,178,448 B1 ("Gray") | Jan. 23, 2001[4] | Ex. 1007 |
| U.S. Patent No. 7,068,657 B2 ("Keller-Tuberg") | June 27, 2006[5] | Ex. 1008 |
| U.S. Patent No. 6,772,388 B2 ("Cooper") | Aug. 3, 2004[6] | Ex. 1009 |
| U.S. Patent No. 6,222,858 B1 ("Counterman") | Apr. 24, 2001[7] | Ex. 1005 |
| U.S. Patent No. 6,956,872 B1 ("Djokovic") | Oct. 18, 2005[8] | Ex. 1006 |

Petitioner also relies on the Declaration of Dr. George Zimmerman
(Ex. 1003) to support its positions.  Pet. 1.

---

[4] Petitioner asserts that Gray is prior art at least under 35 U.S.C. §§ 102(a),
(b), or (e), depending on the applicable priority date.  Pet. 7–8.
[5] Petitioner asserts that Keller-Tuberg is prior art under 35 U.S.C. § 102(e).
Pet. 8.
[6] Petitioner asserts that Cooper is prior art at least under 35 U.S.C. § 102(e).
Pet. 8.
[7] Petitioner asserts that Counterman is prior art under 35 U.S.C. §§ 102(a),
(b), or (e), depending on the applicable priority date.  Pet. 7–8.
[8] Petitioner asserts that Djokovic is prior art under 35 U.S.C. § 102(e).
Pet. 8.

IPR2022-00640
Patent 7,453,881 B2

###### E.    The Asserted Grounds

Petitioner sets forth its challenges to claims 17 and 18 on the following grounds.  Pet. 1–2.

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 17, 18 | 102(b) | Gray |
| 17 | 102(b) | Keller-Tuberg |
| 17, 18 | 103(a) | Keller-Tuberg, Cooper |
| 17, 18 | 103(a) | Counterman, Djokovic |

## II.    ANALYSIS

### A.    Legal Standards

"In an [*inter partes* review], the petitioner has the burden from the onset to show with particularity why the patent it challenges is unpatentable." *Harmonic Inc. v. Avid Tech., Inc.*, 815 F.3d 1356, 1363 (Fed. Cir. 2016) (citing 35 U.S.C. § 312(a)(3) (requiring *inter partes* review petitions to identify "with particularity . . . the evidence that supports the grounds for the challenge to each claim")).  This burden of persuasion never shifts to Patent Owner.  *See Dynamic Drinkware, LLC v. Nat'l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015) (discussing the burden of proof in *inter partes* review).

To establish anticipation, each and every element in a claim, arranged as recited in the claim, must be found in a single prior art reference.  *See Net MoneyIN, Inc. v. VeriSign, Inc.*, 545 F.3d 1359, 1369 (Fed. Cir. 2008); *Karsten Mfg. Corp. v. Cleveland Golf Co.*, 242 F.3d 1376, 1383 (Fed. Cir. 2001).  Although the elements must be arranged or combined in the same way as in the claim, "the reference need not satisfy an *ipsissimis verbis* test," i.e., identity of terminology is not required.  *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009); *accord In re Bond*, 910 F.2d 831, 832 (Fed. Cir.

IPR2022-00640
Patent 7,453,881 B2

1990).  Further, to be anticipating, a prior art reference must be enabling and must describe the claimed invention sufficiently to have placed it in possession of a person of ordinary skill in the field of the invention. *See Helifix Ltd. v. Blok-Lok, Ltd.*, 208 F.3d 1339, 1346 (Fed. Cir. 2000); *In re Paulsen*, 30 F.3d 1475, 1479 (Fed. Cir. 1994).

A claim is unpatentable under 35 U.S.C. § 103(a) if "the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains."  *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007).  The question of obviousness is resolved on the basis of underlying factual determinations including:  (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of ordinary skill in the art; and (4) if in evidence, objective evidence of nonobviousness.[9]  *See Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).  An obviousness analysis "need not seek out precise teachings directed to the specific subject matter of the challenged claim, for a court can take account of the inferences and creative steps that a person of ordinary skill in the art would employ."  *KSR*, 550 U.S. at 418; *accord In re Translogic Tech., Inc.*, 504 F.3d 1249, 1259 (Fed. Cir. 2007).  However, Petitioner cannot satisfy its burden of proving obviousness by employing "mere conclusory statements."  *In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1380 (Fed. Cir. 2016).  Instead, Petitioner must articulate a reason

---

[9] The parties have not asserted or otherwise directed our attention to any objective evidence of non-obviousness.

IPR2022-00640
Patent 7,453,881 B2

why a person of ordinary skill in the art would have combined the prior art references. *See In re NuVasive*, 842 F.3d 1376, 1382 (Fed. Cir. 2016).

We analyze the asserted grounds of unpatentability in accordance with these principles to determine whether Petitioner has met its burden to establish a reasonable likelihood of success at trial.

### B. *Level of Ordinary Skill in the Art*

We review the grounds of unpatentability in view of the understanding of a person of ordinary skill in the art at the time of the invention. *Graham*, 383 U.S. at 17. For purposes of this proceeding, Petitioner argues a person of ordinary skill in the art at the time of the invention

> would have possessed a bachelor's degree in electrical or computer engineering, or the equivalent, and at least 5–6 years of experience in telecommunications or a related field; a master's degree in electrical or computer engineering, or the equivalent, and at least 2–3 years of experience in telecommunications or a related field; or a Ph.D. in electrical or computer engineering, or the equivalent, with at least 1–2 years of experience in telecommunications or a related field. Additional experience may compensate for less education.

Pet. 20 (citing Ex. 1003 ¶¶ 42–44). Patent Owner does not specifically address the level of ordinary skill in the art asserted by Petitioner. *See generally* Prelim. Resp.

To the extent necessary, and for purposes of this Decision, we accept the assessment offered by Petitioner, as it is supported by Dr. Zimmermann's testimony and appears to be consistent with the '881 patent and the asserted prior art.

11

IPR2022-00640
Patent 7,453,881 B2

C.    *Claim Construction*

For this *inter partes* review proceeding claim terms

> shall be construed using the same claim construction standard
> that would be used to construe the claim in a civil action under
> 35 U.S.C. [§] 282(b), including construing the claim in
> accordance with the ordinary and customary meaning of such
> claim as understood by one of ordinary skill in the art and the
> prosecution history pertaining to the patent.

37 C.F.R. § 42.100(b) (2021).  Under the standard set forth in *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–19 (Fed. Cir. 2005) (en banc), claim terms are given their ordinary and customary meaning, as would have been understood by a person of ordinary skill in the art at the time of the invention, in light of the language of the claims, the specification, and the prosecution history of record.  *See Thorner v. Sony Comput. Entm't Am. LLC*, 669 F.3d 1362, 1365–66 (Fed. Cir. 2012).

Petitioner proposes construction for three claim limitations: "transceiver," "plurality of bonded transceivers," and "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers."  Pet. 10–16.  For purposes of this decision, we need only construe the "utilizing" term.  *See Nidec Motor Corp. v. Zhongshan Broad Ocean Motor Co.*, 868 F.3d 1013, 1017 (Fed. Cir. 2017) ("[W]e need only construe terms 'that are in controversy, and only to the extent necessary to resolve the controversy.'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

> *"utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers"*

Petitioner submits that the claim limitation "utilizing at least one transmission parameter value to reduce a difference in latency between the

IPR2022-00640
Patent 7,453,881 B2

bonded transceivers" should be construed as "the ordinary meaning of this
term, to the extent it is not indefinite, from the perspective of [a person of
ordinary skill in the art]." Pet. 16 (citing Ex. 1003 ¶¶ 151–152). Petitioner's
arguments focus on its position that the Delaware district court's
construction of "utilizing at least one transmission parameter value to reduce
a difference in *configuration* latency between the bonded transceivers,"
improperly reads "configuration" into the claims. *See id.* at 12–16 (citing
Ex. 1003 ¶¶ 146–150); Ex. 1014,[10] 19–20; Ex. 1015,[11] 1.

Patent Owner asserts that we "should reject Petitioner's incorrect
construction and adopt the [district court] construction," i.e., that the term be
construed as "utilizing at least one transmission parameter value to reduce a
difference in configuration latency between the bonded transceivers."
Prelim. Resp. 6 (citing Ex. 1015; Ex. 2021, 40–44); *see id.* at 7–9. Patent
Owner argues that "a person of ordinary skill in the art would have
understood that what is being configured is the configuration of the
transceivers, not the physical properties of the physical links" (*id.* at 7), and
therefore the district court construction including "configuration" is correct.
*Id.* at 6–8. Patent Owner also argues that the scope of "reduc[ing]
differences in latency" as recited in claim 17 does not include
"*compensating* for differences" in latency. *See id.* at 8–9 (emphasis Patent
Owner's).

---

[10] Joint claim construction order, dated Feb. 7, 2018, for the '881 patent in
the District of Delaware. Citations to Ex. 1014 are to the page numbers
added by Petitioner.
[11] Claim construction order, dated Jan. 14, 2020, for the '881 patent in the
District of Delaware.

IPR2022-00640
Patent 7,453,881 B2

In its Reply, Petitioner argues that Patent Owner is taking inconsistent positions here and in the district court, as to the construction of this term. Reply 10. Patent Owner, in its Sur-reply, disagrees. Sur-reply 10.

The parties' arguments present two issues regarding the "utilizing" term: (1) whether the proper construction limits the claim to "*configuration latency*"; and (2) whether the claim covers compensating for differences or is more narrowly directed to only reducing differences. For purposes of this decision, we need only decide the second issue, as it is dispositive to the challenges presented in the Petition.

Patent Owner contends that,

> the ['881] patent specification describes two methods for addressing differences in latency. The first method uses variable length queues "to compensate for the variations in delay." Ex. 1001 at 6:40–43. The second method configures the DSL PHYs with (*i.e.*, utilizes) transmission parameters for reducing the difference in latency between DSL PHYs. *Id*. at 6:56–61.

Prelim. Resp. 8–9. According to Patent Owner, "[t]he scope of the Challenged Claims extend to this second method." *Id.* at 9.

As to the first, the "compensating" method, the '881 patent describes:

> An exemplary method for dealing with the issue of delay is to have cell buffers (not shown) in the multi-pair multiplexing receiver 500 that can provide the ability to compensate for the variations in delay. As example, if there is a cell buffer that can hold several ATM cells on each input ATM substream path, the multi-pair multiplexing receiver 500 can simply wait until, for example, cell number 1 comes in path number one, while path number two will buffer cell number 2 and wait for cell number 1 to be received. This method requires a cell buffer on each ATM substream path at the input of the multi-pair multiplexing receiver 500. The size of the cell buffer can be determined by, for example, the maximum difference in latency between the "bonded" PHYs. As an alternative, the buffer can be based on

14

IPR2022-00640
Patent 7,453,881 B2

one large buffer with multiple pointers without effecting the
operation of the system.

Ex. 1001, 6:40–55.

As to the second, the "reducing" method, the '881 patent describes:

Another effective method of reducing the difference in
latency between DSL PHYs is mandate that all DSL PHYs are
configured with transmission parameters in order to provide the
same configuration latency.   An exemplary method of
accomplishing the same configuration latency is by configuring
the exact same data rate, coding parameters, interleaving
parameters, etc. on all DSL PHYs.  Alternatively, different PHYs
can have, for example, different data rates but use the appropriate
coding or interleaving parameters to have the same latency on all
the bonded PHYs.

*Id.* at 6:56–65.

Based on these disclosures, we agree with Patent Owner that the
Specification of the '881 patent clearly distinguishes between methods of
*compensating for* differences in latency and methods of *reducing* differences
in latency.  We also agree that the claim is directed to the reducing
differences embodiment.  *See Baran v. Med. Device Techs., Inc.*, 616 F.3d
1309, 1316 (Fed. Cir. 2010) ("It is not necessary that each claim read on
every embodiment."); *see also SIMO Holdings Inc. v. Hong Kong
uCloudlink Network Tech. Ltd.*, 983 F.3d 1367, 1379 (Fed. Cir. 2021) ("We
have noted that '[i]t is often the case that different claims are directed to and
cover different disclosed embodiments.  The patentee chooses the language
and accordingly the scope of his claims.'  *Helmsderfer v. Bobrick Washroom
Equip., Inc.*, 527 F.3d 1379, 1383 (Fed. Cir. 2008); *see also Nobel Biocare
Servs. AG v. Instradent USA, Inc.*, 903 F.3d 1365, 1381 (Fed. Cir. 2018)
(same); *PSN [Illinois, LLC v. Ivoclar Vivadent, Inc.*], 525 F.3d [1159,] 1166

15

IPR2022-00640
Patent 7,453,881 B2

[(Fed. Cir. 2008)] ('courts must recognize that disclosed embodiments may be within the scope of other allowed but unasserted claims').").

We recognize that Petitioner contends that the claim "is agnostic as to how this reduction [of the difference in latency] occurs." Pet. 12 (citing Ex. 1003 ¶¶ 146–147). However, we agree with Patent Owner that, in light of the Specification, a person of ordinary skill in the art would have understood that compensating for a difference in latency is not the same as reducing a difference in latency. *See* Prelim. Resp. 8; Ex. 1001, 6:40–65; *compare* "Compensate" Definition, MERRIAM-WEBSTER.COM (available at https://www.merriam-webster.com/dictionary/compensate) (3b: "to neutralize the effect of (variations)"), *with* "Reduce" Definition, MERRIAM-WEBSTER.COM (available at https://www.merriam-webster.com/dictionary/reduce) (1b(1): "to diminish in size, amount, extent, or number").

We also are not persuaded by Petitioner's argument that Patent Owner "appears to be taking inconsistent positions in various proceedings [(i.e., here and in the district court)] in an attempt to narrowly interpret the claims to avoid prior art while broadly interpreting them to avoid indefiniteness." Reply 10. Petitioner contends that, in the Preliminary Response, Patent Owner distinguishes between the "compensating method" and the "configuring method" (i.e., the "reducing" method as discussed herein) in construing the "utilizing" limitation. *Id.* But in district court, Petitioner notes that Patent Owner "relied on the 'compensating' disclosure . . . to

16

IPR2022-00640
Patent 7,453,881 B2

argue against indefiniteness of the same 'utilizing' limitation." *Id.* (citing Ex. 1044,[12] 16).

We agree with Patent Owner, however, that these positions are not facially inconsistent.  Rather, as Patent Owner explains,

> [Petitioner's] assertion is based on a false dichotomy. [Petitioner's] argument assumes that a device must either (1) reduce a difference in latency or (2) compensate for a difference in latency, but that it is not possible to do both (1) and (2).  That assumption is technically wrong.  For example, a device could (1) utilize at least one transmission parameter value to reduce a difference in configuration latency between bonded transceivers to 2 milliseconds and (2) compensate for the 2 millisecond difference through buffering.  [Patent Owner's] district court argument described how the 881 Patent discloses example embodiments that do (1) and/or (2) and explained that the 881 Patent, through the disclosure of buffers to account for any remaining latency difference at the receiver, contemplates that "reduce" does not necessarily minimize or eliminate all difference in latency.  On the other hand, TQ Delta's POPR distinguished certain prior art by showing that it discloses only (2) and does not disclose (1).

Sur-reply 10 (internal citations omitted); *see also* Ex. 1044, 16–17 (Patent Owner arguing in district court that, "'Reduce' and 'minimize' are two different concepts, and Defendants fail to identify any alleged disclaimer. To the contrary, as detailed above, the specification contemplates utilizing the transmission parameter values will not necessarily eliminate (or reduce to its smallest amount) configuration latency, reflected in the disclosures of buffers to account for latency at the receiver.") (internal citations omitted).

---

[12] Patent Owner's Claim Construction Brief, dated April 26, 2022, in the Eastern District of Texas.  Citations to Ex. 1044 are to the page numbers added by Petitioner.

IPR2022-00640
Patent 7,453,881 B2

Petitioner's general assertion that the positions are inconsistent (*see*
Reply 10) does not persuade us otherwise.

For these reasons, we determine that the proper construction of the
"utilizing" term does not encompass compensating for differences in
latency, but is instead directed to reducing a difference in latency between
the bonded transceivers, for example by configuring the transceivers with
particular transmission parameters.  As mentioned above, we need not
resolve the parties' dispute regarding whether the "latency" recited in the
"utilizing" term is limited to "*configuration* latency."  *See Nidec Motor
Corp.*, 868 F.3d at 1017 ("[W]e need only construe terms that are in
controversy, and only to the extent necessary to resolve the controversy."
(internal quotations omitted)).

    D.    *Overview of the Asserted References*

        1.    *Overview of Gray (Ex. 1007)*

Gray is titled "Optimal Link Scheduling for Multiple Links by
Obtaining and Utilizing Link Quality Information."  Ex. 1007, code (54).
Gray describes "distributing communication packets over multiple
concurrent parallel links between a first node and a second node in a
communication network based upon link quality information for the link."
*Id.* at 5:67–6:3.  Gray uses "link quality information from the links" so that
"the rate at which packets are provided to the links may be made
proportional to the quality of the link, and thus, the link's ability to transmit
the packet."  *Id.* at 6:3–7.

Gray describes techniques for packet transmission based on link
quality to improve performance.  *See id.* at 6:39–49.  In one embodiment,
Gray "decreas[es] the rate at which packets are provided to individual links

18

IPR2022-00640
Patent 7,453,881 B2

as those links performance degrades." *Id.* at 6:42–44.  In particular, if the transmission quality of the link is below some threshold, the rate at which packets are provided to that link is decreased, so that "retry timeouts may be avoided and performance of the multiple links may be maintained." *Id.* at 6:44–46; *see id.* at 10:1–12.

In another embodiment, based on a delay factor associated with each of the plurality of links, "communication packets are distributed among the plurality of links" so that "communication packets may be distributed to the links . . . with the least delay." *Id.* at 6:53–59.  A scheduler "then selects the link with the least delay and transmits the packets over that selected link." *Id.* at 11:21–23.  Delay factors associated with each of the plurality of links are determined, e.g., by "the sum of an effective time to send and receive a packet for a link, a propagation delay for the link and an estimate of the queueing delay of the link." *Id.* at 6:50–64, 6:60–63, 11:1–16.

### 2. *Overview of Keller-Tuberg (Ex. 1008)*

Keller-Tuberg is titled "Facilitating Inverse Multiplexing Over Asynchronous Transfer Mode via Communication Links having Disparate Data Transmission Rates."  Ex. 1008, code (54).  Keller-Tuberg describes a data communication technique of "Inverse Multiplexing (IM) . . . that allows a grouping of lower speed communication links into one logical higher speed communication link of approximately the same transmission bandwidth capacity as the sum of the lower speed communication links." *Id.* at 1:30–34.  Keller-Tuberg explains that, when grouping (i.e., bonding) multiple IM communication links, "there is a significant probability that the optimum speed for each link will differ" and it is desirable to synchronize

19

IPR2022-00640
Patent 7,453,881 B2

those IM communication links at a common data transmission rate. *Id.* at 3:1–3, 3:30–34.

Figure 4, reproduced below, "is a block diagram view depicting a transmitter . . . for transmitting cells across a plurality of IM communication links." *Id.* at 3:48–52.



**FIG. 4**

As shown in Figure 4, transmitter 400 includes selector queue 402 for "selectively routing ATM cells to each one of the plurality of receiver queues 404" for transmission on respective communication links. *Id.* at 7:57–59; *see id.* at 5:40–43, 7:57–51. Further, "receiver queues 404 [are] set to different lengths when the IM communication links are operating at different data transmission rates." *Id.* at 8:1–3. In particular, "it is advantageous to provide a shorter queue length for communication links operating at slower data transmission rates and longer queue lengths for communication links operating at higher data transmission rates." *Id.* at 8:4–8. Accordingly, "the receiver queue lengths are chosen such that the time required to transmit cells from all of the receiver queue locations from the transmitter across the communication links to the receiver is equal when all

20

IPR2022-00640
Patent 7,453,881 B2

of the receiver queues are initially completely full." *Id.* at 8:8–13. Furthermore, "reference data transmission rates (e.g. average data transmission rates) are used to determine such time required to transmit the cells." *Id.* at 8:13–16.

Keller-Tuberg also identifies an issue in which sequenced ATM cells arrive at a receiver (from a transmitter, as described above) out of sequence due to "facility operating parameter differences," e.g., transmission rates (capacity) or delay. *See id.* at 10:40–53, Fig. 9. To address that facility operating parameter delay issue, "a cell forwarding sequence in which forwarding of a portion of a plurality of cells . . . is delayed," as shown in the diagrammatic view of Figure 9, reproduced below. *Id.* at 4:1–3, 10:40–43.



As shown in Figure 9, "the forwarding of cell 3, cell 5, cell 7 and cell 9 is delayed until the preceding cell(s) arrive and are forwarded." *Id.* at 10:47–49. "The delay of the first facility cells is a result of the first facility having

IPR2022-00640
Patent 7,453,881 B2

a lower capacity (i.e. transmission rate) than the second facility, a longer
delay than the second facility or both." *Id.* at 10:49–53.

### 3. Overview of Cooper (Ex. 1009)

Cooper is titled "Apparatus and Method for Providing Optimal
Adaptive Forward Error Correction in Data Communications." Ex. 1009,
code (54). Cooper is directed to an adaptive forward error correction (FEC)
scheme. *Id.* at code (57). FEC provides error checking and correction for
transmitted data packets (*see id.* at 2:22–29) but also "requires . . . more bits
than are necessary to simply transmit the information" and, so, FEC "add[s]
overhead for data transmission and correspondingly decreasing data
throughput" and "increases the system response time or latency" (*id.* at
2:29–41). In order, "[t]o constrain the extra overhead, at least to a degree,
the number of data errors that can be corrected, referred to as the forward
error correcting power, is selected to meet the required performance
demands of the communications system." *Id.* at 2:41–45; *see id.* at 7:66–
8:10. For example,

> [w]hen the calculated or measured error parameter is less than
> [a] threshold level (minus any allowable variance), this indicates
> that the channel conditions are of a comparatively higher quality
> (relatively lower noise conditions). Fewer errors are occurring
> and these errors are capable of being corrected by the forward
> error correcting code. Under these conditions, the forward error
> correcting code parameter can be revised to lower the degree of
> forward error correction capability (i.e., capable of correcting
> fewer errors) to reduce the margin between the measured error
> level and the threshold level. By lowering the forward error
> correction power, the overhead and latency associated with the
> forward error correction scheme will also be reduced.

*Id.* at 8:11–23; *see id.* at 8:23–35.

22

IPR2022-00640
Patent 7,453,881 B2

Cooper describes a specific "forward error correction algorithm" in which "forward error correction parameters are optimized by dynamically selecting a value for the parameters CW LENGTH and CB LENGTH that achieves a target bit error rate and minimizes the forward error correction overhead (which also maximizes the data throughput) while not exceeding a maximum system latency requirement." *Id.* at 9:35–42. Cooper explains that the parameters CW LENGTH and CB LENGTH are dynamically selected

> based on the requirements of the communications network: (1) target bit error rate (TBER), (2) MAXIMUM OVERHEAD, which is the maximum FEC overhead allowed, which thereby specifies the minimum information bandwidth, and (3) MAXIMUM LATENCY, which is the maximum packet delay that will be tolerated by the system users due to FEC processing.

*Id.* at 9:53–61; *see id.* at 10:1–37, equations (1)–(2).

### 4. Overview of Counterman (Ex. 1005)

Counterman is titled "Method of Inverse Multiplexing for ATM." Ex. 1005, code (54). Counterman is directed to a "method for flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay." *Id.* at code (57). Counterman explains that "ATM inverse multiplexers (IMA) . . . combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path." *Id.* at 2:27–30.

IPR2022-00640
Patent 7,453,881 B2

Figure 4 is reproduced below.



FIG. 4

Figure 4, above, "is a block diagram of flexible ATM inverse multiplexing [(IMA)]." *Id.* at 5:47–48. Counterman explains that physical links 258 "nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). The nominal cell transfer delay is typically the result of selecting certain FEC parameters in order to meet a desired, common QoS objective" for each physical link. *See id.* at 6:8–13, 6:22–24. Additionally,

> IMA virtual links 250, 272, and 274 each correspond to an IMA group or sublayer 252. Each IMA virtual link 250 is the sum of the flows 254 for the respective IMA group 252. The flows 254 are between each IMA sublayer 252 and one or more TC sublayers 256 from several links 258. The flows 254 in an IMA group may have different nominal cell rates, but have the same nominal cell transfer delay, in order for the corresponding IMA virtual link 250 to meet the desired QoS objective. A link 258 carries one or more flows over a physical path between inverse multiplexers.

*Id.* at 6:29–40. That is, Counterman explains that each flow (254) of an IMA virtual link (250, 272, 274) has respective cell rates (kcell/s) and delays (latency in ms), as shown in Table 1, reproduced below.

24

IPR2022-00640
Patent 7,453,881 B2

TABLE 1

| IMA Group | Rate (kcell/s) | Latency (ms) |
|---|---|---|
| TC-1, IMA Group 1, Flow 1 (260) | 1 | 0.5 |
| TC-1, IMA Group 2, Flow 1 (262) | 5 | 4.0 |
| TC-2, IMA Group 1, Flow 2 (264) | 2 | 0.5 |
| TC-2, IMA Group 3, Flow 1 (266) | 4 | 10.0 |
| TC-3, IMA Group 2, Flow 2 (268) | 2 | 4.0 |
| TC-3, IMA Group 3, Flow 2 (270) | 8 | 10.0 |
| IMA Virtual Link 1 (250) | 3 | 0.5 |
| IMA Virtual Link 2 (272) | 7 | 4.0 |
| IMA Virtual Link 3 (274) | 12 | 10.0 |

As shown in Table 1 and Figure 4, Counterman "groups cell flows which
have the same latency (or delay) into a virtual link although they may have
different cell rates, and then transmits using each cell flow at its respective
rate." *Id.* at 7:7–10.  For example, specific cell flows 260 and 264
(respectively from physical links 1 and 2) have the same latency (0.5 ms)
and respective cell rates of 1 and 2; as such, cell flows 260 and 264 are
grouped to IMA Group 1, corresponding to IMA Virtual Link 1 which has a
latency of 0.5 ms and a total cell rate of 3.  *See id.* at 6:63–7:3.  Such a
grouping technique "is in contrast to conventional techniques which increase
the delay of flows in a group to match the highest delay flow in the group."
*Id.* at 7:11–13.

### 5. *Overview of Djokovic (Ex. 1006)*

Djokovic is titled "System and Method for Encoding DSL
Information Streams having Differing Latencies."  Ex. 1006, code (54).
Djokovic "is generally directed to a system and method for encoding a DSL
information bit stream."  *Id.* at 3:28–31.  Djokovic describes a
"transmitter/encoder for receiving a DSL bit stream 102 and generating a
series of output symbols at 150, which can have varying degrees of error
correction coding (i.e., redundancy), based upon the desired or acceptable

25

IPR2022-00640
Patent 7,453,881 B2

latency of the information being communicated through the DSL bit stream 102." *Id.* at 5:45–50.  The transmitter/encoder includes "a switching mechanism 110 . . . to direct DSL bit stream 102 through either a higher latency path (comprising additional levels of error correction coding, such as FEC) or a lower latency path, which implements a lower degree of error correction coding." *Id.* at 5:50–55.  For example, based on desired latency, the transmitter/encoder directs the bit stream

> to any of a number of Reed Solomon encoders, each Reed-Solomon encoder . . . having a differing degree of decoding and differing depths of interleaving.  Consequently, the error correction capabilities among the various Reed-Solomon encoders . . . differ.  Consequently, the latency associated with each of the Reed-Solomon encoders . . . differ correspondingly.

*Id.* at 6:43–52.

### E.    Asserted Anticipation over Gray

Petitioner asserts that claims 17 and 18 are anticipated by Gray. Pet. 1, 20–30.  Patent Owner disagrees.  Prelim Resp. 39–42.

As to the "utilizing" term, Petitioner contends that "Gray discloses each bonded transceiver (e.g., transmitters/receivers associated with each sublink) utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers."  Pet. 26 (citing Ex. 1003 ¶¶ 247–248).  In particular, Petitioner contends that, in Gray, "[t]ransmission parameters are used to reduce the difference in delay between multiple sublinks because the estimated delay calculation is used to adjust the packet flow—with more packets routed to higher quality links than lower quality links to balance among the links."  *Id.* at 27 (citing Ex. 1003 ¶¶ 254–258).  Petitioner continues, arguing "[t]his packet

26

IPR2022-00640
Patent 7,453,881 B2

allocation reduces the difference in latency between the links (*i.e.*, the associated bonded transceivers) by lowering delay (*i.e.*, latency) on the lower quality links while increasing it on the higher quality links due to the increased traffic." *Id.* at 27–28 (citing Ex. 1003 ¶¶ 254–258).

Patent Owner argues that "routing more packets to higher quality links than lower quality links to balance among the link," as in Gray, "compensates for a difference in configuration latency without doing anything to the actual difference in latency much less 'utilizing a transmission parameter to reduce a difference in latency.'" Prelim. Resp. 8 (citing Pet. 29). Patent Owner contends that, contrary to Petitioner's assertions, "[r]educing the packet allocation to the line with a greater delay does nothing to reduce the delay on that line and increasing the packet allocation to the line with a smaller delay does nothing to increase the delay on that line." *Id.* at 40. According to Patent Owner, "Gray merely attempts to compensate for the difference in delay by normalizing the packet allocation based on the computed delay for each line. Compensating for a difference in delay is not reducing a difference in latency." *Id.*

Gray teaches changing the rate at which packets are provided to the links based on the quality of the link. *See* Ex. 1007, code (57); *see also id.* at 6:53–59 ("A delay factor associated with each of the plurality of links is determined and communication packets are distributed among the plurality of links based upon the delay factor associated with each of the plurality of links. The communication packets may be distributed to the links by providing communication packets to a link of the plurality of links with the least delay."). Rather than reducing the difference in latency between the links, Gray teaches compensating for the differences by sending more packets to higher quality links, and less packets to lower quality links.

IPR2022-00640
Patent 7,453,881 B2

Based on our construction of the "utilizing" term, discussed above (*see* Section II.C.), we agree with Patent Owner that Petitioner has not shown sufficiently that Gray discloses "reducing a difference in latency between the bonded transceivers" as recited in claim 17.

For this reason, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing on its assertion that claim 17, or claim 18 which depends therefrom, is anticipated by Gray.

### F.    *Asserted Anticipation over Keller-Tuberg*

Petitioner asserts that claim 17 is anticipated by Keller-Tuberg. Pet. 1, 30–43.  Patent Owner disagrees.  Prelim Resp. 42–43.

As to the "utilizing" term, Petitioner contends that, in Keller-Tuberg, the "transmitter includes a queue selector that selectively routes ATM cells to each one of a plurality of receiver queues so that the time to transmit is equal."  Pet. 41 (citing Ex. 1008, 7:55–67; Ex. 1010, 5, Fig. 2). In particular, "[s]lower links are provided shorter queues and faster links receive longer queues—so the time to transmit ends up equal."  *Id.* (citing Ex. 1008, 8:1–16; Ex. 1010, 5–7).  Petitioner asserts that "[t]his approach reduces the difference in latency between the links' bonded transceivers." *Id.* (citing Ex. 1003 ¶ 289).

Patent Owner argues that "'selective queuing' that 'balances the differing times to transmit via the communication links,'" as in Keller-Tuberg, "compensates for a difference in configuration latency without doing anything to the actual difference in latency much less 'utilizing a transmission parameter to reduce a difference in latency.'" Prelim. Resp. 8 (quoting Pet. 41–42).  Patent Owner contends, that "contrary to Petitioner's assertions, Keller-Tuberg does not selectively route cells

28

IPR2022-00640
Patent 7,453,881 B2

based on differential delay." *Id.* at 43.  According to Patent Owner, "Keller-Tuberg merely delays forwarding cells arriving on the faster communication links until the preceding cells arrive on the slower communication links.  This procedure does not reduce a difference in latency; it only compensates for the difference in latency between the communication links." *Id.*

We agree with Patent Owner.  In fact, Keller-Tuberg teaches that "the new approach is *not restricted by differential delay between members of the group*, other than by the depth of the buffers that have been implemented at the transmitter and receiver ends.  It is preferred to try to minimize the delay across any one link.  However, the receiver buffer may be sized to accommodate any differential delay.  In this manner, *adverse affects associated with differential delay are reduced*." Ex. 1008, 14:30–37 (emphasis added).  Based on our construction of the "utilizing" term, discussed above (*see* Section II.C.), we agree with Patent Owner that Petitioner has not shown sufficiently that Keller-Tuberg discloses "reducing a difference in latency between the bonded transceivers" as recited in claim 17.

For this reason, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing on its assertion that claim 17 is anticipated by Keller-Tuberg.

G.    *Asserted Obviousness over Keller-Tuberg and Cooper*

Petitioner asserts that claims 17 and 18 would have been obvious in view of the combined teachings of Keller-Tuberg and Cooper.  Pet. 1, 43–54.  Patent Owner disagrees.  Prelim. Resp. 44–45.

IPR2022-00640
Patent 7,453,881 B2

As to the "utilizing" term, Petitioner contends that Keller-Tuberg discloses this limitation. Pet. 50. As discussed above (*see* Section II.F.), we disagree. Petitioner contends, in the alternative, that a person of ordinary skill in the art "would have modified Keller-Tuberg with the teachings of Cooper to reduce transmission delay in asynchronous data transmissions." Pet. 50. In Petitioner's combination, Petitioner relies on Cooper's teachings of a particular algorithm to reduce latency in any *single given link*. *See id.* at 45–53; *id.* at 47 ("Cooper instructs how to adjust latency by adjusting transmission parameters on a *single communication channel*, on any application." (emphasis added)). Petitioner contends that "[t]he system of Keller-Tuberg explicitly prefers minimizing delay across any one link while equalizing the difference in latency between the bonded transceivers." *Id.* at 53. Thus, according to Petitioner, "[i]mplenting Cooper's delay-reducing algorithm in Keller-Tuberg achieves this preference and together with Keller-Tuberg's system the difference in latency between the bonded transceivers is reduced." *Id.* (citing Ex. 1003 ¶¶ 329, 331).

Petitioner's combination with Cooper, however, does not remedy the deficiencies discussed above with respect to the asserted ground based on Keller-Tuberg alone. *See* Section II.F. As noted above, Petitioner relies on Cooper's teaching of a specific delay-reducing algorithm, but continues to rely on Keller-Tuberg for its alleged teaching of "equalizing the difference in latency between the bonded transceivers." Pet. 53. As Patent Owner argues "dynamically balancing the receive queue lengths to compensate for difference in latency," as in Petitioner's combination of Keller-Tuberg and Cooper, "compensates for a difference in configuration latency without doing anything to the actual difference in latency much less 'utilizing a transmission parameter to reduce a difference in latency.'" Prelim. Resp. 8

30

IPR2022-00640
Patent 7,453,881 B2

(citing Pet. 49); *see also id.* at 44 ("balancing the 'receiving queue lengths' *compensates* for the differences in latency" (emphasis added)). Based on our construction of the "utilizing" term, discussed above (*see* Section II.C.), we agree with Patent Owner that Petitioner has not shown sufficiently that the combination of Keller-Tuberg and Cooper teaches "reducing a difference in latency between the bonded transceivers" as recited in claim 17.

For these reasons, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing on its assertion that claim 17, or claim 18 which depends therefrom, would have been obvious in view of Keller-Tuberg and Cooper.

### H.    *Asserted Obviousness over Counterman and Djokovic*

Petitioner asserts that claims 17 and 18 would have been obvious in view of the combined teachings of Counterman and Djokovic. Pet. 1, 55–74. Patent Owner disagrees. Prelim Resp. 45–46.

As to the "utilizing" term, Petitioner contends that "Counterman groups flows having the same latency." Pet. 68 (citing Ex. 1005, 6:43–7:12). In particular, Petitioner contends that, in Counterman, "[v]irtual links group the flows to reduce a difference in latency between them (*see* 250, 272, and 274 in Table 1 . . . ) and the flows are transmitted at their respective rates." *Id.* at 69 (citing Ex. 1005, 7:7–12). Petitioner continues, arguing, "[a]s such, Counterman selects FEC and interleaving parameters (transmission parameter) so as to create links with a reduced difference of latency between them." *Id.* (citing Ex. 1003 ¶ 366).

Patent Owner argues that "grouping flows having the same latency into a virtual link despite differing cell rates," as in Counterman, "compensates for a difference in configuration latency without doing

31

IPR2022-00640
Patent 7,453,881 B2

anything to the actual difference in latency much less 'utilizing a transmission parameter to reduce a difference in latency.'" Prelim. Resp. 8 (citing Pet. 73). Patent Owner contends that, contrary to Petitioner's assertions, "[u]tilizing a transmission parameter to adjust the latency of a single link for purposes of a QoS objective is not the same as reducing a difference in latency between the bonded transceivers." *Id.* at 45. According to Patent Owner, "Counterman will not attempt to reduce the difference in latency and then group them.  Counterman will only group lines that happen to have the same latency." *Id.* at 46 (citing Pet. 65). Patent Owner continues, arguing that "grouping lines that happen to have the same latency is not the same as reducing the difference in latency between bonded transceivers." *Id.*

Counterman teaches "group[ing] cell flows which have the same latency (or delay)." Ex. 1005, 7:8–9; *see id.* at 6:48–7:14.  We are not persuaded by Petitioner's assertion that Counterman utilizes the transmission parameters to reduce a difference in latency.  *See* Pet. 69.  As described in Counterman, once the individual links are independently adjusted, Counterman simply groups together the flows that happen to have the same resulting latency.  *See* Ex. 1005, 6:48–7:14.  We, thus, find persuasive Patent Owner's argument that in Counterman "each bonded transceiver utilizes a transmission parameter *merely to adjust the latency of individual links* to achieve a QoS objective."  Prelim. Resp. 45 (emphasis added).

We also recognize Petitioner's argument that "the timing of Counterman's latency-difference reduction strategy is of no moment." Pet. 70 n.9.  However, the distinction between Counterman and claim 17 is that Counterman does not teach *reducing the difference* in latency between various links, but rather teaches individually adjusting the links and

32

IPR2022-00640
Patent 7,453,881 B2

compensating for the differences by grouping together the links that have the same latency. Based on our construction of the "utilizing" term, discussed above (*see* Section II.C.), we agree with Patent Owner that Petitioner has not shown sufficiently that Counterman teaches "reducing a difference in latency between the bonded transceivers" as recited in claim 17.

Petitioner relies on Djokovic's teachings of "how to manage latencies of different links" and the "detailed disclosure of the very implementation details contemplated in Counterman." Pet. 60 (citing Ex. 1006, 6:65–7:5). In particular, Petitioner relies on Djokovic's general teachings of Reed-Solomon FEC coding. *Id.* at 60–62, 70–72. Petitioner does not rely on Djokovic for any teaching of reducing the difference in latency between bonded transceivers.

For these reasons, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing on its assertion that claim 17, or claim 18 which depends therefrom, would have been obvious in view of Counterman and Djokovic.

## I.    Other Arguments

Patent Owner argues that the Petition is barred under 35 U.S.C. § 315(b) and that we should exercise discretion to deny institution under 35 U.S.C. § 314(a), based on the factors identified in *Apple, Inc. v. Fintiv, Inc.*, IPR2020-00019, Paper 11 (PTAB Mar. 20, 2020) (precedential). Prelim. Resp. 9–37; *see also* Pet. 75–81, Reply 1–9; Sur-reply 1–9. Because we deny the Petition on the merits, we do not reach these issues.

33

IPR2022-00640
Patent 7,453,881 B2

## III.    CONCLUSION

After considering the evidence and arguments presented in the parties' papers, we determine that Petitioner has not demonstrated a reasonable likelihood of prevailing with respect to any challenged claim of the '881 patent.  We, therefore, do not institute an *inter partes* review.

## IV.    ORDER

Accordingly, it is

ORDERED that the Petition is *denied* as to all challenged claims, and no trial is instituted.

IPR2022-00640
Patent 7,453,881 B2

FOR PETITIONER:

Christopher TL Douglas
M. Scott Stevens
Karlee N. Wroblewski
ALSTON & BIRD LLP
christopher.douglas@alston.com
scott.stevens@alston.com
karlee.wroblewski@alston.com


FOR PATENT OWNER:

Peter J. McAndrews
David Z. Petty
MCANDREWS, HELD & MALLOY LTD.
pmcandrews@mcandrews-ip.com
dpetty@mcandrews-ip.com

Christian Hurt
THE DAVIS FIRM PC
churt@davisfirm.com

# EXHIBIT R

US006222858B1

(12) **United States Patent**　　(10) Patent No.:　**US 6,222,858 B1**
Counterman　　　　　　　　　　(45) Date of Patent:　　**Apr. 24, 2001**

(54) **METHOD OF INVERSE MULTIPLEXING FOR ATM**

(75) Inventor: **Raymond C. Counterman**, Canton, MA (US)

(73) Assignee: **Verizon Laboratories Inc.**, Waltham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/247,832**

(22) Filed: **Feb. 10, 1999**

(51) Int. Cl.$^7$ ..................................................... **H04J 3/24**
(52) U.S. Cl. ........................... **370/474**; 370/395; 370/469
(58) Field of Search ................................ 370/397, 399, 370/342, 391, 395, 469, 473, 474

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,937,889 | 2/1976 | Bell, III et al. | 179/2 |
| 5,150,365 | 9/1992 | Hirata et al. | 370/123 |
| 5,528,650 | 6/1996 | Ashley et al. | 375/258 |
| 5,608,733 | 3/1997 | Valée et al. | 370/394 |
| 5,617,417 | 4/1997 | Sathe et al. | 370/394 |
| 5,627,501 | 5/1997 | Biran et al. | 333/17.1 |
| 5,727,051 | * 3/1998 | Holender | 379/112 |
| 5,875,192 | * 2/1999 | Cam et al. | 370/474 |
| 6,002,670 | * 12/1999 | Rahman et al. | 370/238 |
| 6,134,246 | * 10/2000 | Cai et al. | 370/474 |

OTHER PUBLICATIONS

American National Standards Institute (ANSI) Specification T1E1.4, "Very high–speed Digital Subscriber Lines", Feb. 11, 1998.

ATM Tutorial, dated Jun. 18, 1996.

"Asychronous Transfer Mode (ATM) Technology—An ATM Primer", printed Jan. 14, 1999.

Zahir Ebrahim, "A Brief Tutorial on ATM", dated Mar. 5, 1992.

American National Standards Institute (ANSI), "Network and Customer Installation Interfaces–Asymmetric Digital Subscriber Line (ADSL) Metallic Interface", (1995).

The ATM Forum Technical Committee, "Inverse Multiplexing for ATM (IMA) Specification Version 1.0", Jul. 1997.

* cited by examiner

*Primary Examiner*—Chau Nguyen
*Assistant Examiner*—D. Trinh
(74) *Attorney, Agent, or Firm*—Leonard Charles Suchyta

(57)　　　　　　**ABSTRACT**

A method for flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay. The method of the present invention supports links which use a portion of the link bandwidth for one QoS objective (e.g., low delay) and another portion for another QoS objective (e.g., low cell loss). The method involves servicing each of a number of multiplexed flows with a predetermined number of cells. Cells are assigned to each flow during a number of cycles which make up an ATM frame. The number of cells assigned to each flow during each cycle is dynamically adjusted based upon the requirements of each flow, and may be different for each flow. The number of cells assigned to each flow during each cycle may either be fixed, or may vary from cycle to cycle.

**38 Claims, 9 Drawing Sheets**



U.S. Patent

Apr. 24, 2001

Sheet 1 of 9

US 6,222,858 B1

FIG. 1
(PRIOR ART)

ADTRAN_0005191

U.S. Patent

Apr. 24, 2001

Sheet 2 of 9

US 6,222,858 B1



FIG. 2
(PRIOR ART)

ADTRAN_0005192



FIG. 3

ADTRAN_00055193

U.S. Patent

Apr. 24, 2001

Sheet 4 of 9

US 6,222,858 B1

FIG. 4

ADTRAN 0005194

U.S. Patent

Apr. 24, 2001

Sheet 5 of 9

US 6,222,858 B1

FIG. 5

ADTRAN_00055195

FIG. 6

U.S. Patent    Apr. 24, 2001    Sheet 6 of 9    US 6,222,858 B1

ADTRAN_00055196

U.S. Patent

Apr. 24, 2001

Sheet 7 of 9

US 6,222,858 B1



FIG. 7

ADTRAN_0005197

U.S. Patent

Apr. 24, 2001

Sheet 8 of 9

US 6,222,858 B1



FIG. 8

ADTRAN_00055198



FIG. 9

ADTRAN_00055199

US 6,222,858 B1

1

## METHOD OF INVERSE MULTIPLEXING FOR ATM

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to data transmission systems for transmitting various types of data, such as voice, video, and computer data. More particularly, the invention relates to inverse multiplexing for Asynchronous Transfer Mode ("ATM") over communication links with different transmission rates and/or delays.

2. Description of the Related Art

Asynchronous Transfer Mode (ATM) is a high-speed connection oriented switching and multiplexing communication scheme that allows for high speed telecommunications. ATM is essentially a packet switched communication scheme which utilizes fixed length packets or cells. ATM utilizes fixed size cells that are 53 octets long, with 5 bytes being header information and 48 bytes being payload information. The 48 byte cell payload may contain up to four bytes of information for the ATM adaptation layer, leaving at least 44 bytes for user data.

The term "asynchronous transfer mode" (ATM) was coined to contrast with "synchronous transfer mode" (STM). ATM is based on a time slotted transmission scheme in which data from different applications are multiplexed in accordance with their particular bandwidth, delay, and loss requirements. In ATM each time slot carries exactly one ATM cell. STM is also time slotted, however, in contrast to ATM, time is divided into a fixed number of slots which are grouped together to form a frame which repeats in time. All the time slots that are located at the same relative position in each frame can be grouped to form a circuit consisting of a fixed number of time slots and a fixed bandwidth. STM is inefficient in that the bandwidth associated with each circuit is dedicated full-time to each particular user, regardless of whether the user has data which needs to be transmitted.

ATM addresses many of the deficiencies found in STM communication. ATM networks enable a wide variety of communication devices to share common carrier communication links on a demand driven, as needed basis. The carriers used in ATM typically include relatively slow speed metallic wire links, such as the T1 carrier in North America (1.544 Mbps) or the E1 carrier in Europe (2.048 Mbps). The carriers used for ATM may also include higher speed optical links, such as SDH/SONET OC-3 (155.52 Mbps) and OC-12 (622.08 Mbps). ATM networks utilize statistical multiplexing to provide bandwidth on an as needed basis to individual users. This obviates the need for each user to have a dedicated, wideband communication channel for occasional communication. Instead, wideband communication is a shared resource which may be allocated on demand. Of course, if a number of users require wideband communication all at the same time, the capacity of the network may be momentarily exceeded, resulting in lower performance. To protect a link from overload, the ATM network and the user agree on a description of the user's traffic ("traffic contract") which the network uses to manage and allocate network resources (i.e., link bandwidth and buffer occupancy), as well as to monitor the user's traffic for compliance with the agreement.

The ATM header information identifies the Virtual Path (Virtual Path Identifier or VPI), Virtual Channel (Virtual Channel Identifier or VCI), payload type, and cell loss priority. The VPI and VCI together from a Virtual Circuit. The ATM header also provides flow control and header error

2

control. All the cells of a Virtual Circuit (VPI/VCI) follow the same path through the network, which is determined during call set-up procedures or by assignment. The different users of the ATM network provide their cells to the ATM network interface where they are queued for cell assignment and transmission. Cell transmission in an ATM network is causal, i.e., the cells in a connection (cells with the same VPI/VCI) arrive in order at the destination or far end. This is because the cells travel over the same Virtual Circuit.

An ATM network can support different types of services, such as loss sensitive/delay sensitive, loss insensitive/delay sensitive, loss sensitive/delay insensitive and loss insensitive/delay insensitive. The required QoS (Quality of Service) is determined during call set-up.

T1 carriers are typically a cost effective way of user access to an ATM network, as well as connection between ATM network switches. However, with the proliferation of increased data transfer and transmission requirements, the need for transmission bandwidth greater than that of a T1 carrier is needed in many situations. T3 carriers may be used in such situations; however, the use of T3 carriers is disadvantageous in that their cost is still somewhat prohibitive. Also, the use of T3 carriers as dedicated communication links is inefficient in that oftentimes they are under-utilized in relation to their data transmission capabilities.

ATM inverse multiplexers (IMA) have been proposed which combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path. See, for example, U.S. Pat. Nos. 5,608,733 and 5,617, 417 and the ATM Forum, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0, July, 1997, the contents of which are incorporated herein by reference. ATM inverse multiplexing provides a modular bandwidth for user access to ATM networks and for connection between ATM network elements, for example, between the T1/E1 and T3/E3 rates. T3/E3 links may not be generally available throughout a network, and thus, ATM inverse multiplexing provides an effective method combining several T1/E1 links to collectively provide higher intermediate rates.

The general concept of ATM inverse multiplexing is shown in FIG. **1**. In the transmit direction, an ATM cell stream **100** is received from the ATM layer and distributed on a cell by cell basis by the ATM inverse multiplexer **102** to a number of physical links **103**, **104**, and **105** which collectively make up Virtual Link **106**. At the far end, a receiving ATM inverse multiplexer recombines the cells from each link, on a cell by cell basis, recreating the original ATM cell stream **110** which is then passed onto the ATM layer.

The transmit ATM inverse multiplexer periodically transmits special cells that contain information which permits reconstruction of the ATM cell stream at the receiving end. These cells, referred to as IMA Control Protocol (ICP) cells, also define an IMA frame. The transmitter aligns the transmission of IMA frames on all links to allow the receiver to adjust for differential link delays among the individual physical links. In this manner, the receiver can detect and adjust for differential delays by measuring the arrival times of the IMA frames on each link.

At the transmitting end, cells are transmitted continuously. If there are no ATM layer cells to be transmitted within a given IMA frame, then the ATM inverse multiplexer transmits Filler Cells to maintain a continuous stream of cells at the physical layer. The Filler Cells are discarded at the receiving end. A new physical layer OAM (operation

US 6,222,858 B1

3

administration and maintenance) cell is defined for use in ATM inverse multiplexing and includes codes which indicate whether a cell is an ICP or Filler Cell. The individual cell sequence for IMA framing for the case of three physical links is shown in FIG. 2.

As shown in FIG. 2, the transmitter creates an IMA frame 158 on physical links 103, 104, and 105 by periodically transmitting an ICP cell 150 on each link. Although the ICP cell defines an IMA frame, the ICP cell 150 may be located anywhere within the IMA frame 158. The position of the ICP cell 150 relative to the beginning of the frame (frame boundary) is referred to as the ICP cell offset. The use of ICP cell offsets is used to reduce cell delay variation (CDV) caused by the insertion of the frame marker, i.e., the ICP cell 150 itself. The ICP cell offset is conveyed as protocol information in each link's ICP cell. For the IMA framing shown in FIG. 2, link 103 has an ICP cell offset value of 0, link 104 has an ICP cell offset value of 2, and link 105 has an ICP cell offset value of 1. Filler cells 152 are sent at the transmitting end if there are no ATM layer cells 154 to be transmitted in available transmit opportunities between ICP cells 150. Each IMA frame is defined as M consecutive cells, numbered 0 to (M–1) for each link. ATM Inverse Multiplexing Over xDSL Lines

The term xDSL is used to refer to various digital subscriber line technologies, such as DSL, HDSL, HDSL2, ADSL and VDSL and others, which typically involve the transmission of data in the portion of the frequency spectrum above standard telephone service. xDSL lines may be used as the physical links for data transmission in an ATM network. In such an arrangement, cells from the ATM layer are delivered to the physical layer and transmitted over the xDSL link (e.g., metallic wire pair). At the far end, the cells from the physical layer are delivered to the ATM layer.

Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS). Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives. Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay. Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used. The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.

The existing telephone network infrastructure has limited capability for meeting required transmission rates over desired distances, while at the same time meeting QoS objectives. This is because the information carrying capacity (bit rate) of a line in the existing telephone network is limited due to several factors, including, (1) the type of cables and topology of the network (e.g., the use of bridged taps), (2) the condition of the physical plant, and (3) the noise picked up by the network (noise ingress). Also, a reduction in capacity may result from restricted use of particular frequency bands (e.g., amateur radio bands) because of potential radio frequency interference. These factors reduce either the usable bandwidth (bit rate) or the usable distance of the working line (reach).

For a given xDSL network architecture, a customer's line may not support the bandwidth required. One alternative for increasing the line capacity is to condition the line. Another alternative is to reduce the usable distance of the line, for example by providing service only to those customers within

4

a certain distance (i.e., the usable distance) or by placing loop carriers out in the field at certain intervals (i.e, the usable distance). These alternatives, however, have obvious disadvantages. ATM inverse multiplexing may be used in such cases to increase the capacity of the customer's line and to avoid the undesirable consequences of the alternative approaches outlined above.

Conventional ATM Inverse Multiplexing

Conventional ATM inverse multiplexers are limited in that they may only be used to multiplex same-speed carriers into higher bandwidth, aggregate communication paths. All of the individual links which are multiplexed into the aggregate link must operate at the same speed. Also, cells from the ATM layer are transmitted on the individual physical links in a cyclic round-robin fashion.

The disadvantages of conventional ATM inverse multiplexers become quite apparent given the fact that dissimilar cell rates are quite common in many communication systems, such as xDSL. There are a finite number of lines available between any network access node (e.g., XDSL equipment located in a central office, or other main facility, or in remote cabinets such as digital line cards) and the individual customer premises. The condition of each line and the noise of each channel will vary from line to line. Given a reasonable bit rate granularity and operating noise margin, any two lines may operate at different optimal rates. According to conventional ATM inverse multiplexers, higher speed lines would be compromised by reducing their speed to the "lowest common denominator", i.e., the speed achievable by the slowest line in a group of lines being multiplexed. This limits the practical utility of inverse multiplexing by decreasing the combined bandwidth of the group of lines.

During operation, or as a function of time, temperature, or other conditions, the performance of a line in a group may change, resulting in dissimilar cell rates. Conventional ATM inverse multiplexing is not equipped to deal with such a situation, and will, presumably remove the changed line. This again leads to a decrease in the available bandwidth.

One of the likely reasons for different cell rates among lines is the difference in the allocation of a link bandwidth to FEC cell flows. For example, an ADSL line may have 20% allocated as a low delay path for delay sensitive applications, and 80% allocated as a low cell loss path for loss sensitive applications such as video. To increase the capacity for video, a second ADSL link is multiplexed at 100% low cell loss. Even though the bit rate or throughput provided by the line code (e.g., DMT, QAM) of the two ADSL lines is provisioned to be the same, the cell flows through the different FEC paths result in dissimilar cell rates. Again, because of the dissimilar cell rates, these lines may not be ATM inverse multiplexed using conventional techniques.

Using the case of two ADSL lines as an example, both ADSL lines may have the same cell rate and the same cell transfer delay for similarly allocated link bandwidths. Both ADSL lines may have 20% allocated as a low delay path and 80% allocated as a low cell loss path. Conventional ATM inverse multiplexing techniques are not capable of multiplexing links that have cell flows with different cell transmission delays. Conventional techniques can only operate with a physical link that is characterized by a single transmission delay, such as, for example, a T1 carrier that provides ATM cells in a 193 bit frame (192 bits plus one framing bit) every 125 milliseconds. In accordance with such conventional multiplexing techniques, additional delay is added to some links in order to make the cell delay

ADTRAN_00055201

US 6,222,858 B1

5

uniform for all links. This approach, however, eliminates the desired objective of having a low delay QoS because its delay would be made equal to the low loss QoS path, which by the nature of FEC has much greater delay.

Certain conventional multiplexing techniques do compensate for delay, however, the compensation is for differences in transmission delay among links.

Accordingly, it will be apparent to those skilled in the art that there continues to be a need for a method of ATM inverse multiplexing of links of different line rates, links having different cell rates but with similar cell transfer delay, and links that provide two or more cell flows that meet specific quality of service (QoS) objectives (e.g., cell loss and/or cell delay). The term "flow" is used to refer to the flow of cells over a service access point of the Transmission Convergence (TC) sublayer associated with a physical interface (or link). The present invention addresses these needs and others.

## SUMMARY OF THE INVENTION

Briefly, and in general terms, the present invention provides a method for flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay. The method of the present invention supports links which use a portion of the link bandwidth for one QoS objective (e.g., low delay) and another portion for another QoS objective (e.g., low cell loss). The method involves servicing each of a number of multiplexed flows with a predetermined number of cells. Cells are assigned to each flow during a number of cycles which make up an IMA frame. The number of cells assigned to each flow during each cycle is dynamically adjusted based upon the requirements of each flow, and may be different for each flow. The number of cells assigned to each flow during each cycle may either be fixed, or may vary from cycle to cycle.

Other features and advantages of the present invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, the features of the present invention.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of inverse multiplexing for ATM used to establish a virtual link;

FIG. 2 is a timeline illustration of IMA frames;

FIG. 3 is a block diagram of ATM inverse multiplexing of multiple links and flows;

FIG. 4 is a block diagram of flexible ATM inverse multiplexing;

FIG. 5 is a timeline illustration of flexible IMA frames;

FIG. 6 is a block diagram of flexible ATM inverse multiplexing according to the "simple k" method of the present invention;

FIG. 7 is a block diagram of flexible ATM inverse multiplexing according to a first variant of the "simple k" method of the present invention;

FIG. 8 is a block diagram of flexible ATM inverse multiplexing according to a second variant of the "simple k" method of the present invention; and

FIG. 9 is a block diagram of flexible ATM inverse multiplexing according to the "variable q" method of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the following detailed description, like reference numerals will be used to refer to like or corresponding elements in the different figures of the drawings.

6

The IMA sublayer is part of the ATM physical layer, and is located between the traditional Transmission Convergence (TC) sublayer and the ATM layer. The IMA sublayer is based on the B-ISDN protocol reference model defined in ITU-T, Recommendation I.321, "B-ISDN Protocol Reference Model and its Applications", March, 1993, the contents of which are incorporated herein by reference.

A simplified protocol reference model is shown in FIG. 3 and includes a number of links 202 which nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). The nominal cell transfer delay is typically the result of selecting certain FEC parameters in order to meet a desired, common QoS objective. In the model of FIG. 3, flows 212 (flow-1, flow-2, . . . flow-n) collectively make up a single IMA virtual link 222. Each flow 212 corresponds to a link 202. Each physical link 202 includes a Transmission Convergence sublayer 204 and a Physical Medium Dependent sublayer 206. A Service Access Point (SAP) 208 provides the interface between the TC sublayer 204 of a specific link and the IMA sublayer 214. All the flows 212 between the IMA sublayer 214 and the TC layers 204 have the same nominal cell transfer delay. There is a single common QoS for each link 202 and therefore, the aggregate IMA virtual link 222 has the same QoS. Because of the single QoS for each link 202, only one flow is needed over a Transmission Convergence SAP.

A more complete model for flexible ATM inverse multiplexing according to the present invention is shown in FIG. 4. In the model of FIG. 4, k IMA virtual links 250, 272, and 274 each correspond to an IMA group or sublayer 252. Each IMA virtual link 250 is the sum of the flows 254 for the respective IMA group 252. The flows 254 are between each IMA sublayer 252 and one or more TC sublayers 256 from several links 258. The flows 254 in an IMA group may have different nominal cell rates, but have the same nominal cell transfer delay, in order for the corresponding IMA virtual link 250 to meet the desired QoS objective. A link 258 carries one or more flows over a physical path between inverse multiplexers. An IMA link transmitter provides one or more flows from an IMA sublayer to the physical layer. The physical layer functions are grouped into the TC layer and the Physical Media Dependent (PMD) sublayer. Each IMA sublayer flow matches the ATM transfer characteristic (e.g., cell delay and rate) provided by the physical layers at each end of a link. A link's physical layer will process received ATM cells to provide one or more flows from the physical layer to the IMA sublayer.

A specific example of flexible IMA according to the model of FIG. 4 is shown in Table 1 below:

TABLE 1

| IMA Group | Rate (kcell/s) | Latency (ms) |
| --- | --- | --- |
| TC-1, IMA Group 1, Flow 1 (260) | 1 | 0.5 |
| TC-1, IMA Group 2, Flow 1 (262) | 5 | 4.0 |
| TC-2, IMA Group 1, Flow 2 (264) | 2 | 0.5 |
| TC-2, IMA Group 3, Flow 1 (266) | 4 | 10.0 |
| TC-3, IMA Group 2, Flow 2 (268) | 2 | 4.0 |
| TC-3, IMA Group 3, Flow 2 (270) | 8 | 10.0 |
| IMA Virtual Link 1 (250) | 3 | 0.5 |
| IMA Virtual Link 2 (272) | 7 | 4.0 |
| IMA Virtual Link 3 (274) | 12 | 10.0 |

According to Table 1, IMA virtual link 1 (250) includes flows 260 and 264, which have cell rates (kcell/s) of 1 and 2, respectively, and delays (latency in ms) of 0.5 and 0.5, respectively. Thus, IMA virtual link 1 (250) will have a total cell rate of 3, which is the sum of the individual cell rates of

ADTRAN_00055202

US 6,222,858 B1

7

flows **260** and **264**. Also, IMA virtual link **1 (250)** will have a latency of 0.5 ms, which is the common latency of its constituent flows. As shown in Table 1, IMA virtual links **2** and **3 (272** and **274)** will be similarly characterized based on their individual constituent flows.

As shown in Table 1 and FIG. **4**, the present invention groups cell flows which have the same latency (or delay) into a virtual link although they may have different cell rates, and then transmits using each cell flow at its respective rate. This is in contrast to conventional techniques which increase the delay of flows in a group to match the highest delay flow in the group.

The inverse multiplexing function controls the distribution of cells onto the links or flows for each of the sublayers; handles different delays within a bounded QoS; handles multiplexing of different cell rates; and handles actions to be taken when links/flows are dropped/added or when they are failed/restored, all in accordance with the ATM Forum Specification. The IMA process of splitting and recombining flows is transparent to the ATM layer above.

The Nominal Cell Rate (NCR) is the cell rate available for carrying cells between an IMA sublayer and the Transmission Convergence sublayer of a specific physical layer. A Reference Cell Rate (Rref) is used to provide common timing to flows at the transmit end and to recombine the flows at the receive end. The Reference Cell Rate is related to the Nominal Cell Rate according to the following relationship:

$$NCR(i)=k(i) \times Rref \qquad (1)$$

where $k(i)$ is a positive integer for $i=1, 2, \ldots N$ flows.

In an IMA frame of period T, $M(i)$ is the number of cells in IMA Frame $i$ having a Nominal Cell Rate $NCR(i)$. The IMA frame period T (in seconds) is related to the number of cells and the Nominal Cell Rate of each flow, for up to N flows of index $i$ of an IMA group, according to the following relationship:

$$T=M(1)/NCR(1)=M(2)/NCR(2)=M(i)/NCR(i) \text{ for } i=1, 2, \ldots N \qquad (2)$$

In order to properly align cells to a frame boundary, the product of the frame period T and Reference Cell Rate Rref must be a positive integer, and is as follows:

$$T \times Rref=M(1)/k(1)=M(2)/k(2)=M(i)/k(i)=a \qquad (3)$$

where $a$, $k(i)$ and $M(i)$ are positive integers for $i=1, 2, \ldots N$.

Using Equations (2) and (3), the Reference Cell Rate Rref is therefore given by:

$$Rref=M(i)/[T \times k(i)] \text{ (cells/second) for } i=1, 2, \ldots N \qquad (4)$$

The frame period T, Reference Cell Rate Rref, and other parameters are typically known at start up.

ATM cells are passed between the IMA sublayer and the ATM layer over an IMA virtual link. The Nominal Cell Rate of the aggregate of N flows making up the virtual link between the IMA sublayer and the TC sublayer is the Virtual Link Cell Rate (VLCR). The Virtual Link Cell Rate is approximately the sum of the constituent N Nominal Cell Rates, and is, strictly speaking, less than the aggregate, as given by:

8

$$VLCR < \sum_{i=1}^{N} NCR(i) \qquad (5)$$

A more precise expression for the Virtual Link Cell Rate may be determined from the definition of the relative cell rate given in the ATM Forum Specification, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0 July 1997 (ATM Forum Technical Committee). In the ATM Forum Specification, the Data Cell Rate is derived from a single flow of cells from each link, and each flow has the same nominal Link Cell Rate. For a T1 carrier, the nominal Link Cell Rate is 3622.6 cells per second. The Data Cell Rate approximates the number of links times 3622.6 cells per second. In contrast, flexible IMA in accordance with the present invention, multiplexes and de-multiplexes flows of different rates (Nominal Cell Rates). For each link, a flow may be equal to the physical payload capacity (e.g., T1 carrier of 3622.6 cells per second) or a portion of that capacity. While the physical link rates may be the same, the portions of link bandwidth may be dissimilar resulting in flows with different rates. Also, in contrast to the ATM Forum Specification, in the present invention, the number of cells, M, in each IMA frame may be different for each flow.

The Virtual Link Cell Rate is defined as the rate at which ATM cells are passed from the ATM layer to the IMA sublayer on transmit, and from the IMA sublayer to the ATM layer on receive, for a given IMA group. In the ATM Forum Specification, one of the physical links is used as a timing reference for multiplexing and de-multiplexing. In contrast, flexible IMA in accordance with the present invention multiplexes and de-multiplexes flows of different rates using a Reference Cell Rate, Rref. One of the links shall provide a cell flow from which Rref is derived and used as the timing reference for an IMA group. The rate of the reference cell flow is the Nominal Cell Rate of the flow and the value of Rref is related to the Nominal Cell Rate of the reference flow by Equation 2. The value of Rref and the reference link and flow are typically known at start up. At the transmit end, Rref is used to generate timing for the IMA group of N flows. At the receiving end, Rref is used to combine constituent flows of the IMA group. The IMA VLCR is derived at both the transmit and receive ends for N flows in an IMA group, according to the following relationship:

$$VLCR = \sum_{i=1}^{N} [k(i) \times Rref] \times J(i) \times [(M(i)-1)/M(i)] \qquad (6)$$

In Equation (6), the VLCR is the sum total of the cell rates of the individual flows, adjusted by certain factors. First, the term $[k(i) \times Rref]$ represents the cell rate of the ith flow. The term $J(i)$ is a scale factor which accounts for the insertion of stuff events, and typically has a value of 2048/2049. Stuff events are a function of the IMA process and act to prevent transmit buffer underruns/overruns on the individual flows. The appropriate value for $J(i)$ will depend on the timing differences between links and the link used to derive the Reference Cell Rate. $M(i)$ is the IMA frame length in cell units for a particular flow, and the last factor, $[(M(i)-1)/M(i)]$, accounts for an ICP cell being periodically inserted to define the frame boundary.

The flexible IMA frame is used as the unit of control in the IMA protocol, and is defined as M consecutive cells (numbered 0 to M−1 for each flow) across the N flows in an IMA group. This is illustrated in FIG. **5**, for the case of three

US 6,222,858 B1

9

flows. The number of cells, M, in a frame may be different for each flow since the flows may have different cell rates. This is illustrated in FIG. **5** by the different sized cells for the flows. One of the M cells on each of the N flows (e.g., **280**) is an ICP cell that occurs within the frame at the ICP cell offset position. The offset position may vary from link to link. In the example of FIG. **5**, the ICP cells are shown at the start of a frame for ease of illustration and explanation; however, in practice, ICP cells should be distributed more evenly over the IMA frame. Having the ICP cells at the start of a frame is not desired in actual implementation because of the associated increase in Cell Delay Variation on the IMA group virtual link. This occurs because during the time interval at the beginning of the frame only ICP cells are sent. This delays the cells awaiting transmission until all links have transmitted an ICP cell. Distributing the ICP cells at different positions in the frames results in some Filler or ATM layer cells being transmitted over the links at any point in time. It should also be noted that within an IMA frame, the ICP cells on all flows have the same IMA frame sequence number (e.g., ICP**0**, ICP**1**, . . . ).

The ICP offset method is in accordance with the ATM Forum Specification and results in a reduction of the Cell Delay Variation (CDV), otherwise caused by the insertion of the frame marker ICP cell. In contrast to the conventional IMA frame in the ATM Forum Specification in which all flows have the same number of cells in a frame, the frame structure according to the present invention allows flows with either similar or dissimilar cell numbers in a frame. Although the cell numbers for the different flows may be dissimilar, they are still an integer multiple of Rref.

The IMA frame length M(i) and the number of flows N are defined by a management entity during the IMA link start up procedure. The value of M used in the IMA approach is carried in the ICP cell as part of the "IMA Frame Length" field. The value of M is configurable and may be different for the individual flows in an IMA group. The ICP stuff mechanism, as defined in the ATM Forum Specification, is a controlled violation of the IMA consecutive frame definition. This violation is defined as a "stuff event", which is composed of an ICP frame marker followed by one or more stuff cells, the latter containing an indication that they are stuff cells.

The IMA ID is used to identify the IMA ID group as in the ATM Forum Specification. However, in flexible IMA, the IMA group is composed of flows rather than links.

In accordance with the flexible IMA approach of the present invention, an IMA frame is composed of M consecutive cells transmitted on each flow within the IMA group. The ICP cell is sent on each link once per IMA frame, and thus, is transmitted once every M cells. At the transmit end, the transmit IMA aligns the transmission of IMA frames on all links within an IMA group. The ICP cell may be located anywhere within the IMA frame, i.e., the offset value may be anywhere from 0 to M−1. An ICP cell offset of 0 indicates that the ICP cell is the first cell of the IMA frame on that particular flow. Similarly, an ICP cell offset of M−1 means that the ICP cell is the last cell of the IMA frame on that flow.

Flexible IMA for cell streams of dissimilar cell rates in accordance with the present invention is achieved using a new method of creating IMA frames. The simple round robin method of the ATM Forum Specification is not capable of such multiplexing. Instead, two alternative methods of IMA frame creation are utilized. The first is referred to as the "simple K" method and the second, more flexible approach, is referred to as the "variable q" method. As will be

10

discussed in more detail below, the simple k method provides the process for servicing flows with integer rate relationships (Equation (3)) which results in each flow being serviced with the same number of cells, k(i), for each cycle of the round robin servicing. In contrast, according to the variable q approach, a different number of cells may be provided for each flow during sequential round robin cycles. Essentially, according to the simple k approach, each flow is provided with a fixed number of cells for each sequential servicing cycle, although the fixed number may be different from flow to flow. According to the variable q approach, the number of cells provided to each flow may vary from cycle to cycle, in addition to being different from flow to flow. The variable q method provides finer granularity in the rate relationship among flows in a flow group. The variable q method also requires less buffering for some flow rate relationships than the simple k method, thereby reducing the latency between IMA end points.

THE SIMPLE K METHOD

For each flow i in an IMA flow group there are M(i) cells in a frame and an integer k(i), such that the flows are related as follows:

$$M(1)/k(1)=M(2)/k(2)=M(i)/k(i) \text{(cells)} \qquad (7)$$

where i=1, 2, . . . N and N is the number of flows in an IMA group. The nominal cell rate of each flow is defined to adhere to the relationship set out in Equation (7). The unit of "k" cells forms the basis of the flexible inverse multiplexing scheme. The transmit process for the simple k method is illustrated in FIG. **6**. The receiver essentially performs the reverse process.

As indicated above, an IMA group may have up to N flows. The flows pass from the IMA sublayer **310** to the TC sublayer **312** of one or more physical interfaces. In this manner, the IMA virtual link carries a cell stream from the ATM layer of one IMA over the multiplexed links to a receiving IMA. The particular IMA group **300** shown in FIG. **6** includes three flows **302**, **304**, and **306**. Cells are received from an ATM layer **308** and passed to IMA sublayer **310** at the Virtual Link Cell Rate. The IMA sublayer **310** services the ATM layer queue **309** and assigns the cells to the different flows **302**, **304**, **306**. Each of the flows is passed k(i) cells in a sequential order, such that flow **1** (**302**) is passed k(1) cells, then flow **2** (**304**) is passed k(2) cells, and flow **3** (**306**) is passed k(3) cells. For each cycle, the k(i) ATM layer cells for each flow are placed in a flow queue. If less than k(i) ATM layer cells are available when the IMA sublayer requests them, then filler cells are added to reach the total of k(i) cells. ATM layer cells are passed to the respective flows first, followed by filler cells, if any. The IMA frame is formed for each flow by inserting an ICP cell at the rate of 1/T (T being the frame period). If there are timing differences between the clocks on the links, the ICP cell may be repeatedly inserted to compensate for such timing differences. This latter process is referred to as an ICP stuff event.

There are several possible sequences for enqueuing the flows in an IMA group. For any particular sequence used, both the transmit and receive IMAs will need to have the same ordered list of flows in the IMA group. Each flow is assigned a Flow ID, e.g., the index "i" used to refer to the particular flows.

One variant of the "simple k" approach is to service the flow with the lowest cell rate first, followed by the flow with the next highest cell rate, and so on. Essentially, this results in servicing flows in the order of lowest to highest k value.

ADTRAN_00055204

US 6,222,858 B1

11

This approach is illustrated in FIG. **7**. The IMA group in FIG. **7** includes three flows, flow **1** (**320**), flow **2** (**322**), and flow **3** (**324**), which are configured such that the cell rate of flow **3** is twice the cell rate of flow **1** and the cell rate of flow **2** is three times the cell rate of flow **1**. In servicing these flows, one ATM layer cell is passed from the ATM layer **326** to flow **1** (**320**), then two ATM layer cells are passed from the ATM layer **326** to flow **3** (**324**), and then three ATM layer cells are passed from the ATM layer **326** to flow **2** (**322**). The sequence then repeats with one ATM layer cell being passed from the ATM layer **326** to flow **1** (**320**) and so on.

Another variant of the "simple k" approach is to service the flow with the highest cell rate first, then the flow with the next lowest rate, and so on. Essentially, this results in servicing flows in the order of highest to lowest k value. This approach is illustrated in FIG. **8**. The IMA group in FIG. **8** includes three flows, flow **1** (**340**), flow **2** (**342**), and flow **3** (**344**), which are configured the same as the flows in FIG. 7, i.e., the cell rate of flow **3** is twice the cell rate of flow **1** and the cell rate of flow **2** is three times the cell rate of flow **1**. In servicing these flows, three ATM layer cells are passed from ATM layer **346** to flow **2** (**342**), two ATM layer cells are passed from ATM layer **346** to flow **3** (**344**), and one ATM layer cell is passed from ATM layer **346** to flow **1** (**340**). The sequence then repeats with three ATM layer cells being passed from ATM layer **346** to flow **2** (**342**), and so on.

VARIABLE Q METHOD

The simple k method described above is adequate for servicing flows which have dissimilar cell rates, which are nevertheless, integer multiples of each other. If the cell rates of the various flows are not integer multiples of each other (e.g., the cell rate of flow **2** is 139/138 the rate of flow **1**), the simple k method introduces a high amount of latency. For such non-integer related cell rates, the "variable q" method of servicing flows may be used. In the variable q method, the number of cells provided for each flow during the round robin sequencing may change from one cycle to the next.

The total number of cells sent on a flow "i" per frame is M(i) cells, which may include ATM layer cells, filler cells and an ICP cell. The unit "q" is the number of cells sent on a flow during each cycle "n". The term "cycle" is used to refer to a single sequence of assigning cells in an IMA group. Thus, one or more cycles are used to complete the servicing of the flows for an entire IMA frame. The variable "q" is a function of the particular flow index "i" and the cycle number "n". The constant "C" is used to refer to the number of cycles needed to transmit an entire IMA frame. For a given flow "i", the total number of cells transmitted in an IMA frame is as follows:

$$M(i) = \sum_{n=1}^{C} q(i, n) + 1 \qquad (8)$$

where M(i) and q(i,n) are positive integers for i=1, 2, . . . N; and n=1, 2, . . . C. The "+1" term in Equation (8) accounts for the insertion of one ICP cell per frame.

The variable q method is illustrated in FIG. **9** for the case of three flows **360**, **362**, and **364**, and four cycles. The q values are such that for flow **1** (**360**), one cell is sent per cycle. For flow **2** (**362**), two cells are sent in the first cycle, two cells in the second cycle, one cell in the third cycle, and two cells in the fourth cycle. For flow **3** (**364**), three cells are sent in the first cycle, two cells in the second cycle, three cells in the third cycle, and two cells in the last cycle. Since

12

an ICP cell must be added once per frame for each flow, the resulting number of cells for the four cycle frame shown in FIG. **9** is five cells for flow **1**, eight cells for flow **2**, and eleven cells for flow **3**. The nominal cell rate relationships between the flows are: flow **2**/flow **1**=8/5; flow **3**/flow **1**=11/5. In order to reconstruct the IMA frame at the receiving end, the q values would be communicated from the transmitter to the receiver.

The present invention is applicable to communication systems in general, including wired, wireless, optical, and other forms of communication.

While forms of the invention have been illustrated and described, it will be apparent to those skilled in the art that various modifications and improvements may be made without departing from the spirit and scope of the invention. As such, it is not intended that the invention be limited, except as by the appended claims.

What is claimed is:

1. A method of inverse multiplexing for ATM, comprising:

   receiving a plurality of cells from an ATM layer;

   passing said plurality of cells to an ATM IMA sublayer;

   assigning individual ones of said plurality of cells to a plurality of cell flows to construct IMA frames, at least one cell flow of said plurality of cell flows having a cell delay which is different from a cell delay of at least one other cell flow, wherein a first number of cells in an IMA frame carrying said at least one cell flow of said plurality of cell flows is different from a second number of cells in at least one other IMA frame carrying said at least one other cell flow of said plurality of cell flows; and

   grouping the ones of said plurality of cell flows having the same cell delay into a virtual link.

2. The method of claim **1**, wherein said assigning step assigns cells to said plurality of cell flows using at least two different cell rates.

3. The method of claim **2**, wherein at least one of said different cell rates is an integer multiple of another of said different cell rates.

4. The method of claim **2**, wherein at least one cell rate is not an integer multiple of any of the remaining cell rates.

5. The method of claim **1**, wherein said assigning step includes one or more cycles, with each cycle including a single sequence of assigning cells to said cell flows to construct an IMA frame.

6. The method of claim **5**, wherein said assigning step assigns a respective fixed number of cells to each cell flow in each cycle.

7. The method of claim **6**, wherein one of said respective fixed number of cells is different for at least one cell flow.

8. The method of claim **7**, further comprising the step of: first assigning cells to the cell flow with the lowest cell rate.

9. The method of claim **7**, further comprising the step of: first assigning cells to the cell flow with the highest cell rate.

10. The method of claim **5**, wherein said assigning step assigns a different number of cells to at least one of said plurality of cell flows in one cycle in comparison with a number of cells assigned to said one of said plurality of cell flows in a different cycle.

11. A method of inverse multiplexing for ATM, comprising:

   receiving a plurality of cells from an ATM layer;

   passing said plurality of cells to an ATM IMA layer;

ADTRAN_00055205

US 6,222,858 B1

13

assigning individual ones of said plurality of cells to a plurality of cell flows to construct IMA frames, at least one cell flow of said plurality of cell flows having a cell rate which is different from a cell rate of at least one other cell flow, wherein a first number of cells in an IMA frame carrying said at least one cell flow of said plurality of cell flows is different from a second number of cells in at least one other IMA frame carrying said at least one other cell flow of said plurality of cell flows.

**12**. The method of claim **11**, wherein said assigning step includes one or more cycles, with each cycle including a single sequence of assigning cells to said cell flows to construct an IMA frame.

**13**. The method of claim **12**, wherein said assigning step assigns a respective fixed number of cells to each cell flow in each cycle.

**14**. The method of claim **13**, wherein one of said respective fixed number of cells is different for at least one cell flow.

**15**. The method of claim **14**, further comprising the step of:

first assigning cells to the cell flow with the lowest cell rate.

**16**. The method of claim **14**, further comprising the step of:

first assigning cells to the cell flow with the highest cell rate.

**17**. The method of claim **12**, wherein said assigning step assigns a different number of cells to at least one of said plurality of cell flows in one cycle in comparison with a number of cells assigned to said one of said plurality of cell flows in a different cycle.

**18**. The method of claim **11**, wherein at least one of said different cell rates is an integer multiple of another of said different cell rates.

**19**. The method of claim **11**, wherein at least one cell rate is not an integer multiple of any of the remaining cell rates.

**20**. A system for inverse multiplexing for ATM, comprising:

means for receiving a plurality of cells from an ATM layer;

means for passing said plurality of cells to an ATM IMA sublayer;

means for assigning individual ones of said plurality of cells to a plurality of cell flows to construct IMA frames, at least one cell flow of said plurality of cell flows having a cell delay which is different from a cell delay of at least one other cell flow, wherein a first number of cells in an IMA frame carrying said at least one cell flow of said plurality of cell flows is different from a second number of cells in at least one other IMA frame carrying said at least one other cell flow of said plurality of cell flows; and

means for grouping the ones of said plurality of cell flows having the same cell delay into a virtual link.

**21**. The system of claim **20**, wherein said means for assigning assigns cells to said plurality of cell flows using at least two different cell rates.

**22**. The system of claim **21**, wherein at least one of said different cell rates is an integer multiple of another of said different cell rates.

**23**. The system of claim **21**, wherein at least one cell rate is not an integer multiple of any of the remaining cell rates.

14

**24**. The system of claim **20**, wherein said means for assigning is operable for one or more cycles, with each cycle including a single sequence of assigning cells to said cell flows to construct an IMA frame.

**25**. The system of claim **24**, wherein said means for assigning is operable to assign a respective fixed number of cells to each cell flow in each cycle.

**26**. The system of claim **25**, wherein one of said respective fixed number of cells is different for at least one cell flow.

**27**. The system of claim **26**, wherein the means for assigning is operable to first assign cells to the cell flow with the lowest cell rate.

**28**. The system of claim **26**, wherein the means for assigning is operable to first assign cells to the cell flow with the highest cell rate.

**29**. The system of claim **24**, wherein said means for assigning is operable to assign a different number of cells to at least one of said plurality of cell flows in one cycle in comparison with a number of cells assigned to said one of said plurality of cell flows in a different cycle.

**30**. A system of inverse multiplexing for ATM, comprising:

means for receiving a plurality of cells from an ATM layer;

means for passing said plurality of cells to an ATM IMA sublayer;

means for assigning individual ones of said plurality of cells to a plurality of cell flows to construct IMA frames, at least one cell flow of said plurality of cell flows having a cell rate which is different from a cell rate of at least one other cell flow, wherein a first number of cells in an IMA frame carrying said at least one cell flow of said plurality of cell flows is different from a second number of cells in at least one other IMA frame carrying said at least one other cell flow of said plurality of cell flows.

**31**. The system of claim **30**, wherein said means for assigning is operable for one or more cycles, with each cycle including a single sequence of assigning cells to said cell flows to construct an IMA frame.

**32**. The system of claim **31**, wherein said means for assigning is operable to assign a respective fixed number of cells to each cell flow in each cycle.

**33**. The system of claim **32**, wherein one of said respective fixed number of cells is different for at least one cell flow.

**34**. The system of claim **33**, wherein said means for assigning is operable to first assign cells to the cell flow with the lowest cell rate.

**35**. The system of claim **33**, wherein said means for assigning is operable to first assign cells to the cell flow with the highest cell rate.

**36**. The system of claim **31**, wherein said means for assigning is operable to assign a different number of cells to at least one of said plurality of cell flow in one cycle in comparison with a number of cells assigned to said one of said plurality of cell flows in a different cycle.

**37**. The system of claim **30**, wherein at least one of said different cell rates is an integer multiple of another of said different cell rates.

**38**. The system of claim **30**, wherein at least one cell rate is not an integer multiple of any of the remaining cell rates.

\*     \*     \*     \*     \*

# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TQ DELTA, LLC, | | |
| | Plaintiff, | Civil Action No. 14-cv-954-RGA |
| v. | | **CONSOLIDATED** |
| ADTRAN, INC. | | |
| | Defendant. | |
| ADTRAN, INC, | | |
| | Plaintiff, | |
| v. | | |
| TQ DELTA, LLC. | | |
| | Defendant. | |

**EXPERT REPORT OF DR. GEORGE ZIMMERMAN
REGARDING THE INVALIDITY OF ASSERTED CLAIMS OF
U.S. PATENT NOS. 7,453,881 AND 8,422,511**

# TABLE OF CONTENTS

I.   Introduction ..................................................................................................1

II.  Qualifications ...............................................................................................2

   **A.**  Education .............................................................................................3

   **B.**  Relevant Industry Experience .............................................................3

   **C.**  Publications .........................................................................................7

   **D.**  Prior Expert Testimony ......................................................................9

III.  Documents and Materials Relied Upon......................................................10

IV.  Legal Principles ...........................................................................................11

   **A.**  Anticipation under 35 U.S.C. § 102 ..................................................12

   **B.**  Obviousness under 35 U.S.C. § 103 ..................................................13

   **C.**  Written Description under 35 U.S.C. § 112, ¶ 1 ...............................18

   F.   One of Ordinary Skill in the Art........................................................21

V.   Background of the Asserted Patents ...........................................................22

   **A.**  Provisional Application No. 60/327,440 ...........................................28

   **B.**  File History .........................................................................................31

VI.  Background of the Technology ....................................................................33

   **A.**  ATM ....................................................................................................33

   **B.**  Inverse Multiplexing over ATM........................................................35

   **C.**  DSL Communications .........................................................................40

   **D.**  Use of Forward Error Correction (FEC) and Interleaving to Meet Quality of Service (QoS) Objectives and Relationship to Latency ....................44

      1.   Reed-Solomon Coding and Interleaving......................................44

      2.   Latency Caused by FEC and Interleaving....................................46

      3.   Quality of Service........................................................................49

      4.   Latency Restrictions in DSL Systems..........................................51

      5.   Determination of FEC and Interleaving Parameters in Existing DSL Systems.......................................................................................53

VII. Overview of Prior Art..................................................................................56

   **A.**  U.S. Patent No. 6,222,858 to Counterman ........................................56

1

**B.** U.S. Patent No. 5,617,417 to Sathe et al. ...................................................64

**C.** U.S. Patent No. 6,772,388 to Cooper ........................................................68

**D.** PCT Application No. PCT/NO99/0024, WO 99/39468 to Edvardsen..........72

**E.** U.S. Patent No. 7,068,657 to Keller-Tuberg .............................................77

**F.** U.S. Patent No. 6,956,872 to Djokovic .......................................................91

**G.** Admitted Prior Art....................................................................................92

**VIII.**    Asserted Claims.................................................................................93

**IX.**    Applicable Claim Constructions..............................................................94

**X.** Invalidity of Asserted Patents under 35 U.S.C. § 112 .......................................98

**A.** The Asserted Claims are Invalid for Failing to Comply with the Written Description Requirement......................................................................................98

**B.** The Asserted Claims are Invalid for Lack of Enablement ..........................112

**C.** The Asserted Claims are Invalid as Indefinite ...........................................118

**XI.** Invalidity of U.S. Patent No. 7,453,881 under 35 U.S.C. 102 and 35 U.S.C. 103    127

**A.** Claims 17 and 18 of the 881 Patent Are Anticipated by Counterman ........127

**B.** Claims 17 and 18 of the 881 Patent Are Anticipated or Rendered Obvious over Counterman through its incorporation of Sathe. .......................................142

**C.** Claims 17 and 18 of the 881 Patent are Obvious over Counterman in Combination with the Admitted Prior Art.........................................................150

**D.** Claims 17 and 18 of the 881 Patent Are Obvious Over Counterman in Combination with Cooper. ...............................................................................156

**E.** Claims 17 and 18 of the 881 Patent Are Obvious Over Counterman in Combination with Djokovic. ............................................................................165

**F.** Claims 17 and 18 of the 881 Patent Are Anticipated by Edvardsen...........172

**G.** Claims 17 and 18 of the 881 Patent Are Obvious Over Edvardsen in Combination with Djokovic ..............................................................................187

**H.** Claims 17 and 18 of the 881 Patent Are Anticipated by Keller-Tuberg.....194

**I.** Claims 17 and 18 of the 881 Patent Are Obvious Over Keller-Tuberg in Combination with Djokovic. ............................................................................215

**XII.** Invalidity of U.S. Patent No. 8,422,511 – claim 6 under 35 U.S.C. 102 and 35 U.S.C. 103 ..........................................................................................221

2

**A.**   Claim 6 of the 511 Patent Is Anticipated by Counterman..........................221

**B.**   Claim 6 of the 511 Patent Is Anticipated or Rendered Obvious over Counterman through its incorporation of Sathe. ...............................................237

**C.**   Claim 6 of the 881 Patent is Obvious over Counterman in Combination with the Admitted Prior Art........................................................................................243

**D.**   Claim 6 of the 511 Patent Is Obvious Over Counterman in Combination with Cooper...............................................................................................................250

**E.**   Claim 6 of the 511 Patent Is Obvious Over Counterman in Combination with Djokovic. ..........................................................................................................259

**F.**   Claim 6 of the 511 Patent Is Anticipated by Edvardsen.............................264

**G.**   Claim 6 of the 511 Patent Is Obvious Over Edvardsen in Combination with Djokovic ...........................................................................................................278

**H.**   Claim 6 of the 511 Patent Is Anticipated by Keller-Tuberg. ......................283

**I.**   Claim 6 of the 511 Patent Is Obvious Over Keller-Tuberg in Combination with Djokovic. ...................................................................................................303

**XIII.**   Secondary Considerations of Non-Obviousness....................................308

**XIV.**   Summary of Opinions ............................................................................308

**XV.**   Exhibits ...................................................................................................309

**XVI.**   Supplementation.....................................................................................310

## I.    Introduction

1.    My name is George Zimmerman.  I am an expert in the field of wireline communications technology, including DSL transmission technology.  I have been engaged by the law firm of Bradley Arant Boult Cummings LLP, on behalf of Defendant/Counterclaim Plaintiff ADTRAN, Inc. (ADTRAN), to analyze, opine on, and, if necessary, provide expert testimony regarding the validity of certain claims asserted in litigation pending in the U.S. District Court for the District of Delaware, Case Nos. 1:14-CV-954-RGA & 1:15-CV-121-RGA.

2.    I understand that Plaintiff/Counterclaim Defendant TQ Delta, LLC, (TQ Delta) filed a complaint for Patent Infringement against ADTRAN on July 18, 2014, alleging infringement of 32 U.S. patents. I understand that, following the filing of various counterclaims and amendments to the pleadings between the parties, TQ Delta ultimately asserted 38 patents against ADTRAN. I understand that during the course of this lawsuit, the Court has split those patents into ten families. This report concerns the family that has been designated as Family 2.  I understand that at this point, TQ Delta asserts certain claims from two patents (Asserted Patents) against ADTRAN: U.S. Patent No. 7,453,881 (881 patent) claims 17 and 18; and U.S. Patent No. 8,422,511 (511 patent) claim 6.

3.    I have been engaged to evaluate the validity of the asserted claims of the Family 2 Patents.  This report addresses the invalidity of those asserted

claims. Should TQ Delta be permitted by the Court to assert additional claims, I reserve the right to amend this report to consider the validity of such newly-asserted claims.

4.     In Sections II and III, I set out my qualifications and the materials I've considered in preparing this Report. In Section IV, I set out the legal principles that I have been informed of regarding the issues I address in this Report. In Sections V-VII, I provide an overview of the Asserted Patents, an artisan's knowledge of the relevant technology, and the prior art I apply in my analysis. In Sections VIII and IX, I list the Asserted Claims and the claim constructions I have applied in my analysis. In Sections X-XII, I set out my analysis regarding the validity of the Asserted Claims. In Section XIII, I address potential secondary considerations of non-obviousness. In Section XIV, I summarize my opinions. And in Sections XV and XVI, I address additional matters.

5.     I am being compensated for my time at the rate of $300 per hour. This compensation is not contingent on my performance, my opinions, the outcome of this matter, or any issues involved in or relating to this matter.

## II.     Qualifications

6.     The following sections recite the most relevant aspects of my educational, professional, and technical background. A copy of my curriculum

vitae, which describes my qualifications in more detail, is attached to this report as Appendix A.

### A.    Education

7.    In 1985, I received a Bachelor of Science degree in Electrical Engineering from Stanford University. In 1988, I received a Master of Science degree in Electrical Engineering from the California Institute of Technology. In 1990, I completed my doctoral thesis on interference cancellation for multi-access communications and received a Ph.D. in Electrical Engineering from the California Institute of Technology.

### B.    Relevant Industry Experience

8.    From 1985 to 1995, I held systems engineering, digital design, and engineering management positions as a Member of Technical Staff at Jet Propulsion Laboratory in Pasadena, California. At JPL, I was a leader on the SETI project. I also helped design the ground data processors which made radar images of the surface of Venus (the Magellan spacecraft). I also worked on other projects related to national security.

9.    From 1989 to 1995, I was an independent consultant in the areas of communications and signal processing analysis, including design and architecture of data transmission and storage equipment for various commercial vendors.

Between 1992 and 1994, I was a lecturer at the California Institute of Technology on communications systems and related topics.

10.     From May 1995 through June 2000, I was Chief Scientist at PairGain Technologies. PairGain was a pioneering firm in the DSL and broadband networking space and made a full line of DSL-based broadband access products including DSL line cards, DSLAMs, DSL access switches, DSL CPE and chipsets for HDSL, ADSL, and HDSL2. At PairGain, I personally performed research, worked on standards development, developed strategy, and interfaced extensively with customers on their plans for deploying DSL.

11.     In my capacity as Chief Scientist at PairGain, I participated in the formulation of standards for DSL transmission and systems, including the ADSL Forum, Committee T1E1.4, and the ITU-T G.992 series of DSL standards. I was a member and regular participant in ANSI T1E1.4 and ITU-T standards meetings on digital subscriber line technology from 1995 through 1999, including authoring contributions and voting regularly.

12.     In my duties at PairGain, I was involved in concept, design, and helping customers deploy HDSL, DMT ADSL, CAP ADSL, and SDSL solutions for central office, subscriber premises, and outside plant operations, including the first tariffed DSL internet access services in the United States.

4

13.     From January 2001 through May 2011, I was founder and Chief Technical Officer of Solarflare Communications, a leading provider of 10 Gigabit Ethernet server adapters and silicon. Solarflare developed chipsets and drove an IEEE standard for 10Gbps Ethernet technology over twisted pair wiring known as 10GBASE-T, or IEEE Std 802.3an-2006. The company sold 10GBASE-T chipsets to various OEMs, including Dell, for use in Ethernet switches and server adapters. The Solarflare 10GBASE-T business was sold to Marvell Semiconductor in May 2011, at which time I departed the company.

14.     From May 2003 through May 2009, I was involved with Aktino Corporation, a designer and manufacturer of multi-pair bonded DSL transmission equipment for service providers. From 2003 through 2005, I served on the Board of Directors, and from 2005 through 2009, I served as a technology advisor to the company.

15.     From May 2011 to date, I have been the principal consultant at CME Consulting, specializing in wireline communications, including Ethernet and proprietary systems over twisted pair wiring, similar to DSL. As part of my work at CME Consulting, I have been actively continuing my work on physical layer specifications for data transmission over twisted-pair copper lines. I am a member of the IEEE 802.3 Ethernet Working Group and was Chief Editor for two standards, IEEE Std 802.3bq-2016 25GBASE-T and 40GBASE-T and IEEE Std 802.3bz-2016

2.5GBASE-T and 5GBASE-T. These specify physical layer interfaces for Ethernet on twisted pair copper lines. From January 2017 until November 2019, when the work was completed,  I was Chair of the IEEE P802.3cg 10 Mb/s Single Twisted Pair Ethernet Task Force which developed a specification for 10 Mb/s transmission on a single, twisted pair copper lines at distances up to 1 km, in many ways similar to DSL.  I currently Chair the IEEE 802.3 Greater than 10 Mb/s Long-Reach Single Pair Ethernet Study Group, a follow-on effort to IEEE Std 802.3cg, as well two other Task Forces within IEEE 802.3, both focused on applications of wireline technology – IEEE P802.3dd, which deals with maintenance to the line-powering technology specified through IEEE 802.3cg, and IEEE P802.3de, which deals with issues related to reducing latency and delays in Ethernet networks for the new transceivers specified in IEEE  802.3cg..

16.    I am also the technical committee chair of the Ethernet Alliance, and until April 2019 when the group dissolved, I was on the board of the NBASE-T Alliance, which is an industry body that works exclusively on twisted-pair copper data transmission. "The NBASE-T Alliance focuses on building the ecosystem and consensus required to enable a new 2.5GBASE-T/5GBASE-T Ethernet standard. Working with key stakeholders, the consortium releases specifications that define 2.5 and 5 Gigabit per second (Gbps) speeds at up to 100 meters using the large, installed base of copper cabling in enterprise networks." (www.nbaset.org/alliance/).

I therefore have experience beyond DSL in other data communications over twisted wire pairs.

### C.    Publications

17.    I have written and/or edited numerous technical publications, many of which focus on networking and communications technology. Several of them focus specifically on wireline networking technology, DSL, and aspects of data transmission in the telephone company local loop and similar environments. Exemplary publications include:

- Gergely Huszak, Hiroyoshi Morita, George Zimmerman, "Backward-Compatible Forward Error Correction of Burst Errors and Erasures for 10BASE-T1S", IEICE Transactions on Communications, Vol. E104-B, No. 12, December 1, 2021, pp. 1524-1538 DOI: 10.1587/transcom.2021EBP3016.

- G. Zimmerman, "Power Backoff," IEEE P802.3an Task Force Contributions: Zimmerman_1_0205.pdf,                Zimmerman_1_0305.pdf, Zimmerman_2_0305.pdf, February & March 2005.

- G.A. Zimmerman, "Approaches to CSA-Reach Single-Pair HDSL," PairGain contribution, T1E1.4/96-160, March 1995.

- G.A. Zimmerman, "Normative Text for Spectral Compatibility Evaluations," PairGain contribution, T1E1.4/97-180R1, June 30, 1997.

- G.A. Zimmerman, "Achievable rates vs. operating characteristics of local loop transmission: HDSL, HDSL2, ADSL and VDSL," Signals, Systems & Computers, 1997. Conference Record of the Thirty-First Asilomar Conference on Signals, Systems and Computers, Volume 1, 2-5 Nov. 1997 Pages: 573-577 vol. 1.

18.    I am also the named inventor on numerous patents and patent applications in networking and communications technology, including high-speed networking devices.  Exemplary patents include:

- U.S. Patent 10,754,409, ENERGY EFFICIENT ETHERNET WITH MULTIPLE LOW-POWER MODES, S. Benyamin, P. Langer, G. Zimmerman, August 25, 2020.

- U.S. Patent No. 10,790,997, TRANSMISSION OF PULSE POWER AND DATA IN A COMMUNICATIONS NETWORK, C. Jones, J. Goergen, G. Zimmerman, R. O'Brien, D. Arduini, J. Potterf, S. Baek, September 29, 2020.

- U.S. Patent No. 6,912,208: METHOD AND APPARATUS FOR JOINT EQUALIZATION AND CROSSTALK MITIGATION, G. Zimmerman and W. Jones, June 28, 2005.

- U.S. Patent No. 7,002,897: MULTIPLE CHANNEL INTERFERENCE CANCELLATION, W. Jones and G. Zimmerman, February 21, 2006.

- U.S. Patent No. 7,352,687: MIXED DOMAIN CANCELLATION, W. Jones, G. Zimmerman and C. Pagnanelli, April 1, 2008.

- U.S. Patent No. 7,164,764: METHOD AND APPARATUS FOR PRECODE CROSSTALK MITIGATION, G. Zimmerman and W. Jones, January 16, 2007.

- U.S. Patent No. 7,808,407: SUB-CHANNEL DISTORTION MITIGATION IN PARALLEL DIGITAL SYSTEMS, G. Zimmerman and W. Jones, October 5, 2010.

- US. Patent No. 8,984,304: ACTIVE IDLE COMMUNICATION SYSTEM, G. Zimmerman, November 12, 2007.

- U.S. Patent No. 5,459,680: METHOD AND APPARATUS FOR SPUR-REDUCED DIGITAL SINUSOID SYNTHESIS, G. Zimmerman and M. Flanagan, October 17, 1995.

- U.S. Patent No. 5,068,859: LARGE CONSTRAINT LENGTH HIGH SPEED VITERBI DECODER BASED ON A MODULAR HIERARCHICAL DECOMPOSITION OF THE DeBRUIJN GRAPH, by O. Collins, et al., November 26, 1991.

### D.    Prior Expert Testimony

19.    In the past four years, I have testified as an expert at deposition or trial as described in my CV, which is attached as Appendix A.

9

### III.    Documents and Materials Relied Upon

20.    In forming the opinions set forth in this declaration, I have reviewed the asserted 881 and 511 patents and their file histories.  I have also studied the prior art references and other materials reflecting the background knowledge of the state of the art referenced in the body of this report. A list of documents that I have used and/or reviewed is given in Appendix B. Additionally, I have considered my own experience and expertise concerning the knowledge of a person having ordinary skill in the relevant art during the timeframe of the claimed priority date of the Family 2 patents.

21.    In performing my analysis, I have determined as explained below that the priority date of the asserted claims of the Family 2 patents is October 5, 2002. My analysis would remain unchanged even if the priority date of the asserted claims of the Family 2 patents is determined or assumed to be October 5, 2001, the filing date of Provisional Application No. 60/327,440 (440 provisional), to which the Family 2 patents claim priority.

22.    This report is based on information currently available to me, and my analysis is ongoing. I understand that as I discover new material or as new material is presented to me, I may continue to review such material. As a result, this report contains only those opinions I have formed at this time, and I reserve the right to update, revise, supplement, and amend my opinions contained in this report based

on new information and my continuing analysis of the materials already available to me. I understand that TQ Delta has not yet provided its positions on the validity of the asserted claims or its expert disclosures on that issue. I reserve the right to rely on additional positions in rebuttal of any position taken by TQ Delta or its experts. I also reserve the right to opine that any claim limitation that TQ Delta may argue is not expressly disclosed in a prior art reference is necessarily present in a reference, would have been obvious to one of ordinary skill in the art, or is provided in combination with another prior art reference or references, including but not limited to, those cited in this report.

## IV.    Legal Principles

23.    I am not a patent attorney and offer no opinions on the law.  However, I have been informed by counsel of the legal standards that apply with respect to patent validity and invalidity, and I have applied them in arriving at my conclusions.

24.    I understand that an issued United States patent is presumed valid, and that each claim is to be considered separately.

25.    I understand that a party challenging the validity of an issued United States patent bears the burden of proving invalidity by clear and convincing evidence.

### A.    Anticipation under 35 U.S.C. § 102

26.    I have been informed and understand that a patent claim is invalid based on anticipation if a single prior art reference, product, or service discloses or includes all of the limitations of that claim, and does so in a way that enables one of ordinary skill in the art to make and use the invention. Each of the claim limitations may be expressly or inherently present in the prior art reference. I understand that if the prior art necessarily functions in accordance with, or includes a claim's limitation, then that prior art inherently discloses that limitation. I have relied on this understanding in expressing the opinions set forth below.

27.    It is my further understanding that to establish such inherency, the evidence must make clear that even though matter is not explicitly described, it is necessarily present in the item of prior art and that it would be so recognized by persons of ordinary skill in the art. I also understand that prior art use of the claimed patented invention that was accidental, unrecognized, or unappreciated at the time of filing can still be an invalidating anticipation.

28.    I understand that although multiple prior art references may not be combined to show anticipation, additional references may be used to interpret the allegedly anticipating reference and shed light on what it would have meant to those skilled in the art at the time of the invention. These additional references must make it clear that the missing descriptive matter in the patent claim is necessarily present

12

in the anticipating reference, and that it would be so recognized by persons of ordinary skill in the art.

**B.    Obviousness under 35 U.S.C. § 103**

29.    I also understand that a patent may be invalid even though the invention is not identically disclosed or described in a single prior art reference if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious to a person having ordinary skill in the art in the relevant subject matter at the time the invention was made.

30.    To determine if a claim is obvious, the following factors should be considered: (1) the level of ordinary skill in the art at the time the invention was made; (2) the scope and content of the prior art; (3) the differences between the claimed invention and the prior art; and (4) so-called secondary considerations, including evidence of commercial success, long-felt but unsolved need, unsuccessful attempts by others, copying of the claimed invention, unexpected and superior results, acceptance and praise by others, independent invention by others, and the like.

31.    For example, I understand that the combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results. I also understand that an obviousness analysis need not seek out

13

precise teachings directed to the specific subject matter of the challenged claim because the analysis can take account of the inferences and/or creative steps that a person of ordinary skill in the art would employ.

32.    I also understand that an invention is obvious if a hypothetical person with ordinary skill and full knowledge of all of the pertinent prior art, when faced with the problem to which the claimed invention is addressed, would be led naturally to the solution adopted in the claimed invention or would naturally view that solution as an available alternative.

33.    In considering the scope and content of the prior art, I understand that one should take into consideration not only what is expressly disclosed in a given prior art reference, but also what is inherently present as a natural result of the practice of the system or method disclosed in that reference.  I further understand that if a reference necessarily functions in accordance with, or necessarily includes a claim's limitation, then that reference inherently discloses that limitation.  It is my further understanding that to establish inherency, the evidence must make clear that the missing descriptive matter is necessarily present in the reference and that it would be so recognized by persons of ordinary skill in the art.

34.    I understand that the following rationales may be used to determine whether a piece of prior art can be combined with other prior art or with other information within the knowledge of one of ordinary skill in the art:

14

(A)    Combining prior art elements according to known methods to yield predictable results;

(B)    Simple substitution of one known element for another to obtain predictable results;

(C)    Use of known techniques to improve similar devices (methods, or products) in the same way;

(D)    Applying a known technique to a known device (method, or product) ready for improvement to yield predictable results;

(E)    "Obvious to try" – choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success;

(F)    Known work in one field of endeavor may prompt variations of it for use in either the same field or a different one based on design incentives or other market forces if the variations would have been predictable to one of ordinary skill in the art; or

(G)    Some teaching, suggestion, or motivation in the prior art that would have led one of ordinary skill to modify the prior art reference or to combine prior art reference teachings to arrive at the claimed invention.

35.    I understand that when assessing obviousness, whether prior art references could be physically combined is not the relevant inquiry; instead, the question is whether the teachings of the prior art as a whole render the claimed invention obvious.  I further understand that the motivation to combine prior art references can be provided by any need or problem known at the time in the field of endeavor.

36.    I understand that when a work is available in one field of endeavor, design incentives and/or other market forces, for example, can prompt variations of it, either in the same field or a different one.  Moreover, if a person of ordinary skill can implement a predictable variation, I understand that that likely bars its patentability.

37.    I understand that obviousness must be tested as of the time the invention was made. I understand that the test for obviousness is what the combined teachings of the prior art references would have suggested, disclosed, or taught to one of ordinary skill in the art.  In particular, it is my understanding that a patent claim is invalid based upon obviousness if it does nothing more than combine familiar elements from one or  more prior art references or products according to known methods to yield predictable results.  For example, I understand that where a technique has been used to improve one device, and a person of ordinary skill in the art would have recognized that it would improve similar devices in the same way,

16

using that technique is obvious.  I understand that obviousness can be proved by

showing that a combination of elements was obvious to try, i.e.: that it does no more

than yield predictable results; implements a predictable variation; is no more than

the predictable use of prior art elements according to their established functions; or

when there is design need or market pressure to solve a problem and there are a finite

number of identified, predictable solutions.  I have been further informed that when

a patent claim simply arranges old elements with each element performing the same

function it had been known to perform and yields results  no more than one would

expect from such an arrangement, the combination is obvious.

38.    I understand that another factor to be considered is common sense.  For

example, I understand that common sense teaches that familiar items may have

obvious  uses beyond their primary purposes, and, in many cases, a person of

ordinary skill will be able to fit the teachings of multiple patents together like pieces

of a puzzle.

39.    I have been informed and understand that the Supreme Court articulated

additional guidance for obviousness in its *KSR* decision.[1]  My understanding is that

the Supreme Court said that technical people of ordinary skill look for guidance in

other solutions to problems of a similar nature, and that the obviousness inquiry must

---

[1] *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398 (2007).

track reality, and not legal fictions.[2]  I have relied on these understandings in expressing the opinions set forth below.

40.    I understand that a new use of an old product or material cannot be claimed as a new product; the apparatus or system itself is old and cannot be patented. I further understand that, in general, merely discovering and claiming a new benefit to an old process cannot render the process newly patentable.

41.    I also understand that the nature of the prior art submitted to the Patent Office during the prosecution of a patent application can be informative as to the field of endeavor of a patent that issues from that application.

## C.    Written Description under 35 U.S.C. § 112, ¶ 1

42.    I understand that the standard for satisfying the written description requirement of 35 U.S.C. § 112 is that the patent specification reasonably conveys to a person having ordinary skill in the art that the inventor had possession of the subject matter of the claims as of the effective filing date.  In particular, I understand that a patent's description must clearly allow persons of ordinary skill in the art to recognize that the inventor invented what is claimed.

---

[2] "The obviousness analysis in the patent context cannot be confined by a formalistic conception of the words teaching, suggestion, and motivation, or by overemphasis on the importance of published articles and the explicit content of issued patents.  The diversity of inventive pursuits and of modern technology counsels against limiting the analysis in this way.  In many fields it may be that there is little discussion of obvious techniques or combinations, and it often may be the case that market demand, rather than scientific literature, will drive design trends."  *KSR*, 550 U.S. at 419.

43.     I am informed that the test for sufficiency is whether the disclosure of the patent reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date, and that this test requires an objective inquiry into the four corners of the specification from the perspective of a person of ordinary skill in the art.  The specification must describe an invention understandable to that skilled artisan and show that the inventor actually invented the claimed invention.

44.     I have been informed and understand that whether the hypothetical person having ordinary skill in the art could make and use the claimed invention based on the disclosures of a patent is irrelevant to the written description inquiry, which focuses only on the inventor's possession, or lack thereof, of the full scope of the claimed invention.  It is the specification itself that must demonstrate possession. A description that merely renders a claim obvious does not satisfy the written description requirement.

**D.     Enablement under 35 U.S.C. § 112, ¶ 1**

45.     I understand that to satisfy the enablement requirement of 35 U.S.C. § 112 the specification must describe the manner and process of making and using the claimed invention so as to enable the full scope of the claims, such that the public is enriched by the patent specification at least commensurate with the scope of those claims.  A claim containing a limitation impossible to meet is invalid as not enabled.

19

46.    Furthermore, I understand that a patent specification that does not allow
a person having ordinary skill in the art to practice the invention without undue
experimentation is not enabled.  I have been informed that certain factors are
typically considered when evaluating the level of experimentation, such as the
quantity of experimentation necessary to make or use the invention based on the
content of the disclosure, the amount of direction or guidance presented by the
inventor, the presence or absence of working examples, the breadth of the claims,
the nature of the invention, the level of one of ordinary skill, and the predictability
or unpredictability of the art.

### E.    Indefiniteness under 35 U.S.C. § 112, ¶ 2

47.    I have been informed that that 35 U.S.C. § 112 requires that a patent
specification include claims particularly pointing out and distinctly claiming the
subject matter which the inventor regards as his invention.  I further understand that
to comply with this requirement, a patent's claims, viewed in light of the
specification and prosecution history, must inform those skilled in the art about the
scope of the invention with reasonable certainty.  I understand that the statutory
requirement of particularity and distinctness in claims is met only when they clearly
distinguish what is claimed from what went before in the art and clearly circumscribe
what is foreclosed from future enterprise.  Otherwise, the patent claims are invalid
as indefinite.

20

### F.    One of Ordinary Skill in the Art

48.    I understand that the following criteria are useful in determining the level of ordinary skill in the art: (a) the educational level of the inventor(s); (b) the type of problems encountered in the art; (c) prior art solutions to those problems; (d) the rapidity with which innovations are made; (e) the sophistication of the technology in the art; and (f) the educational level of active workers in the field.

49.    It is my opinion that one of ordinary skill in the art at the time of the filing of the 440 provisional would have had a bachelor's degree in electrical or computer engineering and at least 5–6 years of experience in telecommunications or a related field; a master's degree in electrical or computer engineering, or the equivalent, and at least 2–3 years of experience in telecommunications or a related field; or a Ph.D. in electrical or computer engineering, or the equivalent, with at least 1–2 years of experience in telecommunications or a related field.

50.    I consider that I was a person of at least ordinary skill in the art in the period of October 2001 including all times pertinent to the Family 2 patents, and I also supervised persons who were of ordinary skill during that time.  In the late 1990s, I was Chief Scientist of PairGain Technologies, and leading a team active in the development of multicarrier DSL transceivers, which falls within the field of telecommunications. I was also familiar with members of several teams in the industry designing and specifying these transceivers.

21

## V.    Background of the Asserted Patents

51.    U.S. Patent No. 7,453,881 is entitled "Systems and Methods for Multi-Pair ATM over DSL" and was granted on November 18, 2008, to inventors Marcos C. Tzannes, Edmund Reiter, and Christopher Cahill.  The 881 patent was granted from Application No. 10/264,258 filed on October 4, 2002.  The 881 patent claims priority to Provisional Application No. 60/327,440, filed October 5, 2001.

52.    U.S. Patent No. 8,422,511 is also entitled "Systems and Methods for Multi-Pair ATM over DSL" and was granted on April 16, 2013, to inventors Marcos C. Tzannes, Edmund Reiter, and Christopher Cahill.  The 511 patent was granted from Application No. 12/783,777 filed on May 20, 2010.  The 511 patent claims priority through a string of continuations back to Application No. 10/264,258, which issued as the 881 patent.  The 511 patent ultimately claims priority to Provisional Application No. 60/327,440, filed October 5, 2001.

53.    The Asserted Patents share the same specification, with the exception of Figure 16 in the 511 patent and its related description.  511 patent at 10:58-12:3 & Fig. 16.  For purposes of providing the background on these patents, I cite principally to the 881 patent below unless otherwise noted.

54.    The Asserted Patents are directed to a "multi-pair ATM over DSL system," 881 patent at 3:58-59, that seeks to "generate a high data rate connection for the transport of an ATM cell stream between the service provider and, for

22

example, a DSL subscriber" by "combin[ing] multiple . . . twisted wire pairs," 881 patent at 1:60-64. In other words, at least "two ADSL PHYs 160 and 170 are 'bonded' together to transport a single ATM cell stream" and thereby "enabl[e] higher ATM data rates." 881 patent at 4:29-34.

55.    The Asserted Patents explain that "[t]he configuration of the multi-pair multiplexing transmitter **300** can be varied to, for example, provide an equal or unequal data rate on the DSL PHYs." 881 patent at 5:8-9. "[I]f the data rate on all of the DSL PHYs is the same, then an equal number of ATM cells will be transported over every PHY connection. 881 patent at 5:11-13. If "an unequal data rate is transported on the DSL PHYs, . . . the ATM cells can be forward to the DSL PHYs at, for example, a ratio that matches the ratios of the available PHY data rates." 881 patent at 5:23-26.

56.    The Asserted Patents then discuss latency, as "ATM cells transported over a DSL PHY can have different end-to-end delay (latency) based on several parameters." 881 patent at 6:1-4. The Asserted Patents explain: "This potential latency difference between bonded PHYs places implementation requirements on the multi-pair multiplexer. In particular, the multi-pair multiplexer receiver must be able to reconstruct the ATM stream even if the ATM cells are not being received in the same order as they where transmitted." 881 patent at 6:4-9.

57.    The Asserted Patents discuss four specific kinds of latency.  First, they
discuss "configuration latency," "which is based on the configuration of the DSL
transmission parameters.  Specifically, these parameters include the data rate, coding
parameters, such as the coding method, codeword size, interleaving parameters,
framing parameters, or the like."  881 patent at 6:10-16.  The Asserted Patents then
discuss "ATM-TC latency," "wire latency," and "[d]esign latency."  881 patent at
6:17-31.  The Asserted Patents recognize that ATM-TC latency and design latency
occur within or are attributable to the transceiver design, while wire latency is caused
by differences in the twisted wire pairs, such as the length of the wires, their gauges,
the number of bridged taps, and the like.  881 patent at 6:17-28.

58.    The Asserted Patents explain that the potential latency differences
among bonded PHYs are attributable to the sum of these different kinds of latencies,
which can create a problem for bonding multiple PHYs: "Thus, as result of the
different latencies in the PHYs, it is possible that an ATM cell that was sent over a
DSL PHY may be received at the multi-pair multiplexing receiver after an ATM cell
that was sent out later on a different DSL PHY."  881 patent at 6:1-6, 32-35.

59.    The Asserted Patents explain that this problem can be addressed in
different ways.  For example, the multi-pair multiplexing receiver can "have cell
buffers" that "can provide the ability to compensate for the variations in delay."  881
patent at 6:40-43.  "Another effective method of reducing the difference in latency

24

between DSL PHYs is **mandate** that all DSL PHYs are configured with transmission parameters in order to provide the same configuration latency." 881 patent at 6:56-59 (emphasis added). It is to this second method to which the Asserted Claims are ostensibly directed. (As described below, the Asserted Claims as construed by the Court are directed to reducing differential configuration latency, while the specification of the Asserted Patents describes only eliminating differential configuration latency by mandating the same transmission parameters on all bonded PHYs.)

60.     The Asserted Patents explain: "An exemplary method of accomplishing the same configuration latency is by configuring the exact same data rate, coding parameters, interleaving parameters, etc. on all DSL PHYs. Alternatively, different PHYs can have, for example, different data rates but use the appropriate coding or interleaving parameters to have the same latency on all the bonded PHYs." 881 patent at 6:59-65. The asserted claims are directed to this alternative in which different PHYs have different data rates.

61.     The Asserted Patents explain how Reed Solomon coding and interleaving functions can be used to ensure that bonded PHYs with different data rates have the same configuration latency. First, the Asserted Patents provide the following equation: Latency = N*D/R, "where N is the number of bits in a codeword, D is the interleaver depth in codewords and R is the data [rate] in bits per second."

881 patent at 7:3-6. The Asserted Patents then describe setting the configuration

latencies of two DSL PHYs to be equal to one another:

> Therefore if, for example, two PHYs have different data rates, R1 and
> R2 then, in order to bond these PHYs together and have the same
> configuration latency set:
>
> $$N1 * D1/R1 = N2 * D2/R2,$$
>
> where N1 and N2 are the bits in a codeword for each PHY and D1 and
> D2 are the interleaver depths for each PHY.

881 patent at 6:66-7:18. The Asserted Patents explain that "the N1, N1 [sic], N2 and

D2 parameters **must** be chosen to satisfy the above equations." *Id.* at col. 7:22- 23

(emphasis added).

> 62.    The Asserted Patents provide as an example that

> if the configuration latency is specified at 0.016 seconds, and
> R1=6400000 bps and R2=1600000 then, as described in the example
> above, N1 an[d] D1 can be configured as N1=1600 and D1=64.
> Therefore:
>
> $$N2 * D2 = (R2/R1) * D1 * N1 = (1600000/6400000) * 1600 * 64 = 1600 * 64/4.$$
>
> Therefore, for example, N2 and D2 can be configured as (N2=1600,
> D2=16) or (N2=400, D2=64) or (N2=800, D2=32), etc.

881 patent at 7:25-34. The Asserted Patents add that "[o]bviously the same methods

can be applied to more than 2 PHYS with different data rates." 881 patent at 7:35-

36.

26

63.     Thus, as it pertains to the Asserted Claims, the Asserted Patents teach that the differential *overall* latency between two DSL PHYs (which is made up of various components, including configuration latency, ATM-TC latency, wire latency, and design latency) can be *reduced* by mandating that the differential *configuration* latency between the two DSL PHYs is *minimized*.    This is accomplished by setting the configuration latencies of the two DSL PHYs *equal to one another*, such that their differential configuration latency is *zero*.  The result is, of the four contributors to differential latency identified by the Asserted Patents, one of them is eliminated.  As a result, according to the Asserted Patents, the overall differential latency is reduced.

64.     The 511 patent contains the same disclosure as the 881 patent and also includes an additional Figure 16 and associated description that is "a flowchart illustrating an exemplary method for reducing latency between DSL PHYs."  511 patent at 10:58-59 & Fig. 16.  This method contemplates "reducing the difference in latency between DSL PHYs" by "mandat[ing] that all DSL PHYs are configured with transmission parameters in order to provide the same configuration latency."  511 patent at 10:60-64.  This can be accomplished "by configuring the exact same data rate, coding parameters, interleaving parameters, etc. on all DSL PHYs" or by having "different PHYs" with "different data rates but us[ing] the appropriate coding

27

or interleaving parameters to have the same latency on all the bonded PHYs." 511 patent at 10:64-11:3.

65.    It should be noted that the above teaching of the Asserted Patents is more theoretical than practical and depends upon several assumptions, which are not likely to be true in practice. Eliminating differential configuration latency reduces the overall differential latency only if the sums of the other three identified sources of latency for each PHY to be bonded (ATM-TC latency, design latency, and wire latency) are equal. In the real world, this most often is not true. Wire latency in particular differs among links, because two sets of twisted pair wires rarely are the same length. Consequently, eliminating differential configuration latency may increase overall differential latency. For a given set of links, one could not be reasonably certain whether eliminating configuration latency reduces overall differential latency without first measuring the other sources of latency on each link. In my opinion, the teaching of the Asserted Patents that the differential latency between bonded links is reduced by eliminating configuration latency is usually wrong.

### A.    Provisional Application No. 60/327,440

66.    The "entirety" of the 440 Provisional is "incorporated . . . by reference" into the Asserted Patents, which also claim priority to it. 881 patent at 1:6-9; 511 patent at 1:11-15. The 440 provisional was filed on October 5, 2001.

28

67.      It is my opinion that the Asserted Claims of the 881 and 511 patents are

not entitled to this priority date.  Claims 17-18 of the 881 patent require "utilizing at

least one transmission parameter to reduce a difference in latency between the

bonded transceivers" and further that "a data rate for a first of the bonded

transceivers is different than a data rate for a second of the bonded transceivers."

881 patent, Claim 17.  Similarly, Claim 6 of the 511 patent requires "utilizing at least

one transmission parameter value to reduce a difference in latency between the

multiple DSL transceivers" and "a data rate for a first DSL transceiver of the

multiple DSL transceivers is different than a data rate for a second DSL transceiver

of the multiple DSL transceivers."  511 patent, Claim 6.  It is my opinion that the

440 provisional does not reasonably convey to persons having ordinary skill in the

art that the inventor had possession of this supposed invention given that the

provisional appears to be an unfinished draft document.

68.      The 440 provisional includes a section titled "2.1.3 Variable latency in

DSL transceivers."  440 provisional at 6.  In this section, the application addresses

the problem of latency differences between bonded PHYs, but the application only

provides two approaches.

69.      The first approach is to use cell buffers, effectively delaying the path

with less latency to compensate for the variable delay.  440 provisional at 6.  The

440 provisional refers to this as an "exemplary method." *Id.*  This method was well-

29

known at the time. For example, this approach is taught in references like Keller-Tuberg (and its provisional application). *See*, *e.g.*, Keller-Tuberg at 5:4-12, 5:51-62, 6:7-11, 7:55-67, 9:24-32, 14:30-37 & Figs. 1, 6; Keller-Tuberg Prov. at 6-7 & Figs. 2, 3.

70. The second approach is "to mandate that all DSL PHYs are configured with transmission parameters in order to provide *the same Configuration Latency*." 440 provisional at 6 (emphasis added). The 440 provisional explains that the "simplest way" this is accomplished is "by configuring *the exact same data rate*, coding parameters, interleaving parameters, etc. on *all DSL PHYs*." *Id*. at 7 (emphases added). I do not read this disclosure to support a system requiring different data rates. Asserted Claim 17 is such a system, requiring "a data rate for a first of the bonded transceivers" to be "different than a data rate for a second of the bonded transceivers." 881 patent, Claim 17.

71. Next, the 440 provisional addresses latency differences where "different PHYs could have . . . different data rates." 440 provisional at 7. In this example, PHYs "use the appropriate coding or interleaving parameters to have *the same latency on all the bonded PHYs* (*need to provide example of this*)." *Id.* . The 440 provisional does not provide any further disclosure for this "same latency" embodiment. Nor does it provide the contemplated "appropriate coding or interleaving parameters." I do not read this disclosure to mean that the inventors had

30

determined the coding or interleaving parameters that would result in the same latency on all of the bonded PHYs across data links with different rates. It is my opinion that if they had, they would have provided an example or explained their determination in more detail. By contrast, the 440 provisional provides the example of the "simplest way" to reduce the latency differences where the data rates are just made equal.

72.     In my opinion, the 440 provisional provides no guidance as to how to identify, select, or configure "appropriate coding or interleaving parameters" to accomplish the claimed reduction of difference in latency across links with differing data rates. Nor does the 440 provisional provide any working examples; to the contrary, the text itself makes clear that the applicants did not have an example to include. 440 provisional at 7. To the extent that persons having ordinary skill in the art understood how to configure the coding or interleaving parameters contemplated (but not disclosed) by the 440 provisional, it is my opinion that this was because such configuration was well-known in the art at the time.

**B.     File History**

73.     During prosecution of the application that became the 881 patent, TQ Delta presented claim 29 (which became asserted claim 17) as "[a] transceiver capable of utilizing at least one transmission parameter value to reduce a difference in latency between the transceiver and a second transceiver, wherein a data rate of

the transceiver is different than a data rate of the second transceiver." 881 patent File History 2/28/2007 Amdmt. and Resp. to Office Action, at 6. The Examiner rejected this claim for lack of enablement under 35 U.S.C. §112, ¶ 1, because the specification did "not reasonably provide enablement for 'a transceiver', as claimed." 881 patent File History, Third Office Action, 1/28/2008, at 2. The Examiner found that Claim 29 as drafted was a "single means claim . . . which covered every conceivable means for achieving the stated purpose [that] is non enabling for the scope of the claim because the specification disclosed at most only those means known to the inventor." *Id.*

74.    In response, the Applicant argued that the claims were not means-plus-function claims subject to the requirements of 35 U.S.C. §112, ¶ 6, and did not amend the claim. *See* 881 patent File History, 5/28/2008 Amdmt. and Resp. to Office Action, at 8. Before receiving any further written response from the Examiner, the Applicant amended claim 29 to remove the "a transceiver capable of" language and replaced it with the language now at issue, "a plurality of bonded transceivers." 881 patent File History, 8/22/2008 Amdmt. and Resp. to Office Action, at 4. Specifically, Claim 29 (which issued as claim 17), now recited "a plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a different in latency between the bonded

32

transceivers." *Id.* No longer was the Applicant claiming "a transceiver capable of utilizing," but it had narrowed the claim scope to a "bonded transceiver utilizing."

## VI.    Background of the Technology

### A.    ATM

75.    Asynchronous Transfer Mode (ATM) is a high-speed connection oriented switching and multiplexing communication scheme that allows for high speed telecommunications.  ATM was developed in the 1980s and was used in connection with broadband in B-ISDN networks by the early 1990s. ATM is essentially a packet switched communication scheme that utilizes fixed length packets or cells.  ATM utilizes fixed size cells that are 53 octets long, with 5 bytes being header information and 48 bytes being payload information.  The 48 byte cell payload may contain up to four bytes of information for the ATM adaptation layer, leaving at least 44 bytes for user data.

76.    The term "asynchronous transfer mode" (ATM) was coined to contrast with "synchronous transfer mode" (STM).  ATM is based on a time slotted transmission scheme in which data from different applications are multiplexed in accordance with their particular bandwidth, delay, and loss requirements. In ATM each time slot carries exactly one ATM cell.  STM is also time slotted; however, in contrast to ATM, time is divided into a fixed number of slots which are grouped together to form a frame that repeats in time.  All of the time slots that are located at

33

the same relative position in each frame can be grouped to form a circuit consisting

of a fixed number of time slots and a fixed bandwidth.  STM is inefficient in that the

bandwidth associated with each circuit is dedicated full-time to each particular user,

regardless of whether the user has data which needs to be transmitted.

77.    ATM addresses many of the deficiencies found in STM

communication.  ATM networks enable a wide variety of communication devices to

share common carrier communication links on a demand driven, as needed basis.

ATM networks utilize statistical multiplexing to provide bandwidth on an as needed

basis to individual users.  This obviates the need for each user to have a dedicated,

wideband communication channel for occasional communication.    Instead,

wideband communication is a shared resource which may be allocated on demand.

78.    The ATM header information identifies the Virtual Path (Virtual Path

Identifier or VPI), Virtual Channel (Virtual Channel Identifier or VCI), payload

type, and cell loss priority.  The VPI and VCI together from a Virtual Circuit.  The

ATM header also provides flow control and header error control.  All of the cells of

a Virtual Circuit (VPI/VCI) follow the same path through the network, which is

determined during call set-up procedures or by assignment.  The different users of

the ATM network provide their cells to the ATM network interface where they are

queued for cell assignment and transmission.

34

79.    Cell transmission in an ATM network is causal, i.e., the cells in a connection (cells with the same VPI/VCI) arrive in order at the destination or far end.  This is because the cells travel over the same Virtual Circuit.  An ATM network can support different types of services, such as loss sensitive/delay sensitive, loss insensitive/delay sensitive, loss sensitive/delay insensitive and loss insensitive/delay insensitive.  The required QoS (Quality of Service) is determined during call set-up.

**B.    Inverse Multiplexing over ATM**

80.    Multiplexing and inverse multiplexing had been in use for many decades in various networking and communications technologies by the 1990s. Inverse multiplexing was used with ATM to combine several communication lines into a higher bandwidth aggregate communication path.

81.    The ATM Forum Technical Committee Inverse Multiplexing for ATM (IMA) Specification Version 1.0 ("IMA Spec 1.0") [ADTRAN_00061856 – ADTRAN_00061990] was published in July of 1997 by the ATM Forum.  The purpose of IMA Spec 1.0 is to "to provide inverse multiplexing of an ATM cell stream over multiple physical links and to retrieve the original stream at the far-end from these links."  IMA Spec. 1.0 at 12.  It identifies as one of its objectives  to "[u]se a cell based multiplexing technique for converting a single ATM stream into multiple lower speed ATM streams to be sent over independent links and retrieving the initial ATM cell stream from the links at the far-end."  *Id.* at 20.

35

82.    The specification "defines a new sublayer located between the Physical Layer Interface Specific Transmission Convergence (TC) sublayer and the ATM layer: the IMA sublayer."  IMA Spec. 1.0 at 12.  "[T]he introduction of ATM Inverse Multiplexers provides an effective method of combining the transport bandwidths of multiple links (e.g., DS1/E1 links) grouped to collectively provide higher intermediate rates."  *Id.*  "The ATM Inverse Multiplexing technique involves inverse multiplexing and de-multiplexing of ATM cells in a cyclical fashion among links grouped to form a higher bandwidth logical link whose rate is approximately the sum of the link rates.  This is referred to as an IMA group."  *Id.*

83.    IMA Spec 1.0 Figure 1 "provides a simple illustration of the ATM Inverse Multiplexing technique in one direction":



Figure 1   Inverse Multiplexing and De-multiplexing of ATM Cells via IMA Groups

IMA Spec 1.0 at 12.  "The same technique applies in the opposite direction."  *Id.*

84.    IMA Spec 1.0 further explains that "IMA groups terminate at each end
of the IMA virtual link.  In the transmit direction, the ATM cell stream received from
the ATM layer is distributed on a cell by cell basis, across the multiple links within
the IMA group.  At the far-end, the receiving IMA recombines the cells from each
link, on a cell by cell basis, recreating the original ATM cell stream. The aggregate
cell stream is then passed to the ATM layer."  IMA Spec 1.0 at 13.

85.    IMA Spec 1.0 teaches that "[t]he transmit IMA periodically transmits
special cells that contain information that permit reconstruction of the ATM cell
stream at the receiving IMA end after accounting for the link differential delays."
IMA Spec 1.0 at 13. "These cells, defined as IMA Control Protocol (ICP) cells,
provide the definition of an IMA frame.  The transmitter must align the transmission
of IMA frames on all links . . . .  This allows the receiver to adjust for differential
link delays among the constituent physical links.  Based on this required behavior,
the receiver can detect the differential delays by measuring the arrival times of the
IMA frames on each link." *Id.*  The IMA receiver uses the ICP cells "to maintain
link delay and protocol synchronization and to determine the differential delay
between the links in the IMA group." *Id.* at 26.

86.    An additional IMA Objective is to "[d]etect and reject lines with delay
greater than the provisioned maximum differential delay tolerance."  IMA Spec 1.0
at 20.  "The Inverse Multiplexing function controls the distribution of cells onto the

group of links made available to the IMA and handles differential delays and actions

to be taken when links are added/dropped or when they are failed/restored.  In the

receive direction, the IMA performs differential delay compensation and recombines

the cells into the original cell stream with the original inter-cell spacing or

something." *Id.* at 22-23.  "The receive IMA shall use the ICP cell to maintain link

delay and protocol synchronization and to determine the differential delay between

the links in the IMA group." *Id.* at 26.  "Differential link delay can cause the

reception to 'misaligned' in time; the alignment is recovered by the link delay

synchronization mechanism." *Id.* at 30.

87.    "The transmit IMA shall not introduce more than 2.5 cell times at the

physical link rate of differential delay among the constituent links."  IMA Spec 1.0

at 42.  "The amount of link differential delay tolerated by an IMA implementation

shall be up to at least 25 milliseconds when used over DS1/E1 links." *Id.*  "The

amount of link differential delay tolerance may be configured up to the maximum

value supported by the IMA implementation." *Id.*  "[B]oth ends of the IMA virtual

link may be configured with different amounts of tolerable differential delay (i.e.,

say one up to 25 ms and one greater than 25 ms)." *Id.*  IMA Spec 1.0 also recognizes

that the bit rates of the links in the IMA group and the maximum tolerable link

differential delay are interrelated. *See* IMA Spec 1.0 at App'x B.3 (entitled

"Maximum Link Differential Delay Limitation" and explaining, that to avoid

confusion over which link has the shortest delay, "the differential link delay between the links with the shortest and the longest propagation delays" must never be "greater than one half of the time to transmit the [IMA Super-Frame]").

88.     Another objective of IMA Spec 1.0 is to "[s]upport symmetric and asymmetric IMA configurations, and symmetric and asymmetric IMA operations." IMA Spec 1.0 at 20.  *See also id.* at 33 ("The IMA protocol is defined to allow symmetric or asymmetric cell rate transfer over the IMA virtual link."). "Symmetrical Configuration and Operation" is defined as the mode where "the IMA interface is required to configure each IMA link in both transmit and receive directions" and "is also enforced to only transmit and receive ATM layer cells over links that are Active in both directions." *Id.* at 33.  "Symmetrical Configuration and Asymmetrical Operation" is defined as the mode where "the IMA interface is required to configure each IMA links in both transmit and receive directions" and "is permitted to keep transmitting ATM layer cells over a link in the transmit direction while the link is not Active in the receive direction or vice versa." *Id.* "Asymmetrical Configuration and Operation" is defined as the mode where "the IMA interface is not required to configure all IMA links in both transmit and receive directions" and is also permitted to keep transmitting ATM layer cells over a link in the transmit direction while the link is not Active in the receive direction or vice versa." *Id.*

39

89.    IMA Spec 1.0 includes a Section entitled "Quality of Service (QoS) Requirements."  IMA Spec 1.0 at 35.  It provides that "[t]he IMA interface shall support all ATM traffic/QoS classes supported at the ATM layer." *Id.*

90.    By 1999, ATM inverse multiplexing was well known technology.  Line cards implementing IMA were under development within several companies for use in DSLAMs, including PairGain's Avidia DSLAM.

### C.    DSL Communications

91.    A modem – a modulator/demodulator – converts a stream of digital data into a signal that can be transmitted over a communication channel, and also receives such a signal and converts it back into a stream of digital data.  The transmitting modem performs this conversion and transmits the signal over a communications channel, such as copper wire used for telephone service, cable, or a radio link.  A receiving modem receives this signal and converts it back into the original digital data stream.  As a modulator/demodulator, a modem contains both the capability to transmit (modulate) and receive (demodulate) such a signal.

92.    DSL Technology broadly describes a set of technologies for transmitting digital signals over the copper telephone lines which typically represent the last link, or "last mile," to a subscriber's premises.  This technology places a digital signal onto the copper wire to create a digital data connection at a much higher speed than could be achieved by, for example, the prior art of modulating an analog

carrier to be carried through the telephone network as a voiceband signal over a much more limited frequency range.

93.    DSL uses a multi-carrier modulation technique called DMT (Discrete MultiTone). DMT was not developed specifically for DSL. Multicarrier communications using DMT were well known to persons of ordinary skill in the field by the mid 1990s.

94.    DSL signals use higher frequencies to transmit data than conventional voice circuits, and, because of this, experience greater signal loss with the distance of wire traversed than phone signals. The signal loss varies with the frequency being considered, and generally increases with frequency. The signal loss at a particular frequency, measured in deciBels, is generally proportional to the length of the subscriber's copper telephone line, where, for example, a line 2000 feet long would have 2 times the decibel loss of a line 1000 feet long.

95.    DSL was conceived of by the late 1980s to the early 1990s, and by the late 1980s development was well underway in industry and academia. Key aspects of DMT DSL were developed by John Cioffi and his colleagues at Stanford around this time. In addition to active work in the ANSI T1E1.4 DSL standards body, knowledge of DSL was disseminated in academic literature. Exemplary publications include the journal paper "Performance evaluation of a multichannel transceiver system for ADSL and VHDSL services" by Chow, Tu, and Cioffi in the *IEEE*

41

*Journal on Selected Areas in Communications* (JSAC) in 1991 [ADTRAN_00057889] and "A Multicarrier Primer," by John Cioffi in 1991 [ADTRAN_00216318]. These publications described the DMT approach for DSL which eventually evolved into the ADSL and VDSL standards.

96.    In the late 1980s, the American National Standards Institute (ANSI) started the T1E1.4 Study Committee to develop standards for Digital Subscriber Line communications in the United States. In August of 1995, the Committee published T1.413-1995—"Network and Customer Installation Interfaces – Asymmetric Digital Subscriber Line (ADSL) Metallic Interface." [ADTRAN_00216340]. The T1.413-1995 standard detailed various features for ADSL, including modulation technique and initialization of an ADSL communications link.  In 1998, the Committee published a second version of its standard—T1.413-1998. [ADTRAN_00216541]. I personally participated in the development of the ANSI T1.413-1998 standard as a representative of Pairgain Technologies. ANSI T1.413-1998 at page x. At a high level, the purpose of these standards was to "define[] the minimal set of requirements to provide satisfactory simultaneous transmission between the network and the customer interface of POTS and a variety of high-speed simplex and low-speed duplex channels." ANSI T1.413-1998 at 2. To do so, the standards defined various detailed ADSL signal properties,

including modulation, initialization, and numerous other properties of an ADSL device. ANSI T1.413-1998 at § 1.1, p.1.

97.    One primary difference between ADSL systems and prior telephone carriers such as T1, or even prior DSL systems such as HDSL and Basic-Rate ISDN, was the ability of the transceiver to train to whatever rate the line supported.  An important part of the DMT ADSL startup sequence in the T1.413-1995 and later standards was the measurement of the capability of each carrier of the many carriers to carry data (through its signal to noise ratio), and the adaptation of the transceiver to support rates up to the maximum rate supported on the line by aggregating each carrier's full data-carrying capabilities (for the given margin, under the given QoS condition).  In contrast, in the early 1990s, PairGain Technologies, where I was employed, produced HDSL systems for T1 transport.  These systems trained to the same rate (768 kbps per twisted pair) regardless of whether the line could support higher rates.  Similarly, ISDN-Basic Rate transport (technically referred to originally as "DSL", and later as IDSL) was fixed at 160 kbps regardless of the capability of the line.  While other DSL systems later developed variable rate capabilities to carry lower or higher rates, until the acceptance of ADSL rate adaptive technology, and these were preconfigured as fixed rate 64 kbps "DS0" (digitized voice) channels.

**D.      Use of Forward Error Correction (FEC) and Interleaving to Meet Quality of Service (QoS) Objectives and Relationship to Latency**

**1.      Reed-Solomon Coding and Interleaving**

98.      DSL systems use error control techniques to both detect and correct errors in the transmitted bit stream. Starr, et al., *Understanding Digital Subscriber Line Technology* (1999) at 264-265. Two primary error control techniques are forward error correction (FEC) and interleaving.

99.      FEC is an error correction technique that works by adding redundancy to a message that allows errors in the transmitted bit stream to be corrected. A trivial example of FEC coding is a repetition code. For example, a single bit may be repeated three times to create a three-bit codeword. In other words, rather than transmitting simply a "0" a three-bit codeword "000" is transmitted. The receiving transceiver can then use majority voting to determine the received bit. In this example, received codewords "000", "001", "010", and "100" would all be interpreted as a received "0" bit. As long as no more than one bit in the codeword is received in error, the receiving transceiver can correctly determine the received bit.

100.     By the priority date of the Family 2 patents, error correction coding was a very well-developed field. Of particular interest here is Reed-Solomon coding, which is used in ADSL and VDSL, as well as many other communications systems. Reed-Solomon coding is a type of block coding technique that was developed by

1960. *See* I. S. Reed and G. Solomon, Polynomial Codes over certain Finite Fields, J. Soc. Indust. Appl. Math, 8, (1960): 300-304.

101.    Generally speaking, Reed-Solomon coding operates by combining a number of information symbols, usually denoted as K, with a number of redundancy symbols, usually denoted as R, to create a codeword, usually denoted as N. Thus, the relationship between the three parameters is N = K + R: total codeword size is the sum of the number of information symbols and the number of redundancy symbols.

102.    Reed-Solomon coding can correct up to R/2 errors. As an example particular to DSL communications, if R = 8 bytes, then up to 4 errored bytes of information in a codeword can be corrected.

103.    The use of Reed-Solomon coding in DSL systems was specified at least as early as the T.1413-1995 ADSL standard. T1.413-1995 [ADTRAN_00216340] at 35.

104.    Interleaving is another error control technique used in DSL communications. Interleaving works to protect against burst errors that can overwhelm the error correction capability of FEC by reordering the bytes of FEC codewords in a way that spreads the effect of burst noise events over multiple codewords. By spreading the effect of noise over multiple codewords, when the

bytes of an FEC codeword are reordered on the receiving side, individual codewords will have fewer errored bytes and thus more likely to be correctable by FEC.

105.    Interleaving was also a well-developed technique long before the priority date of the Family 2 patents. The use of interleaving, specifically convolutional interleaving, was specified in DSL systems at least as early as the T1.413-1995 ADSL standard. T1.413-1995 at 36. A convolutional interleaver is described by two parameters: the block length of the interleaver, usually denoted as I, and the interleaver depth, usually denoted as D.

## 2.    Latency Caused by FEC and Interleaving

106.    FEC, specifically Reed-Solomon coding, and interleaving both cause a delay in the processing of data in DSL systems. Because Reed-Solomon coding operates on a codeword basis, all K bytes of information data must be collected before the corresponding R redundancy bytes can be generated to create the transmitted codeword. On the receiving side, an entire transmitted codeword must be received before the receiver can decode the Reed-Solomon codeword. Interleaving then adds an additional layer of delay. On the transmitting side, rather than transmitting an entire codeword at one time, bytes of a codeword are delayed by an amount proportional to the interleaving depth D prior to the transmission. And again, on the receiving side, an entire codeword must be received and reordered in the proper order before the Reed-Solomon codeword can be decoded. For the

46

convolutional interleaver specified for DSL communications, the end-to-end interleaver delay, in milliseconds, is given by the equation (I-1) x (D-1) x 8 / Rate, where, again, I is the interleaver block length, D is the interleaver depth in bytes, and Rate is the bit rate over the line in kbit/s.

107.    That both FEC and interleaving affect the end-to-end delay or latency of a communication link was well known in the art before the priority date of the Family 2 patents. For example, the relationship is explained in U.S. Patent No. 6,956,872 to Djokovic et al., which was filed on May 22, 2001, and claims priority to provisional applications filed on May 22, 2000, and August 18, 2000.

108.    Djokovic describes the use of both a Reed-Solomon encoder and interleaver in DSL communications. E.g., Djokovic at Fig. 1, 2:3-37. As described in Djokovic: "The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency." Djokovic at 2:60-64. Describing T1.413-compliant systems, Djokovic further explains: "The fast path is so called simply because the data does not undergo the additional processing of interleaving, and therefore does not experience the additional delay imposed by de-interleaving at the receiving end of the communication system. However, all data from the incoming bit stream is passed through the FEC, and therefore encounters the latency delay associated therewith." Djokovic at 3:5-11.

47

Djokovic thus recognizes that both FEC and interleaving impose a delay on the bit

stream.

109.    A similar explanation of the use of FEC and interleaving and the

resulting latency is given in U.S. Patent No. 6,775,320 to Marcos Tzannes, et al. As

noted above, Mr. Tzannes is one of the inventors of the Family 2 patents. The 320

patent is part of a patent family unrelated to Family 2. The 320 patent issued from

an application filed September 15, 2000, which claimed, in turn, priority to an

application filed March 10, 2000, and a number of provisional applications filed

between March 1999 and January 2000.

110.    The 320 patent explains:

> Classic transceiver architecture includes a Framer/Coder/Interleaver
> (FCI) block, a digital modulation block, an Analog Front End (AFE)
> block, and a communications channel. In most cases, it is the FCI block
> that is optimized for a specific application because the FCI block has
> significant control over three of the four parameters mentioned above:
> bit error rate, latency and immunity to impulse noise. Many transceivers
> use forward error correcting (FEC) codes, block and/or convolutional
> codes, to improve the bit error rate (BER) performance. Combining
> large block FEC codes with interleavers provides immunity to impulse
> noise. The disadvantage of large block FEC codes and interleaving is
> that they add latency to the system. As an example, if low BER and
> immunity to impulse noise are required for a specified application, the
> transceiver may include FEC codes and interleaving. If for another
> application low latency is important but a higher BER and/or burst
> errors resulting from impulse noise are tolerable, convolutional codes
> and no interleaving may be used.

320 patent at 2:12-30.

111.   The use of Reed-Solomon coding and interleaving in ADSL systems and the related delay is also described in, for instance, U.S. Patent No. 5,737,337 to Voith at 1:57-2:62.

### 3.   Quality of Service

112.   Some types of data transfer are delay (latency) sensitive but loss (error rate) tolerant, such as voice communications, while others are loss sensitive but delay tolerant, such as file transfers.  These categories of data transfer, which differed based on their reliability and latency requirements, are referred to variously as applications, transport classes, services classes, traffic classes, or, perhaps most commonly, Quality of Service (QoS) classes.

113.   For example, Djokovic recognized that different applications can have different reliability and different latency requirements. Djokovic at 1:59-2:16. "For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays." Djokovic at 1:60-63. Similarly, data transfers may require high reliability, while voice transmissions can tolerate transmission errors. Djokovic at 2:3-16.

114.   Djokovic also discusses varying FEC and interleaving parameters in order to provide the required level of reliability/latency on a given latency path: "[A] fundamental aspect of the preferred embodiment of the invention relates to the ability to vary the level or depth of encoding of a DSL bit stream, based upon the

49

desired latency in communicating that bit stream. As previously described, certain applications like data transfer may not be sensitive to latency delays, and therefore a higher degree of encoding is often desired. Other applications, like voice communications, desire minimal latency delays, while tolerating certain levels of transmission error." Djokovic at 4:42-54. *See also* Djokovic at 5:45-50, 6:41-54.

115.   Similarly, the 320 patent explains that "[i]n most cases, it is the FCI block that is optimized for a specific application because the FCI block has significant control over three of the four parameters mentioned above: bit error rate, latency and immunity to impulse noise. . . . As an example, if low BER and immunity to impulse noise are required for a specified application, the transceiver may include FEC codes and interleaving. If for another application low latency is important but a higher BER and/or burst errors resulting from impulse noise are tolerable, convolutional codes and no interleaving may be used." 320 patent at 2:15-30.

116.   The 320 patent also generally discusses the choice of different error correction techniques and their corresponding parameter values for different application sets. 320 patent at 5:40-7:34.  Often, and as further described below, the BER and latency tolerances or requirements for a given application or type of data transfer are referred to as "quality of service" (QoS) classes, metrics, or requirements or at times as transport classes or service classes.

117.   Thus, as shown by Djokovic and the 320 patent, a POSITA would have

been aware that configurable FEC and interleaving parameters in DSL systems

allowed for the provision of different qualities of service depending on the

application being supported. This connection between QoS and corresponding FEC

and interleaving parameters (and the resulting latency) is further demonstrated in,

for example, Broadband Forum Recommendation TR-042: ATM Transport over

ADSL Recommendation Issue 1.0, which issued in August 2001 ("TR-042")

[ADTRAN_00059328 – ADTRAN_00059361]. TR-042 explains the following

about latency under a section entitled "Quality of Service (QoS)": "The ADSL PHY

Recommendations specify a configurable interleaver for protection against impulse

noise. The interleaver configuration allows the Network Operator to deliver different

service qualities by adjusting the effectiveness of the Forward Error Correction

mechanism over the ADSL Access Network. This interleaver mechanism introduces

additional latency as a side-effect." [ADTRAN_00059337]. This reference is

"incorporated" into the specification of the Asserted Patents "by reference in its

entirety." 881 patent at 1:22-25.

#### 4.      Latency Restrictions in DSL Systems

118.   Before the priority date of the Family 2 patents, existing DSL systems

included latency constraints on the communications channel. For example, T1.413-

1995 defines a payload transfer delay that is no more than 2 ms for channels assigned

51

to the fast buffer and no more than 20 ms for channels assigned to the interleaved buffer. T1.413-1995 at 23. ADSL's definition of two latency paths (a fast path and a slow or interleaved path) is itself a broad recognition of latency constraints or requirements associated with different QoS requirements for various kinds of data streams.

119. T1.413-1995 also defines several default configurations that would result in a corresponding default delay. Specifically, Tables 18 and 19 of T1.413-1995 provide default FEC and interleaving parameters for the ATU-C transmitter (downstream direction)—number of FEC redundancy bytes, number of symbols per FEC codeword, and interleaver depth—for different defined transport classes, each of which is associated with a data rate. T1.413-1995 at 29-30. As T1.413-1995 explains, the delay associated with these default settings is 16 ms relative to the fast buffer. T1.413-1995 at 29. T1.413-1995 similarly provides default FEC and interleaving parameters for the ATU-R transmitter (upstream direction) in Table 26. T1.413-1995 at 54.

120. ITU-T recommendation G.992.1 also defines a cell transfer delay. As with T1.413-1995, G.992.1 requires payload transfer delay that is no more than 2 ms for channels assigned to the fast buffer. For the interleaved buffer, the payload transfer delay is defined to be no more than a variable amount calculated based on

S, the number of symbols per codeword, and D, the interleaver depth, again relative to the fast buffer. G.992.1 at 20-21.

### 5. Determination of FEC and Interleaving Parameters in Existing DSL Systems

121. T1.413-1995 also defines initialization messages that allow transceivers to exchange and agree on different parameters. It defines a C-RATES1 message in which the ATU-C communicates four options for: the number of bytes assigned to the fast and interleaved buffers for various channels, the number of redundancy bytes for the fast and interleaved buffers (upstream and downstream), the number of symbols per FEC codeword (upstream and downstream), and the interleaver depth (upstream and downstream). T1.413-1995 at 98-99. The R-RATES1 message contains similar information, although the FEC and interleaving information is limited to the upstream direction. T1.413-1995 at 102.

122. The contents of the C-RATES1 and R-RATES1 messages are summarized in Figure 33.

| C-RATES1 | Prefix | Option 1 | | | Option 2 | | | Option 3 | | | Option 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI |
| Number of bytes | 4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

| R-RATES1 | Prefix | Option 1 | | | Option 2 | | | Option 3 | | | Option 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI |
| Number of bytes | 4 | 3 | 3 | 5 | 3 | 3 | 5 | 3 | 3 | 5 | 3 | 3 | 5 |

**Figure 33 – C-RATES1 and R-RATES1 (12.6.2 and 12.7.4)**

53

123.  The R-RATES2 message responds to the C-RATES1 message with the option of the highest data rate that can be supported. T1.413-1995 at 110.

124.  After the ATU-C makes a final determination on transmission parameters, the ATU-C transmits the C-RATES2 message that indicates the chosen transmission option from the C-RATES1 and R-RATES2 messages. T1.413-1995 at 106-107. The chosen option will then have a latency associated with it based on the agreed upon transmission parameters.

125.  The ITU-T G.992.1 recommendation [ADTRAN_00060528 – ADTRAN_00060783] defines similar messages. G.992.1 also defines a C-RATES1 message with similar content and provides limitations on the allowable values for FEC redundancy bytes, number of symbols per FEC codeword, and interleaver depth. G.992.1 at 95-96. The specific constraints are shown in the excerpt below.

- $\{RS_F, RS_I, S, I, FS(LS2)\}$ is a ten-byte quantity comprising (one byte each):
  - the $RS_F$ field, containing $RS_F$, the number of parity bytes per symbol in the downstream fast buffer, with $0 \leq RS_F \leq 63$ and $RS_F$ equal to $R_F$ ($R_F$ is defined in 7.4.1.2.1);
  - the $RS_I$ field, containing the value of $RS_I$, the number of parity bytes per symbol in the downstream interleave buffer, with $0 \leq RS_I \leq 63$ and $RS_I$ equal to $R_I/S$ ($R_I$ and $S$ are defined in 7.4.1.2.2);
  - the $S$ field, containing the value of $S$, the number of symbols per codeword (downstream), with $0 \leq S \leq 63$;
  - the $I$ field, containing the eight least significant bits $I_7$ to $I_0$ of the downstream interleave depth in codewords, with $0 \leq I \leq 128$;
  - the $FS(LS2)$ field is a field of eight zeros;
  - the same five quantities $\{RS_F, RS_I, S, I, FS(LS2)\}$ in the upstream direction (one-byte each, in that order).

G.992.1 at 96.

126.    The corresponding description of the R-RATES1 message is given on

pages 99-100 of G.992.1.

127.    G.992.1 also defines an additional C-RATES-RA message that is used

to send four new proposed configurations that are closer to the optimum bit rate than

the C-RATES1 message. G.992.1 at 104-105. Although, as shown below, the syntax

of the message is changed from C-RATES1, the parameters communicated are the

same:

**Table 10-10/G.992.1 – C-RATES-RA**

|  | Option 1 | | | Option 2 | | | Option 3 | | | Option 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI | $B_F$ | $B_I$ | RRSI |
| Number of bytes | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

**Table 10-11/G.992.1 – RRSI fields of C-RATES-RA**

|  | ←——————— bits ———————→ | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| fields | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| $RS_F$ | 0 | 0 | MSB | | value of $RS_F$ | | | LSB |
| $RS_I$ | $B_8$ (AS0) | 0 | MSB | | value of $RS_I$ | | | LSB |
| S | $I_9$ | $I_8$ | MSB | | value of S | | | LSB |
| I | $I_7$ | $I_6$ | $I_5$ | $I_4$ | $I_3$ | $I_2$ | $I_1$ | $I_0$ |
| FS(LS2) | value of FS(LS2) *set to* {$00000000_2$} | | | | | | | |

G.992.1 at 105.

128.  G.992.1 also defines R-RATES-RA and R-RATES2 messages that respond to the C-RATES1 and C-RATES-RA messages, respectively, with the option of the highest supported data rate. G.992.1 at 112, 114.

129.  G.992.1 also defines a C-RATES2 message that communicates the chosen transmission options. G.992.1 at 108.

130.  Similarly, ADSL2 and VDSL2 systems do not finally determine the data rate before selecting the FEC and interleaving parameters. *See, e.g.*, G.992.3 (4/2009) §§ 7.10.3, 8.13.6.1.4, 8.13.6.2.4; G.993.2 (12/2011) at §§ 12.3.5.2.1.3, 12.3.5.2.2.3, 12.3.5.2.1.4, 12.3.5.2.2.4.

## VII.  Overview of Prior Art

### A.  U.S. Patent No. 6,222,858 to Counterman

131.  U.S. Patent No. 6,222,858 to Counterman ("Counterman") [ADTRAN_00055190 – ADTRAN_00055206] was granted on April 24, 2001, from an application filed on February 10, 1999.  Based on its issue and filing dates, I have been informed and understand that Counterman is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

132.  Counterman "relates to inverse multiplexing for Asynchronous Transfer Mode ('ATM') over communication links with different transmission rates and/or delays."  Counterman at 1:8-11.  Counterman accomplishes this objective through "link grouping of communications links with different transmission rates

and delay," which "supports links which use a portion of the link bandwidth for one QoS objective (e.g., low delay) and another portion for another QoS objective (e.g., low cell loss)." *Id.*

133.    Counterman provides a detailed overview of ATM in the "Description of the Related Art" section of the specification.  He explains that "[a]n ATM network can support different types of services, such as loss sensitive/delay sensitive, loss insensitive/delay sensitive, loss sensitive/delay insensitive and loss insensitive/delay insensitive.  The required QoS (Quality of Service) is determined during call set-up."  Counterman at 2:10-14.

134.    Counterman also explains inverse multiplexing: "ATM inverse multiplexers (IMA) have been proposed which combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path.  See, for example, U.S. Pat. Nos. 5,608,733 and 5,617,417 and the ATM Forum, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0, July, 1997, the contents of which are incorporated herein by reference."  Counterman at 2:26-33.  Fig. 1 of Counterman is expressly identified as "PRIOR ART" and discloses "[t]he general concept of ATM inverse multiplexing" including multiple bonded physical links or PHYs:



FIG. 1
(PRIOR ART)

Counterman at 2:41-42 & Fig. 1.

135.    Counterman also discusses ATM Inverse Multiplexing over xDSL Lines in this background section (Counterman at 3:23-4:7), which "may be used" to address problems caused by the limited capabilities of an existing telephone network infrastructure caused by limitations on bit rate and reductions in capacity caused by interference (Counterman at 3:63-4:7).

136.    Counterman first explains that "[t]he term xDSL is used to refer to various digital subscriber line technologies, such as DSL, HDSL, HDSL2, ADSL and VDSL and others, which typically involve the transmission of data in the portion of the frequency spectrum above standard telephone service.  xDSL lines may be used as the physical links for data transmission in an ATM network.  In such an arrangement, cells from the ATM layer are delivered to the physical layer and

transmitted over the xDSL link (e.g., metallic wire pair). At the far end, the cells from the physical layer are delivered to the ATM layer." Counterman at 3:25-35.

137. Counterman also discusses Quality of Service requirements in the context of forward error correction and interleaving:

> Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS). Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives. Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay. Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used. The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.

Counterman at 3:35-48.

138. Counterman next discusses "Conventional ATM Inverse Multiplexing." Counterman at 4:8-5:17. He first notes a principal limitation of conventional ATM inverse multiplexers; namely, "[a]ll of the individual links which are multiplexed into the aggregate link must operate at the same speed." Counterman at 4:9-13. This is a problem, Counterman notes, because "any two lines may operate at different optimal rates." Counterman at 4:16-26. "This limits the practical utility of inverse multiplexing by decreasing the combined bandwidth of the group of lines" to the speed of the slowest line in the group. Counterman at 4:27-33.

59

139.    Counterman specifically discusses these issues in the context of multiple ADSL links:

> One of the likely reasons for different cell rates among lines is the difference in the allocation of a link bandwidth to FEC cell flows. For example, an ADSL line may have 20% allocated as a low delay path for delay sensitive applications, and 80% allocated as a low cell loss path for loss sensitive applications such as video. To increase the capacity for video, a second ADSL link is multiplexed at 100% low cell loss. Even though the bit rate or throughput provided by the line code (e.g., DMT, QAM) of the two ADSL lines is provisioned to be the same, the cell flows through the different FEC paths result in dissimilar cell rates. Again, because of the dissimilar cell rates, these lines may not be ATM inverse multiplexed using conventional techniques.

Counterman at 4:40-53.

140.    Counterman concludes that "it will be apparent to those skilled in the art that there continues to be a need for a method of ATM inverse multiplexing of links of different line rates, links having different cell rates but with similar cell transfer delay, and links that provide two or more cell flows that meet specific quality of Service (QoS) objectives (e.g., cell loss and/or cell delay)." Counterman at 5:8-15.

141.    Counterman then begins a discussion of his invention, starting with Figure 3:



FIG. 3

Counterman Fig. 3. Specifically, he observes that "[a] simplified protocol reference model is shown in FIG. 3 and includes a number of links **202** which nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). **The nominal cell transfer delay is typically the result of selecting certain FEC parameters in order to meet a desired, common QoS objective**." Counterman at 6:8-13 & Fig. 3 (emphasis added).

142.   A person of skill in the art at the time of the alleged invention would understand first that "cell transfer delay" as used by Counterman is latency, and that "cell transfer delay" is a QoS parameter. A person of skill in the art at the time of the alleged invention would further understand that for cell transfer delay to be "the result of selecting certain FEC parameters," that cell transfer delay more specifically includes configuration latency, and particularly delay caused by the FEC techniques applied to the cells  A person of skill in the art at the time of the alleged invention would further understand "in order to meet a desired, common QoS objective" to

teach that FEC parameters for the links are chosen in order to provide the desired latency and loss/reliability requirements is consistent with that QoS objective.. Finally, with Counterman's references to xDSL technologies in the Background, e.g., 881 patent at 3:25-47, 4:40-5:4, a person of ordinary skill in the art at the time of the alleged invention would understand FEC parameters to include those of forward error correction techniques used in xDSL technologies at the time, which included Reed-Solomon and interleaving parameters such as codeword length and interleaving depth. *See, e.g.*, T1.413-1995 at pp. 35-36.

143.   Counterman then discloses "[a] more complete model for flexible ATM inverse multiplexing according to the present invention" in Fig. 4, as further explained through Table 1:



FIG. 4

### TABLE 1

| IMA Group | Rate (kcell/s) | Latency (ms) |
|---|---|---|
| TC-1, IMA Group 1, Flow 1 (260) | 1 | 0,5 |
| TC-1, IMA Group 2, Flow 1 (262) | 5 | 4,0 |
| TC-2, IMA Group 1, Flow 2 (264) | 2 | 0,5 |
| TC-2, IMA Group 3, Flow 1 (266) | 4 | 10,0 |
| TC-3, IMA Group 2, Flow 2 (268) | 2 | 4,0 |
| TC-3, IMA Group 3, Flow 2 (270) | 8 | 10,0 |
| IMA Virtual Link 1 (250) | 3 | 0,5 |
| IMA Virtual Link 2 (272) | 7 | 4,0 |
| IMA Virtual Link 3 (274) | 12 | 10,0 |

Counterman at 6:27-29, 50-63 & Fig. 4.  He explains that "[t]he flows **254** in an IMA group may have different nominal cell rates, but have the same nominal cell transfer delay, in order for the corresponding IMA virtual link **250** to meet the desired QoS objective." Counterman at 6:34-37 & Fig. 4.  "Thus, [a]s shown in Table 1 and FIG. 4, the present invention groups cell flows which have the same latency (or delay) into a virtual link although they may have different cell rates, and then transmits using each cell flow at its respective rate.  This is in contrast to conventional techniques which increase the delay of flows in a group to match the highest delay flow in the group."  Counterman at  6:50-63 (Table 1), 7:6-12 & Figure 4.  "The inverse multiplexing function controls the distribution of cells onto the links or flows for each of the sublayers; handles different delays within a bounded QoS; handles multiplexing of different cell rates, and handles actions to be taken when links/flows are dropped/added or when they are failed/restored, all in accordance with the ATM Forum specification."  Counterman at 7:14-21 (emphasis added).

63

**B.    U.S. Patent No. 5,617,417 to Sathe et al.**

144.    U.S.    Patent    No.    5,617,417    to    Sathe    et    al.    ("Sathe") [ADTRAN_00055394 – ADTRAN_00055412] was granted on April 1, 1997, from an application filed on September 7, 1994.  Based on that issue date, I have been informed and understand that Sathe is prior art to the Family 2 patents under at least pre-AIA 35 U.S.C. § 102(b).

145.    Counterman    expressly    incorporates    the    disclosure    of    Sathe    by reference.  *See* Counterman at 2:26-33 ("ATM inverse multiplexers (IMA) have been proposed which combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path.  **See, for example, U.S. Pat. Nos.** 5,608,733 and **5,617,417** and the ATM Forum, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0, July, 1997, **the contents of which are incorporated herein by reference.**") (emphasis added).

146.    Sathe discloses "[a]n asynchronous transfer mode inverse multiplexed communication system . .  wherein a series of communication cells are multiplexed over a set of communication links."  Sathe Abstract.  "Each communication cell includes a framing bit of a predetermined framing bit stream for each communication link and a control channel bit of a control message for each communication link." *Id.*  "Inbound communication cells from each communication link are aligned according to the corresponding framing bit stream."

147.   An object of Sathe's invention is "to carry high speed asynchronous transfer mode connections over multiple low speed communication links." Sathe at 2:27-29.   Another object of Sathe's invention is "to properly reconstruct a cell transmission sequence in an asynchronous transfer mode communication network while compensating for differing delays associated with each individual low speed communication link." Sathe at 2:51-55.

148.   Sathe accomplishes these objectives in part through utilization of a "predetermined framing bit stream": "Each communication cell includes a framing bit such that the flaming [sic] bits provide a predetermined framing bit stream for each communication link.  On the receiving side, the inbound communication cells from each communication link are aligned according to the corresponding framing bit stream.  The alignment provided by the framing bit streams enables compensation for the differing delays associated with each communication link." Sathe at 2:60-67.

149.   Sathe teaches utilization of the "predetermined framing bit stream" to ensure compliance with a maximum differential delay among the links.  Specifically, "[t]he predetermined framing bit stream enables the determination of differential delays among multiple communication links." Sathe at 3:10-12.  "If the differential delays are excessive and beyond a maximum allowable limit, then the inverse multiplexed connection may be rejected.  If the differential delays are within a

65

permissible limit, then the framing bit stream is used to compensate for the relative delays to recreate the original high speed cell sequence." Sathe at 3:12-19.

150.   For example, Figure 1 of Sathe discloses a "communication network" that "comprises a set of communication nodes **22-32** coupled for communication over a set of communication links **40-48** and a set of communication links **50**":



*Figure 1*

Sathe at 4:14-18 & Fig. 1. "The communication network **20** enables communication according to an asynchronous transfer mode communication protocol.    The communication nodes **26** and **28** enable point to point inversed multiplexed asynchronous transfer mode communication via the communication links **50**." Sathe at 4:18-23 & Fig 1.

151.   "The communication links **50** comprise a set of communication links 1-N. . . . The communication nodes **26** and **28** exchange streams of communication cells via the communication links 1-N.    The aggregate bandwidth of the

66

communication links 1-N provides point to point communications between the
communication nodes **26** and **28** at an effective data rate of N times the data rate of
each of the individual communication links 1-N." Sathe at 4:23-35 & Fig. 1.

152.    The communication network compensates for the differing delays
associated with each of the communication links 1-N:

> The communication node **26** transfers outbound sequences of
> communication cells to the communication node **28** by inverse
> multiplexing the outbound communication cells over the
> communication links 1-N in around robin fashion. The communication
> node **28** receives inversed multiplexed inbound communication cells
> from the communication node **26** over the communication links 1-N
> and reconstructs the original sequence of communication cells. The
> communication node **28** compensates for the differing delays
> associated with each of the communication links1-N.

> Similarly, the communication node **28** inverses multiplexes
> outbound sequences of communication cells to the communication
> node **26** over the communication links 1-N in a round robin fashion.
> The communication node **28** receives the inversed multiplexed inbound
> communication cells over the communication links 1-N and
> reconstructs the original sequence of communication cells while
> compensating for the differing delays associated with each of the
> communication links 1-N.

Sathe at 4:40-60 & Fig.1.

153.    Sathe further discloses an exchange of "master framing sequences"
between communication nodes (Sathe at 4:61-64), and utilization of an "inbound
delay compensation buffer" to satisfy a "maximum permissible differential delay":

> The state machine **84** sequences the inbound communication
> cells from the framing and line interface circuits **80-82** into the inbound
> delay compensation buffer **96**. The state machine **84** filters out idle

67

communication cells received over the communication links 1-N.  The state machine **84** extracts the inbound master framing sequence on each communication link 1-N and stores the inbound communication cells into inbound delay compensation buffer **96** according to the corresponding master framing sequence.  The state machine **84** also extracts the channel control messages for the inbound communication cells transferred via the communication links 1-N.

The inbound delay compensation buffer **96** accommodates full master framing sequences of inbound communication cells and thereby permits delay compensation among the communication links 1-N.  Accordingly, the size of the delay compensation buffer **96** varies according to the length of master framing sequence required for the maximum permissible differential delay.

Sathe at 5:61-6:12 & Fig. 3.

### C.    U.S. Patent No. 6,772,388 to Cooper

154.    6,772,388 to Cooper et al. ("Cooper") is entitled "APPARATUS AND METHOD FOR PROVIDING OPTIMAL ADAPTIVE FORWARD ERROR CORRECTION IN DATA COMMUNICATIONS."  [ADTRAN_00056029 – ADTRAN_00056040].  It issued on August 3, 2004, from an application filed on December 6, 2000.  Based on that filing date, I have been informed and understand that Cooper is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

155.    Cooper discloses "[a]n adaptive and dynamic forward error correction scheme for a communication channel."  Cooper Abstract.  The Abstract further provides:

The method and apparatus calculates the actual bit error rate for comparison with a target bit error rate. When a channel is performing better than required by the performance specifications, the forward error correction power can be reduced to provide greater throughput. If the calculated actual bit error rate is greater than the target bit error rate, then the forward error correction power is increased in an attempt to lower the calculated bit error rate. A feedback loop is employed to continually calculate revised bit error rates as the forward error correction power is increased or decreased.

*Id.*

156.   Cooper broadly concerns transmission over asynchronous transfer mode.   Cooper at 1:62-2:16, 4:3-25.   Cooper adjusts latency by adjusting transmission parameters on a single communications channel, on any application. *Id.* at 2:59-65, 3:53-63.  One such application may be an IM link, including an IM ATM link. *Id.* at 1:62-2:16.  Cooper focuses on optimizing an ATM link in real time over a single link to reduce delay.

157.   It is my opinion that persons having ordinary skill in the art understood Cooper uses delay and latency interchangeably.  Indeed, the 881 patent confirms as much, explaining that DSL PHYs were known to have "different end-to-end delay (latency) based on several parameters."  881 patent at 6:1-4.

158.   Cooper recognizes that minimizing the delay across the link improves performance of the system, in that reducing latency increases throughput.  Cooper Abstract.  Cooper discusses various transmission parameters that were known to

affect the latency of a link and describes an algorithm for selecting these transmission parameters so as to decrease the latency of a line. *Id.* at 7:27-41.

159. Reed Solomon coding for FEC is Cooper's preferred embodiment. Cooper at 6:26–39. Cooper explains that the Reed-Solomon encoding/decoding process used for FEC typically introduces additional throughput delay or latency at the communications equipment. *Id.* at 7:16-26. Cooper teaches a data communication system for adaptively providing optimized FEC to achieve desired performance metrics. *Id.* at 1:8-13.

160. Specifically, Cooper teaches an algorithm that is designed to adjust Reed Solomon FEC coding parameters to reduce the latency across a link. Cooper at 8:10-20. Cooper's algorithm considers latency experienced on a given line and the contribution of FEC to that latency. *Id.* at 2:34-58. Cooper's algorithm dynamically changes FEC configuration parameters employed on a communications channel in response to noise to optimize data while not exceeding a desired maximum throughput delay or latency. *Id.* at 7:27-61. Thus, Cooper utilizes FEC parameters to reduce latency below a maximum latency. *Id.* at 9:53-10:18 & Fig 2.

161. For example, when a link is performing better than required, FEC can be reduced to decrease latency. Conversely, if Cooper's algorithm calculates a bit error rate that exceeds the required bit error rate, then FEC is increased to lower the

70

bit error rate.  Cooper at 6:40-7:9. 8:10-35.  Figure 2 of Cooper provides a flow chart

illustrating these adaptive FEC techniques:



Cooper Fig. 2.

**D.    PCT Application No. PCT/NO99/0024, WO 99/39468 to Edvardsen**

162.    PCT Application No. PCT/NO99/0024, WO 99/39468, to Edvardsen ("Edvardsen") [ADTRAN_00051641 – ADTRAN_00051670] was published on August 5, 1999, from an application filed on January 29, 1999.  I have been informed and understand that Edvardsen is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (b) (pre-AIA).

163.    Edvardsen discloses converting "[a] local area public telephone network . . . to a digital broadband communication network by installing inverse multiplexers (IM) in network nodes (CAB) in order to utilize the aggregated bandwidth from groups of twisted pair lines being equipped with means deriving maximum bit rates from each included line in existing telephone cables." Edvardsen Abstract.  This is achieved either through use of "data sequence numbering techniques" or "bit rate-dependent line sequencing scheme." *Id.*

164.    For background, Edvardsen explains that "**[i]nverse multiplexing** is a well known concept within the telecommunications field.  This technology makes it possible to combine a number of narrow-band channels or lines, to an aggregated broadband channel."  Edvardsen at 2:18-20.  He adds that "[i]nverse multiplexing methods using current standards, demand that the five lines are running synchronously or plesiochronously, i.e. have synchronous or near synchronous bit rates." *Id.* at 2:28-30. Edvardsen notes, however, that differing bit rates for differing

72

lines are inevitable: "Since one twisted pair performs differently from another due to noise, cross talk and imperfect cable characteristics, it is important to introduce inverse multiplexing methods that are able to cope with lines running at different speed." *Id.* at 7:1-3. *See also id.* at 3:13-16 ("One characteristic feature of some of these systems is that the transmission rate is automatically adapted to line length, cable characteristics and noise conditions.  Due to this feature, parallel systems may have different transmission rates even when the line lengths are identical.").

165.   Edvardsen discloses "inverse multiplexing of multiple DSL systems running at different speeds" "to aggregate bandwidth that can be used between network nodes."  Edvardsen at 6:9-10.  He explains "[t]wo general methods" for accomplishing this objective: "Inverse Multiplexing of ATM over DSL by use of Sequence Numbering" and "Deterministic Inverse Multiplexing over DSL." Edvardsen at 7:1-6.

166.   With respect to the first method – sequence numbering – and with reference to Figure 4 depicted below, Edvardsen explains that "[a] sequence number is added to each respective incoming data cell from the left, and thereafter the data cell is transmitted via the line giving the shortest transfer time at the actual time":



Figure 4    Inverse multiplexing of ATM cells over lines having different transmission rates.

Edvardsen at 7:11-13 & Fig. 4.  Edvardsen continues: "In the receiving end the sequence numbering is checked, and if the cells arrive in an order that is incorrect, they are stored intermediately (buffered) in order to reestablish the correct order." Edvardsen at 7:18-20.

167.  Edvardsen notes that "[i]nverse multiplexed systems following this scheme, are exposed to delay and cell delay variation (CDV) when the included lines are running at different speed, due to the different cell transfer times.  One ATM cell transferred at 10 Mb/s takes about 0,042 ms, while the transfer time at 1 Mb/s is about 0,42 ms. Consequently, by including one low speed line (1 Mb/s) among other high speed lines (10 Mb/s), one introduces CDV with peak values at about 0,42 ms." *Id.* at 7:22-27.  In a single ATM line, cell delay variation or CDV is used to refer to variation in delay of cells in a data flow that may arise from multiplexing other cells from a (sometimes higher priority) data flow or from jitter.  This causes the delay or latency of the receipt of the cells by the ATM receiver on the far end of the line to

74

vary.  Here, as shown by his example, Edvardsen similarly uses CDV  to refer to the

variation or difference in delay in cells as received on the far end, when they have

been transmitted across the grouped or bonded lines created by inverse multiplexing

two or more physical links carrying ATM over DSL that have varying data rates and

delays.  That is, Edvardsen defines CDV as the differential delay of the grouped or

bonded lines.   His discussion of his solution to CDV, discussed below, further

confirms that Edvardsen is using CDV to refer to differential latency between or

among inverse multiplexed lines.

168.   "Delay and CDV are limiting factors in this kind of inverse multiplexed

systems.   A  number  of  telecommunication  services  pose  strict  requirements

regarding delay and CDV, while others do not." *Id.* at 7:28-30.  Edvardsen notes the

distinction between "real time" services to which delay and CDV are "critical," and

"non-real  time  services"  such  as  "[c]onventional  data  services"  to  which  these

factors are not critical. "Both in ITU and ATM Forum, a number of such service

classes are defined. Some of these classes can strictly be characterised as real time

services while others fall into the category of non-real time services. Others again

are a mixture, for instance those which are sensitive to CDV but not to delay, and

vice versa." *Id.* at 7:31–8:4.

169.  Edvardsen then explains how sequence numbering addresses the

problem of differential delay:

To solve the problem of CDV, the inverse multiplexing method can be modified as shown in Figure 5. Following this method, the incoming traffic is sorted into two groups, one for real time services and another for non-real time services. Each of them are given separate sequence number series. The real time traffic, with its own sequence numbering, is transmitted over a group of high performance lines having high bandwidth and more or less equal transfer rates. At the receiver end the real time traffic will be received and stored into a separate receiver buffer before being further transmitted onto the common line.

Real time traffic treated as described above, will not be exposed to CDV. The inverse multiplexer is in this way able to meet the requirement posed by this type of traffic, but on the cost of increased complexity of the equipment.

Non-real time traffic is not sensitive to CDV, and may be transmitted over any included line of the inverse multiplexer – also over lines reserved for the real time traffic. In the latter case real time traffic will always have priority over non-real time traffic. Consequently it will only happen when the real time traffic does not use the available bandwidth of the reserved lines.



Figure 5    Inverse multiplexing of digital traffic sorted into groups for real time
and non-real time classes

Edvardsen at 8:6-20 & Fig. 5. Edvardsen notes that "this inverse multiplexer scheme

can be further optimised by subdividing the traffic into more classes, and by treating

each class separately. To meet the various requirements of the different traffic classes, line groups that match their requirements are allocated to them." Edvardsen at 8:21-24.

### E.    U.S. Patent No. 7,068,657 to Keller-Tuberg

170.    U.S. Patent No. 7,068,657 to Keller-Tuberg ("Keller-Tuberg") is entitled "FACILITATING    INVERSE    MULTIPLEXING    OVER ASYNCHRONOUS    TRANSFER    MODE    VIA    COMMUNICATION    LINKS HAVING    DISPARATE    DATA    TRANSMISSION    RATES." [ADTRAN_00053934 – ADTRAN_00053960]. It was granted on June 27, 2006, from an application filed on January 18, 2002, claiming priority to provisional application    [ADTRAN_00221234-ADTRAN_00221243]    and    non-provisional applications filed on April 24, 2001.

171.    I have been informed and understand that Keller-Tuberg is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA) based on Keller-Tuberg's January 18, 2002 filing date because Keller-Tuberg is a granted patent and its January 18, 2002 filing date is before the priority date of the 881 patent, which is October 4, 2022. *See* § V.A above.

172.    I have also been informed and understand that Keller-Tuberg is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA) even if the Family 2 patents are entitled to the filing date of the 440 provisional (October

5, 2001) based on Keller-Tuberg's priority claim to provisional and non-provisional applications filed on April 24, 2001.

173.    Keller-Tuberg discloses a method for "facilitating inverse multiplexing over asynchronous transfer mode via communication links having disparate data transmission rates." Keller-Tuberg at 1:24-26. The method includes "receiving a stream of sequentially aligned ATM cells via an originating end point logical communication link." Keller-Tuberg Abstract. "A sequence identifier is associated with each one of the ATM cells for creating sequence-identified ATM cells. The sequence-identified ATM cells are forwarded to a destination endpoint logical communication link in a distributed manner over a plurality of IM communication links" with "disparate data transmission rates." *Id.*; *see also* Keller-Tuberg Prov. at 5-7.

174. Keller-Tuberg begins a background section by introducing inverse multiplexing (IM), Asynchronous Transfer Mode (ATM), and IM over ATM (IMA). "Inverse Multiplexing (IM) is a data communication technique that allows a grouping of lower speed communication links into one logical higher speed communication link of approximately the same transmission bandwidth capacity as the sum of the lower speed communication links." Keller-Tuberg at 1:30-34. A goal of inverse multiplexing is "to increase the speed of Internet access beyond what is capable with a single xDSL (e.g. SDSL, ADSL, etc.) service," which "is particularly

78

important to subscribers living further from the central office communication apparatus providing the subscriber's service because xDSL link rates reduce with increasing distance." *Id.* at 1:43-49. Asynchronous Transfer Mode (ATM) is "a transport protocol that is widely deployed in high-speed data networks and that allows the multiplexing of different information streams across one ATM formatted communication link." *Id.* at 1:60-63. "IM over ATM (IMA)" relate[s] to an ATM Forum standard (i.e. AF-PHY-0086.001) which outlines a standardized technique for using IM techniques over ATM formatted communication links. In the case of ATM, a group of ATM formatted IM communication links (i.e. an IMA group) behaves as if it were a single higher speed ATM communication link." *Id.* at 1:63-2:2.

175.  Keller-Tuberg notes that "the IMA standard of the ATM Forum assumes that each IM communication link in an IMA group operates at exactly the same bit rate and with a constant delay." Keller-Tuberg at 2:11-14. "Resequencing at a receiving end of the IM communication links is then a simple matter of reordering ATM cells based on a function of the arrival time and link delay. *Id.* at 2:14-16.

176.  Keller-Tuberg recognizes that "[a] key limitation of conventional IMA implementations is that such implementations are not capable of being facilitated over a plurality of communication links having disparate data transmission rates."

79

Keller-Tuberg at 2:45-48. This is less than ideal because "[m]ultiple ADSL communication links often do not synchronize at the same data transmission rates. Furthermore, ADSL links are inherently rate adaptive. This means that the communication device (e.g. line card, modem, etc.) on each end of an ADSL connection commonly negotiate and attempt to establish the highest bit rate permitted by their configuration." *Id.* at 2:58-64. "When selecting two or more ADSL links for bonding into an IMA group, there is a significant probability that the optimum speed for each link will differ. Therefore, in order to implement the ATM Forum standard for Inverse Multiplexing, the faster links must be slowed down to the same rate as the slowest link in the IMA group. This is nonoptimal because potential capacity (ATM throughput) is foregone in satisfying the criteria that IM communication links in an IMA group operate at the same data transmission rate." *Id.* at 3:1-10.

177. "Therefore, facilitating IMA via IM communication links synchronized at disparate data transmission rates . . . is useful" (Keller-Tuberg at 3:30-34), "as conventional implementations of IMA functionality are not compatible with data communication links, such as typical ADSL communication links, that have disparate and rate adaptable upstream and/or downstream data transmission rates" (*id.* at 4:51-56).

178. Keller-Tuberg facilitates IMA functionality via communication links having disparate data transmission rates by "associating a sequence identifier with each ATM cell." Keller-Tuberg at 5:20-21. Figure 1 of Keller-Tuberg is illustrative:



Keller-Tuberg Fig. 1. *See also* Keller-Tuberg Prov. at 4-5.

179. "An operation **101** for receiving sequentially aligned ATM cells from an originating endpoint logical communication link is performed. In at least one embodiment of the operation **101,** the operation **101** is facilitated by an originating endpoint IMA-ADSL communication device and includes holding at least a portion of the sequentially aligned ATM cells in a data storage device, such as a queue (e.g.

a buffer) of the originating endpoint IMA-ADSL communication device." Keller-Tuberg at 5:4-12 & Fig. 1. "In response to receiving the sequentially aligned ATM cells, an operation **105** for associating a sequence identifier with each ATM cell is performed," which may include "determining a sequence code (e.g. a sequence number) for each one of the ATM cells and inserting the sequence code into an information payload portion of the corresponding one of the ATM cells" or may include "determining a sequence code for each one of the ATM cells and inserting the sequence code in a header portion of the corresponding one of the ATM cells." *Id.* at 19-29 & Fig. 1.

180. Next, in operation **110**, each sequence-identified ATM cell is forwarded over one of the IM communication links to a "destination endpoint IMA-ADSL communication device." Keller-Tuberg at 5:40-43 & Fig. 1. In operation **115**, the received ATM cells are buffered at an IM receiver, after which the "next sequence-identified ATM cell to forward over a destination endpoint logical communication link" is determined in operation **120**. *Id.* at 5:51-62 & Fig. 1. "The operation **120** includes determining the sequence identifier for a plurality of sequence-identified ATM cells" and then "an operation **125** is performed for forwarding the next sequence-identified ATM cell over the destination endpoint logical communication link." *Id.* at 5:59-6:7 & Fig. 1. Operation **130** "is performed for determining whether any remaining sequence-identified ATM cells associated

82

with the ATM cell stream exist, such as in the buffer of the destination endpoint IMA-ADSL communication device." *Id.* at 6:7-11 & Fig. 1. "If one or more remaining sequence-identified ATM cells exist, the operations **120-130** are repeated until there are no remaining sequence-identified ATM cells to be forwarded over the destination endpoint logical communication link." *Id.* at 6:11-15 & Fig. 1.

181. In Figure 4 Keller-Tuberg discloses a transmitter capable of facilitating transmit functionality for transmitting cells across a plurality of IM communication links:



**FIG. 4**

Keller-Tuberg Fig. 4 at 7:47-54; Keller-Tuberg Prov. Fig. 2. The transmitter includes a queue selector that selectively routes ATM cells to each of the receiver

83

queues, such as by using reference data transmission rates to adjust the queue length for the communication links. Keller-Tuberg at 7:55-8:16; Keller-Tuberg Prov. at 6.

182. In Figure 6 Keller-Tuberg discloses the corollary receiver capable of receiving cells from multiple IM communication links and including a receiver queue (e.g., a buffer):



Keller-Tuberg Fig. 6. *See also* Keller-Tuberg Prov. Fig. 3. The transmitter and receiver (e.g., transceivers) both have buffers (Keller-Tuberg at 7:55-67, 9:24-32;

84

Keller-Tuberg Prov. at 6-7 & Figs. 2, 3), and both must be sized with the appropriate buffer depth to accommodate the number of ATM cells resulting from the differential delay (Keller-Tuberg at 14:30-37; Keller-Tuberg Prov. at 6-7).

183. In Figure 9 Keller-Tuberg shows a cell forwarding sequence accommodating a first facility (cells 2, 4, 6, 8, and 10 (shown with circles)) having a lower transmission rate than the second facility (cells 3, 5, 7, 9 (shown with squares)):



**FIG. 9**

Keller-Tuberg Fig. 9; *see also id.* at 10:40-53; Keller-Tuberg Prov. at 6-7. The first facility cells arrive at a receiver in a delayed manner relative to the second facility cells, and thus the forwarding of the second facility cells is delayed until the preceding cells arrive and are forwarded. Keller-Tuberg at 10:40-53; Keller-Tuberg Prov. at 6.

86

184.   Keller-Tuberg notes that a cell forwarding sequence may be "delayed due to facility operating parameter differences" and identifies "[c]apacity (e.g. transmission rate) and delay" as examples of "facility operating parameters." Keller-Tuberg at 10:40-44 & Fig. 9.   Keller-Tuberg also notes the correlation between differential delay and buffer size, specifically that "the depth of the buffers . . . implemented at the transmitter and receiver ends" is based on "differential delay between members of the group" (*id.* at 14:30-33), and that "[i]t is preferred to try to minimize the delay across any one link (*id.* at 14:33-34)).

185.   Keller-Tuberg discloses another example where the first facility and the second facility "exhibit a common capacity and a common delay" in Figure 10:



Keller Tuberg Fig. 10; *see also id.* at 10:54-63.

186.    Keller-Tuberg's IMA-ADSL communication system embodiment is shown below in Figure 11:

88



Keller-Tuberg Fig. 11. *See also* Keller-Tuberg Prov. at 7.

187. The ADSL system depicted in Keller-Tuberg's Figure 11 includes a central office communication apparatus that is connected to the subscriber premise communication apparatus via a first paired-conductor transmission line and a second paired-conductor transmission line. Keller-Tuberg at 11:23-35 & Fig. 11; *see also* Keller-Tuberg Prov. at 5-6. ADSL data is then carried over the first and second paired-conductor transmission lines. Keller-Tuberg at 11:38-39 & Fig.11; *see also* Keller-Tuberg Prov. at 5-6.

188.  The central office apparatus includes a DSLAM capable of multiplexing a plurality of ADSL data signals onto a high-speed data link.  Keller-Tuberg at 12:12-30; *see also* Keller-Tuberg Prov. at 1, 6.  Figure 12 shows a block diagram depicting the multiple IM communication links between the central office and subscriber premises transceivers:



*FIG. 12*

Keller-Tuberg Fig. 12; *see also* Keller-Tuberg Prov. at 5.

189.  Keller-Tuberg's method reduces the complexity of establishing a bonded group because differential link speed does not need to be measured and the links do not need to operate at precisely the same bit rate.  Keller-Tuberg at 15:15-29; Keller-Tuberg Prov. at 6-7.  While Keller-Tuberg teaches its approach can

accommodate any differential delay, the delay across each of the links is minimized

to reduce adverse effects.  Keller-Tuberg at 14:30-37; Keller-Tuberg Prov. at 7.

### F.    U.S. Patent No. 6,956,872 to Djokovic

190.  U.S.    Patent    No.    6,956,872    to    Djokovic    ("Djokovic")

[ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005,

from an application filed on May 22, 2001, and claims priority to provisional

applications filed on May 22, 2000, and August 18, 2000.  Based on that filing date,

I have been informed and understand that Djokovic is prior art to the Family 2

patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

191.  Djokovic  discloses  "a  system  and  method  for  encoding  DSL

information streams having differing latencies."  Djokovic at 1:22-24.  Djokovic

explains generally where "different latency requirements" come from:

> As is known, different applications often demand (or at least lend
> themselves to)  different  latency  requirements.    For  example,
> applications of pure data transfer are often not sensitive to latency
> delays, while real-time voice communications are sensitive to latency
> delays.  As is also known, to accommodate maximum flexibility for
> providers and end users of ADSL services, forward error correction
> (FEC) may be selectively applied to the composite data streams to, or
> from,  the  central  office  ADSL  modem.    This  permits  FEC  to  be
> included or excluded on a data service by data service basis within the
> composite data stream.

*Id.* at 1:59-2:2.

192.  Djokovic further recognizes that "[t]he system performance trade-off

introduced  by  FEC  in  the  form  of  Reed-Solomon  coding  and  convolutional

interleaving can be described as increased data transmission reliability at the expense of increased channel latency." Djokovic at 2:60-65.

193.    Djokovic explains further as background that "FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." Djokovic at 2:22-24.

### G.    Admitted Prior Art

194.    The applicant made a number of admissions regarding the known state of the art in both the Background portion of the Family 2 patent specification as well as the 440 Provisional.

195.    For example, in the specification, Figure 1 is labeled as prior art and identified as a "conventional configuration of a system for transporting ATM over DSL using a single latency ADSL configuration," which is, "[a]s of the time of filing, " the "most common form of ADSL deployment":



Fig. 1
(Prior Art)

881 patent at 1:19-22 & Fig. 1.  "Further details of this specific architecture can be found in DSL Forum Recommendation TR-042, incorporated herein by reference in its entirety."  *Id.* at 1:22-25.

196.    The specification later discusses "Reed Solomon coding and interleaving functions as defined in ADSL standards G.992.1 and G.992.3," which are "incorporated herein by reference in their entirety."  881 patent at 6:66-7:1.

## VIII.  Asserted Claims

197.    **881 patent, claim 17**: "A plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers."

93

198. **881 patent, claim 18**: "The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value."

199. **511 patent, claim 6**: "A system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels, comprising: multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers; and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels."

## IX.    Applicable Claim Constructions

200.    I understand that some of the terms in the claims of the Asserted Patents were construed by the Court in an Opinion from February 7, 2018 (No. 14-cv-954,

94

Doc. 335), and an Order from February 13, 2018 (No. 14-cv-954, Doc. 343), as set forth in the chart below. In providing my opinions, I have used the Court's constructions for these terms.

| Claim Term | Construction |
|---|---|
| transceiver | "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" |
| plurality of bonded transceivers | "two or more transceivers located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links, wherein 'configurable to' precludes rebuilding, recoding, or redesigning any of the components in a 'plurality of bonded transceivers'" |
| combine multiple DSL transceivers | "locate two or more DSL transceivers on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream via a different one of the physical links" |
| combined multiple DSL transceivers | "two or more DSL transceivers located on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream via a different one of the physical links" |
| utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers | "utilizing at least one transmission parameter value to reduce a difference in configuration latency between the bonded transceivers" |
| utilizing at least one transmission parameter value . . . to reduce a | "utilizing at least one transmission parameter value . . . to reduce a difference in configuration latency between multiple DSL transceivers" |

95

| difference in latency between the multiple DSL transceivers | |
| --- | --- |

201.   I note that ADTRAN's proposed construction for "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" in claim 17 of the 881 patent was "configuring at least one transmission parameter value to **_minimize_** the difference in the **_configuration latencies_** between the bonded transceivers."  D.I. 125-1 at 3 (emphases added).  ADTRAN argued that this proposed construction captures the only way that the Asserted Patents teach for reducing the difference in latency between two physical links.  D.I. 185 at 64.

202.   TQ Delta opposed this construction as "unduly narrow and incorrect," D.I. 185 at 69, and argued instead for the Court to construe this claim language to encompass "reducing" instead of "minimizing":

> To the contrary, the word "minimize" implies not just reducing, but reducing to the smallest possible value, something that is not required by the claim language. . . .  Not only are the terms "reduce" and "minimize" different, but they lead to different results.  The claims of the Family 2 patents simply require the difference in latencies to be reduced, but not necessarily minimized. . . .  The claim calls for "utilizing at least one transmission parameter value _to reduce_ a difference in latency" and not to necessarily eliminate or "minimize" the difference.

_Id._ at 68 (citations omitted).

203.   The Court noted TQ Delta's position in its memorandum opinion:

Plaintiff asserts that "reduce" and "minimize" are not synonymous – to minimize is "to reduc[e] to the smallest possible value." In this context, Plaintiff argues, the use of one or the other "lead[s] to different results" in the context of the asserted claims. Additionally, Plaintiff notes that the formulas disclosed by the specification to determine and reduce configuration latencies are examples, rather than requirements. Therefore, Plaintiff contends that since the claim language uses the term "reduce," there is no reason to limit the claim to a preferred embodiment by importing Defendants' proposed unduly narrow limitation to minimize the differences in latency.

D.I. 335 at 17.

204.    Should the Court later find that different constructions apply for these terms, I reserve the right to amend this report to consider the invalidity of the asserted claims under those constructions.

205.    For all other terms, I have applied the plain meaning of the term to a person of ordinary skill in the art as I understand TQ Delta is applying that term for the purpose of its infringement allegations. My understanding of the meanings that TQ Delta applies to claim terms is based on TQ Delta's infringement contentions for Broadcom-based products served on July 2, 2018. I therefore reserve the right to amend or supplement my opinion to the extent that TQ Delta's experts alter or apply different meanings in their expert reports on infringement, which have not yet been served. Furthermore, I note that I do not necessarily agree with the meanings that TQ Delta has ascribed to certain claim terms, and I reserve the right to address those issues in any rebuttal report regarding alleged infringement.

X.    **Invalidity of Asserted Patents under 35 U.S.C. § 112**

A.    **The Asserted Claims are Invalid for Failing to Comply with the
Written Description Requirement**

206.    **Written Description – "utilizing at least one transmission
parameter value** to reduce a difference in latency between the bonded transceivers,
wherein a data rate for a first of the bonded transceivers is different than a data rate
for a second of the bonded transceivers" – **881 patent claims 17 and 18;** "utilizing
at least one transmission parameter value to reduce a difference in latency between
the multiple DSL transceivers . . . , wherein a data rate for a first DSL transceiver of
the multiple DSL transceivers is different than a data rate for a second DSL
transceiver of the multiple DSL transceivers" – **511 patent claim 6**.  It is my opinion
that the specification of the Asserted Patents does not reasonably convey to a person
having ordinary skill in the art that the inventors had possession of the full scope of
the invention claimed in these limitations of the Asserted Claims as of the effective
filing date.

207.    I hold this opinion for two reasons.  First, TQ Delta's infringement
theory is that the claimed utilization occurs based on each bonded transceiver
selecting its transmission parameters independently of the other during initialization
while complying with a maximum differential latency bound.  But this aspect of the
claimed invention – as interpreted by TQ Delta – is completely absent from the
specification of the Asserted Patents.  Second, the specification is also silent on using

or selecting transmission parameter values to reduce a latency when the data rates of

the respective PHYs are not known in advance. Thus, the specification does not

show that the inventor was in possession of the full scope of the claimed invention,

including as contended by TQ Delta. I address each of these opinions in turn.

208.  First, the specification does not describe how to utilize a transmission

parameter value to reduce a difference in configuration latencies between two

bonded PHYs in accordance with TQ Delta's infringement theory. To be sure – to

accomplish the claimed reduction – the specification says that all DSL PHYs can be

"configured" with transmission parameters to provide the same configuration

latency. 881 patent at 6:56-69. One way to accomplish this is "by configuring the

exact same data rate, coding parameters, interleaving parameters, etc. on all DSL

PHYs." 881 patent at 6:59-62. But that is not the embodiment claimed by the

Asserted Claims, which require the "bonded transceivers" to have different data

rates.

209.  The 881 patent continues: "Alternatively, different PHYs can have, for

example, different data rates but use the appropriate coding or interleaving

parameters to have the same latency on all the bonded PHYs." 881 patent at 6:62-

65. The specification then provides examples of this embodiment, beginning with a

basic equation expressing a relationship among latency, data rates, codeword length,

and interleaver depth as defined in the ADSL standards G.992.1 and G.992.3:

$$Latency = N * D / R,$$

Where N is the number of bits in a codeword, D is the interleaver depth
in codewords and R is the data in bits per second.

*Id.* at 7:3-6.

210.   Next, the specification explains:

Therefore if, for example, two PHYs have different data rates, R1 and
R2 then, in order to bond these PHYs together and have the same
configuration latency set:

$$N1 * D1 / R1 = N2 * D2 / R2,$$

where N1 and N2 are the bits in a codeword for each PHY and D1 and
D2 are the interleaver depths for each PHY.

This can also be rewritten as:

$$N1 * D1 = (R1 / R2) * N2 * D2.$$

*Id.* at 7:11-20.  The specification thus provides equations using the interleaver depth

and Reed-Solomon codeword length for both PHYs, as well as their data rates, and

then states:

Thus, in general, the N1, N1 [sic – D1], N2, and D2 parameters **must
be** chosen to satisfy the above equations and this can be accomplished
in several ways.

*Id.* at 7:21-24 (emphasis supplied).

211.   Last, the specification then provides an example in which a particular

numeric value of the configuration latency is specified:

For example, if the configuration latency is specified as 0.016 seconds,
and  R1=6400000  bps  and  R2=1600000  then,  as  described  in  the

example above, N1 and D1 can be configured as N1=1600 and D1=64. Therefore:

$$N2*D2 = (R2/R1)*D1*N1 = (1600000/6400000)$$
$$*1600*64 = 1600*64/4.$$

Therefore, for example, N2 and D2 can be configured as (N2=1600, D2=16) or (N2=400, D2=64) or (N2=800, D2=32), etc.
Obviously the same methods can be applied to more than 2 PHYs with different data rates.

*Id.* at 7:24–36. No further description of how transmission parameter values are used when bonding PHYs having different data rates is provided.

212. In sum, in the only description of this embodiment and all examples, the data rates are known. Then, equations are provided, the transmission parameter variables for each PHY to be bonded are identified, and the reader is instructed to select values for the variables to set each side of the equation – the configuration latency of each PHY – equal to one another. Alternatively, a particular numeric value of the configuration latency is specified for both PHYs and with a known data rate, values for the Reed-Solomon codeword length and interleaver depth are selected for each PHY to achieve the specified numeric latency. The selection or utilization of transmission parameter values by each transceiver as disclosed and described in the specification – including the initial statement that all bonded PHYs "have the same latency" and in all examples provided – is thus expressly dependent

101

on the transmission parameter values chosen by the other transceiver, or requires the

exact numeric latency value to be specified.

213.    My opinion is further informed by infringement positions previously

taken by TQ Delta with respect to the Asserted Claims.  For example, TQ Delta

generally identifies a standard-compliant transceiver's use of FEC and interleaving

parameters, the relationship of these parameters to delay as stated in a standard, a

maximum differential delay provisioned to a bonding group allowed by a standard,

and the requirement in a standard to support disparate data rates as meeting the above

limitations of claim 17 of the 881 patent and claim 6 of the 511 patent.  *See*, *e.g.*,

Chart Nos. 2.1187130F1.3, 2.1187130F1.5.  TQ Delta's infringement contentions

do not contend that the cited standards, or the Accused Products embodying them,

select the transmission parameters of each bonded transceiver, when the data rates

are known, to have the same configuration latency, or otherwise with a known data

rate, use transmission parameters to achieve a differential latency of zero among

bonded transceivers, as required by the specification of the Asserted Patents.

214.    TQ Delta's infringement theory was further elucidated during the

2WIRE Family 2 trial.  TQ Delta's expert witness Dr. Todor Cooklev testified during

that trial that the claimed utilization occurs under TQ Delta's infringement theory

when transmission parameters are selected during initialization and result in a

differential latency below "an upper bound" such that the "difference in latency is

reduced compared to what it could have been" if there were no upper bound:

Q.     And how do the standards support your opinion?

A.     . . . So this page around the middle of the page in Section 6.3 [of
the G.998.2 standard] . . .  there is a sentence that says, Multi-
pair operation requires a bound on the differential latency
experienced between pairs in an aggregated group. So in other
words, a bound is an upper limit. So the standard requires the
differential latency experienced between pairs in an aggregated
group to be below this bound, below this upper limit. Then on
Page 10 of the same standard, so this is paragraph -- this is
Section 8. Section 8 includes a sentence that says, Each line may
select its transmission parameters independently of the others, as
long as the maximum differential latency of the pairs is
maintained as specified in this standard. In other words, as long
as the maximum differential latency is below this bound, then
each line selects the transmission parameters independently.

Q.     When does the selection of transmission parameters occur?

A.     The selection of the transmission parameters occurs when the
two DSL connections are initialized. So it occurs in the first
instance.

. . . .

Q.     Okay. So it says that each line they select transmission
parameters independently of the others. If the transmission
parameters are two individual lines are being selected
independently, how do we know that the difference in latency is
being reduced?

A.     We know that the difference in latency is actually reduced
compared to what it could have been . . . if there's no bound, we
know what could have happened. So that is why we know that
the difference in latency is reduced in the first instance.

Q.    So is it fair to say that there's some independence, but because of the constraint, there's dependence? The common stream –

A.    That's correct. The transmission parameters for each line, and that's the highlighted portion says are selected independently, but there is a comma, as long as there is a constraint. So as long as the constraint is met, they're selected independently. Yes.

2WIRE Trial Tr. at 318:25-319:8 (emphasis added).

215.    Thus, TQ Delta's infringement theory covers an implementation in which each transceiver independently chooses its transmission parameters, and if the transmission parameters so selected result in a differential latency that is any amount in a range less than a constraint specified in a standard—that is less than the difference between the maximum latency and any minimum latency allowed in a standard, or in other words less than an allowed maximum differential latency—then the claim is met because the differential latency is less than is could have been, without the specified constraint.  There is no written description in the specification of the Asserted Patents of the full claim scope required by TQ Delta's infringement theory. There is no disclosure or suggestion of any embodiment in which the transceiver corresponding to each PHY selects its transmission parameters (such as Reed-Solomon codeword length and interleaver depth) independently of the other transceiver(s) to be bonded.  There is no disclosure of a transceiver independently selecting its transmission parameter values, including doing so during an initialization, to achieve a differential latency that falls within a range beneath some

104

upper bound.  There is no written description or disclosure of an upper bound on differential configuration latency *other than zero*.  Instead, the specification describes two scenarios: (1) transceivers selecting transmission parameters, with a known data rate, to meet a specified common numeric configuration latency value for both transceivers, which results in a differential configuration latency of zero; or (2) the selection or utilization of transmission parameter values by each transceiver, again with known data rates, being dependent on the transmission parameter values chosen by the other transceiver(s), as required by the equation N1*D1/R1 = N2*D2/R2, which again results in a differential configuration latency of zero.  The inventor described adhering to this rule as mandatory:  "[I]n general, the N1, N1 [sic – D1], N2, and D2 parameters **must be** chosen to satisfy the above equations and this can be accomplished in several ways.  *Id*. at 7:21-24 (emphasis supplied).

216.   In light of the specification's disclosures, a POSITA would understand the inventors were in possession of an invention in which the difference between overall end-to-end latency of two transceivers—comprised of configuration latency, ATM latency, wire latency, and design latency, 881 patent at 6:1-35—is *reduced* by configuring the two transceivers such that the difference in *configuration* latency between the two is zero. A POSITA would not understand the inventors to be in possession of an invention in which the difference in *configuration* latency between two transceivers is constrained by some arbitrary, non-zero bound.

105

217.    Second, TQ Delta contends that the scope of Asserted Claims includes transceivers compliant with the ADSL2/2+ or VDSL2 standards. *See*, *e.g.*, Chart Nos. 2.1187130F1.3; 2.1187130F1.2; 2.1187130F1.6; 2.1187130F1.5.    In the training sequence specified for transceivers compliant with each of these standards, the values for the transmission parameters for interleaving and Reed-Solomon encoding are selected and exchanged by the transceivers before the data rate of the link is finally determined. *Cf.* § VI.D.5 & ¶ 130 above, discussing the initialization messages by which ADSL transceivers on either end of a link choose FEC and interleaving parameters before the data rate is known.

218.    The specification of the Asserted Patents, however, is silent on how to utilize a transmission parameter value when the data rates of the respective PHYs are not known in advance.    Indeed, the only circumstances provided for in the specification are those in which the data rates of the lines are provided in advance, or otherwise known when the transmission parameters N and D will be utilized to set the configuration latency. Then, with the data rates known, the transmission parameter values N and D are selected to provide the same configuration latency on each PHY.    The specification has no description on how the claimed utilization is accomplished when the data rates of the lines are not known when the transmission parameter values are selected.

219.     Unlike the specification of the Asserted Patents, TQ Delta's infringement contentions are not limited to a scenario in which the data rates for each transceiver are known when transmission parameters including the Reed-Solomon codeword length and interleaver depth are selected.  In fact, TQ Delta's infringement contentions (and Dr. Cooklev's testimony quoted above) show that TQ Delta contends the scope of the Asserted Claims includes a standard-compliant scenario in which the claimed utilization is accomplished – the Reed-Solomon codeword length and the interleaver depth are selected – for each PHY during initialization of an ADSL2/2+ or VDSL2 transceiver when the data rates of the PHYs are not known.

220.     Thus, it is my opinion that the specification of the Asserted Patents does not reasonably convey to a person having ordinary skill in the art that the inventors had possession of the full scope of the invention claimed in the Asserted Claims – namely, "utilizing at least one transmission parameter value" –  as of the effective filing date of the Asserted Patents, or otherwise invented what is claimed.

221.     **Written Description – "to reduce a difference in latency between the bonded transceivers" – 881 patent claims 17 and 18.**  It is my opinion that the specification of the 881 patent does not reasonably convey to a person having ordinary skill in the art that the inventors had possession of the full scope of the invention claimed in claims 17 and 18 – namely, "to reduce a difference in latency between the bonded transceivers" –  as of the effective filing date of the 881 patent.

222.   The Court has construed this portion of the Asserted Claims as "to **reduce** a difference in **configuration latency** between the bonded transceivers." D.I. 335 at 16 (emphasis added).  ADTRAN argued for the narrower construction of "configuring at least one transmission parameter value to ***minimize*** the difference in the ***configuration latencies*** between the bonded transceivers."  D.I. 125-1 at 3 (emphases added); D.I. 185 at 64-67.  TQ Delta deemed this proposed construction "unduly narrow and incorrect," D.I. 185 at 69, and argued that the claim scope should encompass "reducing," which is broader than minimizing: "To the contrary, the word 'minimize' implies not just reducing, but reducing to the smallest possible value, something that is not required by the claim language. . . .  Not only are the terms 'reduce' and 'minimize' different, but they lead to different results." *Id.* at 68 (citations omitted).   TQ Delta prevailed, and the claim has been construed to encompass "reducing" a difference in configuration latencies between bonded transceivers.

223.   But the specification discloses only how to *eliminate* a difference in configuration latency and is thus insufficient to support the broader scope of *reducing, without eliminating entirely*, a difference in configuration latency.  In other words, the specification of the 881 patent does not teach how to reduce a difference in configuration latencies between two bonded PHYs to anything other than zero. Instead, it explains only how Reed Solomon coding and interleaving functions can

be used to ensure that bonded PHYs with different data rates have <u>the exact same</u>

<u>configuration latency</u> (to provide a differential latency of zero):

> Therefore if, for example, two PHYs have different data rates, R1 and
> R2 then, in order to bond these PHYs together and have the same
> configuration latency set:

$$N1*D1/R1 = N2*D2/R2,$$

> where N1 and N2 are the bits in a codeword for each PHY and D1 and
> D2 are the interleaver depths for each PHY.

881 patent at 6:66-7:18. This is a mandatory requirement: "the N1, N1 [sic – D1],

N2 and D2 parameters ***must*** be chosen to satisfy the above equations." *Id.* at col.

7:22- 23 (emphasis added).

> 224.   The examples provided in the specification follow this instruction:

> if the configuration latency is specified at 0.016 seconds, and
> R1=6400000 bps and R2=1600000 then, as described in the example
> above, N1 an[d] D1 can be configured as N1=1600 and D1=64.
> Therefore:

$$N2*D2 = (R2/R1)*D1*N1 = (1600000/6400000) \\ *1600*64 = 1600*64/4.$$

> Therefore, for example, N2 and D2 can be configured as (N2=1600,
> D2=16) or (N2=400, D2=64) or (N2=800, D2=32), etc.

881 patent at 7:25-34. (Even the alternative embodiment with the same data rate

(which is not within the Asserted Claims) "mandate[s]" eliminating differential

configuration latency, not merely reducing it: "Another effective method of

reducing the difference in latency between DSL PHYs is mandate that all DSL PHYs

109

are configured with transmission parameters in order to provide the same configuration latency."  881 patent at 6:56-59.)

225.   Thus, the specification teaches only that the differential *overall* latency between two DSL PHYs (which is made up of various components, including configuration latency, ATM-TC latency, wire latency, and design latency) can be *reduced* by mandating that the differential *configuration* latency between the two DSL PHYs is *reduced to zero*, or minimized, by setting the same configuration latency on each PHY.  Based on those teachings, a POSITA would understand the inventors were in possession of an invention in which the differential between overall end-to-end latency of two transceivers—comprised of configuration latency, ATM latency, wire latency, and design latency—is *reduced* by configuring the two transceivers such that the difference in *configuration* latency between the two is zero. A POSITA would not understand the inventors to be in possession of an invention in which the difference in *configuration* latency between two transceivers is hypothetically reduced. But as TQ Delta itself recognizes, there is room, or a difference in claim scope, between "reducing" and "minimizing": "the word 'minimize' implies not just reducing, but reducing to the smallest possible value, something that is not required by the claim language."  D.I. 185 at 69.

226.   "Reducing" is of broader, and potentially much broader, claim scope than "minimizing."  For example, if the differential latency between two PHYs were

110

20ms, and a transmission parameter were changed so that differential latency became 19ms, the differential latency has been "reduced" by 1ms or 5%. But that 19ms differential latency far exceeds the only scenario described by the specification, that is, where the differential latency is set to 0ms.

227.    Thus, it is my opinion that the specification of the 881 patent does not reasonably convey to a person having ordinary skill in the art that the inventors had possession of the full scope of the invention claimed in claims 17 and 18—namely, reducing a difference in configuration latency between bonded transceivers to something other than zero—as of the effective filing date of the 881 patent, or otherwise invented what is claimed.

228.    **Written Description – "to reduce a difference in latency between the multiple DSL transceivers" – 511 patent claim 6.** It is my opinion that the specification of the 511 patent does not reasonably convey to a person having ordinary skill in the art that the inventors had possession of the full scope of the invention claimed in claim 6 – namely, "to reduce a difference in latency between the multiple DSL transceivers" – as of the effective filing date of the 511 patent.

229.    The Court has construed this portion of the Asserted Claims as "utilizing at least one transmission parameter value . . . to **reduce** a difference in **configuration latency** between multiple DSL transceivers." D.I. 335 at 18 (emphasis added). ADTRAN argued for the narrower construction of "configuring

at least one transmission parameter value to ***minimize*** the difference in
***configuration latencies*** between the multiple DSL transceivers." D.I. 125-1 at 4
(emphases added); D.I. 185 at 64-67. TQ Delta deemed this proposed construction
was "unduly narrow and incorrect," D.I. 185 at 72-73, and argued that the claim
scope should encompass "reducing," which is broader than minimizing: "To the
contrary, the word 'minimize' implies not just reducing, but reducing to the smallest
possible value, something that is not required by the claim language. . . .  Not only
are the terms 'reduce' and 'minimize' different, but they lead to different results."
*Id.* at 68 (citations omitted). TQ Delta prevailed, and the claim has been construed
to encompass "reducing" a difference in configuration latencies between multiple
DSL transceivers.

230. The basis for my opinion that this limitation in claim 6 of the 511 patent
– "to reduce a difference in latency between the multiple DSL transceivers" – is
invalid for lack of the written description is the same as that for my opinion with
respect to the "to reduce a difference in configuration latency between the bonded
transceivers" limitation in claims 17-18 of the 881 patent, as described set forth
above, and I incorporate that discussion here by reference.

## B.    The Asserted Claims are Invalid for Lack of Enablement

231. **Enablement –** "utilizing at least one transmission parameter value to
reduce a difference in latency between the bonded transceivers, wherein a data rate

for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**" – 881 patent claims 17 and 18;** "utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers . . . , wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers" – **511 patent claim 6**. It is my opinion that the specification of the Asserted Patents fails to describe the manner and process of making and using the claimed invention so as to enable the full scope of the claims to be practiced by a person having ordinary skill in the art without undue experimentation. Namely, the specification fails to explain when or how one would know the data rates of the respective PHYs such that transmission parameter values could be selected to satisfy the equation provided.

232.    The specification of the Asserted Patents assumes that the data rates of the lines are known, somehow, before transmission parameter values are selected. The description of the embodiment claimed in the Asserted Claims provides: "Alternatively, different PHYs can have, for example, different data rates but use the appropriate coding or interleaving parameters to have the same latency on all the bonded PHYs." *Id.* at 6:62-65. The specification then provides examples of PHYs with different (known) rates. After stating that latency due to interleaving and Reed

Solomon coding as defined in the ADSL standards G.992.1 and G.992.3 is defined by the equation

$$\text{Latency} = N*D/R,$$

the specification explains that the transmission parameter values – the number of bits in a codeword (N1 and N2) and the interleaver depth (D1 and D2) – "must be chosen to satisfy the above equations." 881 patent at 6:66 –7: 23. In every example provided, the rates are given, i.e., it is assumed that the rates are already known. *Id.* at 7:25-34. And they must be known to then calculate N and D.

233. My opinion is further informed by positions previously taken by TQ Delta as to the Asserted Claims. For example, during TQ Delta's trial against 2WIRE concerning the Family 2 patents, TQ Delta's designated expert Dr. Todor Cooklev testified in terms of the data rates being known before transmission parameters are selected:

> Q. So earlier we talked about configuration latency. How do the transmission parameter values of interleaving and RS coding impact configuration latency?

> A. Yeah, to explain this, I have prepared a slide. So if I can have the next slide, please. So this slide explains how do the transmission parameters values affect the configuration latency. And so there is a formula that relates the configuration latency and the transmission parameters, and this formula comes from the '881 patent, and it is a very simple formula. It says that the configuration latency is the product. N is the – N times D where N is the codeword size, and D is the interleaver depth. And N times D divided by R where R is the data rate. And the '881 patent provides an example of reducing difference in latency. In

114

this example, the difference in latency is reduced down to zero, and here is how this happens. So in this example, each line – the delay of each line is constrained to 16 milliseconds. So that's what's is required now by the patent. And so as an example, each line is constrained to have a delay of 16 milliseconds. **Now, let's assume that the data rate of Line 1 is 6.4 megabits per second. And let's assume that the data rate of Line 2 is 1.6 megabits per second, so the data rates are different of the two lines. Now, the two lines select transmission parameter values independently to meet this constraint.**

2WIRE Trial Family 2 Tr. 317:7-318:8 (emphasis added).

234.  Dr. Cooklev later testified about when the selection of transmission parameter values occurs:

Q.  When does the selection of transmission parameters occur?

A.  The selection of the transmission parameters occurs when the two DSL connections are initialized. So it occurs in the first instance."

2WIRE Family 2 Trial Tr. at 340:7-11.

235.  So the transmission parameter values are selected "in the first instance" when the two DSL connections are initialized. And, as required by the specification, the data rates must be known in advance of this selection. But the specification does not explain how the data rates are set, or when. In fact, in ADSL and VDSL systems, during initialization, the data rate, which is one of the three variables that determine latency (latency = N*D/R), is always selected *after* N and D are chosen. *See* Section V.D.5 above, discussing the initialization messages by which ADSL transceivers on either end of a link choose FEC and interleaving parameters before the data rate is

115

known; *see also* ITU-T G.993.2 (12/2011) at §§ 12.3.5.2.1.3, 12.3.5.2.2.3, 12.3.5.2.1.4, 12.3.5.2.2.4.  Thus, the specification lacks an enabling disclosure as to how the data rates are known before the transmission parameter values are selected, or how the transmission parameter values are selected when the data rates of the lines are unknown.

236.  One of ordinary skill in the art at the time of the invention would have had to engage in undue experimentation to determine data rates in the first instance, for example, during initialization, without first knowing the FEC and interleaving parameters.  As noted, the specification of the Asserted Patents provides its description of minimizing latency with the accompanying examples with specific reference to the ADSL standards G.992.1 and G.992.3.  881 patent at 6:66-7:35.  The FEC and interleaving parameters in those standards are determined before data rates are set, because (at least in part) the data rates are determined based upon the signal to noise ratio (SNR) margin computations that determine what data rate can be supported (at a target error rate).  The FEC and interleaving parameters determine the coding gain, which in turn affects the computed SNR margin.  The approach suggested by the specification of the Asserted Patents—having a known data rate before the FEC and interleaving parameters are selected—is contrary to the approach set forth in the standards at the time of the invention for maximizing data rate.  Thus, a person of ordinary of ordinary skill who followed the teachings of the specification

116

of the Asserted Patents and chose or set a data rate first, so it could be used as a known value in computing the latency according to the equation Latency = N*D/R and teachings of the specification, would need to develop a process by which a transceiver's data rates may be fixed without knowing the effective SNR margin of the link, or set the data rate arbitrarily lower, which is contrary to the goals embodied in the patent to create a high speed link via inverse multiplexing. The processes embodied in the standards, which compute the effective SNR margin in order to determine a maximum data rate, are the result of extensive work and analysis by teams of persons of at least ordinary skill applying extensive collective bodies of knowledge and experience based on proven engineering principles and techniques. A departure from these processes—as would be required by the approach of the Asserted Patents with respect to knowing data rates before determination of FEC and interleaving parameters—would require extensive and substantial work and analysis and could not be practiced by a person of ordinary skill in the art without undue experimentation.

237.   It is therefore my opinion that the specification of the Asserted Patents fails to describe the manner and process of making and using the claimed invention so as to enable the full scope of the claims to be practiced by a person having ordinary skill in the art without undue experimentation.

117

### C.    The Asserted Claims are Invalid as Indefinite

238.    **Indefiniteness –** "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" – 881 patent claims 17 and 18.  It is my opinion that the Asserted Claims of the 881 patent are indefinite because their scope depends upon an external, undefined metric and because their scope, at least as construed and as contended by TQ Delta, is defined by a hypothetical that may or may not exist, the values for which can always be selected to show an alleged reduction in latency.  Thus, they fail to particularly point out and distinctly claim the subject matter of the invention and fail to inform those skilled in the art about the scope of the invention with reasonable certainty.

239.    Specifically, the Asserted Claims of the 881 patent are directed to utilizing at least one transmission parameter value to **reduce** a difference in latency between the bonded transceivers.  The Court has construed this portion of the Asserted Claims as "utilizing at least one transmission parameter value to reduce a difference in configuration latency between the bonded transceivers."

240.    But, for a given set of transmission parameter values selected for each line, one does not know, and cannot know, whether the differential configuration latency has been **reduced**.  To assess whether a reduction has occurred, one must have an antecedent basis or baseline upon which to assess the change.  But no such baseline is described.  The 881 patent says nothing about a pre-existing differential

configuration latency against which any change could be assessed. Nor does it direct those of ordinary skill in the art to any standard by which the appropriate comparison can be made. I understand that TQ Delta has specifically argued against a comparison of a "first" differential latency and a "second" differential latency to determine if differential latency is reduced. Family 2 Markman Hearing Tr. (CV-14-954-RGA) at 67:22-68:6. The Court did not read such a requirement or limitation into the Asserted Claims. *See* Order, D.I. 343 (Markman Order for Family 2 Patents).

241.  Instead, TQ Delta draws the comparison against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.

242.  My understanding of TQ Delta's position is based upon my review of the prior testimony of its designated expert witness Dr. Todor Cooklev. During TQ Delta's trial against 2WIRE concerning the Family 2 patents, Dr. Cooklev testified that infringement of the Asserted Claims would have to be assessed based upon "what the difference in latency could have been if there wasn't a latency constraint on each line":

> Q.  Now, how do you know – so the claims require utilizing transmission parameter values to reduce the difference in configuration latency between the lines. How do you know that a difference in latency between the two lines is actually reduced?

A.    The difference in latency is actually reduced **so we have an actual reduction compared to what the difference in latency could have been if there wasn't a latency constraint on each line.**

. . . .

Q.    Okay.   So it says that each line they select transmission parameters independently of the others.   If the transmission parameters are two individual lines are being selected independently, how do we know that the difference in latency is being reduced?

A.    We know that **the difference in latency is actually reduced compared to what it could have been.**  If there is no bound, and I gave an example earlier where if there is no bound, there is no bound, we know – if there's no bound, **we know what could have happened.**  So that is why we know that the difference in latency is reduced in the first instance.

2WIRE Trial Tr. 318:25-319:8; 341:14-24 (emphases added).  He later testified that infringement would be "possible," but would depend on hypothetical parameters of N and D that would be selected "if there wasn't a constraint on the latency of each line":

Q.    Dr. Cooklev, what was it that you were trying to show by the examples, what point were you trying to make?

A.    If I can have the slide with the two examples.  Example A, as I testified, comes from the patent.  Example B is one example of what could happen – could have happened if there wasn't a constraint on the latency of each line.  That's – that's what – merely what Example B shows.  It is one example, but as in the patent, I pointed to the et cetera words in the patent.  So there are many possible values of interleaver depth.  **And if there is no constraint of the latency of each line, it is possible that Line 1 or Line 2 will use – will use different parameters and will use**

**such parameters of N and D which will result in a much
larger difference in latency.**

2WIRE TRIAL 419:3-17 (emphasis added).  He acknowledged that his testimony

was based up "a hypothetical example" that "doesn't exist in practice":

> Q.    So when does this constraint happen?  In other words, when is
> the constraint applied?
>
> A.    This constraint is applied at the first instance.  The constraint is
> applied when each line calculates the transmission parameters,
> the transmission parameter values.
>
> Q.    So does that mean that the higher difference in latency in your
> Example B will never exist?
>
> A.    Well, that's – that is correct.  That is correct.  **Example B shows
> what it could have been if the invention is not practiced.  So
> it is a hypothetical example. It doesn't exist in practice.**

2WIRE Trial Tr. 320:7-17 (emphasis added).

243.   But one of ordinary skill in the art would understand that a comparison

against a hypothetical setting of the transmission parameter values without

constraints on the latencies of each line does not mean that the claimed reduction

was met.  The differential configuration latency as between the constrained

hypothetical and the unconstrained hypothetical could increase, or it could stay the

same. Thus, TQ Delta's application of the Asserted Claims is based on an unknown

hypothetical situation external to the claims that may not result in infringement.

244.   A simple example illustrates the point.  Let's say the same N and D are

set on each line.  $D1 = D2 = 5$, and $N1 = N2 = 10$.  Line conditions (SNR) are

different; one line has far more noise than the other. So R1=100; R2=150. L1=5*10/100 = 0.5; L2=5*10/150= 0.33. Differential configuration latency is 0.17. Has the differential configuration latency been reduced? It's been reduced versus what it would have been if you'd select D1 = 6 in the above example. But it is not improved if you'd selected D1 = 4 in your hypothetical. Further, as described above, even for selected sets of values of D and N, in a standard-compliant initialization session, the data rate that each transceiver will ultimately select is unknown when D and N are chosen. This uncertainty further compounds the uncertainty of knowing whether differential latency has been reduced.

245. Not only are the data rates unknown when D and N are selected, the data rate on a given line may vary from one initialization to the next even while D and N stay the same. In an xDSL transceiver (including ADSL, ADSL2/2+, and VDSL transceivers), the data rates selected by a transceiver may depend on the measured signal to noise ratio on its line during the channel analysis phase of training, and that signal to noise ratio may vary over time. Therefore, referring to our example above with N and D for each link set to be the same, the next time the transceivers train, line conditions might be identical to one another (the noise is gone, so the SNR is the same on each line) so the transceivers choose the same data rates and the resulting differential latency is zero. Thus, the first example did not reduce differential latency versus what it might have been, in one scenario. Alternatively,

the conditions of each line may have remained the same, in which case the transceivers train and select the same transmission parameters as they did the first time. The differential latency therefore remains the same; it was not reduced versus what it might have been. You could just as easily pick another scenario where differential latency is reduced.

246. In addition, measuring or determining whether a reduction in a difference in latency has occurred by comparing a latency to "what could have happened" or to "a hypothetical example that does not exist in practice" renders the Asserted Claims indefinite because such a comparison to fails to inform a person of ordinary skill in the art with reasonable certainty as to the boundary of claimed subject matter. In fact, the comparing the latency of any two bonded links to "what could have happened" renders the scope of the claim essentially boundless, because one can always come up with an example where differential latency would have been greater than the actual differential latency of any bonded links. As explained by the specification of the Asserted Patents, latency is defined by the simple equation latency $= N*D/R$. Therefore, in the hypothetical baseline of "what could have happened," one could always pick a value of D or N for one of the links to provide a differential latency greater than the actual differential latency on the bonded links, and thus show that differential latency was reduced as compared to the hypothetical. Further, the specification of the Asserted Patent provides no standard or criteria for

123

selecting what the hypothetical latency "could have been." The only theoretical limit would be the physical limits of a given transceiver design, but the claims are not in any way limited by a particular transceiver design. And attempting to define claim scope with reference to physical limits of transceiver design would itself render the claims indefinite by choosing a benchmark not defined in or described in the specification of the Asserted Patents, and which would change over time as transceiver technology changes.

247. Therefore, whether differential configuration latency has been reduced is dependent upon external conditions that vary over time (often unpredictably) and are outside the knowledge or control of persons of skill in the art, or is determined either by an unbounded hypothetical in which differential configuration latency is always reduced. In either case, the boundary of the claimed invention—what is covered by the claims and what is outside their scope—is uncertain, and either is always true of any prior art system bonding ADSL transceivers.

248. Under TQ Delta's approach comparing the reduction of differential latency from what might have been, the Asserted Claims do not distinguish the invention from the prior art and thus render uncertain what is covered by the Asserted Patents and what is open to be practiced without infringement. For example and as described above, each of Counterman, Edvarsen, and Keller-Tuberg teach bonding of ADSL transceivers that may have different data rates. ADSL

transceivers select transmission parameters (including Reed Solomon codeword length and interleaving block size and depth) when they initialize, in compliance with the standard. *See* § VI.D.1. In any case when ADSL transceivers are bonded, the selected transmission parameters on each transceiver reduce differential latency versus a hypothetical of what it could have been. Further, ADSL contains default maximum latency constraints. T1.413-1995 at § 6.1.3 (stating that a maximum transfer delay for payload bits in all bearers assigned to the fast buffer to be no more than 2 ms, and for channels assigned to the interleave buffer it shall default to no more than 20 ms).); G.992.1 at 20-21 (requiring payload transfer delay of no more than 2 ms for channels assigned to the fast buffer and defining payload transfer delay for interleaved buffer to be no more than a variable amount calculated based on S, the number of symbols per codeword, and D, the interleaver depth, relative to the fast buffer). Therefore, in any of these prior art systems where ADSL transceivers are bonded, the selected transmission parameters on each transceiver, which fall within theeither ADSL standard's upper bounds on latency, reduce differential latency versus a hypothetical of what it could have been, if these constraints did not exist or were set to higher values. Therefore, a person of ordinary skill cannot reasonably ascertain the bounds and scope of the Asserted Claims of the 881 patent because they do not distinguish the invention from the prior art.

125

249.   It is therefore my opinion that the Asserted Claims of the 881 patent fail to particularly point out and distinctly claim the subject matter of the invention and fail to inform those skilled in the art about the scope of the invention with reasonable certainty.

250.   **Indefiniteness – "utilizing at least one transmission parameter value . . . to reduce a difference in configuration latency between multiple DSL transceivers" – 511 patent claim 6.**  It is my opinion that the Asserted Claim of the 511 patent is indefinite because its scope depends upon an external, undefined metric and because its scope, at least as contended by TQ Delta, is defined by a hypothetical that may or may not exist, the values for which can always be selected to show an alleged reduction in latency.  Further, a person of ordinary skill cannot reasonably ascertain the bounds and scope of the Asserted Claim of the 511 patent because it does not distinguish the invention from the prior art.  Thus, it fails to particularly point out and distinctly claim the subject matter of the invention and fails to inform those skilled in the art about the scope of the invention with reasonable certainty. My opinion is based on the same analysis set forth above regarding the indefiniteness of the Asserted Claims of the 881 patent, and I incorporate that analysis herein by reference.

## XI. Invalidity of U.S. Patent No. 7,453,881 under 35 U.S.C. 102 and 35 U.S.C. 103

### A. Claims 17 and 18 of the 881 Patent Are Anticipated by Counterman

251. U.S. Patent No. 6,222,858 to Counterman ("Counterman") [ADTRAN_00055190 – ADTRAN_00055206] was granted on April 24, 2001, from an application filed on February 10, 1999. Based on those issue and filing dates, I have been informed and understand that Counterman is prior art to the 881 patent under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

252. According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Counterman discloses each element of Claims 17 and 18 of the 881 patent. Counterman discloses a plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers. Counterman further discloses the aforementioned transceivers wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

### 253. **[17] a plurality of bonded transceivers**

254. It is my opinion that Counterman discloses this limitation.

255.   The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and a "plurality of bonded transceivers" as "two or more transceivers located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links, wherein 'configurable to' precludes rebuilding, recoding, or redesigning any of the components in a 'plurality of bonded transceivers.'"   My opinion is based on and consistent with these constructions.

256.   For example, Counterman discloses the use of a plurality of bonded transceivers; namely, bonded communication links.  *See*, *e.g.*, Counterman at 5:19-23 ("Briefly, and in general terms, the present invention provides a method for flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay.").  *See also id.* at 3:6-8; 3:25-34; 3:63-4:7; 4:16-33.  As explained below, referring to FIG. 3, a person of ordinary skill would understand the each of the bonded links LINK-1, LINK-2, LINK-L associated with blocks labeled TC-1/PMD-1, TC-2/PMD-2, and TC-L/PMD-L, respectively, to comprise a bonded transceiver.  FIG. 4 likewise discloses bonded links provided by bonded transceivers.  Dr. Cooklev has likewise confirmed that Counterman discloses bonded transceivers.  2WIRE Trial Tr. at 676:24–677:2.

257.   Notably, the 881 Patent does not mention a "plurality of bonded transceivers" within the specification, but instead refers to combining "multiple DSL PHY's, i.e., multiple twisted wire pairs" (881 patent at 1:61), or "two ADSL PHYs" that "are 'bonded' together" (881 patent at 4:29-45).   The "plurality of bonded transceivers" of the Asserted Claims must therefore be the bonded PHYs referenced in the specification.   Otherwise, the claim term "plurality of bonded transceivers" is without support in the specification.

258.   Furthermore, Counterman's teaching of inverse multiplexing teaches the "plurality of bonded transceivers" as that phrase is used in the 881 patent.   *See* Counterman at 2:42-51 & Fig. 1 ("The general concept of ATM inverse multiplexing is shown in FIG. 1.  In the transmit direction, an ATM cell stream 100 is received from the ATM layer and distributed on a cell by cell basis by the ATM inverse multiplexer 102 to a number of physical links 103, 104, and 105 which collectively make up Virtual Link 106. At the far end, a receiving ATM inverse multiplexer recombines the cells from each link, on a cell by cell basis, recreating the original ATM cell stream 110 which is then passed onto the ATM layer.").

259.   Figure 3 in Counterman further evidences that Counterman meets this claim element.  Figure 3 is a "protocol reference model" that "includes a number of links **202** which nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). . . .  [F]lows **212** (flow-1, flow-2, ... flow-n) collectively

129

make up a single IMA virtual link **222**. Each flow **212** corresponds to a link **202**.

Each physical link **202** includes a Transmission Convergence sublayer **204** and a

Physical Medium Dependent sublayer 206":



FIG. 3

Counterman at 6:8-18 & Fig. 3.

260. Figure 3 of Counterman shows TC **204** and PMD **206** elements

associated with each link, which are associated with a transceiver. *See*, *e.g.*, ITU-T

G.992.1, § 5.1.2 ("Figure 5-2 is a block diagram of an ADSL Transceiver Unit-

Central office (ATU-C) transmitter showing the functional blocks and interfaces that

are referenced in this Recommendation for the downstream transport of ATM data");

*id.* Fig. 5-2/G.992.1 (entitled "ATUC transmitter reference model for ATM

transport" showing "Cell TC"); *id.*, App. I, Fig. I.1/G.992.1 ("ATM to physical layer

logical interface at ATU-C and ATU-R," also showing "Cell TC").

130

261.  Further, a person of ordinary skill in the art as of the 881 patent's priority date would have understood that xDSL communication is achieved using xDSL transceivers, each of which has a transmitter portion and a receiver portion that share at least some common circuitry, e.g., an analog front end.  Counterman discloses use of IMA in xDSL systems, including ADSL and VDSL.  *See*, *e.g.*, Counterman at 3:25-31; 4:16-58. One of ordinary skill in the art would understand Counterman's references to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1.  A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry.  The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time.

262.  In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not

aware of any ADSL transceivers in or around February 1999 that did not share
common circuitry between their transmitting and receiving functions.

263.    Thus, one of ordinary skill in the art at the time of the alleged invention
would have understood that each bonded communication link of Counterman is
provided by a transceiver as construed by the Court, and the bonded communication
links constitute a "plurality of bonded transceivers" as construed by the Court.

264.    **[17] each bonded transceiver utilizing at least one transmission
parameter value to reduce a difference in latency between the bonded
transceivers**

265.    It is my opinion that Counterman discloses this limitation.

266.    The Court has construed "utilizing at least one transmission parameter
value to reduce a difference in latency between the bonded transceivers" as "utilizing
at least one transmission parameter value to reduce a difference in configuration
latency between the bonded transceivers."  My opinion is based on and consistent
with these constructions.

267.    Counterman meets this claim limitation at least through a discussion of
selecting transmission parameters to provide the same configuration latency (cell
transfer delay) to meet common Quality of Service objectives on bonded links.
Counterman explains that "[a]n ATM network can support different types of
services, such as loss sensitive/delay sensitive, loss insensitive/delay sensitive, loss

sensitive/delay insensitive and loss insensitive/delay insensitive. The required QoS (Quality of Service) is determined during call set-up." Counterman at 2:10-14.

268. Counterman later discusses Quality of Service requirements in the context of transmission parameters; namely, forward error correction and interleaving:

> Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS). Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives. Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay. Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used. The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.

Counterman at 3:35-48.

269. Counterman notes that "it will be apparent to those skilled in the art that there continues to be a need for a method of ATM inverse multiplexing of links of different line rates, links having different cell rates but with similar cell transfer delay, and links that provide two or more cell flows that meet specific quality of Service (QoS) objectives (e.g., cell loss and/or cell delay)." Counterman at 5:8-15.

270. Then, in a discussion about the "simplified protocol reference model" as shown in Figure 3, Counterman notes that it "includes a number of links **202** which nominally have the same cell transfer delay (CTD) but different nominal cell

rates (NCRs). The nominal cell transfer delay is typically the result of selecting

certain FEC parameters in order to meet a desired, common QoS objective":



FIG. 3

Counterman at 6:8-13 & Fig. 3.  Counterman thus defines "cell transfer delay" to be

configuration latency as it is a delay that results from and can be adjusted by the

selection of FEC parameters.  Counterman explicitly teaches selecting "certain FEC

parameters" to have the same cell transfer delay, or configuration latency among

links in the IMA group (i.e., bonded links) to meet a common QoS objective.

Selecting FEC parameters so that two or more links within the IMA group have the

same configuration latency reduces the difference in configuration between those

bonded links.

271.    Accordingly, it is my opinion that Counterman discloses this claim limitation through its teaching of grouping links together based on a sufficiently similar delay or latency.

272.    Further, as noted, Counterman defines QoS objectives to include bounds on the delay that data may experience due to the selected FEC parameters. Limiting the maximum value for the delay on any one link also limits, or bounds, the differential delay between any two links.  Counterman's grouping according to QoS parameters such as delay, further reduces the differential delay.    *See* Counterman at 3:35-48 ("Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS).  Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives.  Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay.  Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used.  The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.") *See also* ITU-T Recommendation G.992.1 (June 1999), Asymmetric Digital Subscriber Line Transceivers, at § 7.6.  Because Counterman provides an exemplary description of QoS and FEC parameters in connection with xDSL, a person of

135

ordinary skill in the art at the time of the alleged invention would understand "FEC

parameters" to include those of forward error correction techniques used in xDSL

technologies at the time, which included Reed-Solomon and interleaving parameters

such as codeword length and interleaving depth. *See, e.g.*, T1.413-1995 at pp. 35-

36. Thus, Counterman teaches use of transmission parameter values that include an

interleaving parameter value, a coding parameter value, and a codeword size value.

273. Thus, Counterman teaches that the transmission parameters control the

configuration latency of a link and uses them to reduce a difference in configuration

latency between two bonded transceivers, for example, to provide bonded

transceivers that carry traffic having the same QoS requirements. I further

understand that TQ Delta interprets "to reduce a difference in latency between the

bonded transceivers" to occur when constraints on a maximum differential latency

are placed on the transceivers during initialization such that the comparison (to

determine whether a reduction has occurred) is drawn against what the differential

configuration latency *might have been* in a hypothetical situation – specifically what

it might have been if there had been no constraints on a maximum differential

latency, and hence on the transmission parameters. Counterman explicitly teaches

bonding links having FEC parameters selected to meet a common QoS objective,

which a person of ordinary skill would understand includes a latency constraint. *See,

e.g.*, T1.413-1995 § 6.2.1.2.2 & Tables 18-19 (recognizing the relationship of

interleaving and latency, and providing FEC coding parameters and interleave depth

to provide certain default transport or QoS classes). Such bonding therefore

provides reduces differential latency as compared to what it might have been, had

the common QoS constraint not been imposed, or had the amount of latency

permitted for a given QoS been different. Counterman therefore discloses utilizing

at least one transmission parameter value to reduce a difference in latency between

bonded transceivers, under TQ Delta's interpretation and application of the Asserted

Claim.

274. In addition to the "simplified protocol reference model" described

above (which itself is anticipatory) Counterman provides additional anticipating

disclosure, for example, in Figure 4 and Table 1:



FIG. 4

137

TABLE 1

| IMA Group | Rate (kcell/s) | Latency (ms) |
|---|---|---|
| TC-1, IMA Group 1, Flow 1 (260) | 1 | 0.5 |
| TC-1, IMA Group 2, Flow 1 (262) | 5 | 4.0 |
| TC-2, IMA Group 1, Flow 2 (264) | 2 | 0.5 |
| TC-2, IMA Group 3, Flow 1 (266) | 4 | 10.0 |
| TC-3, IMA Group 2, Flow 2 (268) | 2 | 4.0 |
| TC-3, IMA Group 3, Flow 2 (270) | 8 | 10.0 |
| IMA Virtual Link 1 (250) | 3 | 0.5 |
| IMA Virtual Link 2 (272) | 7 | 4.0 |
| IMA Virtual Link 3 (274) | 12 | 10.0 |

Counterman Fig. 4 & Table 1. Counterman explains that "[t]he flows **254** in an IMA group may have different nominal cell rates, but have the same nominal cell transfer delay, in order for the corresponding IMA virtual link **250** to meet the desired QoS objective." Counterman at 6:34-37 & Fig. 4. "Thus, [a]s shown in Table 1 and FIG. 4, the present invention groups cell flows which have the same latency (or delay) into a virtual link although they may have different cell rates, and then transmits using each cell flow at its respective rate." Counterman at 6:50-63 (Table 1), 7:6-10 & Figure 4.

275. Table 1 shows grouping transceivers, represented by their respective TC blocks, with the same latency (e.g., 0.5; 4.0; 10.0) but different rates to achieve a higher-rate bonded connection. Specifically, latency paths present in the multiple transceivers associated with the three depicted links that have the same configuration latency, but different rates, are bonded together. Thus, Counterman reduces

138

differential configuration latency between links to zero by grouping together links with the same QoS represented by the common latency, which is in turn derived from the FEC and interleaving parameters used on those latency paths. Each link includes a transceiver that utilizes transmission parameter values, that is, the FEC and interleaving parameters, to have the same configuration latency and meet the common QoS objective for the group. This grouping therefore comprises bonded transceivers that utilize at least one transmission parameter value—which controls the configuration latency of the links—to reduce a difference in configuration latency among the members of the group bonded based on their identical configuration latencies.

276. **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**

277. It is my opinion that Counterman discloses this limitation.

278. Counterman "relates to inverse multiplexing for Asynchronous Transfer Mode ('ATM') over communication links with **different transmission rates and/or delays**." Counterman at 1:8-11 (emphasis added). Counterman accomplishes this objective through "**link grouping of communications links with different transmission rates and delay**," which "supports links which use a portion of the link bandwidth for one QoS objective (e.g., low delay) and another portion for

another QoS objective (e.g., low cell loss)." *Id.* at Abstract (emphasis added). *See also* 3:35-48; 4:16-5:13; 5:20-26; 6:8-13; 6:34-39; 6:48-7:12; Table 1.

279.   One of ordinary skill in the art on the 881 patent's priority date would have understood that the transmission rates referred to in Counterman are the "data rates" of claim 17.

280.   Counterman further discloses in Figure 3 "a block diagram  of ATM inverse multiplexing of multiple links and flows" (Counterman at 5:44-45 & Fig. 3) and in Figure 4 a "model for flexible ATM inverse multiplexing according to the present invention" wherein "[t]he flows **254** in an IMA group may have different nominal cell rates" (*id.* at 6:27-36 & Fig. 4).  One of ordinary skill in the art on the 881 patent's priority date would have understood that in these examples a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.

281.   It is therefore my opinion that Counterman discloses each of the limitations of claim 17 of the 881 patent, such that it anticipates, and therefore invalidates, that patent claim.

282.   **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

140

283.   As described above, Counterman discloses each of the limitations of claim 17 of the 881 patent.  Claim 18 depends from claim 17, and it is my opinion that Counterman discloses the additional limitation in it as well.

284.   For example, in the context of discussing "nominal cell transfer delay," Counterman describes "selecting certain FEC parameters in order to meet a desired, common QoS objective."  Counterman at 6:8-22.  One of ordinary skill in the art at the time of the alleged invention would have understood an "FEC parameter" to be a transmission parameter value that includes a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, and a codeword size value.  *See* Counterman at 3:35-48 ("Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS).  Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives.  Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay.  Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used.  The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.")  Because Counterman provides an exemplary description of QoS and FEC parameters in connection with xDSL, a person of ordinary skill in the art at the

time of the alleged invention would understand "FEC parameters" to include those of forward error correction techniques used in xDSL technologies at the time, which included Reed-Solomon and interleaving parameters such as codeword length and interleaving depth. *See, e.g.*, T1.413-1995 at pp. 35-36.

285.    Counterman also explains that "[c]onvolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay. Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used. The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability." Counterman at 3:41-48. One of ordinary skill in the art on the 881 patent's priority date would have understood that convolutional interleaving is characterized by interleaving parameter values such as interleaving depth.

286.    It is therefore my opinion that Counterman discloses the limitation of claim 18 of the 881 patent, such that it anticipates, and therefore invalidates, that patent claim.

**B.    Claims 17 and 18 of the 881 Patent Are Anticipated or Rendered Obvious over Counterman through its incorporation of Sathe.**

287.    As set out above, it is my opinion that Counterman fully discloses all elements of claims 17 and 18 and thus anticipates both claims. I incorporate my analysis of Counterman in Section XI.A by reference.

142

288.   Counterman also expressly incorporates the disclosure of U.S. Patent No. 5,617,417 to Sathe et al. ("Sathe") by reference.  *See* Counterman at 2:26-33 ("ATM inverse multiplexers (IMA) have been proposed which combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path. **See, for example, U.S. Pat. Nos.** 5,608,733 and **5,617,417** and the ATM Forum, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0, July, 1997, **the contents of which are incorporated herein by reference.**") (emphasis added).

289. U.S. Patent No. 5,617,417 to Sathe et al. ("Sathe") [ADTRAN_00055394 – ADTRAN_00055412] was granted on April 1, 1997, from an application filed on September 7, 1994.  Based on that filing date, I have been informed and understand that Sathe is prior art to the Family 2 patents under at least 35 U.S.C. § 102(b) (pre-AIA).

290.   To the extent that any elements of claims 17 and 18 are determined not to be explicitly disclosed in Counterman absent this express incorporation, it is my opinion that they are anticipated or rendered obvious over Counterman through its incorporation of Sathe.

291.   **[17] a plurality of bonded transceivers**

292.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

293.   Counterman also references and specifically incorporates Sathe. *See* Counterman at 2:26-33.   A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe as a part of Counterman's disclosure.

294.   Sathe likewise discloses a plurality of bonded transceivers.   For example, Sathe discloses "[a]n asynchronous transfer mode inverse multiplexed communication system . . . wherein a series of communication cells are multiplexed over a set of communication links."  Sathe Abstract.

295.   These bonded communication links teach the "plurality of bonded transceivers" of the Asserted Claims.  Notably, the 881 Patent does not mention a "plurality of bonded transceivers" within the specification, but instead refers to combining "multiple DSL PHY's, i.e., multiple twisted wire pairs" (881 patent at 1:61), or "two ADSL PHYs" that "are 'bonded' together" (881 patent at 4:29-45). The "plurality of bonded transceivers" of the Asserted Claims must therefore be the bonded PHYs referenced in the specification.  Otherwise, the claim term "plurality of bonded transceivers" is without support in the specification.  Thus, the bonded communication links of Sathe teach the bonded PHYs of the 881 patent and, thus, the "bonded transceivers" of the Asserted Claims.

296.   Furthermore, Sathe's disclosure of inverse multiplexing teaches the "plurality of bonded transceivers" as that phrase is used in the 881 patent. *See* Sathe

144

at 2:57-59 (disclosing "an asynchronous transfer mode inverse multiplexed communication system, wherein a series of communication cells are multiplexed over each of a set of communication links").

297. **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

298. It is my opinion that Counterman discloses this limitation. I incorporate my discussion above in Section XI.A by reference.

299. Counterman also references and specifically incorporates Sathe. *See* Counterman at 2:26-33. A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe as a part of Counterman's disclosure.

300. Sathe likewise discloses this limitation. Specifically, an object of Sathe is "to compensate for the differing delays associated with the multiple communication links" over which the asynchronous transfer mode communication is executed. Sathe at 2:30-34. This is accomplished through a "predetermined framing bit stream" for each communication link comprised of a framing bit from each communication cell. Sathe at 2:60-62. "On the receiving side, the inbound communication cells from each communication link are aligned according to the corresponding framing bit stream. The alignment provided by the framing bit

145

streams enables compensation for the differing delays associated with each communication link." Sathe at 2:62-67.

301.   Sathe further discloses that "[t]he predetermined framing bit stream enables the determination of differential delays among multiple communication links," and "[i]f the differential delays are excessive and beyond a maximum allowable limit, then the inverse multiplexed connection may be rejected.  If the differential delays are within a permissible limit, then the framing bit stream is used to compensate for the relative delays to recreate the original high speed cell sequence."  Sathe at 3:10-17.  Thus, Sathe discloses using a predetermined framing bit stream to maintain an inverse multiplexed connection within a maximum allowable differential delay.

302.   Sathe's predetermined framing bit stream is a transmission parameter – namely, a framing parameter – and the characteristics defining Sathe's predetermined framing bit stream are therefore "transmission parameter values" as that term is used in the Asserted Claims.  *See* 881 patent, claim 18 ("defining "the at least one transmission parameter value" of claim 17 to include a framing parameter value").Sathe further discloses utilizing the predetermined framing bit stream to adhere to a maximum allowable differential delay among the multiple communication links of the inverse multiplexed connection.  This disclosure anticipates "each bonded transceiver utilizing at least one transmission parameter

146

value to reduce a difference in latency between the bonded transceivers," in accordance with TQ Delta' infringement position.

303.    For example, I understand that TQ Delta interprets "utilizing at least one transmission parameter value" to occur when each bonded transceiver selects its transmission parameters independently of the other(s) during initialization while complying with a maximum differential latency bound.

304.    I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.

305.    Sathe discloses this claimed utilization in that Sathe's predetermined framing bit stream is a framing parameter utilized to ensure compliance with a maximum allowable differential delay among bonded communication links.  For example, under TQ Delta's interpretation of reducing a difference in latency, Sathe's use of the predetermined framing bit stream to measure and comply with a maximum allowable differential latency reduces differential latency as compared to what it might have been, had a higher maximum allowable differential delay been chosen,

147

or if there were no constraint on maximum allowable differential delay. Sathe therefore discloses utilizing at least one transmission parameter value to reduce a difference in latency between bonded transceivers under TQ Delta's interpretation.

306.   Also, as described above in Section XI.A, Counterman bonds links with FEC parameters selected to provide the same configuration latency to meet a common QoS objective in the group of bonded links.  Counterman could employ the framing bit parameter of Sathe to monitor compliance with the common QoS objective of bonded links, and to the extent necessary, select FEC parameters of a given transceiver to maintain its compliance with the QoS objective and would thereby utilize a framing parameter to reduce differential latency.

307.   **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.**

308.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

309.   Counterman also references and specifically incorporates Sathe.  *See* Counterman at 2:26-33.  A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe in conjunction with Counterman's disclosure of a plurality of bonded transceivers wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.

148

310.    **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

311.    It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

312.    Counterman also references and specifically incorporates Sathe.  *See* Counterman at 2:26-33.  A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe as a part of Counterman's disclosure.

313.    Sathe likewise discloses this limitation.    Specifically, Sathe's predetermined framing bit stream is a framing parameter.

314.    **Motivation to Combine**

315.    Sathe is incorporated into, and therefore a part of, the disclosure of Counterman.  To the extent that it is necessary to show a motivation to combine, a person of skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Sathe with Counterman by virtue of this incorporation.

316.    In addition, as described above Counterman teaches selecting FEC parameters to reduce differential latency to meet a common QoS objective for

bonded links, and Sathe provides a description of the framing bits that could be used to detect the differential latency so that the FEC parameters on a given link could be adjusted to reduce it and maintain compliance with the QoS objective of the group. By allowing detection and measurement of differential latency, Sathe provides a specific means to facilitate the selection of FEC parameters for providing links with the same configuration latency for grouping in Counterman.  The reference to Sathe in Counterman, with its framing bits used for delay detection, would be an obvious choice.

### C.    Claims 17 and 18 of the 881 Patent are Obvious over Counterman in Combination with the Admitted Prior Art.

317.    As set out above, it is my opinion that Counterman fully discloses all elements of claims 17 and 18 and thus anticipates both claims.

318.    To the extent any elements of claims 17 and 18 are determined not to be explicitly disclosed in Counterman, any such element would have been obvious to combine with Counterman in the light of admitted prior art and the knowledge of one of ordinary skill in the art at the time of the alleged invention.

319.    **[17] a plurality of bonded transceivers**

320.    It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

321. **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

322. It is my opinion that Counterman discloses this limitation. I incorporate my discussion above in Section XI.A by reference.

323. In addition or in the alternative, it is disclosed through admitted prior art and would have fallen within the knowledge of one of ordinary skill in the art at the time of the alleged invention. For example, in the specification, Figure 1 is labeled as prior art and identified as a "conventional configuration of a system for transporting ATM over DSL using a single latency ADSL configuration," which is, "[a]s of the time of filing," the "most common form of ADSL deployment":



881 patent at 1:19-22 & Fig. 1. "Further details of this specific architecture can be found in DSL Forum Recommendation TR-042, incorporated herein by reference in its entirety." *Id.* at 1:22-25. The specification of the 881 patent also discusses "Reed Solomon coding and interleaving functions as defined in ADSL standards G.992.1 and G.992.3," which are "incorporated herein by reference in their entirety." 881 patent at 6:66-7:1.

324. ADSL discloses transceivers that use at least one transmission parameter, including Reed-Solomon encoding parameters for the number of parity redundancy bytes R per Reed-Solomon codeword, which is used to determine Reed-Solomon codeword size, the number of DMT symbols S per Reed-Solomon codeword, and the interleaving depth D for the interleaved buffer. G.992.1 at p. 38-39. ADSL constrains latency, referred to as payload transfer delay, to no more than 2 ms for channels assigned to the fast buffer. For the interleaved buffer, the payload transfer delay is constrained to be no more than $(4 + (S − 1)/4 + SxD/4)$ ms, where S is the number of symbols per codeword and D is the interleaver depth. G.992.1 at p. 21. The allocation of frames to the fast path or interleaved path is based on a framing parameter. G.992.1 at pp. 29-32. During initialization, ADSL transceivers exchange messages in which they propose and then select the number of R-S redundancy bytes, number of symbols per R-S codeword, and interleaver depth in

compliance with limits on the allowable values.  G.992.1 at 38, 95-96, 99-100, 108,
112, 114.

325.   I understand that TQ Delta interprets "utilizing at least one transmission
parameter value" to occur when each bonded transceiver selects its transmission
parameters independently of the other(s) during initialization while complying with
a maximum differential latency bound.  Counterman teaches grouping, or bonding
ADSL transceivers. Counterman at 3:25-48, 6:8-47 & Figs. 3-4. By constraining
latency on each the fast and interleaved paths, ADSL has effectively imposed a
maximum differential latency between or among bonded ADSL transceivers.
G.992.1 at p. 21.  For example, in a single latency ADSL deployment (recognized
by the inventor of the 881 patent as common in the prior art) using the fast path,
because ADSL constrains the maximum latency on the fast path to 2ms, G.992.1 at
p. 21, the maximum differential latency between two bonded transceivers on the fast
path would be 2 ms.   Further, for either the fast or interleaved paths, by requiring
selection transmission parameters during initialization among allowable values set
forth in the standard in compliance with the specified maximum latency constraints,
G.992.1 at p. 21, 38, the bonded ADSL transceivers of Counterman utilize at least
one transmission parameter to comply with the maximum latency bounds of ADSL
and therefore reduce a difference in latency between bonded transceivers.  It is my
opinion therefore that under TQ Delta's interpretation, any two bonded (or inverse

153

multiplexed) prior art ADSL transceivers utilize at least one transmission parameter value to reduce a difference in latency between bonded transceivers, as disclosed through Counterman in combination with the admitted prior art including ADSL.

326.   I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.  By constraining latency on each the fast and interleaved paths, G.992.1 at p. 21, ADSL has effectively imposed a maximum differential latency between or among bonded ADSL transceivers.   Further, by requiring selection transmission parameters during initialization among allowable values in compliance with these constraints, G.992.1 at p. 21, 38, bonded ADSL transceivers utilize a transmission parameters to reduce a difference in configuration latency versus what it might have been, had each ADSL transceiver not been subject to latency constraints (and hence had there been no effective constraint on maximum differential latency), or had the latency constraints or allowable FEC and interleaving parameters been different.  It is my opinion therefore that under TQ Delta's interpretation, any two bonded (or inverse

154

multiplexed) prior art ADSL transceivers utilize at least one transmission parameter value to reduce a difference in latency between bonded transceivers, as disclosed through Counterman in combination with the admitted prior art including ADSL.

327.    **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.**

328.    It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

329.    Also, ADSL discloses a transceiver that may have a range of different rates.  *See e.g.*, G.992.1 at pp.16-17.  During initialization, ADSL transceivers exchange messages in which they propose and then select data rates from a range of data rates that can be supported based upon measured estimates of line conditions. G.992.1 at 95-96, 99-100, 108, 112, 114.  Two or more ADSL transceivers therefore can have different data rates.

330.    Counterman teaches grouping, or bonding ADSL transceivers, including ADSL transceivers having different data rates.  Counterman at 3:25-48, 6:8-47 & Figs. 3-4.

331.    **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

155

332.    It is my opinion that Counterman discloses this limitation.  I incorporate

my discussion above in Section XI.A by reference.

333.    In addition, ADSL teaches that the at least one transmission parameter

is a Reed-Solomon coding parameter value including the number of parity

redundancy bytes R per Reed-Solomon codeword, which is used to determine Reed-

Solomon codeword size, or the number of DMT symbols S per Reed-Solomon

codeword, and an interleaving parameter value such as the interleaving depth D.

G.992.1 at p. 38-39.  In addition, ADSL uses a framing parameter to allocate frames

to the fast path or interleaved path. G.992.1 at pp. 29-32.

### 334.    **Motivation to Combine**

335.    Counterman itself teaches that his invention is to solve the problem of

inverse multiplexing data links having different data rates over ATM, such as ADSL,

and expressly teaches that his invention should be used with xDSL technologies

including ADSL.  Counterman at 3:25-48, 6:8-47 & Figs. 3-4.  One of ordinary skill

in in the art would have been motivated to make this combination.

### D.    **Claims 17 and 18 of the 881 Patent Are Obvious Over Counterman in Combination with Cooper.**

336.    As set out above, it is my opinion that Counterman fully discloses all

elements of claims 17 and 18 and thus anticipates both claims. *See* Section XI.A   To

the extent that any elements of claims 17 and 18 are determined not to be explicitly

disclosed in Counterman, it is my opinion that they are obvious over Counterman in combination with Cooper.

337.   I incorporate my analysis of Counterman in Section XI.A by reference.

338.   U.S. Patent No. 6,772,388 to Cooper ("Cooper") [ADTRAN_0056029 – ADTRAN_00056040] was granted on August 3, 2004, from an application filed on December 6, 2000.  I have been informed and understand that Cooper is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

339.   **[17] a plurality of bonded transceivers**

340.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

341.   **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

342.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.  To the extent that Counterman is determined not to expressly disclose this element, the combination of Counterman and Cooper would disclose this element.

343.   Cooper teaches various transmission parameters that affect the latency of a link. These parameters include bit error rate, specifically the comparison of a

157

calculated bit error rate ("CBER") and target bit error rate ("TBER").  Cooper at 9:35-52.

344.   Cooper teaches that when the error parameter CBER is less than the threshold TBER, this indicates that channel conditions are of higher quality such that the degree of FEC (provided through Reed-Solomon coding) can be revised lower. Cooper at 8:10-20 & Fig. 2.  This in turn reduces the latency and overhead associated with the FEC scheme.  *Id.* at 8:20-35.

345.   Cooper teaches defining (1) a target bit error rate, (2) the maximum FEC overhead allowed (specifying the minimum information bandwidth), and (3) the maximum latency.  Cooper at 9:53-67.  Cooper's algorithm then optimizes FEC parameters by dynamically selecting a value for the FEC parameters CW_LENGTH and CB_LENGTH that achieves the target bit error rate (1) and minimizes the FEC overhead (2) while not exceeding the maximum system latency (3).  *Id.* at 9:35-52.

346.   Cooper defines the latency calculation for the FEC process using the following equation:

$$\text{Latency} = f_L(CW\_LENGTH, CB\_LENGTH) = TRUNC[(16*CW\_LENGTH + CB\_LENGTH^2 + 4*CB\_LENGTH + 73)/8]*8 + 12 \quad (1)$$

Cooper at 10:16-19.  Cooper's algorithm is depicted in annotated Figure 2, below:

158



*FIG. 2*

347.    CW_LENGTH and CB_LENGTH are coding parameter values; specifically, they are Reed-Solomon code codeword size parameters.    Cooper recognizes that the Reed-Solomon encoding/decoding process adds delay and explains that such delay is proportional to the code word size and the number of error correcting bytes (*i.e.*, bit error rate).    Cooper at 7:10-26.

159

348.    Cooper teaches that latency is a function of those parameters (the code word size and the number of error correcting bytes), and provides an algorithm to reduce the resulting latency.   Cooper at 9:35–52.   Cooper explains that a Reed-Solomon code is typically specified by a parameter pair (n, k), where "n" is  the code word size and "k" is the block size.  *Id.* at 6:16-39.  CW_LENGTH is "the total code word length (in bytes) including both the information or application portion and the error correcting portion."  *Id.* at 9:22-24. Thus, the Reed-Solomon code word size "n" instructs CW_LENGTH, used in Cooper's latency calculation.

349.    Cooper teaches an algorithm that is designed to adjust Reed Solomon FEC coding parameters to reduce the latency across a link.  *See* Cooper at 8:11-23 ("When the calculated or measured error parameter is less than the threshold level (minus any allowable variance), this indicates that the channel conditions are of a comparatively higher quality (relatively lower noise conditions).   Fewer errors are occurring and these errors are capable of being corrected by the forward error correcting code.    Under these conditions, the forward error correcting code parameter can be revised to lower the degree of forward error correction capability (i.e., capable of correcting fewer errors) to reduce the margin between the measured error level and the thresh old level.  B**y lowering the forward error correction power, the overhead and latency associated with the forward error correction scheme will also be reduced.**") (emphasis added).

160

350.   Thus, Cooper teaches selecting FEC parameters to constrain latency such that it is below a maximum allowable latency of a system.  Cooper at 9:53-10:18 & Fig. 2.

351.   Accordingly, it is my opinion that Counterman in view of Cooper discloses a plurality of bonded transceivers each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers.

352.   **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.**

353.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

354.   **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

355.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

356.   In addition, applying Cooper's teachings to Counterman also discloses reducing latency using a transmission parameter value that is a Reed Solomon coding parameter value, an interleaving parameter value, a coding parameter value,

or a codeword size value.  Cooper teaches controlling latency through forward error correction, including FEC coding.  *See*, *e.g.*, Cooper at 8:10-20.  One of ordinary skill in the art at the time of the alleged invention would have understood that Reed-Solomon coding discloses both a coding parameter value and a codeword size parameter value as Reed-Solomon coding is a specific type of FEC block coding that operates based on codewords.

357. **Motivation to Combine**

358.   One of ordinary skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Cooper with Counterman because they are in the same field of endeavor and are concerned, at least in part, with some of the same technical problems. Generally, both references describe asynchronous communications systems including over twisted pair copper wires and both are concerned with the relationship between the selection of FEC parameters and latency.  *See*, *e.g.*, Counterman at 3:23-48, 6:11-14; Cooper at 1:62-2:16, 4:3-25, 7:10-26, 9:35-52.

359.   One of ordinary skill in the art at the time of the alleged invention would have understood that selecting or adjusting FEC parameters in a group of links to have the same configuration latency to meet and maintain a common QoS objective as taught in Counterman's could be achieved using Cooper's algorithm to select the optimum FEC parameters to adjust or reduce the configuration latency of each link

to achieve the desired latency and the target reliability (bit error rate) required by the QoS. A person of ordinary skill would be further motivated to combine Cooper with Counterman because combination would improve Counterman's resiliency to potentially changing line conditions. That is, implementing the algorithm of Cooper on each link, the FEC parameters could be dynamically adjusted on each link in response to changing line conditions to maintain the common QoS objective across the links within the maximum allowable latency consistent with that QoS objective. If for example noise conditions on all links in the group improve after bonding, the Cooper algorithm would lower the FEC power of each link and reduce the configuration latency of each link, while maintaining the minimal differential latency taught by Counterman. Cooper at 8:11-23. This in turn would increase the aggregate throughput on Counterman's bonded links while maintaining the desired QoS. Reduced latency increases throughput. Cooper Abstract. A person of skill would be motivated to increase the aggregate throughput of Counterman by combining it with Cooper because increased throughput is a desirable (if not preeminent) design and market objective.

360. More specifically, both references recognize that such communications systems may be affected by latency and that selected forward error correction parameters impact this latency and may be utilized to reduce latency. Counterman discusses problems with conventional ATM inverse multiplexers, and the

desirability of managing the latencies of different links included in the IMA-DSL
communication device. *See*, *e.g.*, Counterman at 4:16-33 ("The disadvantages of
conventional ATM inverse multiplexers become quite apparent given the fact that
dissimilar cell rates are quite common in many communications systems, such as
xDSL . . . . According to conventional ATM inverse multiplexers, higher speed lines
would be compromised by reducing their speed to the 'lowest common
denominator,' i.e., the speed achievable by the slowest line in a group of lines being
multiplexed."); *id.* at 4:54-5:4. Persons having ordinary skill in the art and familiar
with the teachings of Counterman would have been motivated to look to a reference
like Cooper that taught how to reduce delay in asynchronous data transmissions.

361.    Specifically, one of ordinary skill in the art would have been motivated
to combine the multi-path, inverse multiplexed system of Counterman with Cooper's
teachings of a system where Reed-Solomon coding parameters can be selected to
control and minimize delay across a link to reduce the differential delay among
groups of links in Counterman while meeting a common QoS objective for the
group. Also, using Cooper's algorithm to optimize and reduce latency would reduce
the size of buffers (memory) used in Counterman to accommodate latency or
differential latency.

362.    Persons having ordinary skill in the art would have been further
motivated to incorporate Cooper's teachings with those of Counterman's because

164

Reed-Solomon coding was particularly well-suited for the configuration of Counterman. Counterman teaches its methods as having broad applicability to various xDSL systems, the standards for which require use of Reed-Solomon coding to achieve reliable data communications. A person of ordinary skill would be motivated to combine references that would provide reliable (low error) data communications.

363. Persons having ordinary skill in the art would have a reasonable expectation of success in combining Counterman with Cooper. Counterman explains that its application can employ well-known tools like FEC (Counterman at 3:35-43), and Cooper provides detail on those tools (Cooper at 8:10-10:19). Both references teach applications for systems demanding different latency and quality of service requirements, and both teach using FEC to adjust the latency and quality. Persons having ordinary skill in the art would expect the benefits of dynamically changing FEC configuration parameters explained in Cooper to be well-suited for carrying out the FEC coding of Counterman to reduce and/or otherwise minimize differences in latency due to configuration parameters to achieve Counterman's desired common QoS objectives.

### E. Claims 17 and 18 of the 881 Patent Are Obvious Over Counterman in Combination with Djokovic.

364. As set out above, it is my opinion that Counterman fully discloses all elements of claims 17 and 18 and thus anticipates both claims. To the extent any

elements of claims 17 and 18 are determined not to be explicitly disclosed in Counterman, it is my opinion that they are obvious over Counterman in combination with Djokovic.

365.   I incorporate my analysis of Counterman in Section XI.A by reference.

366.   U.S. Patent No. 6,956,872 to Djokovic ("Djokovic") [ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005, from an application filed on May 22, 2001, and claims priority to provisional applications filed on May 22, 2000, and August 18, 2000.  Based on that filing date, I have been informed and understand that Djokovic is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

367.   **[17] a plurality of bonded transceivers**

368.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

369.   **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

370.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.  To the extent that Counterman were determined not to expressly disclose this element, the combination of Counterman and Djokovic would disclose this element. As described above,

Counterman discloses bonding multiple links or flows with the configuration latency. Djokovic discloses a system for encoding a DSL bitstream using different forward error correction parameters among data applications or service classes, and recognizes that the forward error correction, including both FEC coding and interleaving, imposes latency, while minimal or no forward error correction is appropriate low latency, loss tolerant real time services. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements. For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays. As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem. This permits FEC to be included or excluded on a data service by data service basis within the composite data stream. As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As

167

noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency.") *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

371.    One of ordinary skill in the art at the time of the alleged invention would have understood that Counterman's teaching of links or flows with reduced difference in configuration latency based on their common configuration latency could be achieved by setting appropriate transmission parameters, specifically FEC coding and interleaving parameters, based on using Djokovic's teachings of the relationship between FEC coding and interleaving parameters and latency on a communications channel.

372.  **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.**

373.  It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.

374.  **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

375.  It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XI.A by reference.  In addition, applying Djokovic's teachings to Counterman also discloses reducing latency using a transmission parameter that is a Reed Solomon coding parameter value, an interleaving parameter value, a coding parameter value, or a codeword size value. Djokovic teaches controlling latency through forward error correction, including both FEC coding (and including specifically Reed Solomon FEC coding) and interleaving.  *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements.  For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays.  As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error

169

correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem. This permits FEC to be included or excluded on a data service by data service basis within the composite data stream. As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional

170

interleaving can be described as increased data transmission reliability at the expense

of increased channel latency."). A POSITA would understand that Reed-Solomon

coding discloses both a coding parameter value and a codeword size parameter value

as Reed-Solomon coding is a specific type of FEC block coding that operates based

on codewords.

376.    **Motivation to Combine**

377.    One of ordinary skill in the art at the time of the alleged invention would

have been motivated to combine the teachings of Djokovic with Counterman. First,

both references describe DSL systems. *See*, *e.g.*, Djokovic at 1:35-47; Counterman

at 3:23-48. Second, both references recognize the issue of latency, and the impact

of selected forward error correction parameters on the latency of a link. Counterman

discusses problems with conventional ATM inverse multiplexers, and the

desirability of managing the latencies of different links included in the IMA-DSL

communication device. *See*, *e.g.*, Counterman at 4:16-33 ("The disadvantages of

conventional ATM inverse multiplexers become quite apparent given the fact that

dissimilar cell rates are quite common in many communications systems, such as

xDSL . . . . According to conventional ATM inverse multiplexers, higher speed lines

would be compromised by reducing their speed to the 'lowest common

denominator,' i.e., the speed achievable by the slowest line in a group of lines being

multiplexed."); *id.* at 4:54-5:4. One of ordinary skill in the art would have been

motivated to combine the multi-path, inverse multiplexed system of Counterman, with Djokovic's teachings of a system where Reed-Solomon coding and interleaving parameters can be selected to meet the latency/loss tolerance for a given application (referred to as quality of service objective in Counterman) to provide the same configuration latency across links with a common quality of service objective to reduce the differential delay between them to create the groups of Counterman. Also, using the teachings of Djokovic to meet the latency requirements of the common quality of service objectives of Counterman's groups would advantageously reduce the buffer (memory) size used in Counterman.

### F.    Claims 17 and 18 of the 881 Patent Are Anticipated by Edvardsen.

378.    PCT Application No. PCT/NO99/0024, WO 99/39468, to Edvardsen ("Edvardsen") [ADTRAN_00051641 – ADTRAN_00051670] was published on August 5, 1999, from an application filed on January 29, 1999.  I have been informed and understand that Edvardsen is prior art to the 881 patent under at least 35 U.S.C. § 102(a) and (b) (pre-AIA).

379.    According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Edvardsen discloses each element of Claims 17 and 18 of the 881 patent.  Edvardsen discloses a plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers,

172

wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers. Edvardsen further discloses the aforementioned transceivers wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

380. **[17] a plurality of bonded transceivers**

381. It is my opinion that Edvardsen discloses this limitation.

382. The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and a "plurality of bonded transceivers" as "two or more transceivers located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links, wherein 'configurable to' precludes rebuilding, recoding, or redesigning any of the components in a 'plurality of bonded transceivers.'" My opinion is based on and consistent with these constructions.

383. For example, Edvardsen discusses DSL technology including ADSL and VDSL modems. *See*, *e.g.*, Edvardsen at 1:21-25 ("DSL (Digital Subscriber Line) technology is today a well known technology for digital transmission via copper wire (telephone cables) in the telephone communications field. Using the

most recent technology, e.g. VDSL (Very high bitrate DSL) and ADSL (Asymmetrical DSL), the copper pairs are now able to carry up to 52 Mb/s, but the bit rate is strongly dependent on the distance - see figure 1."); *id.* at 10:21-24 ("Figure 8 shows a schematic description of a network node. The node consists of an inverse multiplexer towards the LEX-side, and two towards other nodes in the network. Subscribers located near the node are connected to the node with subscriber modems, for instance VDSL modems.").

384.    One of ordinary skill in the art at the time of the alleged invention would have understood that ADSL and VDSL modems comprise transceivers in which a transmitter portions and a receiver portion share at least some common circuitry. One of ordinary skill in the art would understand Edvarsdsen's reference to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1. A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry. The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time. *See also, e.g.*, Edvardsen at 9:23-31 ("The HEC detection mechanism can be extended to also include the above synchronisation of the receiver. When starting the receiver at

174

random time, the receiver and transmitter will be phase shifted. . . .  This procedure continues until the transmitter and receiver run synchronously, and data is received correctly.").

385.   In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not aware of any ADSL transceivers in or around February 1998 that did not share common circuitry between their transmitting and receiving functions.

386.   Edvardsen likewise discloses a plurality of bonded transceivers, e.g., aggregating or inverse multiplexing of multiple DSL connections.  *See*, *e.g.*, Edvardsen at 4:8-16 ("In accordance with a first aspect of the invention, there is provided a method for implementing digital broadband communications between subscribers and an exchange via a telecommunication network based upon an older existing telephone network having cables containing twisted copper wire pairs and having node means each connecting a higher level cable to a number of next lower level cables, or to a number of single subscriber twisted pairs (lowest level).  The method is characterised in that at least some twisted pairs in a cable are used as a

175

common communication channel for subscribers connected to that cable, utilising an aggregated bandwidth for said at least some twisted pairs in the cable."); *id.* at 5:17-21 ("Thus, the invention describes a network architecture where all copper pairs can be used as a common pool of bandwidth, accessible to all subscribers. Inverse multiplexing (IM) is used to aggregate the bandwidth from a number of lines, to form a large bandwidth equal to the sum of each separate line. ATM is used as the transmission format to enable easy statistical multiplexing.").

387.    Thus, one of ordinary skill in the art at the time of the alleged invention would have understood that each bonded twisted pair of Edvardsen is provided by a transceiver as construed by the Court, and the bonded twisted pairs constitute a plurality of bonded transceivers as construed by the Court.

388.    **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

389.    It is my opinion that Edvardsen discloses this limitation.

390.    The Court has construed "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" as "utilizing at least one transmission parameter value to reduce a difference in configuration latency between the bonded transceivers." My opinion is based on and consistent with these constructions.

176

391.   Edvardsen meets this claim limitation in that it recognizes that different

traffic classes have different delay and differential delay requirements and proposes

a solution to satisfy those requirements.  As described above in Section VII.D,

Edvarden uses the term cell delay variation (CDV) to describe differential delay

between links.

392.   First, Edvardsen acknowledges that delay and differential delay (CDV)

are limiting factors in inverse multiplexed systems.  *See* Edvardsen at 7:28-8:24 &

Fig. 5 ("Delay and CDV are limiting factors in this kind of inverse multiplexed

systems.    A  number  of  telecommunication  services  pose  strict  requirements

regarding delay and CDV, while others do not.  Telephony is one of the time critical

services that pose strong requirements to delay and CDV.  A common notation for

these time critical services is 'real time services'.  Conventional data services are

among those which are non-critical in this regard, and are called 'non-real time

services.'   Both in ITU and ATM Forum, a number of such service classes are

defined.  Some of these classes can strictly be characterised as real time services,

while others fall into the category of non-real time services. Others again are a

mixture, for instance those which are sensitive to CDV, but not to delay, and vice

versa.").  One of ordinary skill in the art at the time of the alleged invention would

have understood the reference to definitions of service classes in the ITU and ATM

Forum to teach that real time traffic classes have low latency and tolerate higher bit

error rates based on the FEC coding parameters used and the use of low or no interleaving, while non-real time traffic classes have higher latency with lower bit error rates based on the FEC coding parameters used and the use of greater interleaving.

393.   Edvardsen then proposes solving the problem of differential delay by modifying the inverse multiplexing method so that it sorts incoming traffic into two groups, one for real time services and another for non-real time services:



Figure 5      Inverse multiplexing of digital traffic sorted into groups for real time and non-real time classes

Edvardsen at 8:6-8 & Fig. 5.   As shown in Fig. 5 above, low-latency lines are grouped, or bonded, to provide a group of links without differential delay to meet the quality of service requirement for real time traffic.

394.   Specifically, each group is given a separate sequence number series and handled as follows:

Real time traffic treated as described above, will not be exposed to CDV.   The inverse multiplexer is in this way able to meet the

178

requirement posed by this type of traffic, but on the cost of increased complexity of the equipment.

Non-real time traffic is not sensitive to CDV, and may be transmitted over any included line of the inverse multiplexer – also over lines reserved for the real time traffic. In the latter case real time traffic will always have priority over non-real time traffic. Consequently it will only happen when the real time traffic does not use the available bandwidth of the reserved lines.

Edvardsen at 8:13-20.

395.    Edvardsen then discloses allocating "line groups" to different classes based on QoS requirements: "In principle this inverse multiplexer scheme can be further optimised by subdividing the traffic into more classes, and by treating each class separately. To meet the various requirements of the different traffic classes, line groups that match their requirements are allocated to them." Edvardsen at 8:21-24. This disclosure teaches bonding links with the same or similar configuration latency based on the QoS (including latency tolerance) for the traffic class assigned to that line group.

396.    Thus, Edvardsen discloses that different traffic classes have different delay and differential delay requirements and teaches grouping or bonding lines with the same or similar latency to reduce a difference in latency between the bonded transceivers and allocating traffic from a particular traffic class (*e.g.*, real-time traffic) to a group of bonded lines that satisfies the delay and differential delay requirements of that class. A person of ordinary skill in the art at the time of the

179

invention would understand that particular traffic classes are associated with one or more sets of forward error correction and interleaving parameters to satisfy the latency requirement (and loss tolerance) of the class. *See, e.g.*, T1-413-1995 at 30-31. Edvardsen therefore teaches each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers.

397. Edvardsen specifically teaches that the disclosed techniques are suitable for use with ADSL and VDSL modems, including where the transmission rate of such systems is automatically adapted to line length, cable characteristics and noise conditions. *See*, *e.g.*, Edvardsen at 3:11-16, 7:1-5, 11:5-15. A person having ordinary skill in the art at the time of the alleged invention would have understood that in ADSL and VDSL, service classes (QoS) include latency bounds or tolerances, which are a function of FEC coding and interleaving parameters, and that lines having low latency would be those lines connected to transceivers using, for example, minimal or no interleaving. *See, e.g.*, G.992.1 at pp. 21, 38; *see also* Section VI.D above (discussing the well known relationship between forward error correction and latency and defining traffic classes based on latency and loss tolerance). In addition, a person of ordinary skill in the art at the time of the alleged invention would have understood that adjustments in the above listed parameters, particularly to lower-latency lines, or, for example, setting the latencies of the

respective lines to be equal, would result in a reduction in the difference in latency among lines.

398.   I understand that TQ Delta interprets "utilizing at least one transmission parameter value" to occur when each bonded transceiver selects its transmission parameters independently of the other(s) during initialization while complying with a maximum differential latency bound.    It is also my opinion that Edvardsen discloses utilizing at least one transmission parameter value to reduce a difference in latency between bonded transceivers, under TQ Delta's interpretation.   For example, Edvardsen explains that the DSL technology with which his invention is used will automatically adapt the transmission rate to line length, cable characteristics, and noise conditions, and that due to this feature, parallel systems may have different transmission rates even when the line lengths are identical. Edvardsen at 3:11-16, 7:1-5.  A person of ordinary skill in the art at the time of the invention would understand this teaching to reference ADSL or VDSL transceivers that select their transmission parameters independently of one another during initialization.  A person of ordinary skill in the art would further understand that Edvardsen's grouping of lines with minimal differential latency to handle real time services sensitive to latency and differential latency teaches compliance with a maximum differential latency bound.

399.   I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.  Edvardsen explicitly teaches grouping or bonding ADSL links having common latency and loss tolerance, for example a low latency loss tolerant quality of service for real time traffic, which a person of ordinary skill would understand includes a latency constraint.  *See, e.g.*, G.992.1 at pp. 21, 38-39; T1.413-1995 § 6.2.1.2.2 & Tables 18-19 (recognizing the relationship of interleaving and latency, and providing FEC coding parameters and interleave depth to provide certain default transport or QoS classes).  Such bonding therefore provides reduces differential latency as compared to what it might have been, had the common QoS constraint not been imposed, or had the amount of latency permitted for a given QoS been different. Edvardsen therefore discloses utilizing at least one transmission parameter value to reduce a difference in latency between bonded transceivers, under TQ Delta's interpretation and application of the Asserted Claim.

182

400.    **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**

401.    It is my opinion that Edvardsen discloses this limitation.

402.    Edvardsen teaches that a data rate (*e.g.*, cell rates) for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers (*e.g.*, may vary among bonded links). *See*, *e.g.*, Edvardsen at 4:28-31 ("In accordance with a third aspect of the invention, there is provided a digital broadband communication network node for upgrading an existing telephone network between subscribers and an exchange, said network comprising cables containing twisted copper wire pairs possibly having different bit rates."); *id.* at 5:10-16 ("A fourth aspect of the invention consists in a use of an inverse multiplexing means for distributing an incoming stream of consecutive data between a number of parallel outgoing communication lines in a cable in a digital communication network, thereby to aggregate bandwidth from said parallel lines. The inventive use is in a node in an existing local area telephone network based on cables containing multiple twisted copper pair lines, where the lines connected to said inverse multiplexing means possibly have different bit transmission rates."); *id.* at 6:5-10 (" . . . [I]nverse multiplexing of multiple DSL systems running at different speeds is used to aggregate bandwidth that can be used between network nodes."); *id.* at 7:1-6 ("Since one twisted pair performs differently from another due to noise, cross talk

183

and imperfect cable characteristics, it is important to introduce inverse multiplexing methods that are able to cope with lines running at different speed."); *id.* at 7:22-24 ("Inverse multiplexed systems following this scheme, are exposed to delay and cell delay variation (CDV) when the included lines are running at different speed, due to the different cell transfer times.").

403.    One of ordinary skill in the art on the 881 patent's priority date would have understood that the "different bit rates," "different bit transmission rates," and "different speeds" referred to in Edvardsen are the "data rates" of claim 17.

404.    It is therefore my opinion that Edvardsen discloses each of the limitations of claim 17 of the 881 patent, such that it anticipates, and therefore invalidates, that patent claim.

405.    **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

406.    As described above, Edvardsen discloses each of the limitations of claim 17 of the 881 patent.  Claim 18 depends from claim 17, and it is my opinion that Edvardsen discloses the additional limitation in it as well.

407.    First, Edvardsen acknowledges that delay and differential delay are limiting factors in inverse multiplexed systems.  *See* Edvardsen at 7:28-8:24 & Fig.

5 ("Delay and CDV are limiting factors in this kind of inverse multiplexed systems. A number of telecommunication services pose strict requirements regarding delay and CDV, while others do not. Telephony is one of the time critical services that pose strong requirements to delay and CDV. A common notation for these time critical services is 'real time services'. Conventional data services are among those which are non-critical in this regard, and are called 'non-real time services.' Both in ITU and ATM Forum, a number of such service classes are defined. Some of these classes can strictly be characterised as real time services, while others fall into the category of non-real time services. Others again are a mixture, for instance those which are sensitive to CDV, but not to delay, and vice versa."). One of ordinary skill in the art at the time of the alleged invention would have understood the reference to definitions of service classes in the ITU and ATM Forum to teach that real time traffic classes have low latency and tolerate higher bit error rates based on the FEC coding parameters used and the use of low or no interleaving, while non-real time traffic classes have higher latency with lower bit error rates based on the FEC coding parameters used and the use of greater interleaving.

408. Edvardsen also teaches that the disclosed techniques are suitable for use with ADSL and VDSL modems. *See*, *e.g.*, Edvardsen at 3:11-16, 7:1-5, 11:5-15. Because Edvardsen states that his techniques are for use with DSL technologies, a person of ordinary skill in the art at the time of the alleged invention would

185

understand that ADSL lines of Edvardsen use those forward error correction techniques used in ADSL technologies at the time, which included Reed-Solomon and interleaving parameters such as codeword length and interleaving depth. *See, e.g.*, T1.413-1995 at pp. 35-36; G.992.1 at pp. 38-39.

409. A POSITA would further understand that in the context of the exemplary DSL system described by Edvardsen bonding transceivers with similar performance characteristics to minimize delay for real time traffic classes, as taught by Edvardsen, requires using transmission parameter values including Reed Solomon Coding parameter values, interleaving parameter values, coding parameter values, and codeword size values, all of which were known to affect latency, to control the latency of the different traffic classes described by Edvardsen. *See*, *e.g.*, ITU-T Recommendation G.992.1 (06/99), §§ 6-7. *See also* U.S. Patent No. 6,775,320 to Tzannes et al. (priority date of March 12, 1999) at 2:12-30 ("Classic transceiver architecture includes a Framer/Coder/Interleaver (FCI) block, a digital modulation block, an Analog Front End (AFE) block, and a communications channel. In most cases, it is the FCI block that is optimized for a specific application because the FCI block has significant control over three of the four parameters mentioned above: bit error rate, latency and immunity to impulse noise. Many transceivers use forward error correcting (FEC) codes, block and/or convolutional codes, to improve the bit error rate (BER) performance. Combining large block FEC

codes with interleavers provides immunity to impulse noise. The disadvantage of large block FEC codes and interleaving is that they add latency to the system. As an example, if low BER and immunity to impulse noise are required for a specified application, the transceiver may include FEC codes and interleaving. If for another application low latency is important but a higher BER and/or burst errors resulting from impulse noise are tolerable, convolutional codes and no interleaving may be used."). Thus, Edvardsen teaches use of transmission parameter values that include an interleaving parameter value, a coding parameter value, and a codeword size value.

410. It is therefore my opinion that Edvardsen discloses the limitation of claim 18 of the 881 patent, such that it anticipates, and therefore invalidates, that patent claim.

### G.   Claims 17 and 18 of the 881 Patent Are Obvious Over Edvardsen in Combination with Djokovic

411. As set out above, it is my opinion that Edvardsen fully discloses all elements of claims 17 and 18 and thus anticipates both claims. To the extent that any elements of claims 17 and 18 are determined not to be explicitly disclosed in Edvardsen, it is my opinion that they are obvious over Edvardsen in combination with Djokovic.

412. I incorporate my analysis of Edvardsen in Section XI.F by reference.

187

413.  U.S.  Patent  No.  6,956,872  to  Djokovic  ("Djokovic")
[ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005,
from an application filed on May 22, 2001, and claims priority to provisional
applications filed on May 22, 2000, and August 18, 2000.  Based on these filing
dates, I have been informed and understand that Djokovic is prior art to the Family
2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

414.  **[17] a plurality of bonded transceivers**

415.  It is my opinion that Edvardsen discloses this limitation.  I incorporate
my discussion above in Section XI.F by reference.

416.  **[17] each bonded transceiver utilizing at least one transmission
parameter value to reduce a difference in latency between the bonded
transceivers**

417.  It is my opinion that Edvardsen discloses this limitation.  I incorporate
my discussion above in Section XI.F by reference.  To the extent that Edvardsen
were determined not to expressly disclose this element, the combination of
Edvardsen and Djokovic would disclose this element. As described above,
Edvardsen discloses bonding links with the same or similar configuration latency
based on the QoS for the traffic class assigned to that line group. Djokovic discloses
a system for encoding a DSL bitstream using different forward error correction
parameters among data applications or service classes, and recognizes that the

forward error correction, including both FEC coding and interleaving, imposes latency, while minimal or no forward error correction is appropriate low latency, loss tolerant real time services. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements. For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays. As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem. This permits FEC to be included or excluded on a data service by data service basis within the composite data stream. As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC

189

involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

418.    One of ordinary skill in the art at the time of the alleged invention would have understood that Edvardsen's teaching of bonding links with the same or similar configuration latency based on the QoS for the traffic class assigned to that line group could be achieved by setting appropriate transmission parameters, specifically FEC coding and interleaving parameters, based on using Djokovic's teachings of the relationship between FEC coding and interleaving parameters and latency on a communications channel.

419.    **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**

420.    It is my opinion that Edvardsen discloses this limitation. I incorporate my discussion above in Section XI.F by reference.

421.  **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

422.  It is my opinion that Edvardsen discloses this limitation.  I incorporate my discussion above in Section XI.F by reference.  To the extent that it is determined that Edvardsen does not expressly disclose this limitation, or, in the alternative, Djokovic discloses reducing latency using a Forward Error Correction parameter. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements.  For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays.  As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem.  This permits FEC to be included or excluded on a data service by data service basis within the composite data stream.  As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit.  The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for

requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency."). A POSITA would understand that Reed-Solomon coding discloses both a coding parameter value and a codeword size parameter value as Reed-Solomon coding is a specific type of FEC block coding that operates based on codewords.

423. **Motivation to Combine**

424.    One of ordinary skill in the art at the time of the alleged invention would
have been motivated to combine the teachings of Djokovic with Edvardsen.  First,
both references describe DSL systems.  *See*, *e.g.*, Djokovic at 1:35-47; Edvardsen at
1:28-2:11.  Second, both references recognize the issue of latency and the impact of
differences in latency in lines in DSL systems.  *See*, *e.g.*, Edvardsen at 3:29-4:7 ("As
previously mentioned, there are no standards enabling inverse multiplexing of
channels having different bandwidths.  The inverse multiplexing can only be
executed if the bandwidth is adapted to one of the standardized levels in the
transmission hierarchy.").  One of ordinary skill in the art would have been
motivated to combine the multi-path, inverse multiplexed system of Edvardsen with
Djokovic's teachings of a system where Reed-Solomon coding and interleaving
parameters can be selected to meet the latency/loss tolerance for a given application
(referred to as real time services or non-real time services in Edvardsen) to provide
the same configuration latency across links with a common latency/loss tolerance to
reduce the differential delay between them  to create the groups of Edvardsen. Also,
using the teachings of Djokovic to meet the latency requirements of the common
quality of service objectives of Edvardsen's groups would advantageously reduce
the buffer (memory) size used in Edvardsen.

**H.    Claims 17 and 18 of the 881 Patent Are Anticipated by Keller-Tuberg.**

425.    U.S.  Patent  No.  7,068,657  to  Keller-Tuberg  ("Keller-Tuberg") [ADTRAN_00053934 – ADTRAN_00053960] was granted on June 27, 2006, from an application filed on January 18, 2002, claiming priority to provisional and non-provisional applications filed on April 24, 2001.  Based on that filing date, I have been informed and understand that Keller-Tuberg is prior art to the 881 Patent under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

426.    According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Keller-Tuberg discloses each element of Claims 17 and 18 of the 881 Patent.  Keller-Tuberg discloses a plurality of bonded transceivers, each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers.  Keller-Tuberg further discloses the aforementioned transceivers wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

427.    **[17] a plurality of bonded transceivers**

428.    It is my opinion that Keller-Tuberg discloses this limitation.

194

429.   The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and a "plurality of bonded transceivers" as "two or more transceivers located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links, wherein 'configurable to' precludes rebuilding, recoding, or redesigning any of the components in a 'plurality of bonded transceivers.'"  My opinion is based on and consistent with these constructions.

430.   Keller-Tuberg discloses transmitters and receivers for transmitting cells across a plurality of IM communication links between the IMA-ADSL line card and IMA-ADSL Modem.  Keller-Tuberg at 3:49–53 & Figs. 4, 6; Keller-Tuberg Prov. Fig. 2.  In my opinion, one of ordinary skill in the art would understand the transceivers include transmitting portions and receiving portions which share common circuitry, as exemplified in Keller-Tuberg's Figures 4 and 6.

431.   Keller-Tuberg's IMA-ADSL line card and IMA-ADSL Modem teach the claimed transceivers. The IMA-ADSL line card and IMA-ADSL Modem teach transceivers because they each are communications devices capable of transmitting and receiving data, as depicted by the bidirectional arrows in Figure 12:

195



Keller-Tuberg Fig. 12. The bidirectional arrows confirm that each of the IM links
is capable of transmitting data in both an upstream and downstream direction (*i.e.*,
transmitting and receiving). *Id.* at 12:51-55. The IMA-ADSL line card and IMA-
ADSL modem are capable of providing transmitter functionality as shown in Figure
4:



Keller-Tuberg Fig. 4. *See also id.* at 12:31-39; Keller-Tuberg Prov. at 1-2, 5 & Fig. 2.

432.   A person of ordinary skill in the art understood that transceivers can be bonded and unbonded. *See* 881 Patent at 4:29-45.  A bonded transceiver is a transmitter that is coupled to a receiver so as to support an asynchronous transfer mode (ATM) stream. *Id*. at 4:29-31.

433.   Moreover, Keller-Tuberg describes bonding together two or more ATM links.   *See*, *e.g.*, Keller-Tuberg at 9:32-34 ("Accordingly, the receiver 600 terminates the plurality of IM communication links within a bonded group . . . .");12:60-63 ("Accordingly, n-pairs of paired conductor transmission lines are required when n ADSL IM communication links are bonded into an IM group."); *see also id.* at 3:1-3, 6:63-66, 7:43-46, 14:23-28; Keller-Tuberg Prov. at 1 (describing technical problem to be solved as "[b]onding together two or more ATM links into a logically unified and faster connection").

434. Keller-Tuberg discloses senders/transmitters and receivers (*i.e.*, transceivers) that are coupled together in communications at each end of the bonded links.  Keller-Tuberg's transceivers are bonded as they together transport a single ATM cell stream as shown in Figure 12.  Keller-Tuberg Fig. 12; *see also* Keller-Tuberg Prov. at 1-3, 7 & Fig. 2 ("Because the ADSL layer is constantly monitoring line performance and searching for appropriate opportunities to increase or decrease

197

bit rate, when bit rate changes occur, the same microprocessor which is managing

the link bonding is immediately aware of the link state and condition changes.").

Specifically, Keller-Tuberg teaches "two or more IM communication links" where

"n-pairs of paired conductor transmission lines are required when n ADSL IM

communication links are bonded into an IM group." Keller-Tuberg at 12:56-63.

435.   Keller-Tuberg discloses in Figure 11 "a block diagram view depicting

an embodiment of an IMA-ADSL communication system in accordance with an

embodiment of the disclosures made" therein:



Keller-Tuberg Fig. 11 *see also id.* at 4:8-10.  Keller-Tuberg further explains this

embodiment:

> The communication system **800** includes an IMA-compatible
> Asymmetric Digital Subscriber Line (ADSL) system **805** having a

198

telecommunication network **810** and an Asynchronous Transfer Mode (ATM) compatible communication network **815** connected thereto. The telecommunication network **810** is connected directly to the ATM-compatible communication network **815** for enabling direct communication therebetween. . . .

The ADSL system **805** includes a central office communication apparatus **820** and a subscriber premise communication apparatus **825** connected to the central office apparatus **820** for providing an ADSL service therebetween. The central office communication apparatus **820** facilitates Plain Old Telephone Service (POTS) and ADSL service for the subscriber premise communication apparatus **825** via the telephone network system **810** and the ATM-compatible data network **815,** respectively. The central office communication apparatus **820** is connected to the subscriber premise communication apparatus **825** via a first paired-conductor transmission line **830** and a second paired-conductor transmission line **831**. A twisted pair telephone line that is typically used for carrying telephony signals is an example of the first and the second paired-conductor transmission lines **830**, **831**. ADSL data is carried over the first and the second paired-conductor transmission lines **830**, **831**. A POTS telephone signal may be carried over one or both of the paired-conductor transmission lines **830**, **831**.

The central office communication apparatus **820** includes a POTS switch **835** connected to a Subscriber Line Access Multiplexor (DSLAM) **845**. The DSLAM **845** includes a signal splitter **840**, an IMA-ADSL line card **850** and a Network Termination Unit (NTU) **855.** The POTS switch **835** and the IMA-ADSL line card **850** are connected to the signal splitter **840**. The DSLAM **845** is connected to the ATM-compatible data network via the NTU **855**. An active signal splitter and a passive signal splitter are examples of the signal splitter **840**.

The subscriber premise communication apparatus **825** includes a signal splitter **860**, a telecommunication device **865** and a data processing system **870**. The data processing system includes an IMA-ADSL modem **875** and a central processing unit (CPU) **880**. The telecommunication device **865** and the IMA-ADSL modem **870** are both connected to the signal splitter **860** of the subscriber premise communication apparatus **825**. The CPU **880** is connected to the IMA-

199

ADSL modem **870**. A telephone and a personal computer are examples of the telecommunication device **865** and the CPU **880,** respectively.

*Id.* at 11:6-62 & Fig. 11.

436. One of ordinary skill in the art would understand Keller-Tuberg's references to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1. A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry. The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time.

437. In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not aware of any ADSL transceivers in or around April 2001 that did not share common circuitry between their transmitting and receiving functions.

438. Moreover, Keller-Tuberg's IMA-ADSL line card and modem have multiple links that work together to transmit/receive the single ATM stream from

200

the ATM-Compatible Communication Network.  Keller-Tuberg discloses the IMA-ADSL modem contains the DSLAM, which divides high-speed data traffic from the data network into a plurality of ADSL communication links corresponding to particular paired conductor transmission lines.  Keller-Tuberg Fig. 11 (showing lines 830 and 831); *see also id.* at 12:12-30; Keller-Tuberg Prov. at 1, 5-6. The Modem and Line Card transceivers are also disclosed as asymmetric DSL components, confirming the transmitter and receiver can operate at a different rate.

439.   Keller-Tuberg discloses the IMA-ADSL system contains the DSLAM, and that the DSLAM divides high-speed data traffic from the data network into a plurality of ADSL communication links corresponding to particular paired conductor transmission lines.  Keller-Tuberg at 12:12-30 & Fig. 11 (showing lines 830 and 831); *see also* Keller-Tuberg Prov. at 1, 5-6.

440.   The first and second paired conductor transmission lines establish a first and second IM communication link, respectively.   Keller-Tuberg at 12:40-55; Keller-Tuberg Prov. at 6.  Keller-Tuberg teaches the DSLAM can include more than one IMA-ADSL line card that can be combined to provide multiple IMA functionality to a communication apparatus.  Keller-Tuberg at 12:64-13:12; Keller-Tuberg Prov. at 5-6.  As described, these transceivers are configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links.  Keller-Tuberg at 12:64-13:12; Keller-Tuberg Prov. at 5-6.

201

441.   Keller-Tuberg discloses a "plurality of bonded transceivers."   As explained in detail above, Keller-Tuberg discloses that its DSLAM can include more than one IMA-ADSL line cards (bonded transceivers) (*i.e.*, "two or more transceivers located on the same side of two or more physical links") and that they transmit or receive (*i.e.*, "each transceiver is configurable to transmit or receive") a different portion of the same bit stream via a different one of the physical links (*i.e.*, "transmit or receive a different portion of the same bit stream via a different one of the physical links").   Thus, it is my opinion that the IMA-ADSL System of Keller-Tuberg taught the claimed "plurality of bonded transceivers."  *See* Keller-Tuberg Figs. 4, 6.

442.   A system designed to utilize Keller-Tuberg's multiple IMA functionality is "configurable to" transmit or receive a different portion of the same bit stream via a different one of the physical links as Keller-Tuberg describes. Keller-Tuberg teaches systems designed to practice its disclosure.

443.   Thus, one of ordinary skill in the art at the time of the alleged invention would have understood that the transmitting and receiving functionalities described in Keller-Tuberg are provided by a transceivers as construed by the Court, and the "plurality of IM communication links" of Keller-Tuberg constitute a plurality of bonded transceivers as construed by the Court.

202

444.    **[17] each bonded transceiver utilizing at least one transmission
parameter value to reduce a difference in latency between the bonded
transceivers**

445.    It is my opinion that Keller-Tuberg discloses this limitation.

446.    The Court has construed "utilizing at least one transmission parameter
value to reduce a difference in latency between the bonded transceivers" as "utilizing
at least one transmission parameter value to reduce a difference in configuration
latency between the bonded transceivers."  My opinion is based on and consistent
with these constructions.

447.    Keller-Tuberg discloses a transmitter that is capable of transmitting
cells across a plurality of IM communication links.  Keller-Tuberg at 7:46-54;
Keller-Tuberg Prov. at 5 & Fig. 2.  Keller-Tuberg's transmitter includes a queue
selector that selectively routes ATM cells to each one of a plurality of receiver
queues so that the time to transmit from the transmitter across the communication
links to the receiver is equal.  Keller-Tuberg at 7:55-67, 8:8-13; Keller-Tuberg Prov.
at 5 & Fig. 2.  This is done "due to facility operating parameter differences" which
are transmission parameter values.  Keller-Tuberg at 10:40-43 & Fig. 9.  *See also id.*
at 10:49-53 ("The delay of the first facility cells is a result of the first facility having
a lower capacity (i.e. transmission rate) than the second facility, a longer delay than
the second facility or both.").

203

448.   The receiver also includes a receiver queue (e.g., a buffer). Keller-Tuberg at 9:24-32; Keller-Tuberg Prov. Fig. 3.  The receiver is capable of combining or multiplexing the stream of cells arriving on each one of the IM communication links.  Keller-Tuberg at 9:32-40; Keller-Tuberg Prov. Fig. 3.

449.   The 881 Patent admits DSL transmission parameter values include "the data rate, coding parameters . . . interleaving parameters, framing parameters, or the like."   881 Patent at 6:10-16.  Keller-Tuberg explains that "[c]apacity (e.g. transmission rate) and delay are examples of facility operating parameters."  Keller-Tuberg at 10:40-53; Keller-Tuberg Prov. at 5–6.

450.   Keller-Tuberg sets the receiver queues at different lengths when the IM communication links are operating at different data transmission rates such that slower links are provided shorter queues and faster links receive longer queues. Keller-Tuberg at 8:1-16.  In my opinion, the data transmission rates are transmission parameter values.  See 881 Patent at 6:10-16 (noting that "these parameters include the data rate").   Keller-Tuberg uses these transmission parameter values to selectively route ATM cells.  Keller-Tuberg at 13:57-14:37; Keller-Tuberg Prov. at 4.  Keller-Tuberg explains this selective routing is done such that the time required to transmit cells from the transmitter to the receiver, across the different communication links, is equal.  Keller-Tuberg at 8:1-16; Keller-Tuberg Prov. at 5-7.  This approach reduces the difference in latency, or end-to-end delay, between the

links' bonded transceivers as the time to transmit from one end to the other is made equal. This teaches each bonded transceiver utilizing a transmission parameter value to reduce a difference in latency between the bonded transceivers.

451. Keller-Tuberg also uses the differential delay to selectively route. Keller-Tuberg at 10:40-53, 13:57-14:37; Keller-Tuberg Prov. at 7–8. The differential delay is another example of a transmission parameter value. The differential delay is a function of the disparate upstream and/or downstream data transmission rates resulting from the rate adaptive nature of ADSL causing differing delays associated with each link. Keller-Tuberg at 2:58-67, 4:51-57; 13:66-14:29; Keller-Tuberg Prov. at 7–8. In adapting the data rate to conditions on the line, a person of ordinary skill at the time of the invention would understand that ADSL transceivers use transmission parameters such as Reed-Solomon coding parameters, interleaving parameters, and framing parameters, which affect the configuration latency on each line. Keller-Tuberg at 2:58-67, 4:51-57; 881 patent at 6:10-16; § VI.D above. Keller-Tuberg explains the buffers can be sized to accommodate any differential delay, but that it is preferred to minimize the delay across any one link. Keller-Tuberg at 14:30-37; Keller-Tuberg Prov. at 7.

452. A buffer is a data storage device. Keller-Tuberg at 6:20-26. The larger the differential delay across the links, the more ATM cells that need to be stored in the buffer, and therefore the larger the required buffer. Keller-Tuberg at 5:6-18,

6:20-26.  The transmitter and receiver (e.g., transceivers) both have buffers (Keller-Tuberg at 7:55-67, 9:24-32; Keller-Tuberg Prov. at 6-7 & Figs. 2, 3), and both must be sized with the appropriate "buffer depth" to accommodate the number of ATM cells resulting from the differential delay (Keller-Tuberg at 14:30-37; Keller-Tuberg Prov. at 6-7.  Keller-Tuberg explains that the restriction on its approach is the "depth of the buffers that have been implemented at the transmitter and receiver ends." Keller-Tuberg at 14:30-33.

453.    Thus, Keller-Tuberg explains that the amount of the differential delay is used to selectively route the packets to the different receiver queue buffers to equalize the time to transmit the data across the links.  By using the differential delay to selectively route, Keller-Tuberg teaches that each bonded transceiver is utilizing a transmission parameter value to reduce a difference in latency between the bonded transceivers. Keller-Tuberg at 13:57-14:37; Keller-Tuberg Prov. at 4.

454.    I am aware that in the *2Wire* litigation, the patent owner argued against the Counterman reference by arguing that claim 17 of the 881 Patent required "reduc[ing] the difference" in ***configuration*** latency.  Family 2 JMOL Opinion, *TQ Delta, LLC v. 2Wire, Inc.*, No. 1:13-cv-01835, Dkt. No. 1354 (D. Del. Sept. 15, 2020).

455.    Keller-Tuberg teaches reducing a difference in configuration latency. Data transmission rate is a transmission parameter that affects configuration latency.

Further, the delay on each link and therefore the differential delay among them is a function of the disparate upstream and/or downstream data transmission rates resulting from the rate adaptive nature of ADSL causing differing delays associated with each link.  Keller-Tuberg at 2:58-67, 4:51-57; 13:66-14:29; Keller-Tuberg Prov. at 7–8.   In addition to the data rate (which is a transmission parameter) affecting latency, ADSL transceivers use transmission parameters such as Reed-Solomon coding parameters, interleaving parameters, and framing parameters, which also affect the configuration latency on each line.  Keller-Tuberg at 2:58-67, 4:51-57; 881 patent at 6:10-16; § VI.D above.  Keller-Tuberg therefore discloses this limitation as discussed above: it uses transmission parameter values (*i.e.*, data transmission rates and differential delay resulting from selection of Reed-Solomon coding parameters and interleaving parameters) to reduce a difference in latency between the bonded transceivers.  It is my opinion that Keller-Tuberg's balancing of the time to transfer across the different links as equal constitutes "reducing" the difference in configuration latency.

456.  To the extent it is argued that Keller-Tuberg does not disclose that latency on its ADSL links are a function of the transmission parameter values used by its ADSL transceivers including Reed-Solomon coding parameters, interleaving parameters, and framing parameters, it would be obvious to combine Keller-Tuberg with standardized ADSL.  A person of ordinary skill at the time of the invention

would understand Keller-Tuberg's repeated references to ADSL communication links to include standardized ADSL at that time, such as T1.413-1995 and G.992.1. Each of T1.413-1995 and G.992.1 describe the relationship of latency and the selection of Reed-Solomon coding parameters and interleaving parameters. *See, e.g.*, T1.413-1995 at pp. 35-36; G.992.1 at pp. 38-39.

457. To the extent it is argued that Keller-Tuberg's balancing using the transmission data rate and differential delay as transmission parameters does not teach claim 17 of the 881 Patent because the (1) transmission parameter values are not "utilized" by the bonded transceivers; (2) the "utilization" does not occur "between" the bonded transceivers; or (3) because the difference in delay is not being "reduced" by changes in the transmission parameters, I would disagree with such arguments.

458. First, as explained above, the parameters are "utilized" by the IMA-ADSL line card – Keller-Tuberg's bonded transceivers – to carry out the selective queuing process to reduce the difference in latency by making the time to transmit equal. Keller-Tuberg at 13:57-14:37 & Fig. 11; Keller-Tuberg Prov. at 4-6. The IMA-ADSL line card enables the IMA functionality from the DSLAM to the modem and conducts the multiplexing. The IMA-ADSL line card of Keller-Tuberg performs multiplexing to allocate the queue length to reduce the difference in latency

208

across the links by using the data rate and differential delay.  Keller-Tuberg at 12:40-55; Keller-Tuberg Prov. at 4-6.

459.   I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.  Keller-Tuberg expressly teaches bonding ADSL transceivers that train based upon line conditions and select their data rates independently of one another.  Keller-Tuberg at 2:58-67, 4:51-57.  A standard compliant ADSL transceiver includes constraints on maximum latency.  *See, e.g.*, G.992.1 at p. 21.  Therefore, Keller-Tuberg's bonded ADSL transceivers, which train and select transmission parameters subject to these constraints, reduce a difference in configuration latency versus a hypothetical situation where these constraints did not exist, or permitted greater latency.

460.  Keller-Tuberg discloses the "exemplary method" of the 440 Provisional.  *See* § VII.E above.  As explained above with respect to the priority date, the 440 Provisional only provides two approaches for dealing with latency differences between bonded PHYs, but the second approach is not described and

appears to be a draft.  *See* § V.A above. To the extent that TQ Delta argues that the 440 Provisional supports the claims when applying "a difference in latency" as construed by the Court (*i.e.*, "reduce a difference in ***configuration*** latency between the bonded transceivers"), it is my opinion that the claim is disclosed by Keller-Tuberg's cell buffering approach, which uses the links' disparate data rates and differential delay as described above.

461.  **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**

462.  It is my opinion that Keller-Tuberg discloses this limitation.

463.  Keller-Tuberg teaches a "method for facilitating inverse multiplexing over asynchronous transfer mode wherein "sequence-identified ATM cells are forwarded to a destination endpoint logical communication link in a distributed manner over a plurality of IM communication links" and "a first one of said IM communication links has disparate data transmission rates in at least one data transmission direction with respect to a second one of the IM communication links." Keller-Tuberg Abstract.  *See also id.* at 5:1-3 (disclosing "[a] method **100** for facilitating IMA functionality via communication links having disparate data transmission rates"); *id.* at 8:1-8 ("It is desirable for the receiver queues 404 to be set to different lengths when the IM communication links are operating at different data transmission rates.  For the receiver functionality disclosed herein, it is

210

advantageous to provide a shorter queue length for communication links operating at slower data transmission rates and longer queue lengths for communication links operating at higher data transmission rates."); *id.* at 13:57-14:39 ("As disclosed herein, IMA is capable of being facilitated via communication links having disparate upstream and/or downstream data transmission rates.").

464.    Thus, Keller-Tuberg's method facilitates IM over ATM where the first communication link "has disparate data transmission rates" than the second communication link.  Keller-Tuberg Abstract; Keller-Tuberg Prov. at 1-2.  The Keller-Tuberg Provisional Application confirms: "ADSL and other types of xDSL links are inherently rate adaptive or include rate adaptive capabilities.  This means that the modems on each end of the connection commonly negotiate and attempt to establish the highest bit rate permitted by their configuration.  If during the life of the link, conditions change sufficiently as to warrant an increase or decrease in link speed, the two modems renegotiate a new link speed 'automatically' (as part of the standard)."  Keller-Tuberg Prov. at 1; *see also* Keller-Tuberg at 2:59-67.

465.    Keller-Tuberg de-multiplexes data traffic into a plurality of lower speed transmissions.  These transmissions are then communicated over a plurality of IM communication links using IMA functionality to distribute the data traffic, such that data communication links with disparate and rate adaptable upstream and/or downstream data transmission rates can be utilized.  Keller-Tuberg at 4:33-57 & Fig.

211

1; Keller-Tuberg Prov. at 3-7.  The transmissions are then multiplexed at the receiver.  Keller-Tuberg at 9:24-28; Keller-Tuberg Prov. at 6-7 & Figs. 2, 3.

466.   It is therefore my opinion that Keller-Tuberg discloses each of the limitations of claim 17 of the 881 Patent, such that it anticipates, and therefore invalidates, that patent claim.

467.   **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

468.   As described above, Keller-Tuberg discloses each of the limitations of claim 17 of the 881 Patent.  Claim 18 depends from claim 17, and it is my opinion that Keller-Tuberg discloses the additional limitation in it as well.

469.   Keller-Tuberg meets this claim limitation in that it notes that a cell forwarding sequence may be "delayed due to facility operating parameter differences" as demonstrated in Figure 9:

212



Keller-Tuberg at 10:40-43 & Fig. 9. Keller-Tuberg identifies "[c]apacity (e.g.

transmission rate) and delay" as examples of "facility operating parameters." *Id.* at

10:43-44. Keller-Tuberg later notes that "[i]t is preferred to try to minimize the

delay across any one link." *Id.* at 14:33-34.

470. A person having ordinary skill in the art at the time of the alleged

invention would have understood Keller-Tuberg's reference to "delay" as a "facility

operating parameter" in the context of ADSL lines initializing and adapting to line

conditions to refer to the delays imposed by forward error correction and interleaving

213

parameters selected by ADSL transceivers during initialization in compliance with standardized ADSL at the time, G.992.1.  As the 881 patent recognized, these transmission parameter values including "coding parameters such as the coding method, codeword size, interleaving parameters, framing parameters, and the like." 881 Patent at 6:10-16; *see also*, *e.g.*, ITU-T Recommendation G.992.1 (06/99), §§ 6-7; § VI.D above;U.S. Patent No. 6,775,320 to Tzannes et al. (priority date of March 12, 1999) at 2:12-30 ("Classic transceiver architecture includes a Framer/Coder/Interleaver (FCI) block, a digital modulation block, an Analog Front End (AFE) block, and a communications channel.  In most cases, it is the FCI block that is optimized for a specific application because the FCI block has significant control over three of the four parameters mentioned above: bit error rate, latency and immunity to impulse noise.  Many transceivers use forward error correcting (FEC) codes, block and/or convolutional codes, to improve the bit error rate (BER) performance.   Combining large block FEC codes with interleavers provides immunity to impulse noise.  The disadvantage of large block FEC codes and interleaving is that they add latency to the system.  As an example, if low BER and immunity to impulse noise are required for a specified application, the transceiver may include FEC codes and interleaving. If for another application low latency is important but a higher BER and/or burst errors resulting from impulse noise are tolerable, convolutional codes and no interleaving may be used.").

471.    It is therefore my opinion that Keller-Tuberg discloses the limitation of claim 18 of the 881 Patent, such that it anticipates, and therefore invalidates, that patent claim.

**I.    Claims 17 and 18 of the 881 Patent Are Obvious Over Keller-Tuberg in Combination with Djokovic.**

472.    As set out above, it is my opinion that Keller-Tuberg fully discloses all elements of claims 17 and 18 and thus anticipates both claims.  To the extent that any elements of claims 17 and 18 are determined not to be explicitly disclosed in Keller-Tuberg, it is my opinion that they are obvious over Keller-Tuberg in combination with Djokovic.

473.  I incorporate my analysis of Keller-Tuberg in Section XI.H by reference.

474.  U.S. Patent No. 6,956,872 to Djokovic ("Djokovic") [ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005, from an application filed on May 22, 2001, and claims priority to provisional applications filed on May 22, 2000, and August 18, 2000.  Based on that filing date, I have been informed and understand that Djokovic is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

475.  **[17] a plurality of bonded transceivers**

476.    It is my opinion that Keller-Tuberg discloses this limitation.   I incorporate my discussion above in Section XI.H by reference.

215

477.  **[17] each bonded transceiver utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers**

478.  It is my opinion that Keller-Tuberg discloses this limitation.  I incorporate my discussion above in Section XI.H by reference.  To the extent that it is determined that Keller-Tuberg does not expressly disclose this limitation, or, in the alternative, it is my opinion that the combination of Keller-Tuberg and Djokovic disclose bonded transceivers, each bonded transceiver using forward error correction parameters to reduce a difference in latency among the bonded transceivers, and recognizes the relationship between forward error correction and latency, and in turn, that increases or decreases in forward error correction can increase or decrease a difference in latency between links.  *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements.  For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays.  As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem.  This permits FEC to be included or excluded on a data service by data service basis within the composite data stream.  As an example of the mixed

216

requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

479.    One of ordinary skill in the art at the time of the alleged invention would have understood that, using the systems of Djokovic, the difference in latency

217

between communication links could be reduced by setting forward error correction parameters, which are transmission parameters.

480.  **[17] wherein a data rate for a first of the bonded transceivers is different than a data rate for a second of the bonded transceivers**

481.  It is my opinion that Keller-Tuberg discloses this limitation.    I incorporate my discussion above in Section XI.H by reference.

482.  **[18] The transceivers of claim 17, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.**

483.  It is my opinion that Keller-Tuberg discloses this limitation.    I incorporate my discussion above in Section XI.H by reference.  To the extent that it is determined that Keller-Tuberg does not expressly disclose this limitation, or, in the alternative, it is my opinion that the combination of Keller-Tuberg and Djokovic disclose reducing latency using a Forward Error Correction parameter.  *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements.  For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays.  As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error

218

correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem.  This permits FEC to be included or excluded on a data service by data service basis within the composite data stream.  As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit.  The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission.  For this application, FEC is highly desired.  On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency.  As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener).  Thus, in such an application, FEC may be optional.  FEC involves the addition of redundant information to the data to be transferred.  The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords.  FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte.  FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional

219

interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

484.  **Motivation to Combine**

485.  One of ordinary skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Djokovic with Keller-Tuberg. First, both references describe DSL systems. *See*, *e.g.*, Djokovic at 1:35-47; Keller-Tuberg at 1:43-59. Second, both references recognize the issue of latency and the impact of selected forward error correction parameters on the latency of a link. Keller-Tuberg discusses the desirability of managing the latencies of different links included in the IMA-ADSL communication device. *See*, *e.g.*, Keller-Tuberg at 14:33-34 ("It is preferred to try to minimize the delay across any one link."). One of ordinary skill in the art would be motivated to combine the multi-path, inverse multiplexed system of Keller-Tuberg with Djokovic's teachings of a system where Reed-Solomon coding parameters can be selected in order to minimize delay across the links and thereby reduce the differential delay between links. Also, using the teachings of Djokovic to manage the latency requirements of the different links of Keller-Tuberg would advantageously reduce the buffer (memory) size used in Keller-Tuberg.

220

## XII.  Invalidity of U.S. Patent No. 8,422,511  – claim 6 under 35 U.S.C. 102 and 35 U.S.C. 103

### A.    Claim 6 of the 511 Patent Is Anticipated by Counterman

486.  U.S. Patent No. 6,222,858 to Counterman ("Counterman") [ADTRAN_00055190 – ADTRAN_00055206] was granted on April 24, 2001, from an application filed on February 10, 1999.  Based on those issue and filing dates, I have been informed and understand that Counterman is prior art to the 511 patent under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

487.  According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Counterman discloses each element of Claim 6 of the 511 patent.  Counterman discloses a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels, comprising: multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers; and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate

connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

488.    **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

489.    To the extent the preamble is limiting, it is my opinion that Counterman discloses this limitation.

490.    The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and "combin[ing] multiple DSL transceivers" as "locat[ing] two or more DSL transceivers on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream via a different one of the physical links." My opinion is based on and consistent with these constructions.

491. For example, Counterman discloses combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels. *See*, *e.g.*, Counterman at 5:19-23 ("Briefly, and in general terms, the present invention provides a method for flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay."). *See also id.*

222

at 3:6-8; 3:25-34; 3:63-4:7; 4:16-33 and FIGS. 3-4  As explained below, referring to FIG. 3, a person of ordinary skill would understand the each of the bonded links LINK-1, LINK-2, LINK-L associated with blocks labeled TC-1/PMD-1, TC-2/PMD-2, and TC-L/PMD-L, respectively, to comprise a DSL transceiver.  FIG. 4 likewise discloses grouped or combined links provided by DSL transceivers.  It should be noted that the terms "combining" and "bonding" of  transceivers in this context is analogous, as confirmed by the Court's construction.  Similarly, Counterman's grouping is analogous to either bonding or combining, and I use the terms interchangeably in my analysis of the 511 patent.  Dr. Cooklev has likewise confirmed that Counterman discloses bonded transceivers.  2WIRE Trial Tr. at 676:24–677:2.

492.   Counterman teaches that his flexible inverse multiplexing for ATM and for link grouping of communication links with different transmission rates and delay such as xDSL technology, which transmits over a "metallic wire pair" of the "existing telephone network."  Counterman at 3:25-34, 3:48-52.  Counterman teaches that the xDSL network architecture of the telephone network connects xDSL equipment in a central office or other main facility to a customer's premise. Counterman at 4:19-23.  A person of ordinary skill would therefore understand Counterman's inverse multiplexing of multiple DSL transceivers to disclose multiple DSL transceivers to generate a single high data rate connection between a

223

service provider and a DSL subscriber over a plurality of twisted pair communications channels.

493.   Furthermore, Counterman's teaching of inverse multiplexing teaches the "a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels"" as that phrase is used in the 511 patent. *See* Counterman at 2:42-51 & Fig. 1 ("The general concept of ATM inverse multiplexing is shown in FIG. 1.  In the transmit direction, an ATM cell stream 100 is received from the ATM layer and distributed on a cell by cell basis by the ATM inverse multiplexer 102 to a number of physical links 103, 104, and 105 which collectively make up Virtual Link 106. At the far end, a receiving ATM inverse multiplexer recombines the cells from each link, on a cell by cell basis, recreating the original ATM cell stream 110 which is then passed onto the ATM layer.").

494.   Figure 3 in Counterman further evidences that Counterman meets this claim element.  Figure 3 is a "protocol reference model" that "includes a number of links **202** which nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). . . .  [F]lows **212** (flow-1, flow-2, ... flow-n) collectively make up a single IMA virtual link **222**.  Each flow **212** corresponds to a link **202**. Each physical link **202** includes a Transmission Convergence sublayer **204** and a Physical Medium Dependent sublayer 206":

224



FIG. 3

Counterman at 6:8-18 & Fig. 3.

495.  Figure 3 of Counterman shows TC **204** and PMD **206** elements associated with each link, which are associated with a transceiver.  *See*, *e.g.*, ITU-T G.992.1, § 5.1.2 ("Figure 5-2 is a block diagram of an ADSL Transceiver Unit-Central office (ATU-C) transmitter showing the functional blocks and interfaces that are referenced in this Recommendation for the downstream transport of ATM data"); *id.* Fig. 5-2/G.992.1 (entitled "ATUC transmitter reference model for ATM transport" showing "Cell TC"); *id.*, App. I, Fig. I.1/G.992.1 ("ATM to physical layer logical interface at ATU-C and ATU-R," also showing "Cell TC").

496.  Further, a person of ordinary skill in the art as of the 511 patent's priority date would have understood that xDSL communication is achieved using xDSL transceivers, each of which has a transmitter portion and a receiver portion that share at least some common circuitry, e.g., an analog front end.  Counterman

225

discloses use of IMA in xDSL systems, including ADSL and VDSL. *See*, *e.g.*, Counterman at 3:25-31; 4:16-58. One of ordinary skill in the art would understand Counterman's references to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1. A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry. The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time.

497. In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not aware of any ADSL transceivers in or around February 1999 that did not share common circuitry between their transmitting and receiving functions.

498. Thus, one of ordinary skill in the art at the time of the alleged invention would have understood that each bonded communication link of Counterman is

226

provided by a transceiver as construed by the Court, and the bonded communication links constitute "combin[ed] multiple DSL transceivers" as construed by the Court that "generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels."

499. **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

500. It is my opinion that Counterman discloses this limitation.

501. The Court has construed "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" as "utilizing at least one transmission parameter value . . . to reduce a difference in configuration latency between the multiple DSL transceivers."  My opinion is based on and consistent with these constructions.

502. Counterman meets this claim limitation at least through a discussion of selecting transmission parameters to provide the same configuration latency (cell transfer delay) to meet common Quality of Service objectives on bonded links. Counterman explains that "[a]n ATM network can support different types of services, such as loss sensitive/delay sensitive, loss insensitive/delay sensitive, loss sensitive/delay insensitive and loss insensitive/delay insensitive.  The required QoS (Quality of Service) is determined during call set-up."  Counterman at 2:10-14.

227

503.   Counterman later discusses Quality of Service requirements in the context of transmission parameters; namely, forward error correction and interleaving:

> Multiple applications may share the xDSL bandwidth, and each of these applications may require a different Quality of Service (QoS). Because of the operational noise inherent in xDSL environments, forward error correction (FEC) is typically used to reduce the effects of noise and to meet the required QoS objectives. Convolutional interleaving may also be used to provide low cell loss in the presence of impulse noise, however, it often introduces delay. Therefore, in order to meet the desired performance requirements, a dual (or more complex) FEC approach is often used. The dual FEC approach provides a low delay path with greater cell loss probability and a high delay path with less cell loss probability.

Counterman at 3:35-48.

504.   Counterman notes that "it will be apparent to those skilled in the art that there continues to be a need for a method of ATM inverse multiplexing of links of different line rates, links having different cell rates but with similar cell transfer delay, and links that provide two or more cell flows that meet specific quality of Service (QoS) objectives (e.g., cell loss and/or cell delay)." Counterman at 5:8-15.

505.   Then, in a discussion about the "simplified protocol reference model" as shown in Figure 3, Counterman notes that it "includes a number of links **202** which nominally have the same cell transfer delay (CTD) but different nominal cell rates (NCRs). The nominal cell transfer delay is typically the result of selecting certain FEC parameters in order to meet a desired, common QoS objective":



FIG. 3

Counterman at 6:8-13 & Fig. 3. Counterman thus defines "cell transfer delay" to be configuration latency as it is a delay that results from and can be adjusted by the selection of FEC parameters. Counterman explicitly teaches selecting "certain FEC parameters" to have the same cell transfer delay, or configuration latency among links in the IMA group (i.e., bonded links) to meet a common QoS objective. Selecting FEC parameters so that two or more links within the IMA group have the same configuration latency reduces the difference in configuration between those bonded links.

506. Accordingly, it is my opinion that Counterman discloses this claim limitation through its teaching of grouping links together based on a sufficiently similar delay or latency.

229

507. Further, as noted, Counterman defines QoS objectives to include
bounds on the delay that data may experience due to the selected FEC parameters.
Limiting the maximum value for the delay on any one link also limits, or bounds,
the differential delay between any two links. Counterman's grouping according to
QoS parameters such as delay, further reduces the differential delay. *See*
Counterman at 3:35-48 ("Multiple applications may share the xDSL bandwidth, and
each of these applications may require a different Quality of Service (QoS). Because
of the operational noise inherent in xDSL environments, forward error correction
(FEC) is typically used to reduce the effects of noise and to meet the required QoS
objectives. Convolutional interleaving may also be used to provide low cell loss in
the presence of impulse noise, however, it often introduces delay. Therefore, in
order to meet the desired performance requirements, a dual (or more complex) FEC
approach is often used. The dual FEC approach provides a low delay path with
greater cell loss probability and a high delay path with less cell loss probability.")
*See also* ITU-T Recommendation G.992.1 (June 1999), Asymmetric Digital
Subscriber Line Transceivers, at § 7.6. Because Counterman provides an exemplary
description of QoS and FEC parameters in connection with xDSL, a person of
ordinary skill in the art at the time of the alleged invention would understand "FEC
parameters" to include those of forward error correction techniques used in xDSL
technologies at the time, which included Reed-Solomon and interleaving parameters

230

such as codeword length and interleaving depth. *See, e.g.*, T1.413-1995 at pp. 35-
36. Thus, Counterman teaches reducing a difference in configuration latency
utilizing at least one transmission parameter value, such as an interleaving parameter
value, a coding parameter value, and a codeword size value.

508. Thus, Counterman teaches that the transmission parameters control the
configuration latency of a link and uses them to reduce a difference in configuration
latency between two bonded or combined DSL transceivers, for example, to provide
bonded transceivers that carry traffic having the same QoS requirements. I further
understand that TQ Delta interprets "to reduce a difference in latency between the
bonded or combined DSL transceivers" to occur when constraints on a maximum
differential latency are placed on the transceivers during initialization such that the
comparison (to determine whether a reduction has occurred) is drawn against what
the differential configuration latency *might have been* in a hypothetical situation –
specifically what it might have been if there had been no constraints on a maximum
differential latency, and hence on the transmission parameters. Counterman
explicitly teaches combining links having FEC parameters selected to meet a
common QoS objective, which a person of ordinary skill would understand includes
a latency constraint. *See, e.g.*, T1.413-1995 § 6.2.1.2.2 & Tables 18-19 (recognizing
the relationship of interleaving and latency, and providing FEC coding parameters
and interleave depth to provide certain default transport or QoS classes). Such

231

combining therefore provides reduces differential latency as compared to what it might have been, had the common QoS constraint not been imposed, or had the amount of latency permitted for a given QoS been different. Counterman therefore discloses utilizing at least one transmission parameter value to reduce a difference in latency between combined DSL transceivers, under TQ Delta's interpretation and application of the Asserted Claim.

509.    In addition to the "simplified protocol reference model" described above (which itself is anticipatory) Counterman provides additional anticipating disclosure, for example, in Figure 4 and Table 1:



FIG. 4

232

TABLE 1

| IMA Group | Rate (kcell/s) | Latency (ms) |
|---|---|---|
| TC-1, IMA Group 1, Flow 1 (260) | 1 | 0.5 |
| TC-1, IMA Group 2, Flow 1 (262) | 5 | 4.0 |
| TC-2, IMA Group 1, Flow 2 (264) | 2 | 0.5 |
| TC-2, IMA Group 3, Flow 1 (266) | 4 | 10.0 |
| TC-3, IMA Group 2, Flow 2 (268) | 2 | 4.0 |
| TC-3, IMA Group 3, Flow 2 (270) | 8 | 10.0 |
| IMA Virtual Link 1 (250) | 3 | 0.5 |
| IMA Virtual Link 2 (272) | 7 | 4.0 |
| IMA Virtual Link 3 (274) | 12 | 10.0 |

Counterman Fig. 4 & Table 1.  Counterman explains that "[t]he flows **254** in an IMA group may have different nominal cell rates, but have the same nominal cell transfer delay, in order for the corresponding IMA virtual link **250** to meet the desired QoS objective." Counterman at 6:34-37 & Fig. 4.  "Thus, [a]s shown in Table 1 and FIG. 4, the present invention groups cell flows which have the same latency (or delay) into a virtual link although they may have different cell rates, and then transmits using each cell flow at its respective rate."  Counterman at  6:50-63 (Table 1), 7:6-10 & Figure 4.

510.   Table 1 shows grouping transceivers, represented by their respective TC blocks, with the same latency (e.g., 0.5; 4.0; 10.0) but different rates to achieve a higher-rate combined connection.  Specifically, latency paths present in the multiple transceivers associated with the three depicted links that have the same configuration latency, but different rates, are combined together.        Thus,

233

Counterman reduces differential configuration latency between links to zero by grouping together links with the same QoS represented by the common latency, which is in turn derived from the FEC and interleaving parameters used on those latency paths. Each link includes a transceiver that utilizes transmission parameter values, that is, the FEC and interleaving parameters, to have the same configuration latency and meet the common QoS objective for the group. This grouping therefore comprises combined multiple DSL transceivers that utilize at least one transmission parameter value—which controls the configuration latency of the links—to reduce a difference in configuration latency among the members of the group bonded based on their identical configuration latencies.

511. **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

512. It is my opinion that Counterman discloses this limitation.

513. Figure 3 of Counterman shows TC **204** and PMD **206** elements associated with each link, which comprise transmitter portions associated with a transceiver. *See*, *e.g.*, ITU-T G.992.1, § 5.1.2 ("Figure 5-2 is a block diagram of an ADSL Transceiver Unit-Central office (ATU-C) transmitter showing the functional

blocks and interfaces that are referenced in this Recommendation for the downstream transport of ATM data"); *id.* Fig. 5-2/G.992.1 (entitled "ATUC transmitter reference model for ATM transport" showing "Cell TC"); *id.*, App. I, Fig. I.1/G.992.1 ("ATM to physical layer logical interface at ATU-C and ATU-R," also showing "Cell TC"). As described above, these transmitter portions are capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber (customer).

514.    Counterman "relates to inverse multiplexing for Asynchronous Transfer Mode ('ATM') over communication links with **different transmission rates and/or delays**." Counterman at 1:8-11 (emphasis added). Counterman accomplishes this objective through "**link grouping of communications links with different transmission rates and delay**," which "supports links which use a portion of the link bandwidth for one QoS objective (e.g., low delay) and another portion for another QoS objective (e.g., low cell loss)." *Id.* at Abstract (emphasis added). *See also* 3:35-48; 4:16-5:13; 5:20-26; 6:8-13; 6:34-39; 6:48-7:12; Table 1.

515.    One of ordinary skill in the art on the 511 patent's priority date would have understood that the transmission rates referred to in Counterman are the "data rates" of claim 6.

516.    Counterman further discloses in Figure 3 "a block diagram  of ATM inverse multiplexing of multiple links and flows" (Counterman at 5:44-45 & Fig. 3)

235

and in Figure 4 a "model for flexible ATM inverse multiplexing according to the present invention" wherein "[t]he flows **254** in an IMA group may have different nominal cell rates" (*id.* at 6:27-36 & Fig. 4). One of ordinary skill in the art on the 511 patent's priority date would have understood that in these examples a data rate for a first of the DSL transceivers is different than a data rate for a second of the DSL transceivers.

517.    **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

518.    It is my opinion that Counterman describes this limitation.

519.    I incorporate my analysis above with respect to the preamble, which shows that Counterman teaches that the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

520.    It is therefore my opinion that Counterman discloses each of the limitations of claim 6 of the 511 patent, such that it anticipates, and therefore invalidates, that patent claim.

**B.    Claim 6 of the 511 Patent Is Anticipated or Rendered Obvious over Counterman through its incorporation of Sathe.**

521.    As set out above, it is my opinion that Counterman fully discloses all elements of claim 6 and thus anticipates it.  I incorporate my analysis of Counterman in Section XII.A by reference.

522.    Counterman also expressly incorporates the disclosure of U.S. Patent No. 5,617,417 to Sathe et al. ("Sathe") by reference.  *See* Counterman at 2:26-33 ("ATM inverse multiplexers (IMA) have been proposed which combine several communication lines, e.g., T1 carriers, into a higher bandwidth aggregate communication path.  **See, for example, U.S. Pat. Nos.** 5,608,733 and **5,617,417** and the ATM Forum, "Inverse Multiplexing for ATM (IMA) Specification", Version 1.0, July, 1997, **the contents of which are incorporated herein by reference.**") (emphasis added).

523. U.S. Patent No. 5,617,417 to Sathe et al. ("Sathe") [ADTRAN_00055394 – ADTRAN_00055412] was granted on April 1, 1997, from an application filed on September 7, 1994.  Based on that filing date, I have been informed and understand that Sathe is prior art to the Family 2 patents under at least 35 U.S.C. § 102(b) (pre-AIA).

524.  To the extent that any element of claim 6 is determined not to be explicitly disclosed in Counterman absent this express incorporation, it is my

237

opinion that they are anticipated or rendered obvious over Counterman through its incorporation of Sathe.

525. **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

526. It is my opinion that to the extent the preamble is limiting, Counterman discloses this limitation. I incorporate my discussion above in Section XII.A by reference.

527. **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

528. It is my opinion that Counterman discloses this limitation. I incorporate my discussion above in Section XII.A by reference.

529. Counterman also references and specifically incorporates Sathe. *See* Counterman at 2:26-33. A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe as a part of Counterman's disclosure.

530. To the extent it is determined Counterman does not disclose this limitation, the combination of Counterman and Djokovic would disclose it. Sathe discloses multiple transceivers, each of the multiple transceivers capable of utilizing

at least one transmission parameter value to reduce a difference in latency between the multiple transceivers. Specifically, an object of Sathe is "to compensate for the differing delays associated with the multiple communication links" over which the asynchronous transfer mode communication is executed. Sathe at 2:30-34. This is accomplished through a "predetermined framing bit stream" for each communication link comprised of a framing bit from each communication cell. Sathe at 2:60-62. "On the receiving side, the inbound communication cells from each communication link are aligned according to the corresponding framing bit stream. The alignment provided by the framing bit streams enables compensation for the differing delays associated with each communication link." Sathe at 2:62-67.

531. Sathe further discloses that "[t]he predetermined framing bit stream enables the determination of differential delays among multiple communication links," and "[i]f the differential delays are excessive and beyond a maximum allowable limit, then the inverse multiplexed connection may be rejected. If the differential delays are within a permissible limit, then the framing bit stream is used to compensate for the relative delays to recreate the original high speed cell sequence." Sathe at 3:10-17. Thus, Sathe discloses using a predetermined framing bit stream to maintain an inverse multiplexed connection within a maximum allowable differential delay.

239

532.    Sathe's predetermined framing bit stream is a transmission parameter –
namely, a framing parameter – and the characteristics defining Sathe's
predetermined framing bit stream are therefore "transmission parameter values" as
that term is used in the Asserted Claims.  *See* 881 patent at 6:10-16 transmission
parameters values framing parameters).Sathe further discloses utilizing the
predetermined framing bit stream to adhere to a maximum allowable differential
delay among the multiple communication links of the inverse multiplexed
connection.  This disclosure teaches "each of the multiple transceivers capable of
utilizing at least one transmission parameter value to reduce a difference in latency
between the multiple transceivers," in accordance with TQ Delta' infringement
position.

533.    For example, I understand that TQ Delta interprets "utilizing at least
one transmission parameter value" to occur when each combined transceiver selects
its transmission parameters independently of the other(s) during initialization while
complying with a maximum differential latency bound.

534.    I further understand that TQ Delta interprets "to reduce a difference in
latency between the bonded or combined transceivers" to occur when constraints on
a maximum differential latency are placed on the transceivers during initialization
such that the comparison (to determine whether a reduction has occurred) is drawn
against what the differential configuration latency *might have been* in a hypothetical

240

situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.

535.   Sathe discloses this claimed utilization in that Sathe's predetermined framing bit stream is a framing parameter utilized to ensure compliance with a maximum allowable differential delay among combined communication links.  For example, under TQ Delta's interpretation of reducing a difference in latency, Sathe's use of the predetermined framing bit stream to measure and comply with a maximum allowable differential latency reduces differential latency as compared to what it might have been, had a higher maximum allowable differential delay been chosen, or if there were no constraint on maximum allowable differential delay. Sathe therefore discloses utilizing at least one transmission parameter value to reduce a difference in latency between combined transceivers under TQ Delta's interpretation.

536.   Also, as described above in Section XII.A, Counterman combines links with FEC parameters selected to provide the same configuration latency to meet a common QoS objective in the group of combined links.  Counterman could employ the framing bit parameter of Sathe to monitor compliance with the common QoS objective of combined links, and to the extent necessary, select FEC parameters of a given transceiver to maintain its compliance with the QoS objective and would thereby utilize a framing parameter to reduce differential latency.

241

537.    **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

538.    It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

539.    Counterman also references and specifically incorporates Sathe.  *See* Counterman at 2:26-33.  A person of skill in the art considering Counterman's teachings would naturally recall and consider the teachings of Sathe in conjunction with Counterman's disclosure of multiple combined DSL transceivers wherein a data rate for a first of the DSL transceivers is different than a data rate for a second of the DSL transceivers.

540.    **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

541.    It is my opinion that Counterman describes this limitation. I incorporate my discussion above in Section XII.A by reference.

542.    **Motivation to Combine**

543.    Sathe is incorporated into, and therefore a part of, the disclosure of Counterman.  To the extent that it is necessary to show a motivation to combine, a person of skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Sathe with Counterman by virtue of this incorporation.

544.    In addition, as described above Counterman teaches selecting FEC parameters to reduce differential latency to meet a common QoS objective for combined or bonded links, and Sathe provides a description of the framing bits that could be used to detect the differential latency so that the FEC parameters on a given link could be adjusted to reduce it and maintain compliance with the QoS objective of the group.  By allowing detection and measurement of differential latency, Sathe provides a specific means to facilitate the selection of FEC parameters for providing links with the same configuration latency for grouping in Counterman.   The reference to Sathe in Counterman, with its framing bits used for delay detection, would be an obvious choice.

## C.    Claim 6 of the 881 Patent is Obvious over Counterman in Combination with the Admitted Prior Art.

545.    As set out above, it is my opinion that Counterman fully discloses all elements of claim 6 and thus anticipates it.

546.    To the extent any elements of claim 6 is determined not to be explicitly disclosed in Counterman, any such element would have been obvious to combine

with Counterman in the light of admitted prior art and the knowledge of one of ordinary skill in the art at the time of the alleged invention.

547.   **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

548.   To the extent the preamble is limiting, it is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

549.   **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

550.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

551.   In addition or in the alternative, it is disclosed through admitted prior art and would have fallen within the knowledge of one of ordinary skill in the art at the time of the alleged invention.  For example, in the specification, Figure 1 of the Asserted Patents is labeled as prior art and identified as a "conventional configuration of a system for transporting ATM over DSL using a single latency ADSL configuration," which is, "[a]s of the time of filing, " the "most common form of ADSL deployment":

244



881 patent at 1:19-22 & Fig. 1. "Further details of this specific architecture can be found in DSL Forum Recommendation TR-042, incorporated herein by reference in its entirety." *Id.* at 1:22-25. The specification of the 881 patent also discusses "Reed Solomon coding and interleaving functions as defined in ADSL standards G.992.1 and G.992.3," which are "incorporated herein by reference in their entirety." 881 patent at 6:66-7:1.

552. ADSL discloses DSL transceivers that use at least one transmission parameter, including Reed-Solomon encoding parameters for the number of parity redundancy bytes R per Reed-Solomon codeword, which is used to determine Reed-Solomon codeword size, the number of DMT symbols S per Reed-Solomon codeword, and the interleaving depth D for the interleaved buffer. G.992.1 at p. 38-39. ADSL constrains latency, referred to as payload transfer delay, to no more than

2 ms for channels assigned to the fast buffer. For the interleaved buffer, the payload transfer delay is constrained to be no more than $(4 + (S - 1)/4 + SxD/4)$ ms, where S is the number of symbols per codeword and D is the interleaver depth. G.992.1 at p. 21. The allocation of frames to the fast path or interleaved path is based on a framing parameter. G.992.1 at pp. 29-32. During initialization, ADSL transceivers exchange messages in which they propose and then select the number of R-S redundancy bytes, number of symbols per R-S codeword, and interleaver depth in compliance with limits on the allowable values. G.992.1 at 38, 95-96, 99-100, 108, 112, 114.

553. I understand that TQ Delta interprets "utilizing at least one transmission parameter value" to occur when each bonded or combined transceiver selects its transmission parameters independently of the other(s) during initialization while complying with a maximum differential latency bound. Counterman teaches grouping, or combining ADSL transceivers. Counterman at 3:25-48, 6:8-47 & Figs. 3-4. By constraining latency on each the fast and interleaved paths, ADSL has effectively imposed a maximum differential latency between or among combined ADSL transceivers. G.992.1 at p. 21. For example, in a single latency ADSL deployment (recognized by the inventor of the 881 patent as common in the prior art) using the fast path, because ADSL constrains the maximum latency on the fast path to 2ms, G.992.1 at p. 21, the maximum differential latency between two

246

combined transceivers on the fast path would be 2 ms.   Further, for either the fast or interleaved paths, by requiring selection transmission parameters during initialization among allowable values set forth in the standard in compliance with the specified maximum latency constraints, G.992.1 at p. 21, 38, the combined ADSL transceivers of Counterman utilize at least one transmission parameter to comply with the maximum latency bounds of ADSL and therefore reduce a difference in latency between combined transceivers.  It is my opinion therefore that under TQ Delta's interpretation, any two combined (or inverse multiplexed) prior art ADSL transceivers utilize at least one transmission parameter value to reduce a difference in latency between combined DSL transceivers, as disclosed through Counterman in combination with the admitted prior art including ADSL.

554.   I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded or combined transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.   By constraining latency on each the fast and interleaved paths, G.992.1 at p. 21, ADSL has effectively imposed a maximum differential latency between or among

247

combined ADSL transceivers. Further, by requiring selection transmission parameters during initialization among allowable values in compliance with these constraints, G.992.1 at p. 21, 38, combined ADSL transceivers utilize a transmission parameters to reduce a difference in configuration latency versus what it might have been, had each ADSL transceiver not been subject to latency constraints (and hence had there been no effective constraint on maximum differential latency), or had the latency constraints or allowable FEC and interleaving parameters been different. It is my opinion therefore that under TQ Delta's interpretation, any two combined (or inverse multiplexed) prior art ADSL transceivers utilize at least one transmission parameter value to reduce a difference in latency between combined DSL transceivers, as disclosed through Counterman in combination with the admitted prior art including ADSL.

555.    **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

556.    It is my opinion that Counterman discloses this limitation. I incorporate my discussion above in Section XII.A by reference.

557. Also, ADSL discloses a transceiver with a transmitter portion that may have a range of different rates. *See e.g.*, G.992.1 at pp.16-17. During initialization, ADSL transceivers exchange messages in which they propose and then select data rates from a range of data rates that can be supported based upon measured estimates of line conditions. G.992.1 at 95-96, 99-100, 108, 112, 114. Two or more ADSL transceivers therefore can have different data rates.

558. Counterman teaches grouping, or bonding ADSL transceivers, including ADSL transceivers having different data rates. Counterman at 3:25-48, 6:8-47 & Figs. 3-4.

559. **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

560. It is my opinion that Counterman describes this limitation. I incorporate my discussion above in Section XII.A by reference.

561. **Motivation to Combine**

562. Counterman itself teaches that his invention is to solve the problem of inverse multiplexing data links having different data rates over ATM, such as ADSL, and expressly teaches that his invention should be used with xDSL technologies including ADSL. Counterman at 3:25-48, 6:8-47 & Figs. 3-4. One of ordinary skill in in the art would have been motivated to make this combination.

249

**D.    Claim 6 of the 511 Patent Is Obvious Over Counterman in Combination with Cooper.**

563.    As set out above, it is my opinion that Counterman fully discloses all elements of claim 6 of the 511 patent and thus anticipates it.  *See* Section XII.A above.  To the extent that any elements of claim 6 is determined not to be explicitly disclosed in Counterman, it is my opinion that they are obvious over Counterman in combination with Cooper.

564.    I incorporate my analysis of Counterman in Section XII.A by reference.

565.    U.S. Patent No. 6,772,388 to Cooper ("Cooper") was granted on August 3, 2004, from an application filed on December 6, 2000.  I have been informed and understand that Cooper is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

566.    **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

567.    To the extent the preamble is limiting, it is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

250

568. **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

569. It is my opinion that Counterman discloses this limitation. I incorporate my discussion above in Section XII.A by reference. To the extent that Counterman is determined not to expressly disclose this element, the combination of Counterman and Cooper would disclose this element.

570. Cooper teaches various transmission parameters that affect the latency of a link. These parameters include bit error rate, specifically the comparison of a calculated bit error rate ("CBER") and target bit error rate ("TBER"). Cooper at 9:35-52.

571. Cooper teaches that when the error parameter CBER is less than the threshold TBER, this indicates that channel conditions are of higher quality such that the degree of FEC (provided through Reed-Solomon coding) can be revised lower. Cooper at 8:10-20 & Fig. 2. This in turn reduces the latency and overhead associated with the FEC scheme. *Id.* at 8:20-35.

572. Cooper teaches defining (1) a target bit error rate, (2) the maximum FEC overhead allowed (specifying the minimum information bandwidth), and (3) the maximum latency. Cooper at 9:53-67. Cooper's algorithm then optimizes FEC parameters by dynamically selecting a value for the FEC parameters CW_LENGTH

and CB_LENGTH that achieves the target bit error rate (1) and minimizes the FEC

overhead (2) while not exceeding the maximum system latency (3). *Id.* at 9:35-52.

573.    Cooper defines the latency calculation for the FEC process using the

following equation:

$$\text{Latency} = f_L(CW\_LENGTH, CB\_LENGTH) = TRUNC[(16*CW\_LENGTH + CB\_LENGTH^2 + 4*CB\_LENGTH + 73)/8]*8 + 12 \quad (1)$$

Cooper at 10:16-19.  Cooper's algorithm is depicted in annotated Figure 2, below:



*FIG. 2*

574. CW_LENGTH and CB_LENGTH are coding parameter values; specifically, they are Reed-Solomon code codeword size parameters. Cooper recognizes that the Reed-Solomon encoding/decoding process adds delay and explains that such delay is proportional to the code word size and the number of error correcting bytes (*i.e.*, bit error rate). Cooper at 7:10-26.

575.    Cooper teaches that latency is a function of those parameters (the code word size and the number of error correcting bytes), and provides an algorithm to reduce the resulting latency.    Cooper at 9:35–52.    Cooper explains that a Reed-Solomon code is typically specified by a parameter pair (n, k), where "n" is  the code word size and "k" is the block size.    *Id.* at 6:16-39.    CW_LENGTH is "the total code word length (in bytes) including both the information or application portion and the error correcting portion."    *Id.* at 9:22-24. Thus, the Reed-Solomon code word size "n" instructs CW_LENGTH, used in Cooper's latency calculation.

576.    Cooper teaches an algorithm that is designed to adjust Reed Solomon FEC coding parameters to reduce the latency across a link.    *See* Cooper at 8:11-23 ("When the calculated or measured error parameter is less than the threshold level (minus any allowable variance), this indicates that the channel conditions are of a comparatively higher quality (relatively lower noise conditions).    Fewer errors are occurring and these errors are capable of being corrected by the forward error correcting code.    Under these conditions, the forward error correcting code parameter can be revised to lower the degree of forward error correction capability (i.e., capable of correcting fewer errors) to reduce the margin between the measured error level and the thresh old level.    B**y lowering the forward error correction power, the overhead and latency associated with the forward error correction scheme will also be reduced.**") (emphasis added).

254

577.   Thus, Cooper teaches selecting FEC parameters to constrain latency such that it is below a maximum allowable latency of a system.  Cooper at 9:53-10:18 & Fig. 2.

578.   Accordingly, it is my opinion that Counterman in view of Cooper discloses multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers.

579.   **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

580.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

581.   **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

582.   It is my opinion that Counterman describes this limitation.  I incorporate my discussion above in Section XII.A by reference.

583.   **Motivation to Combine**

255

584.    One of ordinary skill in the art at the time of the alleged invention would
have been motivated to combine the teachings of Cooper with Counterman because
they are in the same field of endeavor and are concerned, at least in part, with some
of the same technical problems. Generally, both references describe asynchronous
communications systems including over twisted pair copper wires and both are
concerned with the relationship between the selection of FEC parameters and
latency. *See*, *e.g.*, Counterman at 3:23-48, 6:11-14; Cooper at 1:62-2:16, 4:3-25,
7:10-26, 9:35-52.

585.    One of ordinary skill in the art at the time of the alleged invention would
have understood that selecting or adjusting FEC parameters in a group of links to
have the same configuration latency to meet and maintain a common QoS objective
as taught in Counterman's could be achieved using Cooper's algorithm to select the
optimum FEC parameters to adjust or reduce the configuration latency of each link
to achieve the desired latency and the target reliability (bit error rate) required by the
QoS.  A person of ordinary skill would be further motivated to combine Cooper with
Counterman because combination would improve Counterman's resiliency to
potentially changing line conditions.  That is, implementing the algorithm of Cooper
on each link, the FEC parameters could be dynamically adjusted on each link in
response to changing line conditions to maintain the common QoS objective across
the links within the maximum allowable latency consistent with that QoS objective.

If for example noise conditions on all links in the group improve after bonding, the Cooper algorithm would lower the FEC power of each link and reduce the configuration latency of each link, while maintaining the minimal differential latency taught by Counterman. Cooper at 8:11-23. This in turn would increase the aggregate throughput on Counterman's bonded links while maintaining the desired QoS. Reduced latency increases throughput. Cooper Abstract. A person of skill would be motivated to increase the aggregate throughput of Counterman by combining it with Cooper because increased throughput is a desirable (if not preeminent) design and market objective.

586. More specifically, both references recognize that such communications systems may be affected by latency and that selected forward error correction parameters impact this latency and may be utilized to reduce latency. Counterman discusses problems with conventional ATM inverse multiplexers, and the desirability of managing the latencies of different links included in the IMA-DSL communication device. *See*, *e.g.*, Counterman at 4:16-33 ("The disadvantages of conventional ATM inverse multiplexers become quite apparent given the fact that dissimilar cell rates are quite common in many communications systems, such as xDSL . . . . According to conventional ATM inverse multiplexers, higher speed lines would be compromised  by reducing their speed to the 'lowest common denominator,' i.e., the speed achievable by the slowest line in a group of lines being

257

multiplexed."); *id.* at 4:54-5:4.  Persons having ordinary skill in the art and familiar with the teachings of Counterman would have been motivated to look to a reference like Cooper that taught how to reduce delay in asynchronous data transmissions.

587.  Specifically, one of ordinary skill in the art would have been motivated to combine the multi-path, inverse multiplexed system of Counterman with Cooper's teachings of a system where Reed-Solomon coding parameters can be selected to control and minimize delay across a link to reduce the differential delay among groups of links in Counterman while meeting a common QoS objective for the group.  Also, using Cooper's algorithm to optimize and reduce latency would reduce the size of buffers (memory) used in Counterman to accommodate latency or differential latency.

588.  Persons having ordinary skill in the art would have been further motivated to incorporate Cooper's teachings with those of Counterman's because Reed-Solomon coding was particularly well-suited for the configuration of Counterman.  Counterman teaches its methods as having broad applicability to various xDSL systems, the standards for which require use of Reed-Solomon coding to achieve reliable data communications.  A person of ordinary skill would be motivated to combine references that would provide reliable (low error) data communications.

258

589.  Persons having ordinary skill in the art would have a reasonable expectation of success in combining Counterman with Cooper.  Counterman explains that its application can employ well-known tools like FEC (Counterman at 3:35-43), and Cooper provides detail on those tools (Cooper at 8:10-10:19).  Both references teach applications for systems demanding different latency and quality of service requirements, and both teach using FEC to adjust the latency and quality. Persons having ordinary skill in the art would expect the benefits of dynamically changing FEC configuration parameters explained in Cooper to be well-suited for carrying out the FEC coding of Counterman to reduce and/or otherwise minimize differences in latency due to configuration parameters to achieve Counterman's desired common QoS objectives.

## E.    Claim 6 of the 511 Patent Is Obvious Over Counterman in Combination with Djokovic.

590.  As set out above, it is my opinion that Counterman fully discloses all elements of claim 6 and thus anticipates it.  To the extent any element of claim 6 is determined not to be explicitly disclosed in Counterman, it is my opinion that they are obvious over Counterman in combination with Djokovic.

591.  I incorporate my analysis of Counterman in Section XII.A by reference.

592.  U.S.  Patent  No.  6,956,872  to  Djokovic  ("Djokovic") [ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005, from an application filed on May 22, 2001, and claims priority to provisional

applications filed on May 22, 2000, and August 18, 2000.  Based on that filing date, I have been informed and understand that Djokovic is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

593.   **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

594.   To the extent the preamble is limiting, it is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

595.   **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

596.   It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.  To the extent that Counterman were determined not to expressly disclose this element, the combination of Counterman and Djokovic would disclose this element. As described above, Counterman discloses grouping or combining multiple links or flows with the configuration latency. Djokovic discloses a system for encoding a DSL bitstream using different forward error correction parameters among data applications or service classes, and recognizes that the forward error correction, including both FEC

coding and interleaving, imposes latency, while minimal or no forward error correction is appropriate low latency, loss tolerant real time services. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements. For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays. As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem. This permits FEC to be included or excluded on a data service by data service basis within the composite data stream. As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly desired. On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency. As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional. FEC involves the addition of redundant

261

information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency.") *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

597.    One of ordinary skill in the art at the time of the alleged invention would have understood that Counterman's teaching of links or flows with reduced difference in configuration latency based on their common configuration latency could be achieved by setting appropriate transmission parameters, specifically FEC coding and interleaving parameters, based on using Djokovic's teachings of the relationship between FEC coding and interleaving parameters and latency on a communications channel.

598.    **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers**

**is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

599.    It is my opinion that Counterman discloses this limitation.  I incorporate my discussion above in Section XII.A by reference.

600.    **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

601.    It is my opinion that Counterman describes this limitation.    I incorporate my discussion above in Section XII.A by reference.

602.    **Motivation to Combine**

603.    One of ordinary skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Djokovic with Counterman. First, both references describe DSL systems.  *See*, *e.g.*, Djokovic at 1:35-47; Counterman at 3:23-48.  Second, both references recognize the issue of latency, and the impact of selected forward error correction parameters on the latency of a link.  Counterman discusses problems with conventional ATM inverse multiplexers, and the desirability of managing the latencies of different links included in the IMA-DSL communication device.  *See*, *e.g.*, Counterman at 4:16-33 ("The disadvantages of conventional ATM inverse multiplexers become quite apparent given the fact that dissimilar cell rates are quite common in many communications systems, such as

263

xDSL . . . . According to conventional ATM inverse multiplexers, higher speed lines would be compromised by reducing their speed to the 'lowest common denominator,' i.e., the speed achievable by the slowest line in a group of lines being multiplexed."); *id.* at 4:54-5:4. One of ordinary skill in the art would have been motivated to combine the multi-path, inverse multiplexed system of Counterman, with Djokovic's teachings of a system where Reed-Solomon coding and interleaving parameters can be selected to meet the latency/loss tolerance for a given application (referred to as quality of service objective in Counterman) to provide the same configuration latency across links with a common quality of service objective to reduce the differential delay between them to create the groups of Counterman. Also, using the teachings of Djokovic to meet the latency requirements of the common quality of service objectives of Counterman's groups would advantageously reduce the buffer (memory) size used in Counterman.

### F. Claim 6 of the 511 Patent Is Anticipated by Edvardsen.

604. PCT Application No. PCT/NO99/0024, WO 99/39468, to Edvardsen ("Edvardsen") [ADTRAN_00051641 – ADTRAN_00051670] was published on August 5, 1999, from an application filed on January 29, 1999. I have been informed and understand that Edvardsen is prior art to the 511 patent under at least 35 U.S.C. § 102(a) and (b) (pre-AIA).

264

605.    According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Edvardsen discloses each element of Claim 6 of the 511 patent.  Edvardsen discloses a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels, comprising: multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers; and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

606.    **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

607.    To the extent the preamble is limiting, it is my opinion that Edvardsen discloses this limitation.

265

608.  The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and "combin[ing] multiple DSL transceivers" as "locat[ing] two or more DSL transceivers on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream via a different one of the physical links."  My opinion is based on and consistent with these constructions.

609.  For example, Edvardsen discusses DSL technology including ADSL and VDSL modems.  *See*, *e.g.*, Edvardsen at 1:21-25 ("DSL (Digital Subscriber Line) technology is today a well known technology for digital transmission via copper wire (telephone cables) in the telephone communications field.  Using the most recent technology, e.g. VDSL (Very high bitrate DSL) and ADSL (Asymmetrical DSL), the copper pairs are now able to carry up to 52 Mb/s, but the bit rate is strongly dependent on the distance - see figure 1."); *id.* at 10:21-24 ("Figure 8 shows a schematic description of a network node. The node consists of an inverse multiplexer towards the LEX-side, and two towards other nodes in the network.  Subscribers located near the node are connected to the node with subscriber modems, for instance VDSL modems.").

610.  One of ordinary skill in the art at the time of the alleged invention would have understood that ADSL and VDSL modems comprise transceivers in which a

266

transmitter portions and a receiver portion share at least some common circuitry. One of ordinary skill in the art would understand Edvarsdsen's reference to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1. A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry. The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time. *See also, e.g.*, Edvardsen at 9:23-31 ("The HEC detection mechanism can be extended to also include the above synchronisation of the receiver. When starting the receiver at random time, the receiver and transmitter will be phase shifted. . . . This procedure continues until the transmitter and receiver run synchronously, and data is received correctly.").

611. In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not

aware of any ADSL transceivers in or around February 1998 that did not share

common circuitry between their transmitting and receiving functions.

612.   Edvardsen likewise discloses a system, capable of combining multiple

DSL transceivers to generate a single high data rate connection between a service

provider and a DSL subscriber over a plurality of twisted pair communications

channels, e.g., a system for aggregating or inverse multiplexing of multiple DSL

connections. *See*, *e.g.*, Edvardsen at 4:8-16 ("In accordance with a first aspect of the

invention, there is provided a method for implementing digital broadband

communications between subscribers and an exchange via a telecommunication

network based upon an older existing telephone network having cables containing

twisted copper wire pairs and having node means each connecting a higher level

cable to a number of next lower level cables, or to a number of single subscriber

twisted pairs (lowest level).  The method is characterised in that at least some twisted

pairs in a cable are used as a common communication channel for subscribers

connected to that cable, utilising an aggregated bandwidth for said at least some

twisted pairs in the cable."); *id.* at 5:17-21 ("Thus, the invention describes a network

architecture where all copper pairs can be used as a common pool of bandwidth,

accessible to all subscribers. Inverse multiplexing (IM) is used to aggregate the

bandwidth from a number of lines, to form a large bandwidth equal to the sum of

each separate line.  ATM is used as the transmission format to enable easy statistical

268

multiplexing."); *id.* at 8:21-24. "In principle this inverse multiplexer scheme can be further optimised by subdividing the traffic into more classes, and by treating each class separately.  To meet the various requirements of the different traffic classes, line groups that match their requirements are allocated to them.").  It should be noted that the terms "combining" and "bonding" of transceivers in this context is analogous, as confirmed by the Court's construction.  Similarly, Edvardsen's inverse multiplexing and grouping is analogous to either bonding or combining, and I use the terms interchangeably in my analysis of the 511 patent.

613.    Thus, one of ordinary skill in the art at the time of the alleged invention would have understood that each bonded or combined twisted pair of Edvardsen is provided by a transceiver as construed by the Court, and the bonded or combined twisted pairs constitute combined multiple DSL transceivers as construed by the Court.

614. **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

615.    It is my opinion that Edvardsen discloses this limitation.

616.    The Court has construed "utilizing at least one transmission parameter value . . . to reduce a difference in latency between the multiple DSL transceivers" as "utilizing at least one transmission parameter value . . . to reduce a difference in

269

configuration latency between the multiple DSL transceivers." My opinion is based on and consistent with these constructions.

617.    Edvardsen meets this claim limitation in that it recognizes that different traffic classes have different delay and differential delay requirements and proposes a solution to satisfy those requirements. As described above in Section VII.D, Edvarden uses the term cell delay variation (CDV) to describe differential delay between links.

618.    First, Edvardsen acknowledges that delay and differential delay (CDV) are limiting factors in inverse multiplexed systems. *See* Edvardsen at 7:28-8:24 & Fig. 5 ("Delay and CDV are limiting factors in this kind of inverse multiplexed systems. A number of telecommunication services pose strict requirements regarding delay and CDV, while others do not. Telephony is one of the time critical services that pose strong requirements to delay and CDV. A common notation for these time critical services is 'real time services'. Conventional data services are among those which are non-critical in this regard, and are called 'non-real time services.' Both in ITU and ATM Forum, a number of such service classes are defined. Some of these classes can strictly be characterised as real time services, while others fall into the category of non-real time services. Others again are a mixture, for instance those which are sensitive to CDV, but not to delay, and vice versa."). One of ordinary skill in the art at the time of the alleged invention would

270

have understood the reference to definitions of service classes in the ITU and ATM Forum to teach that real time traffic classes have low latency and tolerate higher bit error rates based on the FEC coding parameters used and the use of low or no interleaving, while non-real time traffic classes have higher latency with lower bit error rates based on the FEC coding parameters used and the use of greater interleaving.

619.    Edvardsen then proposes solving the problem of differential delay by modifying the inverse multiplexing method so that it sorts incoming traffic into two groups, one for real time services and another for non-real time services:



Figure 5    Inverse multiplexing of digital traffic sorted into groups for real time and non-real time classes

Edvardsen at 8:6-8 & Fig. 5.  As shown in Fig. 5 above, low-latency lines are grouped, or combined, to provide a group of links without differential delay to meet the quality of service requirement for real time traffic.

271

620. Specifically, each group is given a separate sequence number series and

handled as follows:

> Real time traffic treated as described above, will not be exposed to
> CDV. The inverse multiplexer is in this way able to meet the
> requirement posed by this type of traffic, but on the cost of increased
> complexity of the equipment.

> Non-real time traffic is not sensitive to CDV, and may be transmitted
> over any included line of the inverse multiplexer – also over lines
> reserved for the real time traffic. In the latter case real time traffic will
> always have priority over non-real time traffic. Consequently it will
> only happen when the real time traffic does not use the available
> bandwidth of the reserved lines.

Edvardsen at 8:13-20.

621. Edvardsen then discloses allocating "line groups" to different classes

based on QoS requirements: "In principle this inverse multiplexer scheme can be

further optimised by subdividing the traffic into more classes, and by treating each

class separately. To meet the various requirements of the different traffic classes,

line groups that match their requirements are allocated to them." Edvardsen at 8:21-

24. This disclosure teaches combining links (each comprising a DSL transceiver)

with the same or similar configuration latency based on the QoS (including latency

tolerance) for the traffic class assigned to that line group.

622. Thus, Edvardsen discloses that different traffic classes have different

delay and differential delay requirements and teaches grouping or combining lines

with the same or similar latency to reduce a difference in latency between the

272

combined DSL transceivers and allocating traffic from a particular traffic class (*e.g.*, real-time traffic) to a group of lines comprising combined DSL transceivers that satisfies the delay and differential delay requirements of that class. A person of ordinary skill in the art at the time of the invention would understand that particular traffic classes are associated with one or more sets of forward error correction and interleaving parameters to satisfy the latency requirement (and loss tolerance) of the class. *See, e.g.*, T1-413-1995 at 30-31. Edvardsen therefore teaches multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers.

623. Edvardsen specifically teaches that the disclosed techniques are suitable for use with ADSL and VDSL modems, which comprise DSL transceiver, including where the transmission rate of such systems is automatically adapted to line length, cable characteristics and noise conditions. *See*, *e.g.*, Edvardsen at 3:11-16, 7:1-5, 11:5-15. A person having ordinary skill in the art at the time of the alleged invention would have understood that in ADSL and VDSL, service classes (QoS) include latency bounds or tolerances, which are a function of FEC coding and interleaving parameters, and that lines having low latency would be those lines connected to transceivers using, for example, minimal or no interleaving. *See, e.g.*, G.992.1 at pp. 21, 38; *see also* Section VI.D above (discussing the well known

273

relationship between forward error correction and latency and defining traffic classes based on latency and loss tolerance). In addition, a person of ordinary skill in the art at the time of the alleged invention would have understood that adjustments in the above listed parameters, particularly to lower-latency lines, or, for example, setting the latencies of the respective lines to be equal, would result in a reduction in the difference in latency among lines.

624.    I understand that TQ Delta interprets "utilizing at least one transmission parameter value" to occur when each bonded or combined DSL transceiver selects its transmission parameters independently of the other(s) during initialization while complying with a maximum differential latency bound.    It is also my opinion that Edvardsen discloses utilizing at least one transmission parameter value to reduce a difference in latency between combined DSL transceivers, under TQ Delta's interpretation.  For example, Edvardsen explains that the DSL technology with which his invention is used will automatically adapt the transmission rate to line length, cable characteristics, and noise conditions, and that due to this feature, parallel systems may have different transmission rates even when the line lengths are identical.  Edvardsen at 3:11-16, 7:1-5.  A person of ordinary skill in the art at the time of the invention would understand this teaching to reference ADSL or VDSL transceivers that select their transmission parameters independently of one another during initialization.  A person of ordinary skill in the art would further

understand that Edvardsen's grouping of lines with minimal differential latency to handle real time services sensitive to latency and differential latency teaches compliance with a maximum differential latency bound.

625.    I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded or combined DSL transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.   Edvardsen explicitly teaches grouping or combining ADSL links having common latency and loss tolerance, for example a low latency loss tolerant quality of service for real time traffic, which a person of ordinary skill would understand includes a latency constraint.  *See, e.g.*, G.992.1 at pp. 21, 38-39; T1.413-1995 § 6.2.1.2.2 & Tables 18-19 (recognizing the relationship of interleaving and latency, and providing FEC coding parameters and interleave depth to provide certain default transport or QoS classes).  Such combining therefore provides reduces differential latency as compared to what it might have been, had the common QoS constraint not been imposed, or had the amount of latency permitted for a given QoS been different. Edvardsen therefore discloses utilizing at

275

least one transmission parameter value to reduce a difference in latency between combined DSL transceivers, under TQ Delta's interpretation and application of the Asserted Claim.

626. **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

627. It is my opinion that Edvardsen discloses this limitation.

628. Edvardsen discusses DSL technology including ADSL and VDSL modems. *See*, *e.g.*, Edvardsen at 1:21-25 ("DSL (Digital Subscriber Line) technology is today a well known technology for digital transmission via copper wire (telephone cables) in the telephone communications field. Using the most recent technology, e.g. VDSL (Very high bitrate DSL) and ADSL (Asymmetrical DSL), the copper pairs are now able to carry up to 52 Mb/s, but the bit rate is strongly dependent on the distance - see figure 1.") ADSL and VDSL modems comprise transmitter portions, and as described above, these transmitter portions are capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber (customer).

276

629.   Edvardsen teaches that a data rate (*e.g.*, cell rates) for a first of the combined transceivers is different than a data rate for a second of the combined transceivers (*e.g.*, may vary among combined links).  *See*, *e.g.*, Edvardsen at 4:28-31 ("In accordance with a third aspect of the invention, there is provided a digital broadband communication network node for upgrading an existing telephone network between subscribers and an exchange, said network comprising cables containing twisted copper wire pairs possibly having different bit rates."); *id.* at 5:10-16 ("A fourth aspect of the invention consists in a use of an inverse multiplexing means for distributing an incoming stream of consecutive data between a number of parallel outgoing communication lines in a cable in a digital communication network, thereby to aggregate bandwidth from said parallel lines.  The inventive use is in a node in an existing local area telephone network based on cables containing multiple twisted copper pair lines, where the lines connected to said inverse multiplexing means possibly have different bit transmission rates."); *id.* at 6:5-10 (" . . . [I]nverse multiplexing of multiple DSL systems running at different speeds is used to aggregate bandwidth that can be used between network nodes."); *id.* at 7:1-6 ("Since one twisted pair performs differently from another due to noise, cross talk and imperfect cable characteristics, it is important to introduce inverse multiplexing methods that are able to cope with lines running at different speed."); *id.* at 7:22-24 ("Inverse multiplexed systems following this scheme, are exposed to delay and cell

277

delay variation (CDV) when the included lines are running at different speed, due to the different cell transfer times.").

630.   One of ordinary skill in the art on the 511 patent's priority date would have understood that the "different bit rates," "different bit transmission rates," and "different speeds" referred to in Edvardsen are the "data rates" of claim 6.

631.   **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

632.   It is my opinion that Edvardsen describes this limitation.

633.   I incorporate my analysis above with respect to the preamble, which shows that Edvardsen teaches that the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

634.   It is therefore my opinion that Edvardsen discloses each of the limitations of claim 6 of the 511 patent, such that it anticipates, and therefore invalidates, that patent claim.

## G.   Claim 6 of the 511 Patent Is Obvious Over Edvardsen in Combination with Djokovic

635.   As set out above, it is my opinion that Edvardsen fully discloses all elements of claim 6 and thus anticipates it.  To the extent that any elements of claim

278

6 is determined not to be explicitly disclosed in Edvardsen, it is my opinion that they are obvious over Edvardsen in combination with Djokovic.

636.   I incorporate my analysis of Edvardsen in Section XII.F by reference.

637.   U.S.   Patent   No.   6,956,872   to   Djokovic   ("Djokovic") [ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005, from an application filed on May 22, 2001, and claims priority to provisional applications filed on May 22, 2000, and August 18, 2000.  Based on these filing dates, I have been informed and understand that Djokovic is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

638.   **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

639.   It is my opinion that Edvardsen discloses this limitation.  I incorporate my discussion above in Section XII.F by reference.

640.   **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

641.   It is my opinion that Edvardsen discloses this limitation.  I incorporate my discussion above in Section XII.F by reference.  To the extent that Edvardsen were determined not to expressly disclose this element, the combination of

279

Edvardsen and Djokovic would disclose this element. As described above, Edvardsen discloses combining links with the same or similar configuration latency based on the QoS for the traffic class assigned to that line group. Djokovic discloses a system for encoding a DSL bitstream using different forward error correction parameters among data applications or service classes, and recognizes that the forward error correction, including both FEC coding and interleaving, imposes latency, while minimal or no forward error correction is appropriate low latency, loss tolerant real time services. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is known, different applications often demand (or at least lend themselves to) different latency requirements. For example, applications of pure data transfer are often not sensitive to latency delays, while real-time voice communications are sensitive to latency delays. As is also known, to accommodate maximum flexibility for providers and end users of ADSL services, forward error correction (FEC) may be selectively applied to the composite data streams to, or from, the central office ADSL modem. This permits FEC to be included or excluded on a data service by data service basis within the composite data stream. As an example of the mixed requirements for FEC in an ADSL service, consider transmitting a oneway data stream from the central office to a remote unit. The end user may require high reliability on the one-way channel because the channel may contain highly compressed digital data with no possibility for requesting retransmission. For this application, FEC is highly

280

desired.  On the other hand, voice services and duplex data services with their own embedded protocols may require minimum latency.  As noted above, in real-time voice communication applications, latency delays are undesirable, while small transmission error may be tolerated (manifested as noise, which can be effectively filtered by the listener). Thus, in such an application, FEC may be optional.  FEC involves the addition of redundant information to the data to be transferred. The data to be transferred, along with the redundant data when added together, form what are commonly known as codewords. FEC in ADSL employs Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate adaptable, providing for various interleave depths and codeword lengths to support a range of data rates while maintaining constant interleave latency." *See also* Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the form of Reed-Solomon coding and convolutional interleaving can be described as increased data transmission reliability at the expense of increased channel latency.").

642.   One of ordinary skill in the art at the time of the alleged invention would have understood that Edvardsen's teaching of combining or grouping links with the same or similar configuration latency based on the QoS for the traffic class assigned to that line group could be achieved by setting appropriate transmission parameters, specifically FEC coding and interleaving parameters, based on  using Djokovic's

teachings of the relationship between FEC coding and interleaving parameters and latency on a communications channel.

643.    **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

644.    It is my opinion that Edvardsen discloses this limitation.  I incorporate my discussion above in Section XII.F by reference.

645.    **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

646.    It is my opinion that Edvardsen discloses this limitation.  I incorporate my discussion above in Section XII.F by reference.

647.    **Motivation to Combine**

648.    One of ordinary skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Djokovic with Edvardsen.  First, both references describe DSL systems.  *See*, *e.g.*, Djokovic at 1:35-47; Edvardsen at 1:28-2:11.  Second, both references recognize the issue of latency and the impact of differences in latency in lines in DSL systems.  *See*, *e.g.*, Edvardsen at 3:29-4:7 ("As

previously mentioned, there are no standards enabling inverse multiplexing of channels having different bandwidths. The inverse multiplexing can only be executed if the bandwidth is adapted to one of the standardized levels in the transmission hierarchy."). One of ordinary skill in the art would have been motivated to combine the multi-path, inverse multiplexed system of Edvardsen with Djokovic's teachings of a system where Reed-Solomon coding and interleaving parameters can be selected to meet the latency/loss tolerance for a given application (referred to as real time services or non-real time services in Edvardsen) to provide the same configuration latency across links with a common latency/loss tolerance to reduce the differential delay between them to create the groups of Edvardsen. Also, using the teachings of Djokovic to meet the latency requirements of the common quality of service objectives of Edvardsen's groups would advantageously reduce the buffer (memory) size used in Edvardsen.

## H.    Claim 6 of the 511 Patent Is Anticipated by Keller-Tuberg.

649.    U.S. Patent No. 7,068,657 to Keller-Tuberg ("Keller-Tuberg") [ADTRAN_00053934 – ADTRAN_00053960] was granted on June 27, 2006, from an application filed on January 18, 2002, claiming priority to provisional and non-provisional applications filed on April 24, 2001. Based on that filing date, I have been informed and understand that Keller-Tuberg is prior art to the 511 Patent under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

650.  According to my analysis below, applying the Court's constructions and the plain and ordinary meaning of terms not construed, Keller-Tuberg discloses each element of Claim 6 of the 511 Patent.  Keller-Tuberg discloses a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels, comprising: multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers; and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers and wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

651.  **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

652.  To the extent the preamble is limiting, it is my opinion that Keller-Tuberg discloses this limitation.

284

653.   The Court has construed "transceiver" as a "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry" and "combin[ing] multiple DSL transceivers" as "locat[ing] two or more DSL transceivers on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream via a different one of the physical links."  My opinion is based on and consistent with these constructions.

654.   Keller-Tuberg discloses transmitters and receivers for transmitting cells across a plurality of IM communication links between the IMA-ADSL line card and IMA-ADSL Modem.  Keller-Tuberg at 3:49–53 & Figs. 4, 6; Keller-Tuberg Prov. Fig. 2.  In my opinion, one of ordinary skill in the art would understand these DSL transceivers include transmitting portions and receiving portions which share common circuitry, as exemplified in Keller-Tuberg's Figures 4 and 6.

655.   Keller-Tuberg's IMA-ADSL line card and IMA-ADSL Modem teach the claimed DSL transceivers. The IMA-ADSL line card and IMA-ADSL Modem teach transceivers because they each are communications devices capable of transmitting and receiving data, as depicted by the bidirectional arrows in Figure 12:



Keller-Tuberg Fig. 12.  The bidirectional arrows confirm that each of the IM links is capable of transmitting data in both an upstream and downstream direction (*i.e.*, transmitting and receiving).  *Id.*  at 12:51-55. The IMA-ADSL line card and IMA-ADSL modem are capable of providing transmitter functionality as shown in Figure 4:



286

Keller-Tuberg Fig. 4. *See also id.* at 12:31-39; Keller-Tuberg Prov. at 1-2, 5 & Fig.
2.

656.    A person of ordinary skill in the art understood that transceivers can be
bonded and unbonded. *See* 881 Patent at 4:29-45.    A bonded transceiver is a
transmitter that is coupled to a receiver so as to support an asynchronous transfer
mode (ATM) stream. *Id*. at 4:29-31.

657.    Moreover, Keller-Tuberg describes combining two or more ATM links
on twisted pair communications channels.    *See*, *e.g.*, Keller-Tuberg at 9:32-34
("Accordingly, the receiver 600 terminates the plurality of IM communication links
within a bonded group . . . .");12:60-63 ("Accordingly, n-pairs of paired conductor
transmission lines are required when n ADSL IM communication links are bonded
into an IM group."); *see also id.* at 3:1-3, 6:63-66, 7:43-46, 14:23-28; Keller-Tuberg
Prov. at 1 (describing technical problem to be solved as "[b]onding together two or
more ATM links into a logically unified and faster connection").

658.    Keller-Tuberg  discloses  senders/transmitters  and  receivers  (*i.e.*,
transceivers) that are coupled together in communications at each end of the bonded
links.    Keller-Tuberg's transceivers are bonded as they together transport a single
ATM cell stream as shown in Figure 12.    Keller-Tuberg Fig. 12; *see also* Keller-
Tuberg Prov. at 1-3, 7 & Fig. 2 ("Because the ADSL layer is constantly monitoring
line performance and searching for appropriate opportunities to increase or decrease

287

bit rate, when bit rate changes occur, the same microprocessor which is managing the link bonding is immediately aware of the link state and condition changes."). Specifically, Keller-Tuberg teaches "two or more IM communication links" where "n-pairs of paired conductor transmission lines are required when n ADSL IM communication links are bonded into an IM group." Keller-Tuberg at 12:56-63. It should be noted that the terms "combining" and "bonding" of transceivers in this context is analogous, as confirmed by the Court's construction, and I use the terms interchangeably in my analysis of the 511 patent.

659. Keller-Tuberg discloses in Figure 11 "a block diagram view depicting an embodiment of an IMA-ADSL communication system in accordance with an embodiment of the disclosures made" therein:



Keller-Tuberg Fig. 11 *see also id.* at 4:8-10.  Keller-Tuberg further explains this

embodiment:

> The communication system **800** includes an IMA-compatible
> Asymmetric Digital Subscriber Line (ADSL) system **805** having a
> telecommunication network **810** and an Asynchronous Transfer Mode
> (ATM) compatible communication network **815** connected thereto.
> The telecommunication network **810** is connected directly to the ATM-
> compatible communication network **815** for enabling direct
> communication therebetween. . . .

> The ADSL system **805** includes a central office communication
> apparatus **820** and a subscriber premise communication apparatus **825**
> connected to the central office apparatus **820** for providing an ADSL
> service therebetween.  The central office communication apparatus **820**
> facilitates Plain Old Telephone Service (POTS) and ADSL service for
> the subscriber premise communication apparatus **825** via the telephone
> network system **810** and the ATM-compatible data network **815,**
> respectively.  The central office communication apparatus **820** is
> connected to the subscriber premise communication apparatus **825** via
> a first paired-conductor transmission line **830** and a second paired-
> conductor transmission line **831**.  A twisted pair telephone line that is
> typically used for carrying telephony signals is an example of the first
> and the second paired-conductor transmission lines **830**, **831**.  ADSL
> data is carried over the first and the second paired-conductor
> transmission lines **830**, **831**.  A POTS telephone signal may be carried
> over one or both of the paired-conductor transmission lines **830**, **831**.

> The central office communication apparatus **820** includes a
> POTS switch **835** connected to a Subscriber Line Access Multiplexor
> (DSLAM) **845**.  The DSLAM **845** includes a signal splitter **840**, an
> IMA-ADSL line card **850** and a Network Termination Unit (NTU) **855.**
> The POTS switch **835** and the IMA-ADSL line card **850** are connected
> to the signal splitter **840**.  The DSLAM **845** is connected to the ATM-
> compatible data network via the NTU **855**.  An active signal splitter and
> a passive signal splitter are examples of the signal splitter **840**.

> The subscriber premise communication apparatus **825** includes a
> signal splitter **860**, a telecommunication device **865** and a data

processing system **870**. The data processing system includes an IMA-ADSL modem **875** and a central processing unit (CPU) **880**. The telecommunication device **865** and the IMA-ADSL modem **870** are both connected to the signal splitter **860** of the subscriber premise communication apparatus **825**. The CPU **880** is connected to the IMA-ADSL modem **870**. A telephone and a personal computer are examples of the telecommunication device **865** and the CPU **880,** respectively.

*Id.* at 11:6-62 & Fig. 11.

660. One of ordinary skill in the art would understand Keller-Tuberg's references to ADSL to include the standardized version of ADSL at that time: ADSL as standardized in ITU-T G.992.1. A person of ordinary skill in the art would understand that an ADSL modem as described in ITU-T G.992.1 is communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry. The use of common circuitry between the transmitting and receiving portions, including analog interface circuitry, integrated circuit assemblies, and digital signal processors, was typical at the time.

661. In addition, in 1998, PairGain Technologies, the company by which I was employed at that time, designed an integrated DMT ADSL transceiver that used shared common circuitry between its transmitting and receiving functions. Based on my knowledge of the industry at that time, I am also aware that Aware, the original assignee of the Family 2 patents, designed an ADSL transceiver that employed shared common circuitry between its transmitting and receiving functions. I was not

aware of any ADSL transceivers in or around April 2001 that did not share common circuitry between their transmitting and receiving functions.

662.   Moreover, Keller-Tuberg's IMA-ADSL line card and modem have multiple links that work together to transmit/receive the single ATM stream from the ATM-Compatible Communication Network.  Keller-Tuberg discloses the IMA-ADSL modem contains the DSLAM, which divides high-speed data traffic from the data network into a plurality of ADSL communication links corresponding to particular paired conductor transmission lines.  Keller-Tuberg Fig. 11 (showing lines 830 and 831); *see also id.* at 12:12-30; Keller-Tuberg Prov. at 1, 5-6. The Modem and Line Card transceivers are also disclosed as asymmetric DSL components, confirming the transmitter and receiver can operate at a different rate.

663.   Keller-Tuberg discloses the IMA-ADSL system contains the DSLAM, and that the DSLAM divides high-speed data traffic from the data network into a plurality of ADSL communication links corresponding to particular paired conductor transmission lines.  Keller-Tuberg at 12:12-30 & Fig. 11 (showing lines 830 and 831); *see also* Keller-Tuberg Prov. at 1, 5-6.

664.   The first and second paired conductor transmission lines establish a first and second IM communication link, respectively.  Keller-Tuberg at 12:40-55; Keller-Tuberg Prov. at 6.  Keller-Tuberg teaches the DSLAM can include more than one IMA-ADSL line card that can be combined to provide multiple IMA

functionality to a communication apparatus.  Keller-Tuberg at 12:64-13:12; Keller-Tuberg Prov. at 5-6.  As described, these transceivers are configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links.  Keller-Tuberg at 12:64-13:12; Keller-Tuberg Prov. at 5-6.

665.  Keller-Tuberg discloses a "combined multiple DSL transceivers."  As explained in detail above, Keller-Tuberg discloses that its DSLAM can include more than one IMA-ADSL line cards (combined multiple DSL transceivers) (*i.e.*, "two or more transceivers located on the same side of two or more physical links") and that they transmit or receive (*i.e.*, "each transceiver is configurable to transmit or receive") a different portion of the same bit stream via a different one of the physical links (*i.e.*, "transmit or receive a different portion of the same bit stream via a different one of the physical links").  Thus, it is my opinion that the IMA-ADSL System of Keller-Tuberg taught the claimed "combined multiple DSL transceivers." *See* Keller-Tuberg Figs. 4, 6.

666.  A system designed to utilize Keller-Tuberg's multiple IMA functionality is "configurable to" transmit or receive a different portion of the same bit stream via a different one of the physical links as Keller-Tuberg describes. Keller-Tuberg teaches systems designed to practice its disclosure.

667.  Thus, one of ordinary skill in the art at the time of the alleged invention would have understood Keller-Tuberg to teach a system, capable of combining

multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels.

668.    **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

669.    It is my opinion that Keller-Tuberg discloses this limitation.

670.    The Court has construed "utilizing at least one transmission parameter value . . . to reduce a difference in latency between the multiple DSL transceivers" as "utilizing at least one transmission parameter value . . . to reduce a difference in configuration latency between multiple DSL transceivers."  My opinion is based on and consistent with these constructions.

671.    Keller-Tuberg discloses a transmitter that is capable of transmitting cells across a plurality of IM communication links.  Keller-Tuberg at 7:46-54; Keller-Tuberg Prov. at 5 & Fig. 2.  Keller-Tuberg's transmitter includes a queue selector that selectively routes ATM cells to each one of a plurality of receiver queues so that the time to transmit from the transmitter across the communication links to the receiver is equal.  Keller-Tuberg at 7:55-67, 8:8-13; Keller-Tuberg Prov. at 5 & Fig. 2.  This is done "due to facility operating parameter differences" which are transmission parameter values.  Keller-Tuberg at 10:40-43 & Fig. 9.  *See also id.*

293

at 10:49-53 ("The delay of the first facility cells is a result of the first facility having

a lower capacity (i.e. transmission rate) than the second facility, a longer delay than

the second facility or both.").

672.   The receiver also includes a receiver queue (e.g., a buffer). Keller-

Tuberg at 9:24-32; Keller-Tuberg Prov. Fig. 3.  The receiver is capable of combining

or multiplexing the stream of cells arriving on each one of the IM communication

links.  Keller-Tuberg at 9:32-40; Keller-Tuberg Prov. Fig. 3.

673.   The 881 Patent admits DSL transmission parameter values include "the

data rate, coding parameters . . . interleaving parameters, framing parameters, or the

like."   881 Patent at 6:10-16.  Keller-Tuberg explains that "[c]apacity (e.g.

transmission rate) and delay are examples of facility operating parameters."  Keller-

Tuberg at 10:40-53; Keller-Tuberg Prov. at 5–6.

674.   Keller-Tuberg sets the receiver queues at different lengths when the IM

communication links are operating at different data transmission rates such that

slower links are provided shorter queues and faster links receive longer queues.

Keller-Tuberg at 8:1-16.  In my opinion, the data transmission rates are transmission

parameter values.  *See* 881 Patent at 6:10-16 (noting that "these parameters include

the data rate").   Keller-Tuberg uses these transmission parameter values to

selectively route ATM cells.  Keller-Tuberg at 13:57-14:37; Keller-Tuberg Prov. at

4.  Keller-Tuberg explains this selective routing is done such that the time required

294

to transmit cells from the transmitter to the receiver, across the different communication links, is equal. Keller-Tuberg at 8:1-16; Keller-Tuberg Prov. at 5-7. This approach reduces the difference in latency, or end-to-end delay, between the links' combined DSL transceivers as the time to transmit from one end to the other is made equal. This teaches each bonded transceiver utilizing a transmission parameter value to reduce a difference in latency between the bonded transceivers.

675. Keller-Tuberg also uses the differential delay to selectively route. Keller-Tuberg at 10:40-53, 13:57-14:37; Keller-Tuberg Prov. at 7–8. The differential delay is another example of a transmission parameter value. The differential delay is a function of the disparate upstream and/or downstream data transmission rates resulting from the rate adaptive nature of ADSL causing differing delays associated with each link. Keller-Tuberg at 2:58-67, 4:51-57; 13:66-14:29; Keller-Tuberg Prov. at 7–8. In adapting the data rate to conditions on the line, a person of ordinary skill at the time of the invention would understand that ADSL transceivers use transmission parameters such as Reed-Solomon coding parameters, interleaving parameters, and framing parameters, which affect the configuration latency on each line. Keller-Tuberg at 2:58-67, 4:51-57; 881 patent at 6:10-16; § VI.D above. Keller-Tuberg explains the buffers can be sized to accommodate any differential delay, but that it is preferred to minimize the delay across any one link. Keller-Tuberg at 14:30-37; Keller-Tuberg Prov. at 7.

676.    A buffer is a data storage device.  Keller-Tuberg at 6:20-26.  The larger
the differential delay across the links, the more ATM cells that need to be stored in
the buffer, and therefore the larger the required buffer.  Keller-Tuberg at 5:6-18,
6:20-26.  The transmitter and receiver (e.g., DSL transceivers) both have buffers
(Keller-Tuberg at 7:55-67, 9:24-32; Keller-Tuberg Prov. at 6-7 & Figs. 2, 3), and
both must be sized with the appropriate "buffer depth" to accommodate the number
of ATM cells resulting from the differential delay (Keller-Tuberg at 14:30-37;
Keller-Tuberg Prov. at 6-7.   Keller-Tuberg explains that the restriction on its
approach is the "depth of the buffers that have been implemented at the transmitter
and receiver ends."  Keller-Tuberg at 14:30-33.

677.    Thus, Keller-Tuberg explains that the amount of the differential delay
is used to selectively route the packets to the different receiver queue buffers to
equalize the time to transmit the data across the links.  By using the differential delay
to selectively route, Keller-Tuberg teaches that each combined DSL transceiver is
utilizing a transmission parameter value to reduce a difference in latency between
the multiple combined DSL transceivers. Keller-Tuberg at 13:57-14:37; Keller-
Tuberg Prov. at 4.

678.    I am aware that in the *2Wire* litigation, the patent owner argued against
the Counterman reference by arguing that claim 17 of the 881 Patent required
"reduc[ing] the difference" in ***configuration*** latency.  Family 2 JMOL Opinion, *TQ*

*Delta, LLC v. 2Wire, Inc.*, No. 1:13-cv-01835, Dkt. No. 1354 (D. Del. Sept. 15, 2020).

679.  Keller-Tuberg teaches reducing a difference in configuration latency. Data transmission rate is a transmission parameter that affects configuration latency. Further, the delay on each link and therefore the differential delay among them is a function of the disparate upstream and/or downstream data transmission rates resulting from the rate adaptive nature of ADSL causing differing delays associated with each link.  Keller-Tuberg at 2:58-67, 4:51-57; 13:66-14:29; Keller-Tuberg Prov. at 7–8.   In addition to the data rate (which is a transmission parameter) affecting latency, ADSL transceivers use transmission parameters such as Reed-Solomon coding parameters, interleaving parameters, and framing parameters, which also affect the configuration latency on each line.  Keller-Tuberg at 2:58-67, 4:51-57; 881 patent at 6:10-16; § VI.D above.  Keller-Tuberg therefore discloses this limitation as discussed above: it uses transmission parameter values (*i.e.*, data transmission rates and differential delay resulting from selection of Reed-Solomon coding parameters and interleaving parameters) to reduce a difference in latency between the multiple combined DSL transceivers.  It is my opinion that Keller-Tuberg's balancing of the time to transfer across the different links as equal constitutes "reducing" the difference in configuration latency.

297

680.   To the extent it is argued that Keller-Tuberg does not disclose that latency on its ADSL links are a function of the transmission parameter values used by its ADSL transceivers including Reed-Solomon coding parameters, interleaving parameters, and framing parameters, it would be obvious to combine Keller-Tuberg with standardized ADSL.  A person of ordinary skill at the time of the invention would understand Keller-Tuberg's repeated references to ADSL communication links to include standardized ADSL at that time, such as T1.413-1995 and G.992.1. Each of T1.413-1995 and G.992.1 describe the relationship of latency and the selection of Reed-Solomon coding parameters and interleaving parameters. *See, e.g.*, T1.413-1995 at pp. 35-36; G.992.1 at pp. 38-39.

681.   To the extent it is argued that Keller-Tuberg's balancing using the transmission data rate and differential delay as transmission parameters does not teach claim 6 of the 511 Patent because the (1) transmission parameter values are not "utilized" by the bonded transceivers; (2) the "utilization" does not occur "between" the bonded transceivers; or (3) because the difference in delay is not being "reduced" by changes in the transmission parameters, I would disagree with such arguments.

682.   First, as explained above, the parameters are "utilized" by the IMA-ADSL line card – Keller-Tuberg's combined multiple DSL transceivers – to carry out the selective queuing process to reduce the difference in latency by making the

time to transmit equal.  Keller-Tuberg at 13:57-14:37 & Fig. 11; Keller-Tuberg Prov. at 4-6.  The IMA-ADSL line card enables the IMA functionality from the DSLAM to the modem and conducts the multiplexing.  The IMA-ADSL line card of Keller-Tuberg performs multiplexing to allocate the queue length to reduce the difference in latency across the links by using the data rate and differential delay.  Keller-Tuberg at 12:40-55; Keller-Tuberg Prov. at 4-6.

683.   I further understand that TQ Delta interprets "to reduce a difference in latency between the bonded or combined transceivers" to occur when constraints on a maximum differential latency are placed on the transceivers during initialization such that the comparison (to determine whether a reduction has occurred) is drawn against what the differential configuration latency *might have been* in a hypothetical situation – specifically what it might have been if there had been no constraints on a maximum differential latency, and hence on the transmission parameters.  Keller-Tuberg expressly teaches bonding or combining ADSL transceivers that train based upon line conditions and select their data rates independently of one another.  Keller-Tuberg at 2:58-67, 4:51-57.  A standard compliant ADSL transceiver includes constraints on maximum latency.  *See, e.g.*, G.992.1 at p. 21.  Therefore, Keller-Tuberg's combined ADSL transceivers, which train and select transmission parameters subject to these constraints, reduce a difference in configuration latency

299

versus a hypothetical situation where these constraints did not exist, or permitted greater latency.

684. Keller-Tuberg discloses the "exemplary method" of the 440 Provisional. *See* § VII.E above. As explained above with respect to the priority date, the 440 Provisional only provides two approaches for dealing with latency differences between bonded PHYs, but the second approach is not described and appears to be a draft. *See* § V.A above. To the extent that TQ Delta argues that the 440 Provisional supports the claims when applying "a difference in latency" as construed by the Court (*i.e.*, "reduce a difference in *configuration* latency between the bonded transceivers"), it is my opinion that the claim is disclosed by Keller-Tuberg's cell buffering approach, which uses the links' disparate data rates and differential delay as described above.

685. **[6] and a plurality of transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber, wherein a data rate for a first DSL transceiver of the multiple DSL transceivers is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

686. It is my opinion that Keller-Tuberg discloses this limitation.

687. As described in more detail above, Keller-Tuberg discloses transmitters and receivers for transmitting cells across a plurality of IM communication links

300

between the IMA-ADSL line card and IMA-ADSL Modem. Keller-Tuberg at 3:49–53 & Figs. 4, 6; Keller-Tuberg Prov. Fig. 2; *see also id.* at 11:6-62 & Fig. 11. In my opinion, one of ordinary skill in the art would understand the DSL transceivers of Keller-Tuberg to include transmitter portions capable of transmitting a plurality of packets or cells from the service provider to the DSL subscriber.

688. Keller-Tuberg teaches a "method for facilitating inverse multiplexing over asynchronous transfer mode wherein "sequence-identified ATM cells are forwarded to a destination endpoint logical communication link in a distributed manner over a plurality of IM communication links" and "a first one of said IM communication links has disparate data transmission rates in at least one data transmission direction with respect to a second one of the IM communication links." Keller-Tuberg Abstract. *See also id.* at 5:1-3 (disclosing "[a] method **100** for facilitating IMA functionality via communication links having disparate data transmission rates"); *id.* at 8:1-8 ("It is desirable for the receiver queues 404 to be set to different lengths when the IM communication links are operating at different data transmission rates. For the receiver functionality disclosed herein, it is advantageous to provide a shorter queue length for communication links operating at slower data transmission rates and longer queue lengths for communication links operating at higher data transmission rates."); *id.* at 13:57-14:39 ("As disclosed

herein, IMA is capable of being facilitated via communication links having disparate upstream and/or downstream data transmission rates.").

689.    Thus, Keller-Tuberg's method facilitates IM over ATM where the DSL transceiver of the first communication link "has disparate data transmission rates" than the DSL transceiver of the second communication link.    Keller-Tuberg Abstract; Keller-Tuberg Prov. at 1-2.  The Keller-Tuberg Provisional Application confirms: "ADSL and other types of xDSL links are inherently rate adaptive or include rate adaptive capabilities.  This means that the modems on each end of the connection commonly negotiate and attempt to establish the highest bit rate permitted by their configuration.  If during the life of the link, conditions change sufficiently as to warrant an increase or decrease in link speed, the two modems renegotiate a new link speed 'automatically' (as part of the standard)."  Keller-Tuberg Prov. at 1; *see also* Keller-Tuberg at 2:59-67.

690.    Keller-Tuberg de-multiplexes data traffic into a plurality of lower speed transmissions.  These transmissions are then communicated over a plurality of IM communication links each comprising a DSL transceiver using IMA functionality to distribute the data traffic, such that data communication links with disparate and rate adaptable upstream and/or downstream data transmission rates can be utilized. Keller-Tuberg at 4:33-57 & Fig. 1; Keller-Tuberg Prov. at 3-7.  The transmissions

302

are then multiplexed at the receiver.  Keller-Tuberg at 9:24-28; Keller-Tuberg Prov. at 6-7 & Figs. 2, 3.

691.  It is therefore my opinion that Keller-Tuberg discloses each of the limitations of claim 6 of the 511 Patent, such that it anticipates, and therefore invalidates, that patent claim.

692.  **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

693.  It is my opinion that Keller-Tuberg describes this limitation.

694.  I incorporate my analysis above with respect to the preamble, which shows that Keller-Tuberg teaches that the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.

695.  It is therefore my opinion that Keller-Tuberg discloses each of the limitations of claim 6 of the 511 Patent, such that it anticipates, and therefore invalidates, that patent claim.

### I.    Claim 6 of the 511 Patent Is Obvious Over Keller-Tuberg in Combination with Djokovic.

696.  As set out above, it is my opinion that Keller-Tuberg fully discloses all elements of claim 6 and thus anticipates it.  To the extent that any elements of claim

6 is determined not to be explicitly disclosed in Keller-Tuberg, it is my opinion that they are obvious over Keller-Tuberg in combination with Djokovic.

697.  I incorporate my analysis of Keller-Tuberg in Section XII.H by reference.

698.  U.S.  Patent  No.  6,956,872  to  Djokovic  ("Djokovic") [ADTRAN_00060370 – ADTRAN_00060385] was granted on October 18, 2005, from an application filed on May 22, 2001, and claims priority to provisional applications filed on May 22, 2000, and August 18, 2000.  Based on that filing date, I have been informed and understand that Djokovic is prior art to the Family 2 patents under at least 35 U.S.C. § 102(a) and (e) (pre-AIA).

699.  **[6] a system, capable of combining multiple DSL transceivers to generate a single high data rate connection between a service provider and a DSL subscriber over a plurality of twisted pair communications channels**

700.  It is my opinion that Keller-Tuberg discloses this limitation.   I incorporate my discussion above in Section XII.H by reference.

701.  **[6] multiple DSL transceivers, each of the multiple DSL transceivers capable of utilizing at least one transmission parameter value to reduce a difference in latency between the multiple DSL transceivers**

702.  It is my opinion that Keller-Tuberg discloses this limitation.   I incorporate my discussion above in Section XII.H by reference.  To the extent that

304

it is determined that Keller-Tuberg does not expressly disclose this limitation, or, in

the alternative, it is my opinion that the combination of Keller-Tuberg and Djokovic

disclose multiple DSL transceivers, each DSL transceiver using forward error

correction parameters to reduce a difference in latency among the DSL transceivers,

and recognizes the relationship between forward error correction and latency, and in

turn, that increases or decreases in forward error correction can increase or decrease

a difference in latency between links. *See*, *e.g.*, Djokovic at 1:59-2:24 ("As is

known, different applications often demand (or at least lend themselves to) different

latency requirements. For example, applications of pure data transfer are often not

sensitive to latency delays, while real-time voice communications are sensitive to

latency delays. As is also known, to accommodate maximum flexibility for

providers and end users of ADSL services, forward error correction (FEC) may be

selectively applied to the composite data streams to, or from, the central office ADSL

modem. This permits FEC to be included or excluded on a data service by data

service basis within the composite data stream. As an example of the mixed

requirements for FEC in an ADSL service, consider transmitting a oneway data

stream from the central office to a remote unit. The end user may require high

reliability on the one-way channel because the channel may contain highly

compressed digital data with no possibility for requesting retransmission. For this

application, FEC is highly desired. On the other hand, voice services and duplex

data services with their own embedded protocols may require minimum latency. As

noted above, in real-time voice communication applications, latency delays are

undesirable, while small transmission error may be tolerated (manifested as noise,

which can be effectively filtered by the listener). Thus, in such an application, FEC

may be optional. FEC involves the addition of redundant information to the data to

be transferred. The data to be transferred, along with the redundant data when added

together, form what are commonly known as codewords. FEC in ADSL employs

Reed-Solomon codes based on symbols of 8 bits to a byte. FEC in ADSL is rate

adaptable, providing for various interleave depths and codeword lengths to support

a range of data rates while maintaining constant interleave latency." *See also*

Djokovic at 2:60-64 ("The system performance trade-off introduced by FEC in the

form of Reed-Solomon coding and convolutional interleaving can be described as

increased data transmission reliability at the expense of increased channel latency.").

703.    One of ordinary skill in the art at the time of the alleged invention would

have understood that, using the systems of Djokovic, the difference in latency

between communication links could be reduced by setting forward error correction

parameters, which are transmission parameters.

704.    **[6] and a plurality of transmitter portions capable of transmitting**

**a plurality of packets or cells from the service provider to the DSL subscriber,**

**wherein a data rate for a first DSL transceiver of the multiple DSL transceivers**

306

**is different than a data rate for a second DSL transceiver of the multiple DSL transceivers**

705.    It is my opinion that Keller-Tuberg discloses this limitation.    I incorporate my discussion above in Section XII.H by reference.

706.    **[6] wherein the combined multiple DSL transceivers generate the single high data rate connection between the service provider and the DSL subscriber over the plurality of twisted pair communications channels.**

707.    It is my opinion that Keller-Tuberg discloses this limitation.    I incorporate my discussion above in Section XII.H by reference.

708.    **Motivation to Combine**

709.    One of ordinary skill in the art at the time of the alleged invention would have been motivated to combine the teachings of Djokovic with Keller-Tuberg. First, both references describe DSL systems.  *See*, *e.g.*, Djokovic at 1:35-47; Keller-Tuberg at 1:43-59.  Second, both references recognize the issue of latency and the impact of selected forward error correction parameters on the latency of a link. Keller-Tuberg discusses the desirability of managing the latencies of different links included in the IMA-ADSL communication device.  *See*, *e.g.*, Keller-Tuberg at 14:33-34 ("It is preferred to try to minimize the delay across any one link.").  One of ordinary skill in the art would be motivated to combine the multi-path, inverse multiplexed system of Keller-Tuberg with Djokovic's teachings of a system where

Reed-Solomon coding parameters can be selected in order to minimize delay across the links and thereby reduce the differential delay between links. Also, using the teachings of Djokovic to manage the latency requirements of the different links of Keller-Tuberg would advantageously reduce the buffer (memory) size used in Keller-Tuberg.

## XIII.  Secondary Considerations of Non-Obviousness

710.  I have been informed that in certain situations, a showing of obviousness can be rebutted based on one or more "secondary considerations" that may indicate that the patented invention was not, in fact, obvious to a person of ordinary skill in the art at the time of the invention. I understand that these secondary factors can include such things as commercial success, long-felt but unresolved need, copying, unexpected results, and praise by others.

711.  I am unaware of any evidence of secondary considerations that would affect my analysis and reserve the right to opine on any positions TQ Delta takes in its rebuttal report on that subject or others.

## XIV.  Summary of Opinions

712.  Claims 17 and 18 of the 881 patent and claim 6 of the 511 patent are invalid for failing to meet the written description requirement, for lack of enablement, and for indefiniteness.

713.    Counterman anticipates claims 17 and 18 of the 881 patent and claim 6 of the 511 patent claim 26.    Counterman including its incorporation of Sathe anticipates claims 17 and 18 of the 881 patent and claim 6 of the 511 patent claim 26.  Edvardsen anticipates claims 17 and 18 of the 881 patent and claim 6 of the 511 patent.  Keller-Tuberg anticipates claims 17 and 18 of the 881 patent and claim 6 of the 511 patent. My analysis demonstrating that that these references individually disclose every limitation of the respective asserted claims is set out above.  Thus, it is my opinion that the asserted claims are invalid as anticipated.

714.    If it is determined that one or more of the asserted claims is not anticipated, it is my opinion that each of the asserted claims are obvious over one or more of the following combinations of prior art: Counterman and Sathe; Counterman and the Admitted Prior Art (including ADSL); Counterman and Cooper; Counterman and Djokovic; Edvardsen and Djokovic; Keller-Tuberg and Djokovic.. My analysis demonstrating that that these combinations of references disclose every limitation of the respective asserted claims is set out above. Thus, it is my opinion that the asserted claims are invalid as obvious.

## XV.   Exhibits

715.  I may rely on visual aids and demonstrative exhibits at trial that illustrate or further explain the bases for my opinions. Those visual aids and demonstrative exhibits may include claim charts, patent drawings, excerpts from

309

patent specifications, file histories, interrogatory responses, deposition testimony and deposition exhibits, as well as charts, diagrams, videos and animated or computer-generated graphics.

716.   Other than as referred to in this report, I have not yet prepared any exhibits for use at trial as a summary or support for the opinions expressed in this report, but I expect to do so in accordance with the Court's scheduling orders.

## XVI.  Supplementation

717.   This report represents my opinions regarding the matters discussed above as of this date. In the event such discovery, changes to claim construction, additional data, discovery provided after the date of this report, or testimony are made available, I may find it necessary to revise or supplement my opinions.

718.   I am prepared to testify and express my opinion on related issues or matters: (1) raised on cross-examination; (2) necessary to rebut any other matters testified to by TQ Delta's expert(s) or raised by TQ Delta's expert(s) in expert reports or depositions; and/or (3) otherwise raised at trial, by counsel or by the Court in relation to the matters set forth herein, including any related issues or matters raised.

Dated: March 30, 2022                    Signed: